UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   __04cv10988_____

   Title:   ____Wicks et al v. Putnam Investment Management, LLC et al_____

N O T I C E

Please take notice that the above-entitled case previously assigned to Judge __Woodlock__ has been transferred to Judge __O'Toole__ for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials __GAO__. In addition, please ensure that all future correspondence with the Clerk's Office has the proper case number <u>and</u> initials on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS, CLERK

By:   __/s/ Michelle Rynne_____
Deputy Clerk

Date:  __May 24, 2004__

_____   Please NOTE that the above case has been transferred to the Western Section in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Section in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:      Counsel, Systems Administrator

(transfer.ntc - 10/96)                                                                                           [ntccsasgn.]