%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division     District of     Massachusetts

STEVEN G. WICKS and
GERALD A. KALBFLEISCH

v.

PUTNAM INVESTMENT
MANAGEMENT, LLC and
PUTNAM RETAIL
MANAGEMENT, LLP

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 10988 DPW

TO: (Name and address of Defendant)

William Woolverton, Registered Agent
PUTNAM INVESTMENT MANAGEMENT, LLP
One Post Office Square
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan D. Mutch, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
111 Huntington Avenue - Suite 1300
Boston, MA 02199-7610

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

MAY 18 2004

DATE

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | June 09, 2004 |
| NAME OF SERVER  BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   Mr. Joe Bacon, Compliance Manager and
Duly Authorized Agent for the within-named   Defendant, Putnam Investment Management, LLP.
Said service was made at:
        2 Liberty Square, Boston       , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 68.00 | 2 | Trips | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 09, 2004
                    Date

*Signature of Server:* Burton M Malkofsky

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE  **2**  ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 6/9/04 | | No service at One Post Office Sq., Boston, Ma. - Security Guard informed Process Server service must be made at 2 Liberty Sq., Boston, Ma.............................................................. | $ 34.00 |
| | | | $ \_\_\_\_\_ |
| 6/9/04 | | Service was made at 2 Liberty Sq., Boston, Ma............................................................ | $ 34.00 |
| | | | $ \_\_\_\_\_ |
| | | | $ \_\_\_\_\_ |
| | | TOTAL | $ 68.00 |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**        One Devonshire Place        Telephone # (617) 720-57
**Massachusetts Constables since 1925**   Boston, MA 02109            Fax #         (617) 720-57