AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division    District of    Massachusetts

STEVEN G. WICKS and
GERALD A. KALBFLEISCH

V.

PUTNAM INVESTMENT
MANAGEMENT, LLC and
PUTNAM RETAIL
MANAGEMENT, LLP

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10988 DPW

TO: (Name and address of Defendant)

William Woolverton, Registered Agent
PUTNAM RETAIL MANAGEMENT, LLP
One Post Office Square
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan D. Mutch, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
111 Huntington Avenue - Suite 1300
Boston, MA 02199-7610

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

MAY 18 2004
DATE

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | June 09, 2004 |
|---|---|---|
| NAME OF SERVER: BURTON M. MALKOFSKY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Mr. Joe Bacon, Compliance Manager and** Duly Authorized Agent for the within-named **Defendant, Putnam Retail Management, LLP.**

Said service was made at:
**2 Liberty Square, Boston**, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 20.00 | 2 Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **June 09, 2004**
Date

*Signature of Server* (signed: Burton M. Malkofsky)

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE **2** ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 6/9/04 | | No service at One Post Office Sq., Boston, Ma. - Security Guard informed Process Server service must be made at 2 Liberty Sq., Boston, Ma. | $ 0.00 |
| | | | $ |
| 6/9/04 | | Service was made at 2 Liberty Sq., Boston, Ma. | $ 20.00 |
| | | | $ |
| | | | $ |
| | | TOTAL | $ 20.00 |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**            One Devonshire Place         Telephone # (617) 720-5733
**Massachusetts Constables since 1925**     Boston, MA 02109             Fax #        (617) 720-5737