---

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

*FILED IN CLERK'S OFFICE 2004 JUN 10 P 3: 59 U.S. DISTRICT COURT DISTRICT OF MASS.*

| | |
|---|---|
| STEVEN G. WICKS and<br>GERALD A. KALBFLEISCH,<br><br>Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC and<br>PUTNAM RETAIL<br>MANAGEMENT, LLP,<br><br>Defendants. | No. 04-CV-10988 (GAO) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), I hereby move for the admission *pro hac vice* of Thomas R. Grady of Naples, Florida, to represent Plaintiffs as co-counsel in this matter.

I am an attorney admitted to practice before this Court, and have appeared in this case as the signator of the Complaint.

Mr. Grady is a member of the bar of several United States District Courts as well as the highest courts of Michigan and Florida. Mr. Grady has prepared the Certification required by Local Rule 83.5.3(b), which has been filed together with this Motion.

Plaintiffs desire that Mr. Grady, together with the undersigned firm, represent them in this matter. Accordingly, the Court should exercise its discretion and allow the

Word 35016083.1

FILING FEE PAID:
RECEIPT # 56523
AMOUNT $ 50.00
BY DPTY CLK ___
DATE 6/14/04

admission *pro hac vice* of Thomas R. Grady. A Proposed Order is included.

        Respectfully submitted,
        ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

        _____
        Jonathan D. Mutch (BBO# 634543)
        111 Huntington Avenue, Suite 1300
        Boston, MA 02199
        (617) 267-2300
        Attorneys for Plaintiffs
        Steven G. Wicks & Gerald A. Kalbfleisch

DATED: June 10, 2004

## STATEMENT REGARDING LOCAL RULE 7.1(A)(2)

Defendants' counsel have not yet appeared, and no conference is therefore possible.

        _____
        Jonathan D. Mutch

DATED: June 10, 2004