UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
IN CLERK'S OFFICE
2004 JUN 10 P 3:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEVEN G. WICKS and<br>GERALD A. KALBFLEISCH,<br><br>Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC and<br>PUTNAM RETAIL<br>MANAGEMENT, LLP,<br><br>Defendants. | No. 1:04-CV-10988 (GAO) |

### CERTIFICATION OF THOMAS R. GRADY IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

I, Thomas R. Grady, hereby state:

1. I am a licensed attorney and member of Grady & Associates, 720 Fifth Avenue South, Suite 200, Naples, Florida, 34102. Together with Robins, Kaplan, Miller & Ciresi LLP, I represent the Plaintiffs, Steven G. Wicks and Gerald A. Kalbfleisch ("Plaintiffs") in this matter.

2. I have practiced law for 22 years, primarily in the area of securities litigation. I am a member of The Florida Bar and am admitted to practice before Florida's highest court. I am also admitted in the United States District Court for the Middle District of Florida and the Eastern District of Michigan, as well as in the Second, Fourth, Sixth, Seventh, and Eleventh United States Courts of Appeals.

Word 35016084.1

3. I am in good standing in every jurisdiction to which I have been admitted. There are no disciplinary proceedings against me in any jurisdiction in which I have been admitted to practice.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8th DAY OF JUNE, 2004.

_____
THOMAS R. GRADY

STATE OF FLORIDA      )
                     )
COLLIER COUNTY       )

On this 8th day of June, 2004, before me, the undersigned notary public, personally appeared Thomas R. Grady, proved to me through satisfactory evidence of identification, which were ___Known_____, to be the person whose name is signed on the preceding document and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
Notary Public
My Commission Expires:



TINA L. CAMPBELL
Notary Public - State of Florida
My Commission Expires Aug 6, 2004
Commission # CC954176