UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN G. WICKS and<br>GERALD A. KALBFLEISCH, | ) ) ) | No: 1:04-CV-10988 (GAO) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| PUTNAM INVESTMENT<br>MANAGEMENT, LLC and<br>PUTNAM RETAIL<br>MANAGEMENT, LLP, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Pursuant to Local Rule 83.5.3(b), and in reliance upon the Motion of Jonathan D. Mutch

dated June 10, 2004 and Certification of Thomas R. Grady dated June 8, 2004, Mr. Grady is

hereby admitted *pro hac vice* to practice before the Court in connection with this matter.

Dated: June _____, 2004

_____
Judge George A. O'Toole
United States District Court