UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 JUN 24 P 4: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

------------------------------------- x
STEVEN G. WICKS and GERALD A.            :
KALBFLEISCH,                             :
                                         :
              Plaintiffs,                :   Civil Action
                                         :   No. 04-10988-GAO
       v.                                :
                                         :
PUTNAM INVESTMENT MANAGEMENT,            :
LLC and PUTNAM RETAIL MANAGEMENT,        :
LLP,                                     :
                                         :
              Defendants.                :
------------------------------------- x

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time within which the defendants may answer, move or otherwise respond to the complaint in the above-captioned action is extended to and including July 29, 2004.

Dated: June 24, 2004                              Respectfully submitted,
       Boston, Massachusetts


*David E. Marder (src)*                           *James R. Carroll*
David E. Marder (BBO #552485)                     James R. Carroll (BBO #554426)
Marc N. Henschke (BBO #636146)                    SKADDEN, ARPS, SLATE,
Jonathan D. Mutch (BBO #634543)                      MEAGHER & FLOM LLP
ROBINS, KAPLAN, MILLER                            One Beacon Street
 & CIRESI, LLP                                    Boston, Massachusetts 02108
111 Huntington Avenue                             (617) 573-4800
Boston, Massachusetts 02199
(617) 267-2300

*Counsel for Plaintiffs*                          *Counsel for Defendants*


APPROVED AND SO ORDERED:


Dated: _____                    _____
                                                 U.S.D.J.