FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT -b  P 4: 20
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

------------------------------x

STEVEN G. WICKS and GERALD A. KALBFLEISCH,

        Plaintiffs,

v.

PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LLP,

        Defendants.

------------------------------x

Civil Action
No. 04-10988-GAO

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendants Putnam Investment Management, LLC and Putnam Retail Management, LLP in the above-captioned action.

Dated: July 6, 2004
      Boston, Massachusetts

Of Counsel:

Seth M. Schwartz
Elizabeth A. Hellmann
SKADDEN, ARPS, SLATE
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Respectfully submitted,

*/s/ James R. Carroll*
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants
Putnam Investment Management, LLC
and Putnam Retail Management, LP

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage pre-paid, on July 6, 2004.

*/s/ James R. Carroll*