UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -6  P 4: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEVEN G. WICKS and GERALD A.               :
KALBFLEISCH,
                                            :
            Plaintiffs,
                                            :
    v.

PUTNAM INVESTMENT MANAGEMENT,               :
LLC and PUTNAM RETAIL MANAGEMENT,
LLP,                                        :

            Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

Civil Action
No. 04-10988-GAO

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Putnam Investment Management, LLC and Putnam Retail Management, LP make this Corporate Disclosure Statement:

1.    Putnam Investment Management, LLC, a Delaware limited liability company, is an indirect subsidiary of Putnam Investments Trust, which in turn is a direct majority-owned subsidiary of Marsh & McLennan Companies, Inc., a publicly-owned holding company traded on the New York Stock Exchange. By contract, Putnam Investment Management, LLC is the investment advisor to the Putnam Family of Funds, the shares of which are sold to and held by the public.

2.      Putnam Retail Management, LP, a Massachusetts limited partnership,

is also an indirect subsidiary of Putnam Investments Trust. Putnam Retail Management, LP is the distributor of the Putnam Family of Funds, shares of which are sold

to and held by the public.

Dated: July 6, 2004
      Boston, Massachusetts

Of Counsel:

Seth M. Schwartz
Elizabeth A. Hellmann
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Respectfully submitted,

James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants
Putnam Investment Management, LLC
and Putnam Retail Management, LP

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage pre-paid, on _July 6, 2004_.

2