UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COPY

```
------------------------------------- x
STEVEN G. WICKS and GERALD A.         :
KALBFLEISCH,                          :
                                      :
           Plaintiffs,                :    Civil Action
                                      :    No. 04-10988-GAO
    v.                                :
                                      :
PUTNAM INVESTMENT MANAGEMENT,         :
LLC and PUTNAM RETAIL MANAGEMENT,     :
LLP,                                  :
                                      :
           Defendants.                :
------------------------------------- x
```

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time within which the defendants may answer, move or otherwise respond to the complaint in the above-captioned action is extended up to and including August 13, 2004; and

IT IS HEREBY FURTHER STIPULATED AND AGREED, that in the event defendants move to dismiss the complaint, the time in which plaintiffs may oppose such motion is extended up to and including September 27, 2004.

Dated: July 27, 2004
       Boston, Massachusetts

Respectfully submitted,

_____
David E. Marder (BBO #552485)
Marc N. Henschke (BBO #636146)
ROBINS, KAPLAN, MILLER
 & CIRESI, LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 267-2300

*Counsel for Plaintiffs*

_____
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

*Counsel for Defendants*

**APPROVED AND SO ORDERED:**

Dated: _____

_____
U.S.D.J.