UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| STEVEN G. WICKS and <br> GERALD A. KALBFLEISCH, <br><br> Plaintiffs, <br><br> v. <br><br> PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LLP, <br><br> Defendants. | No: 1:04-CV-10988 (GAO) |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), I hereby move for the admission *pro hac vice* of Thomas J. Gallo of Atlanta, Georgia, to represent Plaintiffs as co-counsel in this matter.

I am an attorney admitted to practice before this Court, and have appeared in this case as the signator of the Complaint.

Mr. Gallo is a member of the bar of several United States District Courts as well as the highest courts of Georgia and Alabama. Mr. Gallo has prepared the Certification required by Local Rule 83.5.3(b), which has been filed together with this Motion.

Plaintiffs desire that Mr. Gallo represent them in this matter. Accordingly, the Court should exercise its discretion and allow the admission *pro hac vice* of Thomas G. Gallo. A Proposed Order is included.

Respectfully submitted,
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

_____
Jonathan D. Mutch (BBO# 634543)
111 Huntington Avenue, Suite 1300
Boston, MA 02199
(617) 267-2300
Attorneys for Plaintiffs
Steven G. Wicks & Gerald A. Kalbfleisch

DATED: August 30, 2004

## STATEMENT REGARDING LOCAL RULE 7.1(A)(2)

I have conferred with Defendants' counsel and they have no objection to this Motion.

_____
Jonathan D. Mutch

DATED: August 30, 2004

Word 35016063.1

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| STEVEN G. WICKS and<br>GERALD A. KALBFLEISCH,<br><br>    Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC and<br>PUTNAM RETAIL<br>MANAGEMENT, LLP,<br><br>    Defendants. | No. 1:04-CV-10988 (GAO) |

**CERTIFICATION OF THOMAS J. GALLO IN SUPPORT OF
MOTION TO APPEAR PRO HAC VICE**

I, Thomas R. Gallo, hereby state:

1. I am a licensed attorney and member of Robins, Kaplan, Miller & Ciresi LLP, 2600 One Atlanta Plaza, 950 East Paces Ferry Rd., N.E., Atlanta, Georgia 30326-1119. Together with Grady & Associates, 720 Fifth Avenue South, Suite 200, Naples, Florida, 34102. I represent the Plaintiffs, Steven G. Wicks and Gerald A. Kalbfleisch ("Plaintiffs") in this matter.

2. I have practiced law for 27 years. I am a member of the bar of the State of Georgia and of Alabama, and am admitted to practice before the highest court of both of those states. I am also admitted in the United States District Court for the Northern District of Georgia, as well as in the Third, Fourth, Fifth, Tenth and

Eleventh United States Courts of Appeals.

3. I am in good standing in every jurisdiction to which I have been admitted. There are no disciplinary proceedings against me in any jurisdiction in which I have been admitted to practice.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24th DAY OF AUGUST, 2004.

_____
THOMAS J. GALLO

STATE OF GEORGIA         )
                         )
FULTON COUNTY            )

On this 24th day of August, 2004, before me, the undersigned notary public, personally appeared Thomas J. Gallo, proved to me through satisfactory evidence of identification, which were _Personal Knowledge_, to be the person whose name is signed on the preceding document and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
Notary Public
My Commission Expires: 04/08/08

[Notary Seal: SHARON S. COST, MY COMMISSION EXPIRES APRIL 08 2008, COWETA COUNTY, GEORGIA, NOTARY PUBLIC]