IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

FILED
IN CLERKS OFFICE

2004 SEP 24  P 3: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| STEVEN G. WICKS and GERALD A. KALBFLEISCH,<br><br>        Plaintiffs,<br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LLP,<br><br>        Defendants. | Civil Action No.:<br>04-CV-10988 (GAO) |

**APPENDIX OF UNPUBLISHED AUTHORITIES CITED IN PLAINTIFFS'
MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS THEIR COMPLAINT**

## TABLE OF AUTHORITIES

**Tab**

**Federal Cases**

Allianz CP General Insurance Co. Ltd. v. Blue Anchor Line, 2004 WL 1048228 (S.D.N.Y. May 7, 2004)..........1

Millenco L.P. v. MEVC Advisors, Inc., 2002 WL 31051604 (D. Del. August 21, 2002)..........2

Pfeiffer v. Bjurman, Barry & Associates, 2004 WL 1903075 (S.D.N.Y. August 26, 2004)..........3

Seidel v. Lee, 1996 WL 578449 (D. Del. August 16, 1996)..........4

Strougo v. BEA Associates, 2000 WL 45714 (S.D.N.Y. January 19, 2000)..........5

Verkouteren v. Blackrock Fin. Mgmt., Inc. 1999 WL 511411 (S.D.N.Y. July 20, 1999)..........6

Yampolsky v. Morgan Stanley Investment Advisors, Inc., 2004 WL 1065533 (S.D.N.Y. May 12, 2004)..........7

**Miscellaneous Authorities**

Securities; Brokerage and Research Services, Exchange Act Release No. 23170, 17 C.F.R. Part 241 (April 23, 1986), available at 1986 WL 630442..........8

1

Dated: September 24, 2004

                        Respectfully submitted,

                        _/s/ Marc N. Henschke_
                        David E. Marder, Esq. (BBO No. 552485)
                        Marc N. Henschke, Esq. (BBO No. 636146)
                        Jonathan D. Mutch, Esq. (BBO No. 634643)
                        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                        111 Huntington Avenue, Suite 1300
                        Boston, Massachusetts 02199-7610
                        Tel. (617) 267-2300

Of Counsel:

Thomas J. Gallo, Esq. (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 East Paces Ferry Road N.E.
Atlanta, Georgia 30326-1119
Tel. (404) 233-1267

Thomas R. Grady, Esq. (*pro hac vice*)
THOMAS R. GRADY, P.A.
720 5th Avenue
Suite 200
Naples, Florida 34102
Tel. (239) 261-6555

35018691.1

2

## CERTIFICATE OF SERVICE

I, Marc N. Henschke, hereby certify that on September 24, 2004, I caused a true copy of the foregoing **Appendix Of Unpublished Authorities Cited In Plaintiffs' Memorandum Of Law In Opposition To Defendants' Motion To Dismiss Their Complaint** to be served by first class mail, postage prepaid, upon Defendants' counsel of record at the following addresses:

Seth M. Schwartz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522

and

James R. Carroll, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108-3194.

Dated: September 24, 2004

_____
Marc N. Henschke

3