```
                                              FILED
                                         IN CLERK'S OFFICE
        UNITED STATES DISTRICT COURT
         DISTRICT OF MASSACHUSETTS        2004 OCT -1  A 11: 53
```

```
------------------------------------ x    U.S. DISTRICT COURT
STEVEN G. WICKS and GERALD A.             DISTRICT OF MASS.
KALBFLEISCH,                        :

              Plaintiffs,           :     Civil Action
                                          No. 04-10988-GAO
     v.                             :

PUTNAM INVESTMENT MANAGEMENT,       :
LLC and PUTNAM RETAIL MANAGEMENT,
LLP,                                :

              Defendants.           :
------------------------------------ x
```

### DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS

Defendants hereby move for an Order, pursuant to Local Rule 7.1(B)(3), for leave to file a reply memorandum in further support of their motion to dismiss the complaint. As grounds for this motion, defendants state as follows:

1. On August 13, 2004, defendants filed their motion to dismiss and supporting memorandum.

2. On September 24, 2004, plaintiffs filed their opposition memorandum.

3. Defendants' reply memorandum, submitted herewith, concisely addresses plaintiffs' arguments and cases. Defendants submit that it contains analysis and authority that may be helpful to the Court in resolving the pending motion.

WHEREFORE, defendants respectfully request that this Court grant them leave to file the accompanying reply memorandum.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that counsel for defendants has conferred with counsel for plaintiffs, who do not oppose the relief sought by this motion.

Dated: October 1, 2004
      Boston, Massachusetts

Respectfully submitted,

*James R. Carroll*

Seth M. Schwartz
Elizabeth A. Hellmann
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants

### Certificate of Service

I, James R. Carroll, hereby certify that on October 1, 2004, I caused a true copy of the foregoing Defendants' Motion For Leave To File A Reply Memorandum In Support Of Their Motion To Dismiss to be served by hand delivery upon David E. Marder, Esq., Marc N. Henschke, Esq. and Jonathan D. Mutch, Esq., Robins, Kaplan, Miller & Ciresi LLP, 111 Huntington Avenue, Boston, MA 02199.

Dated: October 1, 2004

*James R. Carroll*
James R. Carroll