UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------ x
STEVEN G. WICKS and GERALD A.
KALBFLEISCH,                          :

        Plaintiffs,        :   Civil Action
                                 No. 04-10988-GAO
v.                                    :

PUTNAM INVESTMENT MANAGEMENT,         :
LLC and PUTNAM RETAIL MANAGEMENT,
LLP,                                  :

        Defendants.        :
------------------------------ x

**MOTION PURSUANT TO LOCAL RULE 83.5.3(b)**
**FOR PERMISSION TO PRACTICE BEFORE THIS COURT**

Upon the annexed Certificates and Affidavits of Good Standing of Seth M. Schwartz (Exhibit A hereto) and Elizabeth A. Hellmann (Exhibit B hereto), I, James R. Carroll, a member of the Bar of this Court, and one of the attorneys for Defendants Putnam Investment Management, LLC and Putnam Retail Management, LLP, hereby move this Court to admit Seth M. Schwartz and Elizabeth A. Hellmann to practice before this Court for the purpose of this case as counsel for Defendants Putnam Investment Management, LLC and Putnam Retail Management, LLP, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts.

Dated: November 15, 2004  
       Boston, Massachusetts

Respectfully submitted,

*/s/ James R. Carroll*  
James R. Carroll (BBO #554426)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108-3194  
(617) 573-4800

*Attorneys for Putnam Investment Management, LLC  
and Putnam Retail Management, LP*

### CERTIFICATE OF SERVICE

I, James R. Carroll, hereby certify that on November 15, 2004, I caused a true copy of the foregoing document to be served by hand delivery upon David E. Marder, Esq., Marc N. Henschke, Esq., Jonathan D. Mutch, Esq., Robins, Kaplan, Miller & Ciresi LLP, 111 Huntington Avenue, Boston, MA 02199.

Dated: November 15, 2004

*/s/ James R. Carroll*  
James R. Carroll