# Exhibit 1

## Putnam Mutual Funds owned by Plaintiff

| Fund name: | Assets Under Management (in millions) |
|---|---|
| 1. Classic Equity Fund | $1,158 |
| 2. Discovery Growth Fund | $1,552 |
| 3. Fund for Growth and Income | $19,538 |
| 4. Growth Opportunities Fund | $1,665 |
| 5. Investors Fund | $5,159 |
| 6. New Opportunities Fund | $8,183 |
| 7. New Value Fund | $1,293 |
| 8. Vista Fund | $3,636 |
| 9. Voyager Fund | $17,252 |
| **TOTAL** | **$59,436** |