# Exhibit 3

## Putnam
Mutual fund asset, fee and breakpoint information
(Fiscal Year ending 2003)

| Asset Range | | | Fee |
|---|---|---|---|
| **Classic Equity Fund** | | | |
| Assets ($ millions) | | | $1,158 |
| Avg. mgmt. fee: | | | 0.55% |
| $0 | to | $500 | 0.650% |
| 500 | to | 1,000 | 0.550% |
| 1,000 | to | 1,500 | 0.500% |
| 1,500 | to | 6,500 | 0.450% |
| 6,500 | to | 11,500 | 0.425% |
| 11,500 | to | 16,500 | 0.405% |
| 16,500 | to | 21,500 | 0.390% |
| 21,500 | + | | 0.380% |

| Asset Range | | | Fee |
|---|---|---|---|
| **Growth Opportunities Fund** | | | |
| Assets ($ millions) | | | $1,665 |
| Avg. mgmt. fee: | | | 0.59% |
| $0 | to | $500 | 0.700% |
| 500 | to | 1,000 | 0.600% |
| 1,000 | to | 1,500 | 0.550% |
| 1,500 | to | 6,500 | 0.500% |
| 6,500 | to | 11,500 | 0.475% |
| 11,500 | to | 16,500 | 0.455% |
| 16,500 | to | 21,500 | 0.440% |
| 21,500 | + | | 0.430% |

| Asset Range | | | Fee |
|---|---|---|---|
| **Discovery Growth Fund** | | | |
| Assets ($ millions) | | | $1,552 |
| Avg. mgmt. fee: | | | 0.61% |
| $0 | to | $500 | 0.700% |
| 500 | to | 1,000 | 0.600% |
| 1,000 | to | 1,500 | 0.550% |
| 1,500 | to | 6,500 | 0.500% |
| 6,500 | to | 11,500 | 0.475% |
| 11,500 | to | 16,500 | 0.455% |
| 16,500 | to | 21,500 | 0.440% |
| 21,500 | + | | 0.430% |

| Asset Range | | | Fee |
|---|---|---|---|
| **Investors Fund** | | | |
| Assets ($ millions) | | | $5,159 |
| Avg. mgmt. fee: | | | 0.48% |
| $0 | to | $500 | 0.650% |
| 500 | to | 1,000 | 0.550% |
| 1,000 | to | 1,500 | 0.500% |
| 1,500 | to | 6,500 | 0.450% |
| 6,500 | to | 11,500 | 0.425% |
| 11,500 | to | 16,500 | 0.405% |
| 16,500 | to | 21,500 | 0.390% |
| 21,500 | + | | 0.380% |

| Asset Range | | | Fee |
|---|---|---|---|
| **Fund for Growth and Income** | | | |
| Assets ($ millions) | | | $19,538 |
| Avg. mgmt. fee: | | | 0.42% |
| $0 | to | $500 | 0.650% |
| 500 | to | 1,000 | 0.550% |
| 1,000 | to | 1,500 | 0.500% |
| 1,500 | to | 6,500 | 0.450% |
| 6,500 | to | 11,500 | 0.425% |
| 11,500 | to | 16,500 | 0.405% |
| 16,500 | to | 21,500 | 0.390% |
| 21,500 | to | 26,500 | 0.380% |
| 26,500 | to | 31,500 | 0.370% |
| 31,500 | to | 36,500 | 0.360% |
| 36,500 | to | 41,500 | 0.350% |
| 41,500 | to | 46,500 | 0.340% |
| 46,500 | to | 55,000 | 0.330% |
| 55,000 | + | | 0.320% |

| Asset Range | | | Fee |
|---|---|---|---|
| **New Opportunities Fund** | | | |
| Assets ($ millions) | | | $8,183 |
| Avg. mgmt. fee: | | | 0.51% |
| $0 | to | $500 | 0.700% |
| 500 | to | 1,000 | 0.600% |
| 1,000 | to | 1,500 | 0.550% |
| 1,500 | to | 6,500 | 0.500% |
| 6,500 | to | 11,500 | 0.475% |
| 11,500 | to | 16,500 | 0.455% |
| 16,500 | to | 21,500 | 0.440% |
| 21,500 | to | 26,500 | 0.430% |
| 26,500 | to | 31,500 | 0.420% |
| 31,500 | to | 36,500 | 0.410% |
| 36,500 | to | 41,500 | 0.400% |
| 41,500 | to | 46,500 | 0.390% |
| 46,500 | to | 55,000 | 0.380% |
| 55,000 | + | | 0.370% |