# Exhibit 4

## Calculation of Portfolio Selection Fees
## (Fiscal Year ending 2003)

|  | Assets (millions) | Agv. Mgt. fee (%) | Subtract Admin. | Portfolio Selection Fee (%) | Portfolio Selection Fee (millions) |
|---|---|---|---|---|---|
| 1. Classic Equity Fund | $1,158 | 0.55% | -0.10% | 0.45% | $5.2 |
| 2. Discovery Growth Fund | 1,552 | 0.61% | -0.10% | 0.51% | 7.9 |
| 3. Fund for Growth and Income | 19,538 | 0.42% | -0.10% | 0.32% | 62.5 |
| 4. Growth Opportunities Fund | 1,665 | 0.59% | -0.10% | 0.49% | 8.2 |
| 5. Investors Fund | 5,159 | 0.48% | -0.10% | 0.38% | 19.6 |
| 6. New Opportunities Fund | 8,183 | 0.51% | -0.10% | 0.41% | 33.6 |
| 7. New Value Fund | 1,293 | 0.64% | -0.10% | 0.54% | 7.0 |
| 8. Vista Fund | 3,636 | 0.50% | -0.10% | 0.40% | 14.5 |
| 9. Voyager Fund | 17,252 | 0.49% | -0.10% | 0.39% | 67.3 |