UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| STEVEN G. WICKS; GERALD A. KALBFLEISCH; MICHAEL HATHAWAY; and MYRTLE HATHAWAY,<br><br>    Plaintiffs,<br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC; and PUTNAM RETAIL MANAGEMENT, LLP,<br><br>    Defendants. | Civil Action No: 04-CV-10988 (GAO) |

## NOTICE OF CHANGE OF ADDRESS

The Boston office of Robins, Kaplan, Miller & Ciresi L.L.P., counsel of record in the above-referenced matter for the named Plaintiffs Steven G. Wicks, Gerald A. Kalbfleisch, Michael Hathaway, and Myrtle Hathaway, hereby provides notice to the Court and parties of the following change to its office address effective as of April 4, 2005:

| Old Address | New Address |
|---|---|
| Robins, Kaplan, Miller & Ciresi L.L.P. | Robins, Kaplan, Miller & Ciresi L.L.P. |
| 111 Huntington Avenue, Suite 1300 | 800 Boylston Street, 25th Floor |
| Boston, MA 02199 | Boston, MA 02199 |
| Tel.: (617) 267-2300 | Tel.: (617) 267-2300 |
| Fax: (617) 267-8288 | Fax: (617) 267-8288. |

Dated: April 21, 2005

                                         Respectfully submitted,

                                         /s/ Marc N. Henschke
                                         _____
                                         David E. Marder (BBO #552485)
                                         Marc N. Henschke (BBO #636146)
                                         Jonathan D. Mutch (BBO #634543)
                                         ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                         800 Boylston Street, 25th Floor
                                         Boston, MA   02199
                                         (617) 267-2300

Word 35023128.1

## CERTIFICATE OF SERVICE

      I, Marc N. Henschke, hereby certify that on April 21, 2005, I caused the attached *Notice Of Change Of Address* to be served electronically and by first class mail upon Defendant's counsel of record at the following addresses:

Seth M. Schwartz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522

James R. Carroll, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108-3194


Dated: April 21, 2005                            /s/ Marc N. Henschke
                                                                                      _____
                                                                                      Marc N. Henschke