UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN G. WICKS, GERALD A.
KALBFLEISCH, MICHAEL HATHAWAY, and
MYRTLE HATHAWAY,

               Plaintiffs,

    v.

PUTNAM INVESTMENT MANAGEMENT,
LLC and PUTNAM RETAIL MANAGEMENT,
LLP,

             Defendants.

Civil Action No.  04-10988-GAO

**NOTICE OF APPEARANCE OF CHRISTOPHER P. SULLIVAN**

Please enter my appearance as co-counsel of record for Plaintiffs Steven G. Wicks,
Gerald A. Kalbfleisch, Michael Hathaway and Myrtle Hathaway in the above-captioned action.

DATED:  June 6, 2005

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  /s/ Christopher P. Sullivan,

800 Boylston Street
25th Floor
Boston, MA  02199-7610
617-267-2300

**ATTORNEYS FOR PLAINTIFFS
STEVEN G. WICKS, GERALD A.
KALBFLEISCH, MICHAEL HATHAWAY
AND MYRTLE HATHAWAY**

## CERTIFICATE OF SERVICE

I, Christopher P. Sullivan, hereby certify that on the 6th day of June, 2005, I served a copy of the foregoing, by mailing a copy by first class mail, postage prepaid to:

James R. Carroll
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108
Tel:    617-573-4800

Seth M. Schwartz
Elizabeth A. Hellmann
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Tel:    212-735-3000

Thomas R. Grady (admitted pro hac vice)
Ackerman, Link & Sartory, P.A.
222 Lakeview Avenue, Suite 1250, Esperante
West Palm Beach, FL 33401

Thomas J. Gallo (admitted pro hac vice)
Robins, Kaplan, Miller & Ciresi, L.L.P.
2600 One Atlanta Plaza
950 E. Paces Ferry Road, N.E.
Atlanta, GA 30326
Tel:    404-760-4300

/s/ Christopher P. Sullivan