UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| STEVEN G. WICKS, | ) | Civil Action No: 04-CV-10988 |
| GERALD A. KALBFLEISCH, and | ) | |
| MICHAEL and MYRTLE HATHAWAY | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PUTNAM INVESTMENT | ) | |
| MANAGEMENT, LLC and | ) | |
| PUTNAM RETAIL | ) | |
| MANAGEMENT, LLP, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT

Plaintiffs Steven G. Wicks, Gerald A. Kalbfleisch, and Michael and Myrtle Hathaway,

pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, respectfully move the Court to

allow the filing of the proposed Second Amended Complaint, a copy of which is attached hereto

as Exhibit "A". This motion seeks only to add John J. Vaughn as plaintiff on behalf of certain

mutual funds that were already included in the Plaintiffs' original Complaint. No new claims or

defendants will be added, nor will the scheduling of the case be affected. This motion is being

filed in a timely fashion and will not result in any prejudice to the Defendants.

As further grounds for this motion, Plaintiffs rely on the accompanying Memorandum of

Law in Support of Plaintiffs' Motion to File Second Amended Complaint and the Affidavit of

Jonathan Mutch in Support of Plaintiffs' Motion to File Second Amended Complaint.

Dated: June 20, 2005

Respectfully submitted,

STEVEN G. WICKS
GERALD A. KALBFLEISCH
MICHAEL and MYRTLE HATHAWAY

By their counsel,

David E. Marder (BBO #552485)
Marc N. Henschke (BBO #636146)
Jonathan D. Mutch (BBO # 634543)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
(617) 267-2300

Thomas J. Gallo (admitted pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2600 One Atlanta Plaza
950 E. Paces Ferry Rd., N.E.
Atlanta, GA 30326-1119
(404) 760-4300

Thomas R. Grady (admitted pro hac vice)
ACKERMAN, LINK & SARTORY, P.A.
222 Lakeview Avenue, Suite 1250, Esperante
West Palm Beach, FL 33401

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, David E. Marder, hereby certify that I conferred with opposing counsel in a good faith effort to resolve or narrow the issues presented by this motion.

David E. Marder

## CERTIFICATE OF SERVICE

I, David E. Marder, hereby certify that on June 20, 2005, I caused the attached Plaintiffs' Motion To File Second Amended Complaint to be served by first class mail upon Defendants' counsel of record at the following addresses :

Seth M. Schwartz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

and

James R. Carroll, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108-3194

David E. Marder