UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| STEVEN G. WICKS,<br>GERALD A. KALBFLEISCH, and<br>MICHAEL and MYRTLE HATHAWAY<br><br>Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC and<br>PUTNAM RETAIL<br>MANAGEMENT, LLP,<br><br>Defendants. | Civil Action No: 04-CV-10988 |

## AFFIDAVIT OF JONATHAN MUTCH IN SUPPORT OF PLAINTIFFS' MOTION TO FILE SECOND AMENDED COMPLAINT

I, Jonathan D. Mutch, under oath do hereby depose and state as follows:

1. I am an associate in the law firm of Robins, Kaplan, Miller & Ciresi, counsel for Plaintiffs in this action.

2. I submit this Affidavit in support of Plaintiffs' Motion to File Second Amended Complaint.

3. Subsequent to the filing of the Plaintiffs' Amended Complaint, Plaintiffs' counsel learned that Wicks' broker, against his instructions, had sold all of Wicks' shares in the Putnam mutual funds that are the subject of Plaintiffs' Complaint.

BN1 35024404.1                                1

4. Counsel for Mr. Wicks promptly investigated the situation, including confirming that the shares had been sold and that Mr. Wicks did not own any of the funds in any other accounts that had not been sold.

5. John J. Vaughn, who owns two of the funds at issue, Putnam Voyager Fund and the Growth Opportunities Fund, formally retained Plaintiff's counsel on June 13, 2005.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF JUNE, 2005.

Jonathan D. Mutch (BBO #634543)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199

### CERTIFICATE OF SERVICE

I, David E. Marder, hereby certify that on June 20, 2005, I caused the attached Affidavit to be served by first class mail upon Defendants' counsel of record at the following addresses:

Seth M. Schwartz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

and

James R. Carroll, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108-3194

David E. Marder