UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEVEN G. WICKS, GERALD A.
KALBFLEISCH, and MICHAEL and    :
MYRTLE HATHAWAY
                                :
             Plaintiffs,           Civil Action
                                :  No. 04-10988-GAO
     - against -
                                :
PUTNAM INVESTMENT MANAGEMENT,
LLC and PUTNAM RETAIL           :
MANAGEMENT, LLP
                                :
             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for defendants Putnam Investment Management, LLC and Putnam Retail Management, LLP in the above-captioned action.

Dated: June 30, 2005              Respectfully submitted,
       Boston, Massachusetts

                                  /s/ David S. Clancy
                                  David S. Clancy (BBO #636031)
                                  SKADDEN, ARPS, SLATE,
                                    MEAGHER & FLOM LLP
                                  One Beacon Street
                                  Boston, Massachusetts  02108
                                  (617) 573-4800

                                  Counsel for Defendants
                                  Putnam Investment Management, LLC and
                                  Putnam Retail Management, LLP