UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEVEN G. WICKS, GERALD A.
KALBFLEISCH, and MICHAEL and          :
MYRTLE HATHAWAY
                                      :
             Plaintiffs,       Civil Action
                                      :   No. 04-10988-GAO
  - against -
                                      :
PUTNAM INVESTMENT MANAGEMENT,
LLC and PUTNAM RETAIL                 :
MANAGEMENT, LLP
                                      :
             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

       Please enter my appearance as counsel of record for defendants Putnam Investment Management, LLC and Putnam Retail Management, LLP in the above-captioned action.

Dated: June 30, 2005              Respectfully submitted,
      Boston, Massachusetts

                                            /s/ Scott T. Lashway
                                            Scott T. Lashway (BBO #655268)
                                            SKADDEN, ARPS, SLATE,
                                             MEAGHER & FLOM LLP
                                            One Beacon Street
                                            Boston, Massachusetts  02108
                                            (617) 573-4800

                                            Counsel for Defendants
                                            Putnam Investment Management, LLC and
                                            Putnam Retail Management, LLP