UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------- x
STEVEN G. WICKS, GERALD A.
KALBFLEISCH, and MICHAEL and      :
MYRTLE HATHAWAY
                                  :
        Plaintiffs,
                                  :   Civil Action
    - against -                       No. 04-10988-GAO
                                  :
PUTNAM INVESTMENT MANAGEMENT,
LLC and PUTNAM RETAIL             :
MANAGEMENT, LLP
                                  :
        Defendants.
------------------------------- x

### PUTNAM INVESTMENT MANAGEMENT, LLC'S AND PUTNAM RETAIL MANAGEMENT, LLP'S LOCAL RULE 56.1 STATEMENT IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF <u>STEVEN G. WICKS BASED ON WICKS' LACK OF STANDING</u>

Defendants Putnam Investment Management, LLC and Putnam Retail Management, LLP submit the following statement of material facts pursuant to Local Rule 56.1:

1.  On April 4, 2005, Plaintiff Steven G. Wicks filed an Amended Complaint in the United States District Court for the District of Massachusetts against Putnam Investment Management, LLC and Putnam Retail Management, LLP. Paragraph 14 of the Amended Complaint states: "Plaintiff Steven G. Wicks is a resident of Bonita Springs, Lee County, Florida and is a shareholder in the Putnam Discovery Growth Fund, Putnam Growth Opportunities Fund, Putnam New Opportunities Fund, Putnam New

Value Fund, Putnam Vista Fund, and the Putnam Voyager Fund." (Amended Complaint, attached hereto as Exhibit A.)

2. Mr. Wicks sold all of his shares in all of these funds before he filed his Amended Complaint. (Letter from Plaintiffs' counsel dated June 3, 2005, attached hereto as Exhibit B.)

Dated:  June 27, 2005
        Boston, Massachusetts

Respectfully submitted,

*James R. Carroll*
James R. Carroll (BBO #554426)
David S. Clancy (BBO #636031)
Scott T. Lashway (BBO #655268)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

### Certificate Of Service

I, Scott T. Lashway, hereby certify that on June 27, 2005, I caused a true copy of the foregoing to be served upon counsel for Plaintiffs, David E. Marder, Esq., Marc N. Henschke, Esq. and Jonathan D. Mutch, Esq., all of Robins, Kaplan, Miller & Ciresi, L.L.P., 800 Boylston Street, Suite 2500, Boston, Massachusetts 02199, and Thomas R. Grady, Esq., Ackerman, Link & Sartory, P.A. 222 Lakeview Avenue, Suite 1250 – Esperante, West Palm Beach, FL 33401.

Dated: June 27, 2005

*Scott T. Lashway*
Scott T. Lashway

2