# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199-7610
TEL: 617-267-2300  FAX: 617-267-8
www.rkmc.com

ATTORNEYS AT LAW

DAVID E. MARDER
617-859-2750
demarder@rkmc.com

June 3, 2005

*VIA FACSIMILE & FIRST CLASS MAIL*

David S. Clancy, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108-3194

Re: *Steven G. Wicks et al. v. Putnam Investment Management, LLC et al.*
USDC Eastern District of Massachusetts C.A. No. 1:04-CV-10988 (GAO)
Our File No.: 070625-0001

Dear David:

Please find enclosed a revised draft of the Joint Statement. Please let me know whether this draft is acceptable for filing. Please note that I have changed the paragraph regarding automatic disclosures to state that the disclosures have already been exchanged (under the assumption that this document will be filed some time next week, when you will have made your disclosure).

I also want to inform you that we have learned that Mr. Wicks' broker sold all of Mr. Wicks' shares in Putnam mutual funds against his instructions. This sale occurred between the filing of the original complaint and the amended complaint. This event is irrelevant because Mr. Wicks owned the shares at the time of filing the action and during the preceding year. However, we want to inform you that we have learned of this sale in the interests of full disclosure.

Please feel free to contact us with any questions.

Sincerely,

David E. Marder