UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN G. WICKS,<br>GERALD A. KALBFLEISCH, and<br>MICHAEL and MYRTLE HATHAWAY<br><br>Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC and<br>PUTNAM RETAIL<br>MANAGEMENT, LLP,<br><br>Defendants. | Civil Action No: 04-CV-10988 |

**PLAINTIFFS' ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF STEVEN WICKS AND MOTION TO STAY DISCOVERY BASED ON WICKS' LACK OF STANDING**

Defendants Putnam Investment Management, LLC and Putnam Retail Management, LLC (herein "Putnam") have moved for summary judgment on the claims of Plaintiff Steven G. Wicks and moved to stay discovery. Plaintiffs hereby move the Court to extend the time to oppose these motions by one week, up to and including Monday July 18, 2005.

Counsel for Putnam does not object to this one-week extension, and assents to this motion.

A proposed Order is attached for the Court's convenience.

**CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)**

The undersigned counsel for the plaintiffs hereby certify that they have conferred with counsel for the defendants, and that defendants do not object to the relief requested herein, and have assented to this motion.

BN1 35024788.1

Dated: July 5, 2005

    Respectfully submitted,

    STEVEN G. WICKS
    GERALD A. KALBFLEISCH
    MICHAEL and MYRTLE HATHAWAY

    By their counsel,

    /s/ Jonathan D. Mutch
    _____
    David E. Marder (BBO #552485)
    Marc N. Henschke (BBO #636146)
    Jonathan D. Mutch (BBO #634543)
    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    800 Boylston Street, 25th Floor
    Boston, MA 02199
    (617) 267-2300

    Thomas J. Gallo (admitted pro hac vice)
    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    2600 One Atlanta Plaza
    950 E. Paces Ferry Rd., N.E.
    Atlanta, GA  30326-1119
    (404) 760-4300

    Thomas R. Grady (admitted pro hac vice)
    ACKERMAN, LINK & SARTORY, P.A.
    222 Lakeview Avenue, Suite 1250, Esperante
    West Palm Beach, FL 33401