UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN G. WICKS,<br>GERALD A. KALBFLEISCH, and<br>MICHAEL and MYRTLE HATHAWAY<br><br>  Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC and<br>PUTNAM RETAIL<br>MANAGEMENT, LLP,<br><br>  Defendants. | Civil Action No: 04-CV-10988 |

[Proposed] **ORDER**

It is hereby ORDERED that the time for Plaintiffs Steven G. Wicks, Gerald Kalbfleisch, and Michael and Myrtle Hathaway to respond to Defendants' Motion for Summary Judgment on the Claims of Steven G. Wicks and Motion to Stay Discovery Based on Wicks' Lack of Standing is hereby extended by one week, up to and including July 18, 2005.

Dated: July ___, 2005

_____
George A. O'Toole
United States District Judge

BN1 35024788.1