UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| STEVEN G. WICKS,<br>GERALD A. KALBFLEISCH, and<br>MICHAEL and MYRTLE HATHAWAY<br><br>Plaintiffs,<br>v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC and<br>PUTNAM RETAIL<br>MANAGEMENT, LLP,<br><br>Defendants. | Civil Action No: 04-CV-10988 |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF
IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND**

Plaintiffs hereby move the Court for leave to file a reply memorandum in further support of their motion for leave to file a Second Amended Complaint. A copy of the proposed reply memorandum is filed herewith. Defendants do not oppose this motion for leave to file a reply.[1] The reply is required to address certain arguments raised in the defendants' Opposition.

WHEREFORE Plaintiffs request that the Court grant this Unopposed Motion for Leave to File a Reply Memorandum.

---

[1] Plaintiffs have agreed not to oppose a motion by Defendants to file a reply in connection with their motion for summary judgment and a stay of discovery.

BN1 35024980.1

Dated: July 18, 2005

Respectfully submitted,

_____
David E. Marder (BBO #552485)
Marc N. Henschke (BBO #636146)
Jonathan D. Mutch (BBO #634543)
Robins, Kaplan, Miller & Ciresi LLP
111 Huntington Ave.
Boston, MA  02199
(617) 267-2300

Of Counsel:

Thomas R. Grady (admitted *pro hac vice*)
Ackerman, Link, & Sartory, P.A.
222 Lakeview Avenue, Suite 1250, Esperante
West Palm Beach, FL  33401

## CERTIFICATE OF SERVICE

I, David E. Marder, hereby certify that on July 18, 2005 I caused the attached to be served by first class mail upon Defendants' counsel of record at the following addresses:

Seth M. Schwartz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

and

James R. Carroll, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108-3194

_____
David E. Marder

BN1 35024980.1