# Exhibit A

This table shows the effect of both
(1) Allowing the Motion to Amend; and
(2) Allowing the Summary Judgment Motion.

| Name of Fund | Assets* ($ in Billions) | Current Plaintiffs (First Amended Complaint) | Potential Plaintiffs (Motions Allowed) |
|---|---|---|---|
| Fund for Growth & Income | 19.5 | Hathaways | Hathaways |
| Investors Fund | 5.2 | Hathaways | Hathaways |
| Voyager Fund | 17.3 | Wicks | Vaughn |
| Growth Opportunities Fund | 1.7 | Wicks | Vaughn |
| Classic Equity Fund | 1.2 | Kalbfleisch | Kalbfleisch |
| Discovery Growth Fund | 1.6 | Wicks | Out of suit |
| New Opportunities Fund | 8.2 | Wicks | Out of suit |
| New Value Fund | 1.3 | Wicks | Out of suit |
| Vista Fund | 3.6 | Wicks | Out of suit |

*Assets are as of the date of filing the original Complaint.