UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

STEVEN G. WICKS,                          )     Civil Action No: 04-CV-10988
GERALD A. KALBFLEISCH, and                )
MICHAEL and MYRTLE HATHAWAY               )
                                          )
        Plaintiffs,                       )
                                          )
v.                                        )
                                          )
PUTNAM INVESTMENT                         )
MANAGEMENT, LLC and                       )
PUTNAM RETAIL                             )
MANAGEMENT, LLP,                          )
                                          )
        Defendants.                       )
                                          )

## PLAINTIFFS' LOCAL RULE 56.1 STATEMENT IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CLAIMS OF STEVEN G. WICKS

In accordance with Local Rule 56.1, Plaintiffs submit as follows:

1.      Plaintiffs admit paragraph 1 set forth in Defendants' Local Rule 56.1 statement.

2.      Plaintiffs admit paragraph 2 set forth in Defendants' Local Rule 56.1 statement.[1]

---

[1] Although immaterial to the disposition of Defendants' motion for summary judgment, because Defendants raise the issue in their papers, Plaintiffs state that plaintiffs' counsel first learned of Wicks' February 2005 sales in May of 2005. Declaration of Thomas R. Grady, attached to Plaintiffs' Opposition to Defendants Summary Judgment Motion as Exhibit "A."

Respectfully submitted,

STEVEN G. WICKS
GERALD A. KALBFLEISCH
MICHAEL and MYRTLE HATHAWAY

By their counsel,

David E. Marder (BBO #552485)
Marc N. Henschke (BBO #636146)
Jonathan D. Mutch (BBO # 634543)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
(617) 267-2300


Thomas R. Grady (admitted pro hac vice)
ACKERMAN, LINK & SARTORY, P.A.
222 Lakeview Avenue, Suite 1250, Esperante
West Palm Beach, FL 33401

Dated: July 18, 2005

## CERTIFICATE OF SERVICE

I, David E. Marder, hereby certify that on July 18, 2005 I caused the attached to be served by first class mail upon Defendants' counsel of record at the following addresses:

Seth M. Schwartz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

and

James R. Carroll, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108-3194

David E. Marder