UNITED STATES DISTRICT COURT DISTRICT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| STEVEN G. WICKS,<br>GERALD A. KALBFLEISCH, and<br>MICHAEL and MYRTLE HATHAWAY<br><br>    Plaintiffs,<br><br>    v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC, and<br><br>PUTNAM RETAIL<br>MANAGEMENT, LLP,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No: 04-CV-10988 (GAO) |

## **LOCAL RULE 16.1 (D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1 (D)(3) the undersigned hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses -- of the litigation; and (b) have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated:  July 20 , 2005.

Respectfully submitted,

Thomas Grady (c+m)

Thomas R. Grady (admitted *pro hac vice*)
ACKERMAN, LINK & SARTORY, P.A.
222 Lakeview Avenue, Suite 1250, esperante
West Palm Beach, FL 33401

Word 35023654.1

Steven B. Wicks

Steven G. Wicks

_____

Gerald A. Kalbfleisch

_____

Michael Hathaway

_____

Myrtle Hathaway

9

_____
Steven G. Wicks

_____
Gerald A. Kalbfleisch

_____
Michael Hathaway

_____
Myrtle Hathaway

Steven G. Wicks

Gerald A. Kalbfleisch

Michael Hathaway

Myrtle Hathaway

UNITED STATES DISTRICT COURT DISTRICT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN G. WICKS, | ) |
| GERALD A. KALBFLEISCH, and | ) |
| MICHAEL and MYRTLE HATHAWAY | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )  Civil Action No: 04-CV-10988 (GAO) |
| PUTNAM INVESTMENT | ) |
| MANAGEMENT, LLC, and | ) |
| | ) |
| PUTNAM RETAIL | ) |
| MANAGEMENT, LLP, | ) |
| | ) |
| Defendants | ) |
| | ) |

## **LOCAL RULE 16.1 (D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1 (D)(3) the undersigned hereby certify that they have
conferred: (a) with a view to establishing a budget for the costs of conducting the full course and
various alternative courses -- of the litigation; and (b) have considered the resolution of the
litigation through the use of alternative dispute resolution programs such as those outlined in
Local Rule 16.4.

Dated: July 20 , 2005.

Respectfully submitted,

Jonathan D. Mutch, Esq. (BBO No. 634543)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, Massachusetts 02199-7610
Tel. (617) 267-2300

Of Counsel:

Thomas R. Grady, Esq. (*pro hac vice*)
ACKERMAN, LINK & SARTORY
220 Lakeview Avenue
Suite 1250 – Esperante
West Palm Beach, Florida 33401
Tel. (561) 838-4100

_____
John J. Vaughn