UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------ x

STEVEN G. WICKS and
GERALD A. KALBFLEISCH,

    Plaintiffs,

v.

PUTNAM INVESTMENT
MANAGEMENT, LLC and
PUTNAM RETAIL MANAGEMENT, LLP,

    Defendants.

: Civil Action
: No. 04-10988-GAO

------------------------------------ x

**CERTIFICATE OF DEFENDANTS PUTNAM
INVESTMENT MANAGEMENT, LLC AND PUTNAM
<u>RETAIL MANAGEMENT, LLP PURSUANT TO LOCAL RULE 16.1(D)(3)</u>**

Pursuant to Local Rule 16.1(D)(3), Defendants Putnam Investment Management, LLC and Putnam Retail Management, LLP and undersigned counsel hereby certify that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation;

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution such as those outlined in Local Rule 16.4.

Dated: June 8, 2005

Respectfully submitted,

_____
James R. Carroll (BBO #554426)
David S. Clancy (BBO #636031)
Scott T. Lashway (BBO #655268)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

_____
Jason A. Tucker, Esq.
Putnam Investments
One Post Office Square
16th Floor
Boston, Massachusetts 02109
(617) 760-1977