UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------x
STEVEN G. WICKS, GERALD A.
KALBFLEISCH, and MICHAEL and    :
MYRTLE HATHAWAY
                                :
        Plaintiffs,
                                :   Civil Action
     - against -                    No. 04-10988-GAO
                                :
PUTNAM INVESTMENT MANAGEMENT,
LLC and PUTNAM RETAIL           :
MANAGEMENT, LP
                                :
        Defendants.
---------------------------------x

**PUTNAM INVESTMENT MANAGEMENT, LLC'S
AND PUTNAM RETAIL MANAGEMENT, LP'S <u>UNOPPOSED</u> MOTION
FOR LEAVE TO SUBMIT A REPLY MEMORANDUM IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT AND TO STAY DISCOVERY**

Putnam Investment Management, LLC and Putnam Retail Management, LP hereby move pursuant to Local Rule 7.1(b)(3) for leave to submit a reply memorandum in support of their Motion For Summary Judgment On The Claims Of Steven G. Wicks, And Motion To Stay Discovery. As grounds for this motion, defendants state that their proposed reply memorandum, submitted herewith, concisely addresses plaintiffs' opposition arguments, and will assist the Court in its consideration of the underlying motions.

**CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)**

The undersigned counsel hereby certifies that counsel for defendants has conferred with counsel for plaintiffs, and that counsel for plaintiffs does not oppose this Motion For Leave To Submit A Reply Memorandum.

Dated:   July 25, 2005                                Respectfully submitted,
         Boston, Massachusetts

*James R. Carroll*

James R. Carroll (BBO #554426)
David S. Clancy (BBO #636031)
Scott T. Lashway (BBO #655268)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

### Certificate Of Service

I, Scott T. Lashway, hereby certify that on July 25, 2005, I caused a true copy of the foregoing to be served by overnight delivery upon counsel for plaintiffs, David E. Marder, Esq., Marc N. Henschke, Esq. and Jonathan D. Mutch, Esq., all of Robins, Kaplan, Miller & Ciresi, L.L.P., 800 Boylston Street, Suite 2500, Boston, Massachusetts 02199, and by overnight delivery upon Thomas R. Grady, Esq., Ackerman, Link & Sartory, P.A. 222 Lakeview Avenue, Suite 1250 – Esperante, West Palm Beach, Florida 33401.

Dated: July 25, 2005                         *Scott T. Lashway*
                                             Scott T. Lashway