———— ATTORNEYS AT LAW ————

# ARMSTRONG ALLEN PLLC

September 27, 2005

Ms. Sarah Allison Thornton
Clerk of Court
United States District Court
Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Ms. Thornton:

When it has been prepared, I would like to order a copy of the transcript of the complete hearing held in *Wicks v. Putnam Investment Management, LLC, et al,* Case No. 04-10988-GAO, on September 14, 2005 at 2:00 p.m. before Judge George A. O'Toole, involving the Motion to Stay the Motion for Summary Judgment and other matters heard at that time in connection with this case. Please inform me by email or fax of the charge for this transcript, and I will forward a check for the necessary amount.

Your cooperation is appreciated.

Sincerely,

Charles D. Reaves

CDR/nm