# Exhibit 1

## Putnam Mutual Funds owned by Plaintiff

| Fund name: | Assets Under Management (in millions) |
|---|---|
| 1. Classic Equity Fund | $1,158 |
| 2. Fund for Growth and Income | $19,538 |
| 3. Growth Opportunities Fund | $1,665 |
| 4. Investors Fund | $5,159 |
| 5. Voyager Fund | $17,252 |
| **TOTAL** | **$44,772** |