# Exhibit 3

# Putnam
## Mutual fund asset, fee and breakpoint information
## (Fiscal Year ending 2003)

| Asset Range | | Fee |
|---|---|---|

**Classic Equity Fund**

| Assets ($ millions) | | | $1,158 |
|---|---|---|---|
| Avg. management fee: | | | 0.55% |
| | | | |
| $0 | to | $500 | 0.650% |
| $500 | to | $1,000 | 0.550% |
| $1,000 | to | $1,500 | 0.500% |
| $1,500 | to | $6,500 | 0.450% |
| $6,500 | to | $11,500 | 0.425% |
| $11,500 | to | $16,500 | 0.405% |
| $16,500 | to | $21,500 | 0.390% |
| $21,500 | + | | 0.380% |

**Growth Opportunities Fund**

| Assets ($ millions) | | | $1,665 |
|---|---|---|---|
| Avg. management fee: | | | 0.59% |
| | | | |
| $0 | to | $500 | 0.700% |
| $500 | to | $1,000 | 0.600% |
| $1,000 | to | $1,500 | 0.550% |
| $1,500 | to | $6,500 | 0.500% |
| $6,500 | to | $11,500 | 0.475% |
| $11,500 | to | $16,500 | 0.455% |
| $16,500 | to | $21,500 | 0.440% |
| $21,500 | + | | 0.430% |

**Investors Fund**

| Assets ($ millions) | | | $5,159 |
|---|---|---|---|
| Avg. management fee: | | | 0.48% |
| | | | |
| $0 | to | $500 | 0.650% |
| $500 | to | $1,000 | 0.550% |
| $1,000 | to | $1,500 | 0.500% |
| $1,500 | to | $6,500 | 0.450% |
| $6,500 | to | $11,500 | 0.425% |
| $11,500 | to | $16,500 | 0.405% |
| $16,500 | to | $21,500 | 0.390% |
| $21,500 | + | | 0.380% |

| Asset Range | | Fee |
|---|---|---|

**Fund for Growth and Income**

| Assets ($ millions) | | | $19,538 |
|---|---|---|---|
| Avg. management fee: | | | 0.42% |
| | | | |
| $0 | to | $500 | 0.650% |
| $500 | to | $1,000 | 0.550% |
| $1,000 | to | $1,500 | 0.500% |
| $1,500 | to | $6,500 | 0.450% |
| $6,500 | to | $11,500 | 0.425% |
| $11,500 | to | $16,500 | 0.405% |
| $16,500 | to | $21,500 | 0.390% |
| $21,500 | to | $26,500 | 0.380% |
| $26,500 | to | $31,500 | 0.370% |
| $31,500 | to | $36,500 | 0.360% |
| $36,500 | to | $41,500 | 0.350% |
| $41,500 | to | $46,500 | 0.340% |
| $46,500 | to | $55,000 | 0.330% |
| $55,000 | + | | 0.320% |

**Voyager Fund**

| Assets ($ millions) | | | $17,252 |
|---|---|---|---|
| Avg. management fee: | | | 0.49% |
| | | | |
| $0 | to | $500 | 0.700% |
| $500 | to | $1,000 | 0.600% |
| $1,000 | to | $1,500 | 0.550% |
| $1,500 | to | $6,500 | 0.500% |
| $6,500 | to | $11,500 | 0.475% |
| $11,500 | to | $16,500 | 0.455% |
| $16,500 | to | $21,500 | 0.440% |
| $21,500 | to | $26,500 | 0.430% |
| $26,500 | to | $31,500 | 0.420% |
| $31,500 | to | $36,500 | 0.410% |
| $36,500 | to | $41,500 | 0.400% |
| $41,500 | to | $46,500 | 0.390% |
| $46,500 | to | $55,000 | 0.380% |
| $55,000 | + | | 0.370% |