# Exhibit 4

## Calculation of portfolio selection fees
## (Fiscal Year ending 2003)

|  | Assets (millions) | Agv. Mgt. fee (%) | Subtract Admin. | Portfolio Selection Fee (%) | Portfolio Selection Fee (millions) |
|---|---|---|---|---|---|
| 1. Classic Equity Fund | $1,158 | 0.55% | -0.10% | 0.45% | $5.2 |
| 2. Fund for Growth and Income | $19,538 | 0.42% | -0.10% | 0.32% | $62.5 |
| 3. Growth Opportunities Fund | $1,665 | 0.59% | -0.10% | 0.49% | $8.2 |
| 4. Investors Fund | $5,159 | 0.48% | -0.10% | 0.38% | $19.6 |
| 5. Voyager Fund | $17,252 | 0.49% | -0.10% | 0.39% | $67.3 |