# Exhibit 8

| Assets Under Management (in millions) Breakpoints | | | PA RETIREMENT FUND | | PUTNAM CLASSIC EQUITY FUND | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total Fee* | | Portfolio Selection Fee** | | | | |
| | | | % Fee at Breakpoint | Total Fee (in millions) | % Fee at Breakpoint | Total Fee (in millions) | % of PA ERS Fee | Promotional Distribution Fees*** | Subtotal**** |
| 0 | to | 100 | 0.300% | $0.30 | 0.550% | $0.55 | 183% | $0.03 | $0.58 |
| 100 | to | 200 | 0.250% | 0.55 | 0.550% | 1.10 | 200% | 0.05 | 1.15 |
| 200 | to | 500 | 0.180% | 1.09 | 0.550% | 2.75 | 252% | 0.10 | 2.85 |
| 500 | to | 800 | 0.180% | 1.63 | 0.450% | 4.10 | 252% | 0.23 | 4.33 |
| 800 | to | 1000 | 0.150% | 1.93 | 0.450% | 5.00 | 259% | 0.43 | 5.43 |
| 1000 | to | 1158 | 0.150% | 2.17 | 0.400% | 5.63 | 260% | 0.68 | 6.31 |

\* "Total Fee" includes all administrative, management, portfolio selection, distribution and other costs and is based upon data set forth in Paragraph 84 in the Complaint.

\*\* Includes only Portfolio Selection Fee and excludes estimated administrative, management, distribution and other expenses.

\*\*\* Includes only the estimated portion of challenged 12b-1 Distribution Fees.

\*\*\*\* Sum of columns 2 and 3.



# Exhibit 8

| Assets Under Management (in millions) Breakpoints | | | PA RETIREMENT FUND | | PUTNAM FUND FOR GROWTH & INCOME | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total Fee* | | Portfolio Selection Fee** | | | | |
| | | | % Fee at Breakpoint | Total Fee (in millions) | % Fee at Breakpoint | Total Fee (in millions) | % of PA ERS Fee | Promotional Distribution Fees*** | Subtotal**** |
| 0 | to | 100 | 0.300% | $0.30 | 0.550% | $0.55 | 183% | $0.03 | $0.58 |
| 100 | to | 200 | 0.250% | 0.55 | 0.550% | 1.10 | 200% | 0.05 | 1.15 |
| 200 | to | 500 | 0.180% | 1.09 | 0.550% | 2.75 | 252% | 0.10 | 2.85 |
| 500 | to | 800 | 0.180% | 1.63 | 0.450% | 4.10 | 252% | 0.23 | 4.33 |
| 800 | to | 1000 | 0.150% | 1.93 | 0.450% | 5.00 | 259% | 0.43 | 5.43 |
| 1000 | to | 1500 | 0.150% | 2.68 | 0.400% | 7.00 | 261% | 0.68 | 7.68 |
| 1500 | to | 6500 | 0.150% | 10.18 | 0.350% | 24.50 | 241% | 1.05 | 25.55 |
| 6500 | to | 11500 | 0.150% | 17.68 | 0.325% | 40.75 | 230% | 2.68 | 43.43 |
| 11500 | to | 16500 | 0.150% | 25.18 | 0.305% | 56.00 | 222% | 5.55 | 61.55 |
| 16500 | to | 19538 | 0.150% | 29.74 | 0.290% | 64.81 | 218% | 9.68 | 74.49 |

\* "Total Fee" includes all administrative, management, portfolio selection, distribution and other costs and is based upon data set forth in Paragraph 84 in the Complaint.

\*\* Includes only Portfolio Selection Fee and excludes estimated administrative, management, distribution and other expenses.

\*\*\* Includes only the estimated portion of challenged 12b-1 Distribution Fees.

\*\*\*\* Sum of columns 2 and 3.



# Exhibit 8

| Assets Under Management (in millions) Breakpoints | PA RETIREMENT FUND | | PUTNAM GROWTH OPPORTUNITIES FUND | | | | |
|---|---|---|---|---|---|---|---|
| | Total Fee* | | Portfolio Selection Fee** | | | Promotional Distribution Fees*** | Subtotal**** |
| | % Fee at Breakpoint | Total Fee (in millions) | % Fee at Breakpoint | Total Fee (in millions) | % of PA ERS Fee | | |
| 0 to 100 | 0.300% | $0.30 | 0.600% | $0.60 | 200% | $0.03 | $0.63 |
| 100 to 200 | 0.250% | 0.55 | 0.600% | 1.20 | 218% | 0.05 | 1.25 |
| 200 to 500 | 0.180% | 1.09 | 0.600% | 3.00 | 275% | 0.10 | 3.10 |
| 500 to 800 | 0.180% | 1.63 | 0.500% | 4.50 | 276% | 0.23 | 4.73 |
| 800 to 1000 | 0.150% | 1.93 | 0.500% | 5.50 | 285% | 0.43 | 5.93 |
| 1000 to 1500 | 0.150% | 2.68 | 0.450% | 7.75 | 289% | 0.68 | 8.43 |
| 1500 to 1665 | 0.150% | 2.93 | 0.400% | 8.41 | 287% | 1.05 | 9.46 |

\* "Total Fee" includes all administrative, management, portfolio selection, distribution and other costs and is based upon data set forth in Paragraph 84 in the Complaint.

