UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>        Plaintiffs,<br><br>   v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LLP,<br><br>        Defendants. | Civil Action No. 04-10988-GAO |

## NOTICE OF APPEARANCE OF LISA A. FURNALD

Please enter my appearance as co-counsel of record for Plaintiffs John J. Vaughn, Gerald A. Kalbfleisch, Michael Hathaway and Myrtle Hathaway in the above-captioned action.

DATED: March 10, 2006        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

        By: /s/ Lisa A. Furnald                ,
            Lisa A. Furnald (BBO# 631059)
            800 Boylston Street
            25th Floor
            Boston, MA  02199-7610
            E-mail: LAFurnald@rkmc.com
            Tel.: 617-267-2300
            Fax: 617-267-8288

        **ATTORNEYS FOR PLAINTIFFS
        JOHN J. VAUGHN, GERALD A.
        KALBFLEISCH, MICHAEL HATHAWAY
        AND MYRTLE HATHAWAY**

## CERTIFICATE OF SERVICE

    I, Lisa A. Furnald, hereby certify that on March 10th, 2006, a true copy of *Notice of Appearance of Lisa A. Furnald,* was served electronically through the ECF System and by first class mail, postage prepaid, to those counsel of record indicated as non-registered ECF participants.

                                                       /s/ Lisa A. Furnald
                                                       Lisa A. Furnald