UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>        Plaintiffs,<br><br>    v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LLP,<br><br>        Defendants. | Civil Action No.  04-10988-GAO<br><br>ORAL ARGUMENT REQUESTED |

## PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS

Plaintiffs respectfully move the Court for an order compelling Defendants Putnam Investment Management and Putnam Retail Management (collectively, "Putnam") to produce the documents requested in Plaintiffs' First Set of Requests for the Production of Documents.

The grounds for this Motion are set forth in the accompanying Memorandum of Law and the Affidavit of Lisa Furnald.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Plaintiffs respectfully request a hearing on the within motion.

Dated: April 27, 2006

                                      Respectfully submitted,

                                      /s/ Lisa A. Furnald
                                      David E. Marder (BBO #552485)
                                      Marc N. Henschke (BBO #636146)

BN1 35030630.1