**EXHIBIT A**

| **CHART A**<br>**(Documents That Defendants Are Producing For**<br>**January 1, 2002-June 30, 2005)** | **Document Request Response(s)** |
|---|---|
| ▪ <u>Minutes of trustee meetings concerning evaluation of management fees and 12b-1 fees.</u> | 72, 75, 76 |
| ▪ <u>Trial balances</u>. For each year, the trial balance shows each expense item, and each revenue item, for each Putnam entity (<u>i.e.</u>, not just Defendants PIM and PRM). (Printed in 12-point font, the 2004 trial balance exceeds <u>160</u> pages.) There is no "deeper"-level such document: beneath each of its hundreds of entries is <u>entry</u>-specific data and documents, leading down ultimately to -- for example -- invoices from vendors. This document underlies Putnam's audited financial statements, and it has been produced in hard-copy form, and in electronic form. | 29, 30, 64, 123 |
| ▪ <u>Reports provided to the trustees concerning fund performance</u>. This constitutes more than three years of <u>monthly reports</u> concerning the performance of <u>all</u> of Putnam's more than <u>70</u> mutual funds. | 50, 51, 85 |
| ▪ <u>*Additional* reports provided to the trustees' "Investment Oversight Committee" concerning that committee's periodic additional evaluation of the performance of *particular* funds</u> (here, with respect to the five funds at issue). | 50, 51, 85 |
| ▪ <u>Training manuals and guidelines relating to portfolio management personnel, to Operations Finance Department personnel, and (to the extent they relate to marketing) to PRM personnel</u>. This category has already resulted in the production of approximately 15,265 pages of documents. | 117 , 130 |
| ▪ <u>For each of the five funds at issue, management contracts, distribution plans, distributor's contracts, and custodian agreements</u> (the key contracts for each fund). | 74, 127, 133 |
| ▪ <u>Organizational charts for Defendants PIM and PRM</u> (as an example, Putnam has produced a December 2003 organizational chart the 1,055 pages of which show corporate structure, individual's names, and job titles.) | 115 |
| ▪ <u>*If there are* any, any shareholder complaints concerning management and/or 12b-1 fees</u>. | 137 |
| ▪ Putnam has also committed to search diligently for documents within certain broad categories, which will entail searching the e-mails of key individuals pursuant to a plan that has been presented to plaintiffs (Appendix Ex. 39), as well as follow-up inquiry as to those and certain other individuals who Defendants believe have meaningful involvement in the fee-evaluation process. <u>Those categories include</u>: | |
| – Documents addressing the impact of 12b-1 fees on the interests of mutual fund shareholders. | 14, 15, 17 |

| **CHART A (continued)**<br>**(Documents That Defendants Are Producing For**<br>**January 1, 2002-June 30, 2005)** | **Document Request Response(s)** |
|---|---|
| – Documents addressing the benefits of 12b-1 fees to the Defendants. | 20 |
| – Documents addressing the impact of 12b-1 fees on expense ratios and/or flow volatility. | 109 |
| – Documents addressing whether management and/or 12b-1 fees on Putnam Mutual Funds are excessive. | 16 |
| – Documents comparing management and/or 12b-1 fees on mutual funds with fees for institutional accounts. | 19, 23 |
| – Documents comparing services provided to Putnam mutual funds to services provided to Putnam institutional accounts. | 23 |
| – Documents comparing profits in connection with Putnam mutual funds to those in connection with Putnam institutional accounts. | 24 |
| – Documents comparing the portfolio holdings and/or portfolio turnover rates of the funds at issue with institutional accounts. | 47 |
| – Documents comparing the performance of any of the funds at issue with the performance of any institutional account. | 52 |
| – Any contracts between PIM and/or PIM, on the one hand, and Putnam Advisory Company ('PAC'), on the other hand. (PAC manages institutional accounts, whose fees Plaintiffs claim should be a guide to fees on the mutual funds.) | 37, 38, 39 |
| – Documents addressing the requirements of § 36(b). | 43, 44 |
| – Documents addressing the requirements of Rule 12b-1. | 45 |

| **CHART B**<br>**(Documents That Defendants Are Producing Back to 1995)** | |
|---|---|
| ▪ The black books (as explained on the prior page, these are fee evaluation-related volumes provided to the trustees each year) | See Appendix Exhibit 34. |
| ▪ The 12b-1 reports (as explained on the prior page, these are quarterly reports to the trustees concerning 12b-1 fees) | See Appendix Exhibit 34. |
| ▪ The trial balances (as explained on the prior page, these show all revenue and expense items for all Putnam entities) | See Appendix Exhibit 34. |