UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN J. VAUGHN, GERALD A.                :
KALBFLEISCH, MICHAEL HATHAWAY
and MYRTLE HATHAWAY,                     :

        Plaintiffs,                      :       Civil Action
                                                 No. 04-10988-GAO
        v.                               :

PUTNAM INVESTMENT                        :
MANAGEMENT, LLC and
PUTNAM RETAIL MANAGEMENT, LLP,           :

        Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

- Appendix to Defendants Putnam Investment Management, LLC's And Putnam Retail Management Limited Partnership's Opposition To Plaintiffs' Motion To Compel

The original documents are maintained in the case file in the Clerk's Office.

| | |
|---|---|
| Dated: May 11, 2006<br>      Boston, Massachusetts | Respectfully submitted,<br><br>/s/ James R. Carroll<br>James R. Carroll (BBO #554426)<br>David S. Clancy (BBO #636031)<br>Scott T. Lashway (BBO #655268)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts  02108<br>(617) 573-4800<br><br>Counsel for Defendants Putnam Investment Management, LLC and Putnam Retail Management Limited Partnership |

**Certificate of Service**

     I, Scott T. Lashway, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 11, 2006.

| | |
|---|---|
| Dated:  May 11, 2006 | /s/ Scott T. Lashway<br>Scott T. Lashway |