UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>        Plaintiffs,<br><br>   v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LLP,<br><br>        Defendants. | Civil Action No. 04-10988-GAO |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

Plaintiffs respectfully move the Court, pursuant to Local Rule 7.1(B)(3), for leave to file a reply memorandum in further support of their motion for an order compelling Defendants to produce the documents requested in Plaintiffs' First Set of Requests for the Production of Documents. As grounds for this motion, Plaintiffs state as follows:

    1.    On April 27, 2006, Plaintiffs filed their Motion to Compel Defendants to Respond to Plaintiffs' First Set of Requests for the Production of Documents.

    2 .    On May 11, 2006, Defendants filed their Opposition thereto.

    3.    Plaintiffs' proposed Reply Memorandum, submitted herewith, is needed to address concisely the arguments and authorities Defendants raise in their Opposition.

    4.    Defendants do not oppose the relief sought by this motion.

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

The undersigned hereby certifies that Plaintiffs' counsel has conferred with counsel for Defendants, who do not oppose the relief sought by this motion.

Dated: May 31, 2006

Respectfully submitted,

 /s/ Lisa A. Furnald
David E. Marder (BBO #552485)
Marc N. Henschke (BBO #636146)
Lisa A. Furnald (BBO #631059)
Jonathan D. Mutch (BBO #634543)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: LAFurnald@rkmc.com
(617) 267-2300

Of Counsel:

Thomas R. Grady (admitted *pro hac vice*)
Ackerman, Link, & Sartory, P.A.
222 Lakeview Avenue, Suite 1250, Esperante
West Palm Beach, FL  33401

  /s/ Lisa A. Furnald
Lisa A. Furnald
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: LAFurnaldr@rkmc.com
(617) 267-2300

**CERTIFICATE OF SERVICE**

I, Lisa A. Furnald, hereby certify that this document filed through the ECF system on May 31, 2006, will be served electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those non-registered participants.

 /s/ Lisa A. Furnald
Lisa A. Furnald
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: LAFurnaldr@rkmc.com
(617) 267-2300