UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN J. VAUGHN, GERALD A.
KALBFLEISCH, MICHAEL HATHAWAY  :
and MYRTLE HATHAWAY
                                         :

   Plaintiffs,
                                         :   Civil Action
v.                                         No. 04-10988-GAO
                                         :
PUTNAM INVESTMENT MANAGEMENT,
LLC and PUTNAM RETAIL         :
MANAGEMENT, LLP
                                         :
   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO SUBMIT A
SURREPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

       Pursuant to Local Rule 7.1(B)(3), Defendants Putnam Investment Management, LLC and Putnam Retail Management Limited Partnership ("Defendants") respectfully move this Court for leave to submit a five-page surreply memorandum in further opposition to Plaintiffs' motion to compel. The surreply memorandum will respond to arguments newly presented by Plaintiffs' Reply Memorandum. The proposed surreply memorandum is attached hereto as Exhibit 1.

       WHEREFORE, Defendants respectfully request that this Court grant Defendants leave to submit the surreply memorandum in further opposition to Plaintiffs' motion to compel.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

       The undersigned counsel hereby certifies that counsel for Defendants has conferred with counsel for Plaintiffs who have assented to the requested relief (in exchange for Defendants' assent to Plaintiffs' motion for leave to file their 18-page reply brief).

Dated: June 6, 2006    Respectfully submitted,
       Boston, Massachusetts

                                       /s/ James R. Carroll
                                      James R. Carroll (BBO #554426)
                                      David S. Clancy (BBO #636031)
                                      Scott T. Lashway (BBO #655268)
                                      SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                      One Beacon Street
                                      Boston, Massachusetts  02108
                                      (617) 573-4800
                                      jcarroll@skadden.com
                                      dclancy@skadden.com
                                      slashway@skadden.com

                                      Counsel for Defendants Putnam
                                      Investment Management, LLC and
                                      Putnam Retail Management Limited Partnership

**Certificate Of Service**

      I, Scott T. Lashway, hereby certify that on June 6, 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those as non-registered participants.

Dated:  June 6, 2006                             /s/ Scott T. Lashway
                                                Scott T. Lashway