**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN J. VAUGHN, GERALD A.
KALBFLEISCH, MICHAEL HATHAWAY     :
and MYRTLE HATHAWAY
                                                         :

    Plaintiffs,

                                                         :     Civil Action
   v.                                                     No. 04-10988-GAO
                                                         :

PUTNAM INVESTMENT MANAGEMENT,
LLC and PUTNAM RETAIL               :
MANAGEMENT, LLP
                                                          :

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL

Upon consideration of Plaintiffs' Motion To Compel Defendants To Respond To Plaintiffs' First Set Of Requests For The Production Of Documents, Defendants' Opposition thereto, and all other papers and proceedings herein, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion To Compel Defendants To Respond To Plaintiffs' First Set Of Requests For The Production Of Documents is DENIED in all respects;

2. Plaintiffs are ordered to fully comply with Local Rule 37.1 of this Court as to any future discovery motions.


SO ORDERED:

Dated: June __, 2006

                                                                                 George A. O'Toole, Jr.
                                                                                 United States District Court Judge