UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN J. VAUGHN, GERALD A.
KALBFLEISCH, MICHAEL HATHAWAY  :
and MYRTLE HATHAWAY
                                         :
    Plaintiffs,
                                         :    Civil Action No. 04-10988-GAO
    v.
                                         :
PUTNAM INVESTMENT MANAGEMENT,
LLC and PUTNAM RETAIL              :
MANAGEMENT, LLP
                                         :
    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT MOTION FOR AN ORDER PROPERLY NAMING
DEFENDANT PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP**

        The parties jointly move this Court for an Order properly naming Defendant Putnam Retail Management Limited Partnership.  The parties stipulate that the current caption incorrectly reflects Defendant Putnam Retail Management, LLP, whereas the proper name is Putnam Retail Management Limited Partnership.  The parties respectfully request the Court to enter the attached Stipulation and [proposed] Order reflecting this correction.

Dated:  July 11, 2006

Respectfully submitted,

| | |
|---|---|
| /s/ David S. Clancy_____ | /s/ Lisa A. Furnald_____ |
| James R. Carroll (BBO #554426) | David E. Marder (BBO #552485) |
| David S. Clancy (BBO #636031) | Marc N. Henschke (BBO #636146) |
| Scott T. Lashway (BBO #655268) | Lisa A. Furnald (BBO #631059) |
| SKADDEN, ARPS, SLATE, | Jonathan D. Mutch (BBO #634543) |
| MEAGHER & FLOM LLP | Robins, Kaplan, Miller & Ciresi LLP |
| One Beacon Street | 800 Boylston Street, 25th Floor |
| Boston, Massachusetts  02108 | Boston, MA  02199 |
| (617) 573-4800 | (617) 267-2300 |
| | E-mail:  LAFurnald@rkmc.com |

**Certificate Of Service**

        I, Lisa A. Furnald, hereby certify that this document filed through the ECF system on July 11, 2006, will be served electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those non-registered participants.

    /s/ Lisa A. Furnald
Lisa A. Furnald
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA  02199
E-mail:  LAFurnald@rkmc.com
(617) 267-2300