UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN J. VAUGHN, GERALD A.     :
KALBFLEISCH, MICHAEL HATHAWAY
and MYRTLE HATHAWAY
                                        :

       Plaintiffs,

                                      :    Civil Action No. 04-10988-GAO
  v.
                                      :

PUTNAM INVESTMENT MANAGEMENT,
LLC and PUTNAM RETAIL           :
MANAGEMENT, LLP
                                      :

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION AND [proposed] ORDER PROPERLY NAMING
DEFENDANT PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP**

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties ("parties") that:

1.     Plaintiffs in their Second Amended Complaint incorrectly identified Putnam Retail Management Limited Partnership as Putnam Retail Management, LLP. Similarly, the caption incorrectly names Putnam Retail Management, LLP, whereas its proper name is Putnam Retail Management Limited Partnership.

2.     The Second Amended Complaint named and made allegations against Putnam Retail Management, LLP. Putnam Retail Management Limited Partnership answered that Complaint as to itself noting Plaintiffs' mistake.[1]

---

[1] See footnote 1 to the Answer and Affirmative Defenses of Putnam Investment Management, LLC and Putnam Retail Management Limited Partnership To Second Amended Complaint.

BN1 35032505.1

3. All previous allegations and references to "Putnam Retail Management, LLP" in this matter, including the pleadings and discovery, shall be treated as allegations and references to Putnam Retail Management Limited Partnership.

4. The caption shall also be corrected to properly identify Putnam Retail Management Limited Partnership in the place of Putnam Retail Management, LLP.

Dated: July 11, 2006
Boston, Massachusetts

Respectfully submitted,

| | |
|---|---|
| /s/ David S. Clancy_____ | /s/ Lisa A. Furnald_____ |
| James R. Carroll (BBO #554426) | David E. Marder (BBO #552485) |
| David S. Clancy (BBO #636031) | Marc N. Henschke (BBO #636146) |
| Scott T. Lashway (BBO #655268) | Lisa A. Furnald (BBO #631059) |
| SKADDEN, ARPS, SLATE, | Jonathan D. Mutch (BBO #634543) |
| MEAGHER & FLOM LLP | Robins, Kaplan, Miller & Ciresi LLP |
| One Beacon Street | 800 Boylston Street, 25th Floor |
| Boston, Massachusetts  02108 | Boston, MA  02199 |
| (617) 573-4800 | (617) 267-2300 |
| | E-mail:  LAFurnald@rkmc.com |

Hereby ORDERED, this _____ day of _____, 2006 by

_____
Judge George A. O'Toole, Jr.
United States District Court for the District of Massachusetts