UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. VAUGHN,<br>GERALD A. KALBFLEISCH, and<br>MICHAEL and MYRTLE HATHAWAY<br><br>    Plaintiffs,<br><br>    v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC and<br>PUTNAM RETAIL<br>MANAGEMENT, LLP,<br><br>    Defendants. | Civil Action No: 04-CV-10988 |

## NOTICE OF APPEARANCE OF MEGHAN E. WALT

Please enter my appearance as co-counsel of record for Plaintiffs John J. Vaughn, Gerald A. Kalbfleisch, Michael Hathaway and Myrtle Hathaway in the above-captioned action.

DATED: August 18, 2006          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Meghan E. Walt

800 Boylston Street
25th Floor
Boston, MA  02199-7610
617-267-2300

**ATTORNEYS FOR PLAINTIFFS
JOHN J. VAUGHN, GERALD A.
KALBFLEISCH, MICHAEL HATHAWAY
AND MYRTLE HATHAWAY**

BN1 35033468.1

CERTIFICATE OF SERVICE

    I, Meghan E. Walt, hereby certify that on the 18th day of August, 2006, I served a copy of the foregoing electronically through the ECF System and by first class mail, postage prepaid, to those counsel of record indicated as non-registered ECF participants.

    /s/ Meghan E. Walt
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: mewalt@rkmc.com
(617) 267-2300

Thomas R. Grady)
Ackerman, Link & Sartory, P.A.
222 Lakeview Avenue, Suite 1250, Esperante
West Palm Beach, FL 33401