UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>        Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP<br><br>        Defendants. | Civil Action No. 06-11438 (GAO)<br>and Civil Action No. 04-10988 (GAO) |

**PLAINTIFFS' MOTION TO CONSOLIDATE**

Plaintiffs move under Rule 42(a) of the Federal Rules of Civil Procedure for an order consolidating for discovery and trial the action captioned <u>Vaughn, et al. v. Putnam Investment Management, LLC et al.</u>, No. 04-CV-10988 (GAO) (herein the "2004 Action") with the virtually identical newly-filed action captioned <u>Vaughn, et al. v. Putnam Investment Management, LLC et al.</u>, No. 06-CV-11438 (GAO) (herein the "2006 Action").

The grounds for this Motion are set forth in the accompanying Memorandum of Law.

BN1 35033921.1

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Plaintiffs respectfully request a hearing on the within motion.

Dated: September 12, 2006

Respectfully submitted,

/s/ Lisa A. Furnald
David E. Marder (BBO #552485)
Marc N. Henschke (BBO #636146)
Lisa A. Furnald (BBO #631059)
Jonathan D. Mutch (BBO #634543)
Meghan E. Walt (BBO #658971)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: lafurnald@rkmc.com
(617) 267-2300

Of Counsel:
Thomas R. Grady (admitted *pro hac vice*)
Ackerman, Link, & Sartory, P.A.
222 Lakeview Avenue, Suite 1250, Esperante
West Palm Beach, FL  33401

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Lisa A. Furnald, hereby certify that I conferred with opposing counsel in a good faith effort to resolve or narrow the issues presented by this motion.

/s/ Lisa A. Furnald

## CERTIFICATE OF SERVICE

I, Lisa A. Furnald, hereby certify that on September 12, 2006, a true copy of Plaintiffs' Motion To Consolidate was served electronically through the ECF System and by first class mail, postage prepaid, to those counsel of record indicated as non-registered ECF participants.

/s/ Lisa A. Furnald
Lisa A. Furnald
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: LAFurnaldr@rkmc.com
(617) 267-2300