UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| STEVEN G. WICKS, GERALD A. KALBFLEISCH, and MICHAEL and MYRTLE HATHAWAY, | No: 1:04-CV-10988 (GAO) |
| Plaintiffs, | |
| v. | |
| PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LP | |
| Defendants. | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b), I hereby move for the admission *pro hac vice* of Dana E. Foster of West Palm Beach, Florida, to represent Plaintiffs as co-counsel in this matter.

I am an attorney admitted to practice before this Court, and have appeared in this case as the signator of the Complaint.

Ms. Foster is a member of the bars of the United States District Courts of Florida and Texas as well as a member of the highest state courts of Florida and Texas. Ms. Foster has prepared the Certification required by Local Rule 83.5.3(b), which has been filed together with this Motion.

BN1 35033629.1

Plaintiffs desire that Ms. Foster, together with the undersigned firm, represent them in this matter. Accordingly, the Court should exercise its discretion and allow the admission *pro hac vice* of Dana E. Foster. A Proposed Order is included.

Respectfully submitted,
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

/s/ David E. Marder
David E. Marder (BBO# 552485)
800 Boylston St., 25th Floor
Boston, MA 02199
(617) 267-2300
Attorneys for Plaintiffs
John J. Vaughn, Gerald A. Kalbfleisch, and Michael and Myrtle Hathaway

DATED: September 15, 2006

## STATEMENT REGARDING LOCAL RULE 7.1(A)(2)

Counsel for Defendants and Plaintiffs Met and Conferred on September 8, 2006, and Defendants assent to this Motion.

/s/ David E. Marder
David E. Marder

DATED: September 15, 2006