UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| STEVEN G. WICKS,<br>GERALD A. KALBFLEISCH, and<br>MICHAEL and MYRTLE HATHAWAY,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC and<br><br>PUTNAM RETAIL<br>MANAGEMENT, LP<br><br>　　Defendants. | No: 1:04-CV-10988 (GAO) |

**CERTIFICATION OF DANA E. FOSTER IN SUPPORT OF
MOTION TO APPEAR PRO HAC VICE**

I, Dana E. Foster, hereby state:

1. I am a licensed attorney and member of Ackerman, Link & Sartory, P.A., 22 Lakeview Avenue, Suite 1250, West Palm Beach, Florida, 33401. Together with Robins, Kaplan, Miller & Ciresi LLP, I represent the Plaintiffs, John J. Vaughn, Gerald A. Kalbfleisch, Michael and Myrtle Hathaway ("Plaintiffs") in this matter.

2. I have practiced law for 7 years, primarily in the area of securities litigation. I am a member of the bar of the State of Florida, and am admitted to practice before the highest court of Florida. I am also admitted in the United States District Court for the Northern, Middle, and Southern Districts of Florida, the Eleventh Circuit

3

District Court for the Northern, Middle, and Southern Districts of Florida, the Eleventh Circuit United States Court of Appeals and the United States District Court for the Eastern District of Texas.

3. I am in good standing in every jurisdiction to which I have been admitted. There are no disciplinary proceedings against me in any jurisdiction in which I have been admitted to practice.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 12th DAY OF September, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DANA E. FOSTER


STATE OF FLORIDA　　　　　　　　)
　　　　　　　　　　　　　　　　)
COUNTY OF PALM BEACH　　　　　 )

On this 12th day of September, 2006, before me, the undersigned notary public, personally appeared Dana E. Foster, who is personally known to by me, who is the person whose name is signed on the preceding document and who acknowledged to me that she signed it voluntarily for its stated purpose.



TINA L. CAMPBELL
MY COMMISSION # DD 336762
EXPIRES: August 6, 2008
Bonded Thru Budget Notary Services

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Notary Public
　　　　　　　　　　　　　My Commission Expires: