UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| STEVEN G. WICKS, <br> GERALD A. KALBFLEISCH, and <br> MICHAEL and MYRTLE HATHAWAY, <br><br> Plaintiffs, <br><br> v. <br><br> PUTNAM INVESTMENT <br> MANAGEMENT, LLC and <br><br> PUTNAM RETAIL <br> MANAGEMENT, LLP <br><br> Defendants. | No: 1:04-CV-10988 (GAO) |

## ORDER

Pursuant to Local Rule 83.5.3(b), and in reliance upon the Motion of David E. Marder dated September 15, 2006 and Certification of Dana E. Foster dated September 12, 2006, Ms. Foster is hereby admitted *pro hac vice* to practice before the Court in connection with this matter.

Dated: September ___, 2006

                                                                              _____
                                                                              Judge George A. O'Toole
                                                                              United States District Court

BN1 35033629.1                                              5