**EXHIBIT A**

| **Documents That Defendants Are Already Producing** |
|---|
| • <u>For each of the five funds at issue, for each of the years 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, and 2006, all management contracts, distribution plans, distributor's contracts, and custodian agreements.</u> (These are the key contracts for each fund.) |
| • <u>The "black books" for each of the years 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, and 2006.</u> Each year, the "black books" are multiple volumes of detailed information considered by the trustees in connection with that year's review of management and 12b-1 fees. (Exhibit A of the "Confidential Appendix" that Defendants filed on May 12, 2006 (Docket No. 54) contains sample black book tables of contents, to give the Court a sense of the substance of these materials.)<br><br>   • Also, <u>*backup* to the black books for 2002, 2003, 2004, and 2005, as well as backup to certain portions of the black books (chosen by plaintiffs) for specified prior and subsequent years.</u> The black books are prepared by Putnam's Operations Finance Department, and Defendants are producing its back-up to the black books for the 2002-2005 time period, which is a massive commitment. For example, part of that back-up is electronic files, which, for 2002-2005, amount to more than 30,000 pages. Defendants have also agreed to produce parts of these materials for earlier and later years, as requested by the plaintiffs. For example, "Tab 50" of the black books is a section which shows revenue, expense and profitability for each of the major profit centers of Putnam (e.g., "fund investment management," "transfer agent," "custody") for each of the two prior years, and Defendants have agreed to produce the backup to that section for the 2000, 2001, and 2006 black books as well. |
| • <u>The quarterly 12b-1 reports for each of the years 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005 and 2006.</u> These are the quarterly reports to the trustees containing detailed information concerning the prior quarter's expenditures of 12b-1 fees.<br><br>   • Also, <u>*back-up* for the quarterly 12b-1 reports, for the years 2000, 2001, 2002, 2003, 2004, 2005 and 2006.</u> |
| • <u>The monthly trustee "blue books" for each of the years 2000, 2001, 2002, 2003, 2004, 2005 and 2006.</u> These are bound packages provided to the trustees on a monthly basis on an array of issues, including fees (and they include minutes of trustee meetings as well). |
| • <u>For the years 2002, 2003, 2004, and the first half of 2005, all fee-related communications with the trustees.</u> This "catch-all" category encompasses -- in addition to the black books, the 12b-1 reports, and the monthly blue books -- such materials as supplemental reports provided to the trustees concerning management fee issues. Further, Defendants have in effect extended this "catch-all" category back further in time, with respect to certain narrower subcategories:<br><br>   • Going back to 2000, presentations or reports to the Trustees concerning management and/or 12b-1 fees;<br><br>   • Going back even further (to 1995), reports and/or memoranda to or from the trustees concerning economies of scale and/or fall-out benefits (topics on which plaintiffs have indicated particular interest). |

- For the 1/1/02-6/30/05 time period, Defendants have also committed to search diligently for documents -- whether or not sent to or received by the trustees -- within certain categories prompted by plaintiffs, including:

    - Documents discussing the appropriateness and/or legality of management and/or 12b-1 fees on the Putnam mutual funds.

    - Documents concerning the trustees' consideration, with respect to the mutual funds, of the requirements of Section 36(b) and/or 12b-1 (including court decisions applying those statutes).

    - Documents discussing the possibility of a reduction or increase in management and/or 12b-1 fees on the Putnam mutual funds.

    - Documents addressing the impact of 12b-1 fees on the interests of mutual fund shareholders and/or the benefits of 12b-1 fees to the Defendants.

    - Documents discussing the possibility of the trustees withholding approval of a management contract and/or distribution plan for any of the funds at issue.

    - Documents comparing Putnam mutual funds to Putnam institutional accounts with respect to:
        - Fees
        - Services
        - Profits
        - Portfolio holdings and/or portfolio turnover rates
        - Performance

    - Documents (if any) addressing the issue of "conflict of interest" between PIM and/or PRM and mutual fund shareholders.

- Financial information: Defendants have also agreed to produce a *multitude* of financial information:

    - That financial information includes -- but is not limited to -- the "trial balance" for each of years 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, and 2006. For each year, the trial balance shows each expense item, and each revenue item, for each Putnam entity (i.e., not just Defendants PIM and PRM). Printed in 12-point font, the 2004 trial balance exceeds 160 pages. There is no "deeper"-level such document: beneath each of its hundreds of entries is entry-specific data and documents, leading down ultimately to -- for example -- invoices from vendors. This document underlies Putnam's audited financial statements.

    - As to financial information, Defendants otherwise refer the Court to the three-page document that is attached to the end of this chart. This was "Exhibit 1" to an August 31 letter sent by Defendants' counsel to plaintiffs' counsel. It itemizes financial information requested by plaintiffs, includes Defendants' responses to each such item, and shows an array of additional financial information that Defendants are producing -- including annual financial statements for multiple Putnam entities, and purely internal information such as financial statement work papers, and monthly financial reports. (The handwritten notations on the attached three-page document were in the August 31 letter; they noted areas where defendants were agreeing to expand pre-existing commitments.)

2

- Defendants have also agreed to produce a multitude of *other* categories of documents, in a host of discrete areas. These are examples:

  - With respect to fund performance:

    - For the period 2000, 2001, 2002, 2003, 2004, 2005 and 2006, the monthly reports to the trustees concerning fund performance.

      - For that same six year period, additional reports provided to the trustees' "Investment Oversight Committee" concerning that committee's periodic additional evaluation of the performance of the particular funds at issue.

  - With respect to plaintiffs' stated interest in the practice of directed brokerage (see this brief at page 2):

    - Communications with the trustees concerning the decision to cease directed brokerage;

    - Putnam's semi-annual reports to the trustees' Brokerage & Custody Committee;

    - For 2002, 2003, 2004, 2005 and the first half of 2006, the regular and customary reports of Putnam's trading group.

  - With respect to plaintiffs' stated interest in the training of Putnam personnel:

    - Training manuals and guidelines relating to portfolio management personnel, to Operations Finance Department personnel, and (to the extent they relate to marketing) to PRM personnel. This category has already resulted in the production of approximately 15,000 pages of documents. (For the period 2000-6/30/05.)

    - Training manuals relating to Putnam's SAP and/or GPS systems (systems used by Putnam for accounting purposes). (For the period 1/1/02-6/30/05.)

- Defendants could continue, but they will end this list with three more examples of the many additional categories of documents they are producing. (But recall that starting on the next page is the three-page attachment to this chart (referenced on the prior page of this chart), which shows many categories of financial information that Defendants are producing.)

  - Organizational charts for Defendants PIM and PRM (as an example, Putnam has produced a December 2003 organizational chart the 1,055 pages of which show corporate structure, and individual names and job titles.)

  - Curriculum vitae for specified investment management personnel and Chief Investment Officers ("CIO's") of the five funds at issue.

  - Documents sufficient to show the cash and non-cash compensation of the trustees, specified investment management personnel, and the CIO's of the 5 funds at issue.