**EXHIBIT G**

**John J. Vaughn, et. al v. Putnam Investment Management, LLC, et. al (04-10988)**

| No. | Keyword List |
|-----|--------------|
| 1.  | "black book" |
| 2.  | excessive /20 fee |
| 3.  | institutional /20 retail |
| 4.  | institutional /20 mutual fund |
| 5.  | 80a 35 b |
| 6.  | 80a 12 b |
| 7.  | 270 12b 1 |
| 8.  | 36 b |
| 9.  | gartenberg |
| 10. | waive /20 fee |
| 11. | "investor first" |
| 12. | "economies of scale" |
| 13. | pim /near pac /near share /near personnel |
| 14. | pim /near pac /near share /near service |
| 15. | pim /near pac /near exchange /near personnel |
| 16. | pim /near pac /near exchange /near service |
| 17. | pim /near putnam advisory company /near share /near personnel |
| 18. | pim /near putnam advisory company /near share /near service |
| 19. | pim /near putnam advisory company /near exchange /near personnel |
| 20. | pim /near putnam advisory company /near exchange /near service |
| 21. | putnam investment management /near pac /near share /near personnel |
| 22. | putnam investment management /near pac /near share /near service |
| 23. | putnam investment management /near pac /near exchange /near personnel |
| 24. | putnam investment management /near pac /near exchange /near service |
| 25. | putnam investment management /near putnam advisory company /near share /near personnel |
| 26. | putnam investment management /near putnam advisory company /near share /near service |
| 27. | putnam investment management /near putnam advisory company /near exchange /near personnel |
| 28. | putnam investment management /near putnam advisory company /near exchange /near service |
| 29. | "shelf space" |
| 30. | allocation |
| 31. | trial balance |
| 32. | "preferred marketing" |
| 33. | "best execution" |
| 34. | wicks |
| 35. | vaughn |
| 36. | hathaway |
| 37. | kalbfleisch |
| 38. | "model fee" |
| 39. | "portfolio turnover" |
| 40. | "securities lending" |
| 41. | "trade allocation" |
| 42. | "allocation methodology" |
| 43. | cross /3 trading |
| 44. | trustee and review |

1

| No. | Keyword List |
|---|---|
| 45. | "investment performance" /20 "investment process" |
| 46. | "management fee consideration" |
| 47. | "securities clearing" |
| 48. | institutional and retail |
| 49. | institutional and mutual fund |
| 50. | institutional and voyager |
| 51. | institutional and growth opportunity |
| 52. | institutional and classic equity |
| 53. | institutional and growth and income |
| 54. | institutional and investors |
| 55. | "management fee+" |
| 56. | "advisory fee+" |
| 57. | 12b+ |
| 58. | "distribution fee+" |
| 59. | "management contract+" |
| 60. | "advisory contract+" |
| 61. | "distribution plan+" |
| 62. | expense ratio+ and 12b+ |
| 63. | expense ratio+ and distribution fee |
| 64. | flow volatility and 12b+ |
| 65. | flow volatility and distribution fee |
| 66. | reimburse /20 expense |
| 67. | fall out benefit+ |
| 68. | breakpoint+ |
| 69. | break point+ |
| 70. | pim /near pac /near share /near resource+ |
| 71. | pim /near pac /near exchange /near resource+ |
| 72. | pim /near putnam advisory company /near share and resource+ |
| 73. | pim and putnam advisory company and exchange and resource |
| 74. | putnam investment management /near pac /near share /near resource+ |
| 75. | putnam investment management /near pac /near exchange /near resource+ |
| 76. | putnam investment management /near putnam advisory company /near share /near resource+ |
| 77. | putnam investment management /near putnam advisory company /near exchange /near resource+ |
| 78. | "fiduciary duty+" |
| 79. | "soft dollar+" |
| 80. | "expense ratio+" |
| 81. | "fee structure+" |
| 82. | service+ and institutional |
| 83. | service+ and pac |
| 84. | fee+ and litigation |
| 85. | fee+ and arbitration |
| 86. | fee+ and mediation |
| 87. | fee+ and complaint |
| 88. | fee+ and proceeding |

| No. | Keyword List |
|---|---|
| 89. | fee+ and investigation |
| 90. | fee+ and sec |
| 91. | audit+ |
| 92. | shareholder+ and fee+ |
| 93. | conflict+ /near interest+ |
| 94. | trustee+ and brokerage |
| 95. | trustee+ and discount |