**EXHIBIT H**

Case 1:04-cv-10988-GAO   Document 71-9   Filed 09/18/2006   Page 1 of 2

**PORTFOLIO MANAGERS AND CHIEF INVESTMENT OFFICERS FOR THE FIVE FUNDS AT ISSUE**
**(JANUARY 1, 2002 TO JUNE 30, 2005)**

1. Michael Abata
2. Joshua Brooks
3. Ronald Bukovac
4. Richard Cervone
5. Beth Cotner
6. Tony Elavia
7. Robert Ginsberg
8. David King
9. Deborah Kuenstner
10. Coleman Lannum
11. Saba Malak
12. Paul Marrkand
13. Christopher Miller
14. Kelly Morgan
15. Hugh Mullin
16. Brian O'Toole
17. Walton Pearson
18. David Santos
19. Paul Warren
20. James Wiess
21. James Yu