UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. VAUGHN,<br>GERALD A. KALBFLEISCH, and<br>MICHAEL and MYRTLE HATHAWAY,<br>　　Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC and<br>PUTNAM RETAIL<br>MANAGEMENT LIMITED<br>PARTNERSHIP,<br>　　Defendants. | Civil Action No: 04-CV-10988-GAO and<br>Civil Action No: 06-CV-11438-GAO |

**PLAINTIFFS' ASSENTED-TO MOTION TO ENLARGE TIME TO
FILE OPPOSITION TO DEFENDANTS' MOTION TO STAY**

Plaintiffs file this motion for an order allowing Plaintiffs to file an Opposition to Defendants' Motion to Stay Vaughn II Pending this Court's Resolution of Vaughn I ("Motion to Stay) on October 13, 2006.

Defendants filed their Motion to Stay on September 26, 2006. Under Local Rule 7.1(B)(2), Plaintiffs' Opposition must be filed on or before October 10, 2006. Plaintiffs require this three-day extension of time to respond to the important issues raised by Defendants' Motion to Stay. Putnam assents to the relief requested by this Motion.

WHEREFORE Plaintiffs respectfully request the Court to enter an Order allowing Plaintiffs to file their Opposition to Defendants' Motion to Stay on October 13, 2006.

- 1 -

                    JOHN J. VAUGHN, GERALD A. KALBFLEISCH, and
                    MICHAEL and MYRTLE HATHAWAY,

                    /s/ Lisa A. Furnald
                    David E. Marder (BBO #552485)
                    Marc N. Henschke (BBO #636146)
                    Lisa A. Furnald (BBO #631059)
                    Jonathan D. Mutch (BBO #634543)
                    Robins, Kaplan, Miller & Ciresi LLP
                    800 Boylston Street, 25th Floor
                    Boston, MA 02199
                    (617) 267-2300

                    Thomas R. Grady (admitted *pro hac vice*)
                    Grady & Associates
                    720 Fifth Avenue South
                    Suite 200
                    Naples, FL 34102

                    Dana Foster (admitted *pro hac vice*)
                    Ackerman, Link, & Sartory, P.A.
                    222 Lakeview Avenue, Suite 1250, Esperante
                    West Palm Beach, FL 33401

Assent:
PUTNAM INVESTMENT MANAGEMENT, LLC and
PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP,


/s/ David S. Clancy
James R. Carroll (BBO #554426)
David S. Clancy (BBO #636031)
Scott T. Lashway (BBO #655268)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Dated: October 9, 2006

BN1 35034688.1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

  I, Lisa A. Furnald, hereby certify that I have conferred with opposing counsel in a good faith effort to resolve or narrow the issues presented by this motion. Defendants assent to the relief requested by this motion.

         /s/ Lisa A. Furnald

## CERTIFICATE OF SERVICE

  I, Lisa A. Furnald, hereby certify that this document filed through the ECF system on October 9, 2006 will be served electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those non-registered participants.

         /s/ Lisa A. Furnald
         Lisa A. Furnald
         Robins, Kaplan, Miller & Ciresi LLP
         800 Boylston Street, 25th Floor
         Boston, MA 02199
         E-mail: LAFurnaldr@rkmc.com
         (617) 267-2300