UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>    Plaintiffs,<br><br>  v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LIMITED PARTNERSHIP,<br><br>    Defendants. | Civil Action No. 04-10988-GAO |

**PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' REVISED MOTION TO COMPEL DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

Plaintiffs respectfully move the Court, pursuant to Local Rule 7.1(B)(3), for leave to file a reply memorandum in further support of their revised motion for an order compelling Defendants to produce the documents requested in Plaintiffs' First Set of Requests for the Production of Documents. As grounds for this motion, Plaintiffs state as follows:

  1.  On April 27, 2006, Plaintiffs filed their Motion to Compel Defendants to Respond to Plaintiffs' First Set of Requests for the Production of Documents.

  2 .  On May 11, 2006, Defendants filed their Opposition thereto.

  3.  After a hearing before the Court on August 2, 2006, Plaintiffs filed their Revised Motion to Compel Defendants to Respond to Plaintiffs' First Set of Requests for the Production of Documents on September 11, 2006.

  4.  On September 18, 2006, Defendants filed their Opposition thereto.

5. Plaintiffs' proposed Reply Memorandum is needed to address concisely the arguments and authorities Defendants raise in their Opposition.

4. Defendants do not oppose the relief sought by this motion.

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

The undersigned hereby certifies that Plaintiffs' counsel has conferred with counsel for Defendants, who do not oppose the relief sought by this motion.

Dated: November 10, 2006

Respectfully submitted,

 /s/ Meghan E. Walt
David E. Marder (BBO #552485)
Marc N. Henschke (BBO #636146)
Lisa A. Furnald (BBO #631059)
Jonathan D. Mutch (BBO #634543)
Meghan E. Walt (BBO #658971)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: MEWalt@rkmc.com
(617) 267-2300

## CERTIFICATE OF SERVICE

I, Meghan E. Walt, hereby certify that this document filed through the ECF system on November 10, 2006, will be served electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those non-registered participants.

 /s/ Meghan E. Walt
Meghan E. Walt
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: MEWalt@rkmc.com
(617) 267-2300

2