UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>    Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LIMITED PARTNERSHIP,<br><br>    Defendants. | Civil Action No. 04-10988-GAO |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF THOMAS J. GALLO

Please withdraw the appearance of Thomas J. Gallo as co-counsel of record for Plaintiffs John J. Vaughn, Gerald A. Kalbfleisch, Michael Hathaway and Myrtle Hathaway in the above-captioned action.

DATED:  November 13, 2006    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

    By:  /s/ Meghan E. Walt
    Meghan E. Walt (BBO# 658971)
    800 Boylston Street
    25th Floor
    Boston, MA  02199-7610
    E-mail: WEWalt@rkmc.com
    Tel.: 617-267-2300
    Fax: 617-267-8288

    **ATTORNEYS FOR PLAINTIFFS**
    **JOHN J. VAUGHN, GERALD A.**
    **KALBFLEISCH, MICHAEL HATHAWAY**
    **AND MYRTLE HATHAWAY**

## CERTIFICATE OF SERVICE

      I, Meghan E. Walt, hereby certify that on November 13th, 2006, a true copy of the *Notice of Withdrawal of Thomas J. Gallo,* was served electronically through the ECF System and by first class mail, postage prepaid, to those counsel of record indicated as non-registered ECF participants.

                                                                           /s/ Meghan E. Walt
                                                                            Meghan E. Walt