**EXHIBIT A**

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199
TEL: 617-267-2300  FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

LISA A. FURNALD
617-859-2790

**Via Facsimile and First Class Mail**

October 6, 2006

David S. Clancy, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108-3194

    Re:    John J. Vaughn et al. v. Putnam Investment Management, LLC et al.
              USDC Eastern District of Massachusetts C.A. No. 1:04-CV-10988 (GAO)

Dear David:

        As you know, Plaintiffs agreed to withhold filing a motion to compel on the subpoena to Putnam Advisory Company ("PAC") and on the requests that seek PAC information set forth in the First Set of Requests for the Production of Documents based upon Putnam's agreement to provide us with an "institutional spreadsheet" containing certain agreed-upon categories, all of the contracts referenced on the spreadsheet (with client names redacted), samples of documents provided to prospective and existing PAC clients, and our satisfaction with Putnam's production of the particularized documents we request in follow-up. I write now to make our initial request for more particularized documents. These documents are responsive to requests set forth in the PAC subpoena and the document requests to PIM and PRM. Of course, this list does not constitute the universe of responsive documents, and we reserve the right to request additional documents in the future.

        Before turning to the specific documents, I note that the spreadsheet does not contain a column for fee schedules, which you agreed to include and Plaintiffs require. Please provide us with updated spreadsheets immediately to reflect this information. Additionally, you have not produced any of the contracts, despite your July 19 letter stating that you would begin producing them "soon." With the discovery deadline approaching, Putnam cannot delay this production any longer.

        With respect to our requests for more particularized documents, we ask that as to each of the clients identified on Exhibit A attached to this letter you produce the following documents. Unless otherwise stated, these documents should be produced for the January 1, 2002-present time period.

BN1 35034540.1

David S. Clancy, Esq.
October 6, 2006
Page 2

1. All contracts (not redacted) in effect during the period January 1, 2002 to the present for any of the institutional clients.[1]
2. All documents identifying, discussing or otherwise addressing the services provided to any of the institutional clients.
3. All documents identifying, discussing or otherwise addressing the costs and expenses incurred with respect to servicing any of the institutional clients.
4. All documents identifying, discussing or otherwise addressing the fee schedules and/or breakpoints, including drafts thereof, with respect to any of the institutional clients.
5. All non-publicly issued financial reports or statements concerning the provision of investment management services to any of the institutional clients.
6. All documents reflecting the investment performance or returns for any of the institutional clients.
7. All documents reflecting the portfolio holdings for any of the institutional clients.
8. All documents demonstrating the nature, amounts, and uses of fees paid by any of the institutional clients.
9. All documents identifying, discussing or otherwise addressing the profits or profit margins on fees charged to any of the institutional clients.
10. All documents identifying, discussing or otherwise addressing the investment strategies for any of the institutional clients.
11. All marketing materials for any of the institutional clients.
12. All documents created in connection with the negotiation of the contracts between PAC and any of the institutional clients, including correspondence, internal memoranda, draft or proposed contracts and internal analyses. Responsive documents should be produced for any contract in effect during the period January 1, 2002 to the present, even if the documents were created prior to January 1, 2002.
13. All communications to or from any of the institutional clients concerning fees, and all internal documents that identify, discuss, or otherwise address such communications.
14. All communications to or from any of the institutional clients concerning account performance or returns, and all internal documents that identify, discuss, or otherwise address such communications.
15. All documents constituting, identifying, discussing or otherwise addressing communications (oral or written) between any of the institutional clients and investment management personnel (including chief information officers, portfolio members, and portfolio leaders).
16. All documents concerning any of the institutional clients provided to the Board of Trustees or any of its committees, and all source documents upon which such information was based.

---

[1] "Institutional clients" means the clients identified on the attached Exhibit A.

David S. Clancy, Esq.
October 6, 2006
Page 3

17. All documents identifying, discussing or otherwise addressing the disparity between fees charged to any of the Funds[2] and those charged to any of the institutional clients.
18. All documents addressing the performance of any of the Funds relative to any of the institutional clients.
19. All documents comparing and/or contrasting portfolio holdings and/or portfolio turnover rates of any of the Funds to those for any of the institutional clients.
20. All documents comparing and/or contrasting costs, expenses and/or expense ratios in connection with any of the Funds to those in connection with any of the institutional clients.
21. All documents comparing and/or contrasting fees charged to any of the Funds with the fees charged to any of the institutional clients.
22. All documents comparing and/or contrasting services provided to any of the Funds with the services provided to any of the institutional clients.
23. All documents comparing and/or contrasting profits in connection with any of the Funds to those in connection with any of the institutional clients.
24. Part II of the Form ADVs for PAC and/or any of the institutional clients.

In addition, we are requesting that you produce all of the contracts for the clients set forth on Exhibit B hereto, without redactions, effective during the January 1, 2002-present time period. Contracts for the remaining clients (not identified on Exhibits A or B) should also be produced for the same time period. We will not object if the client names associated with these remaining contracts are redacted.

We continue to maintain that the spreadsheets should be provided with information from the years 2005 and 2006. Please let me know Putnam's position about this right away. If Putnam does not agree to provide us with these spreadsheets, then we will seek an order compelling Putnam to provide the documents requested in items 1-24 above for all of its non-retail clients for the 2005 and 2006 time period.

All of the information set forth above should be provided expediently, but we ask that you make the fee schedules and unredacted contracts for the clients identified on Exhibit A attached to this letter the highest priority.

---

[2] The "Funds" means the Voyager Fund, Classic Equity Fund, Growth Opportunities Fund, Investors Fund and The Putnam Fund for Growth and Income.

BN1 35034540.1

David S. Clancy, Esq.
October 6, 2006
Page 4

     Your prompt response to the foregoing requests is required. Specifically, we will need all of these documents reasonably in advance of the depositions of the investment management personnel.

                        Sincerely,

                        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                        Lisa A. Furnald

LAF/cmc

cc:    Scott Lashway, Esq.

BN1 35034540.1

## EXHIBIT A

| | |
|---|---|
| Client 12 | Client 356 |
| Client 24 | Client 381 |
| Client 96 | Client 407 |
| Client 97 | Client 410 |
| Client 118 | Client 412 |
| Client 127 | Client 415 |
| Client 151 | Client 428 |
| Client 174 | Client 439 |
| Client 175 | Client 445 |
| Client 194 | Client 451 |
| Client 256 | Client 460 |
| Client 263 | Client 488 |
| Client 274 | Client 573 |
| Client 313 | Client 600 |
| Client 338 | Client 607 |
| Client 340 | Client 691 |

BN1 35034672.1

# EXHIBIT B

| | | | |
|---|---|---|---|
| Client 4 | Client 283 | Client 471 | Client 694 |
| Client 14 | Client 293 | Client 487 | |
| Client 17 | Client 298 | Client 524 | |
| Client 26 | Client 299 | Client 533 | |
| Client 38 | Client 306 | Client 554 | |
| Client 77 | Client 311 | Client 556 | |
| Client 99 | Client 333 | Client 570 | |
| Client 150 | Client 359 | Client 589 | |
| Client 161 | Client 367 | Client 601 | |
| Client 180 | Client 376 | Client 610 | |
| Client 188 | Client 390 | Client 625 | |
| Client 200 | Client 394 | Client 628 | |
| Client 209 | Client 414 | Client 644 | |
| Client 252 | Client 436 | Client 668 | |
| Client 262 | Client 455 | Client 686 | |
| Client 272 | Client 459 | Client 692 | |

BN1 35034675.1