UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LLP,<br><br>Defendants. | Civil Action No. 04-10988-GAO<br><br>ORAL ARGUMENT REQUESTED |

**PLAINTIFFS' MOTION TO COMPEL PUTNAM TRUSTEES TO RESPOND TO SUBPOENAS**

Plaintiffs respectfully move the Court for an order compelling John A. Hill, Charles B. Curtis, W. Thomas Stephens, John H. Mullin, III, Myra R. Drucker, Jameson A. Baxter, Robert E. Patterson, Elizabeth T. Kennan, Dr. Paul L. Joskow, Ronald L. Jackson, W. Nicholas Thorndike, George Putnam III and Richard B. Worley (collectively, "Putnam Trustees") to respond to certain subpoenas for the production of documents and notices of depositions. The grounds for this Motion are set forth in the accompanying Confidential Memorandum of Law and the Appendices thereto.

BN1 35035841.1

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Plaintiffs respectfully request a hearing on the within motion.

Dated: December 1, 2006

    Respectfully submitted,
/s/ David E. Marder
David E. Marder (BBO #552485)
Marc N. Henschke (BBO #636146)
Lisa A. Furnald (BBO #631059)
Jonathan D. Mutch (BBO #634543)
Meghan E. Walt (BBO #658971)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: DEMarder@rkmc.com
(617) 267-2300

Of Counsel:
Thomas R. Grady (admitted *pro hac vice*)
Ackerman, Link, & Sartory, P.A.
222 Lakeview Avenue, Suite 1250, Esperante
West Palm Beach, FL 33401

## CERTIFICATION UNDER LOCAL RULES 7.1(a)(2) and 37.1

The undersigned hereby certifies that Plaintiffs' counsel have conferred with counsel for the Putnam Trustees and have attempted in good faith to resolve or narrow the issues raised by the within motion.

/s/ David E. Marder
David E. Marder
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: DEMarder@rkmc.com
(617) 267-2300

2

BN1 35035841.1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on December 1, 2006, a true copy of Plaintiffs' Motion To Compel Putnam Trustees to Respond to Subpoenas was served electronically through the ECF System and by first class mail, postage prepaid, to those counsel of record indicated as non-registered ECF participants. A true copy of this document was delivered by hand to Peter Welsh, Esq., Ropes and Gray LLP, One International Place, Boston, MA 02110 as counsel of record for the Putnam Trustees.

                                                  /s/ David E. Marder

BN1 35035841.1