UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br>Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP<br>Defendants. | Civil Action No.  04-10988 (GAO) |

**PLAINTIFFS' APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PUTNAM TRUSTEES TO RESPOND TO SUBPOENAS**

BN1 35035839.1

**INDEX TO PLAINTIFFS' APPENDIX TO PLAINTIFFS' MOTION TO COMPEL PUTNAM TRUSTEES TO RESPOND TO SUBPOENAS**

| | |
|---|---|
| Tab 1 | Subpoena of Jameson A. Baxter |
| Tab 2 | Subpoena of Myra R. Drucker |
| Tab 3 | Subpoena of John H. Mullin, III |
| Tab 4 | Subpoena of W. Thomas Stephens |
| Tab 5 | Subpoena of Charles B. Curtis |
| Tab 6 | Subpoena of John A. Hill |
| Tab 7 | Subpoena of George Putnam III |
| Tab 8 | Subpoena of W. Nicholas Thorndike |
| Tab 9 | Subpoena of Ronald L. Jackson |
| Tab 10 | Subpoena of Dr. Paul L. Joskow |
| Tab 11 | Subpoena of Elizabeth T. Kennan |
| Tab 12 | Subpoena of Robert E. Patterson |
| Tab 13 | Subpoena of Richard B. Worley |
| Tab 14 | Responses and Objections of Jameson A. Baxter |
| Tab 15 | Responses and Objections of Myra R. Drucker |
| Tab 16 | Responses and Objections of John H. Mullin, III |
| Tab 17 | Responses and Objections of W. Thomas Stevens |
| Tab 18 | Responses and Objections of Charles B. Curtis |
| Tab 19 | Responses and Objections of John A. Hill |
| Tab 20 | Responses and Objections of George Putnam III |
| Tab 21 | Responses and Objections of W. Nicholas Thorndike |
| Tab 22 | Responses and Objections of Ronald L. Jackson |

BN1 35035851.1

| | |
|---|---|
| Tab 23 | Responses and Objections of Dr. Paul L. Joskow |
| Tab 24 | Responses and Objections of Elizabeth T. Kennan |
| Tab 25 | Responses and Objections of Robert E. Patterson |
| Tab 26 | Responses and Objections of Richard B. Worley |

BN1 35035851.1