UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>    Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP,<br><br>    Defendants. | Civil Action No.  04-10988 (GAO) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1.  Memorandum in Support of Plaintiffs' Motion to Compel Production of Documents Concerning Putnam's Non-Mutual Fund Institutional Clients; and

2.  Plaintiffs' Confidential Appendix in Support of Plaintiffs' Motion to Compel Production of Documents Concerning Putnam's Non-Mutual Fund Institutional Clients.

The original documents are maintained in the case file in the Clerk's Office.

Dated: December 8, 2006

Respectfully submitted,

/s/ David E. Marder
David E. Marder (BBO #552485)
Marc N. Henschke (BBO #636146)
Lisa A. Furnald (BBO #631059)
Jonathan D. Mutch (BBO #634543)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: LAFurnald@rkmc.com
(617) 267-2300

Thomas R. Grady (admitted *pro hac vice*)
Ackerman, Link, & Sartory, P.A.
222 Lakeview Avenue,
Suite 1250, Esperante

(NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Lisa A. Furnald
Lisa A. Furnald
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: LAFurnaldr@rkmc.com
(617) 267-2300

Dated: December 8, 2006