# INDEX TO PLAINTIFFS' APPENDIX TO PLAINTIFFS' MOTION TO COMPEL PUTNAM'S NON-MUTUAL FUND INSTITUTIONAL CLIENTS

Tab 1    Breakpoint Fee Comparison

Tab 2    Lisa Furnald's July 6, 2006 Correspondence

Tab 3    David Clancy's April 5, 2006 Correspondence

Tab 4    Lisa Furnald's October 6, 2006 Correspondence

Tab 5    Lisa Furnald's October 19, 2006 Correspondence

Tab 6    David Clancy's October 20, 2006 Correspondence

Tab 7    Lisa Furnald's October 24, 2006 Correspondence

Tab 8    David Clancy's November 1, 2006 Correspondence

Tab 9    Voyager Fund's Semi-Annual Report

Tab 10   Order Granting Defendants' Motion in Limine

Tab 11   American Century's Motion in Limine to Preclude Evidence Relating to Sub-Advised and Institutional Accounts and Suggestions in Support

Tab 12   Plaintiff's Suggestions in Opposition to American Century's Motion in Limine

Tab 13   Objections and Responses of Non-Party Putnam Advisory Company, LLC to Subpoena Duces Tecum

Tab 14   Amended Response to Plaintiffs' First Set of Requests for the Production of Documents and Tangible Things to Defendants Putnam Investment Management, LLC and Putnam Retail Management, LLP

Tab 15   List of 32 Putnam's Institutional Clients

Tab 16   CFR § 270.31a-2(a)(3)

Tab 17   List of 48 of Putnam's Institutional Clients

Tab 18   Selected Pages from Nelson's 2004 Directory of Plan Sponsors

BN1 35035991.1