**TAB 1**

## BREAKPOINT FEE COMPARISON

| Assets Under Management (in millions) Breakpoints | PA RETIREMENT FUND<br><br>% Fee at Breakpoint | PUTNAM VOYAGER FUND<br><br>% Fee at Breakpoint (Management fees) |
|---|---|---|
| 0 to 100 | 0.300% | 0.70% |
| 100 to 200 | 0.250% | 0.70% |
| 200 to 500 | 0.180% | 0.70% |
| 500 to 800 | 0.180% | 0.60% |
| 800 to 1000 | 0.150% | 0.60% |
| 1000 to 1500 | 0.150% | 0.55% |
| 1500 to 2000 | 0.150% | 0.50% |
| 2000 to 6500 | 0.150% | 0.50% |
| 6500 to 11500 | 0.150% | 0.475% |
| 11500 to 16500 | 0.150% | 0.455% |
| 16500 to 17252 | 0.150% | 0.44% |