**TAB 5**

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199
TEL: 617-267-2300 FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

LISA A. FURNALD
617-859-2790

**Via Facsimile and First Class Mail**

October 19, 2006

David S. Clancy, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA 02108-3194

Re:  John J. Vaughn et al. v. Putnam Investment Management, LLC et al.
     USDC Eastern District of Massachusetts C.A. No. 1:04-CV-10988 (GAO)

Dear David:

For each of the clients identified on Exhibit A attached to my October 6 letter, would you please produce from the 2002-2006 time period the following: (1) the general ledgers and the general ledger back-up from the GPS system; (2) the monthly appraisals Putnam provided to the clients; and (3) documents that identify the benchmarks for the client accounts (to the extent these are not included in the monthly appraisals).

In addition, please produce documents (in electronic format, if available) from the 2002-2006 time period that identify the assets under management corresponding to the categories "International" "Non-Fund 401K" and "Defined Benefits," referred to in the document bates numbered Putnam-Wicks 152557.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Lisa A. Furnald

LAF/cmc

cc:  Scott Lashway, Esq.

BN1 35034873.1

ATLANTA · BOSTON