**TAB 8**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE BEACON STREET

BOSTON, MASSACHUSETTS 02108-3194

———

TEL: (617) 573-4800

FAX: (617) 573-4822

www.skadden.com

DIRECT DIAL
617-573-4889
EMAIL ADDRESS
DCLANCY@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

November 1, 2006

**BY E-MAIL AND FIRST CLASS MAIL**

Lisa A. Furnald, Esq.
Robins Kaplan Miller & Ciresi LLP
800 Boylston Street,
25th Floor
Boston, MA 02199

      RE:   <u>Vaughn v. Putnam (No. 04-10988-GAO)</u>

Dear Lisa:

      This responds to your voicemail about your October 19, 2006 letter, the following three points in which (as you correctly point out) we did not discuss yesterday:

- Your request for "general ledgers and general ledger back-up from the GPS system." Please call me to clarify this request; there is no document for an individual account that shows Putnam's revenues and expenses associated with that account, so it is not clear to me what you are asking for here.

- Your request for documents "that identify the benchmarks for the client accounts." This falls into the same category as your request for monthly appraisals, which we discussed yesterday; it would require a search of years' of files for 128 institutional accounts, which we do not think is justified for the reasons I gave you yesterday, and previously

- Your request for documents "that identify the assets under management corresponding to the categories 'International," 'Non-Fund 401K' and 'Defined Benefits," referred to in the document bates numbered Putnam-Wicks 152557." We will provide you with this information.

      I address two related issues:

      <u>First</u>, as to your request for a 2005 and a 2006 institutional spreadsheet, we think that what we have already provided is more than adequate, for the reasons I have previously expressed.

Lisa A. Furnald, Esq.
November 1, 2006
Page 2

<u>Second</u>, I note that we discussed your October 24 letter yesterday at some length, and I explained to you why your "final positions" set forth therein, are, in our view, unreasonable, and are not a material improvement over the demands set forth in your October 6 letter. Of course, if you would like to discuss one or more particular requests further, please let me know.

Very truly yours,

David S. Clancy

cc:  J. Carroll
     S. Lashway