**TAB 10**

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| ROBERT L. BAKER, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 04-4039-CV-C-ODS ) |
| AMERICAN CENTURY INVESTMENT MANAGEMENT, INC., et al., | ) ) ) |
| Defendants. | ) ) |

### ORDER GRANTING DEFENDANTS' MOTION IN LIMINE

Defendants' Motion in Limine (Doc. #245) is granted. The parties are reminded that orders in limine are interlocutory in nature. Plaintiffs will be precluded from presenting any evidence relating to Defendants' management of non-mutual fund accounts, as such evidence is irrelevant to Plaintiffs' claims involving mutual fund fees under Section 36(b) of the Investment Company Act.

IT IS SO ORDERED.

Date: July 17, 2006                    /s/ Ortrie D. Smith
                                       ORTRIE D. SMITH, JUDGE
                                       UNITED STATES DISTRICT COURT