**TAB 15**

## EXHIBIT A

| | |
|---|---|
| Client 12 | Client 356 |
| Client 24 | Client 381 |
| Client 96 | Client 407 |
| Client 97 | Client 410 |
| Client 118 | Client 412 |
| Client 127 | Client 415 |
| Client 151 | Client 428 |
| Client 174 | Client 439 |
| Client 175 | Client 445 |
| Client 194 | Client 451 |
| Client 256 | Client 460 |
| Client 263 | Client 488 |
| Client 274 | Client 573 |
| Client 313 | Client 600 |
| Client 338 | Client 607 |
| Client 340 | Client 691 |