**TAB 17**

## EXHIBIT B

| | | | |
|---|---|---|---|
| Client 4 | Client 283 | Client 471 | Client 694 |
| Client 14 | Client 293 | Client 487 | |
| Client 17 | Client 298 | Client 524 | |
| Client 26 | Client 299 | Client 533 | |
| Client 38 | Client 306 | Client 554 | |
| Client 77 | Client 311 | Client 556 | |
| Client 99 | Client 333 | Client 570 | |
| Client 150 | Client 359 | Client 589 | |
| Client 161 | Client 367 | Client 601 | |
| Client 180 | Client 376 | Client 610 | |
| Client 188 | Client 390 | Client 625 | |
| Client 200 | Client 394 | Client 628 | |
| Client 209 | Client 414 | Client 644 | |
| Client 252 | Client 436 | Client 668 | |
| Client 262 | Client 455 | Client 686 | |
| Client 272 | Client 459 | Client 692 | |