\*\* Includes only Portfolio Selection Fee and excludes estimated administrative, management, distribution and other expenses.

\*\*\* Includes only the estimated portion of challenged 12b-1 Distribution Fees.

\*\*\*\* Sum of columns 2 and 3.



## Exhibit 8

| Assets Under Management (in millions) Breakpoints | | | PA RETIREMENT FUND | | PUTNAM INVESTORS FUND | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total Fee* | | Portfolio Selection Fee** | | | | |
| | | | % Fee at Breakpoint | Total Fee (in millions) | % Fee at Breakpoint | Total Fee (in millions) | % of PA ERS Fee | Promotional Distribution Fees*** | Subtotal**** |
| 0 | to | 100 | 0.300% | $0.30 | 0.550% | $0.55 | 183% | $0.03 | $0.58 |
| 100 | to | 200 | 0.250% | 0.55 | 0.550% | 1.10 | 200% | 0.05 | 1.15 |
| 200 | to | 500 | 0.180% | 1.09 | 0.550% | 2.75 | 252% | 0.10 | 2.85 |
| 500 | to | 800 | 0.180% | 1.63 | 0.450% | 4.10 | 252% | 0.23 | 4.33 |
| 800 | to | 1000 | 0.150% | 1.93 | 0.450% | 5.00 | 259% | 0.43 | 5.43 |
| 1000 | to | 1500 | 0.150% | 2.68 | 0.400% | 7.00 | 261% | 0.68 | 7.68 |
| 1500 | to | 5159 | 0.150% | 8.17 | 0.350% | 19.81 | 242% | 1.05 | 20.86 |

\* "Total Fee" includes all administrative, management, portfolio selection, distribution and other costs and is based upon data set forth in Paragraph 84 in the Complaint.

\*\* Includes only Portfolio Selection Fee and excludes estimated administrative, management, distribution and other expenses.

\*\*\* Includes only the estimated portion of challenged 12b-1 Distribution Fees.

\*\*\*\* Sum of columns 2 and 3.



## Exhibit 8

| Assets Under Management (in millions) Breakpoints | | | PA RETIREMENT FUND Total Fee* | | PUTNAM VOYAGER FUND | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Portfolio Selection Fee** | | | | |
| | | | % Fee at Breakpoint | Total Fee (in millions) | % Fee at Breakpoint | Total Fee (in millions) | % of PA ERS Fee | Promotional Distribution Fees*** | Subtotal**** |
| 0 | to | 100 | 0.300% | $0.30 | 0.600% | $0.60 | 200% | $0.250 | $0.850 |
| 100 | to | 200 | 0.250% | 0.55 | 0.600% | 1.20 | 218% | 0.500 | 1.700 |
| 200 | to | 500 | 0.180% | 1.09 | 0.600% | 3.00 | 275% | 1.250 | 4.250 |
| 500 | to | 800 | 0.180% | 1.63 | 0.500% | 4.50 | 276% | 2.000 | 6.500 |
| 800 | to | 1000 | 0.150% | 1.93 | 0.500% | 5.50 | 285% | 2.500 | 8.000 |
| 1000 | to | 1500 | 0.150% | 2.68 | 0.450% | 7.75 | 289% | 3.750 | 11.500 |
| 1500 | to | 2000 | 0.150% | 3.43 | 0.400% | 9.75 | 284% | 5.000 | 14.750 |
| 2000 | to | 6500 | 0.150% | 10.18 | 0.400% | 27.75 | 273% | 16.250 | 44.000 |
| 6500 | to | 11500 | 0.150% | 17.68 | 0.375% | 46.50 | 263% | 28.750 | 75.250 |
| 11500 | to | 16500 | 0.150% | 25.18 | 0.355% | 64.25 | 255% | 41.250 | 105.500 |
| 16500 | to | 17252 | 0.150% | 26.31 | 0.340% | 66.81 | 254% | 43.130 | 109.937 |

\* "Total Fee" includes all administrative, management, portfolio selection, distribution and other costs and is based upon data set forth in Paragraph 84 in the Complaint.

\*\* Includes only Portfolio Selection Fee and excludes estimated administrative, management, distribution and other expenses.

\*\*\* Includes only the estimated portion of challenged 12b-1 Distribution Fees.

\*\*\*\* Sum of columns 2 and 3.

