**TAB 18**

THOMAS R. GRADY, P.A.
720 FIFTH AVENUE SOUTH, SUITE 200
NAPLES, FL 34102
239-261-6555



September 14, 2006

*Via Federal Express*

David Marder, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199

**Re: Putnam Institutional Clients**

Dear Mr. Marder:

Enclosed are contact sheets of public entities that use or have used Putnam since 2004. Please call me on my cell at 239-777-2173 if you have any questions.

Sincerely

Jim Powers

# Alaska Permanent Fund Corporation

801 W. 10th Street
Suite 302
Juneau, AK 99801-1878

Phone: (907) 465-2047
Fax:    (907) 586-2057
URL: www.apfc.org

**Total Assets:** $26,541.4 Mil.
**Sponsor Type:** Other Fund
**Managed in-house:** 37%

Key Investment Executives:
  Allan Moore
    E-mail: amoore@alskapermfund.com
              ...Chief Investment Officer
  Rick Shafer...........Manager Fixed Income Investments
              ...Head/In-House Inv. Mgmt.
              ...Head/External Inv. Mgmt.
              ...Head/Bond Investments
              ...Head/International Investments
  Michael T. Bell
    E-mail: mbell@alaskapermfund.com
              ...Manager/Equities Investments
              ...Head/Equity Investments
  Peter Naoroz
    E-mail: pnaoroz@alaskapermfund.com
              ...Manager/Real Estate Investments
              ...Head/Real Estate Investments

Investment Manager Contacts:
  Peter Naoroz
    E-mail: pnaoroz@alaskapermfund.com
              ...US Equity Contact
  Michael T. Bell
    E-mail: mbell@alaskapermfund.com
              ...US Equity Contact
              ...Non-US Equity Contact
  Rick Shafer.............................US Fixed Inc. Contact
              ...Non-US Fixed Inc. Contact
              ...Cash Management Contact

In-house Investment Professionals:
  Malcolm Goepfert
    E-mail: mgoepfert@alaskaperm.com
              ...R.E. Portfolio Manager
  Michael T. Bell
    E-mail: mbell@alaskapermfund.com
              ...Bond Analyst

## Alaska Permanent Fund Corporation (continued)

Funds Sponsored:
  Alaska Permanent Fund *(Other Fund/Trust)*..............................$ 26,541.4 Mil

Investment Style:
  Risk-taking posture ................*Medium risk tolerance*
  Performance benchmark(s) utilized..........................
              ...*Market indices*
              ...*Absolute goals*
              ...*Other portfolios with similar objectives*
  Portfolio reallocation ..........................*As needed*
  Hire/fire decisions made by ............*Board/committee*
  Frequency of hire/fire decisions ................*As needed*

Investment Guidelines - Restrictions:
*The fund has established/maintains written investment policy objectives/guidelines.*

*No more than 12 percent in commercial real estate.*

*No more than 58 percent in equities and foreign investments. No venture capital, LBOs, timber or private placements.*

Maximum - minimum constraints:
  • Minimum quality bond: *Inv.Grd*
  • Minimum quality commercial paper: *A1/P1*

Summary of International Mandates:
  Global Mandates ......................$ 2,376 Mil
  World ex-US/EAFE ................    3,863
  Pacific/Asian Mandates ........       144
  European Mandates ..............       461
  Emerging Mkts Mandates ....       431

Categories of Current Investment Interest:
  ○ *Equity-Growth Stocks*
  ○ *Equity-Small Cap*
  ○ *Equity-Value: Low P/E*
  ○ *Equity-Passive/Indexed*
  ○ *Fixed Income-Core*
  ○ *International-EAFE Equity*
  ○ *International-Emerging Market Equity*
  ○ *International-European Equity*
  ○ *Global Equity*
  ○ *International-Pacific Rim Equity*
  ○ *International-International Equity*
  ○ *International-Fixed Income*
  ○ *Real Estate Equity*
  ○ *Real Estate Debt (mortgages)*

# Port Authority of Allegheny County

345 Sixth Avenue
Pittsburgh, PA 15222-2527

Phone: (412) 566-5268
Fax:    (412) 566-5414
URL: www.ridegold.com

**Total Assets:** $731.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Tawnya Moore-Mcgee
  Direct Phone: 412 566-5253
    E-mail: tmoore-mcgee@portauthority.org
      ...Assistant General Manager/Human Resources
                                ...Board Member
Joseph Hutzler
  Direct Phone: 412 281-5583
                                ...Trustee
                                ...Board Member
Claudia Hussein
  Direct Phone: 412 566-5186
    E-mail: chussein@portauthority.org
                                ...Secretary
                                ...Corporate Secretary
                                ...Board Member
James T. Shearer
  Direct Phone: 412 566-5268
    E-mail: jshearer@portauthority.org
                                ...Manager Benefits Administration
                                ...Defined Benefit Contact
                                ...Board Member
James F. Fenton
  Direct Phone: 412 281-5583
    E-mail: fenton@pgh.net
                                ...President
                                ...Corporate Secretary

**Key Public Fund Executives:**
Paul Skoutelas..................Chief Executive Officer
James F. Fenton
  Direct Phone: 412 281-5583
    E-mail: fenton@pgh.net
                                ...President
Richard Charnock
  Direct Phone: 412 237-7075
                                ...Controller

**Funds Sponsored:**
Defined Benefit Plan(s) *(Defined Benefit)*..................$  721.0 Mil
Consolidated Fund *(Defined Benefit)*

## Port Authority of Allegheny County (continued)

**Funds Sponsored:** *(continued)*
Multi Employee Pension Trust *(Defined Benefit)*
Massachusetts Mutual *(Defined Contribution, Employee Directed)*..................10.0
IMCA Employee Contribution Plan *(Defined Contribution)*

**Summary of International Mandates:**
World ex-US/EAFE ..............$   50 Mil

**Categories of Current Investment Interest:**
O *Equity-Value: Low P/E*
O *Fixed Income-Core*
O *Fixed Income-Short-Term*
O *International-EAFE Equity*
O *Real Estate Equity*
O *Convertible Bonds*

**Representative List of Consulting Firms Used:**
Yanni Partners (Pittsburgh, PA)..............................
                                ...Full Retainer Consulting

**Trustee(s) & Custodian(s):**
ICMA Retirement Corp. (Washington, DC)............
                                ...Trustee
Mellon Trust Company (Pittsburgh, PA) ......Trustee
Mellon Trust Company (Pittsburgh, PA)................
                                ...Master Trustee - Disbursements
ICMA Retirement Corp. (Washington, DC)............
                                ...Custodian
Mellon Trust Company (Pittsburgh, PA)................
                                ...Custodian

**Representative List of Investment Managers Used:**
Calamos Investments (Hired: 1990)
  *Convertible Securities*.............................$   65.0 Mil
Federated Investors Inc. (Hired: 1990)
  *Equities*.................................................     38.0
MDL Capital Management, Inc. ............     11.5
Mellon Bond Associates, LLP (Hired: 1986) *Fixed Income - Short-term*..............     82.0
Mellon Equity Associates, LLP (Hired: 1948) *Equities*.........................................    124.3
Peregrine Capital Management (Hired: 1996) *Fixed Income - Core*
Putnam Investments (Hired: 2002)
  *Equities - International*...........................     50.0
Search under consideration *Equities - Large-cap Value*
Trinity Investment Mgmt. Corp. (Hired: 1990) *Equities - Large-cap Value*.....................................................     43.5

# Anchorage (AK) Police & Fire Retirement Board

3650 East Tudor Road, Building A
P.O. Box 196650
Anchorage, AK 99519-6650

Phone: (907) 343-8400
Fax:    (907) 343-8439

Total Assets: $519.0 Mil.
Sponsor Type: Public Fund

Key Investment Executives:
Timothy Rogers......................................Board Member
Everett Robbins.....................................Board Member
Thomas C. Tierney.........Director/Employee Relations
    ...Board Member
Paul F. Burns.........................................Board Member
John Gentile..........................................Board Member
Bob Kniefel...........................................Board Member
Elaine Christian..................................Vice Chairperson
    ...Board Member
Charles M. Laird
Direct Phone: 907 343-8401
   E-mail: lairdcm@ci.anchorage.ak.us
    ...Director
    ...Defined Benefit Contact

Funds Sponsored:
Police & Fire Retirement System
  (Defined Benefit).....................$     519.0 Mil

Investment Style:
Risk-taking posture ..................Medium risk tolerance
Performance benchmark(s) utilized .....Market index
Portfolio reallocation ...................................Monthly
Hire/fire decisions made by ............Board/committee
Frequency of hire/fire decisions.............................
    ...Performance based on peer

Investment Guidelines - Restrictions:
*The fund has established/maintains written investment policy objectives/guidelines.*
Maximum - minimum constraints:
• Minimum quality bond: *Baa*
• Minimum quality commercial paper: *P1/A1*

Summary of International Mandates:
World ex-US/EAFE ...............$    49 Mil

## Anchorage (AK) Police & Fire Retirement Board *(continued)*

Categories of Current Investment Interest:
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Fixed Income-Core*
○ *International-EAFE Equity*
○ *International-International Equity*
○ *Real Estate Equity*

Representative List of Consulting Firms Used:
Callan Associates Inc. (San Francisco, CA)..............
    ...*Investment Measurement Service*

Trustee(s) & Custodian(s):
Mellon Trust Company (Pittsburgh, PA) ...... *Trustee*
Mellon Trust Company (Pittsburgh, PA)..................
    ...*Custodian*

Representative List of Investment Managers Used:
Ariel Capital Management (Hired:
  1999) *Equities - Mid-cap Value*..............$  18.7 Mil
Cohen, Klingenstein & Marks Inc.
  (Hired: 1997) *Equities - Large-cap*
  *Growth*...........................................................   31.4
Columbia Management Group (Hired:
  1984) *Fixed Income*.....................................  105.0
Columbia Management Group (Hired:
  1996) *Equities - Small-cap*...........................    8.2
Lend Lease Real Estate Investments
  *Real Estate - REITs*......................................    5.1
Mellon Capital Mgmt.
JPMorgan Fleming Mgmt. (Hired:
  1997) *Real Estate - REITs*............................  76.3
Morgan Stanley Investment Mgmt
  Inc. (Hired: 1991) *Equities -*
  *Int'l/Pooled*.....................................................  48.8
National Bank/Alaska (Hired: 1968)
  *Mortgages - Real Estate*...............................    1.4
Putnam Investments (Hired: 2000)
  *Equities - Large-cap Growth*........................  30.0
TCW Group (Hired: 1984) *Real Estate -*
  *Equity*..............................................................   2.4

Asset Placement by Size of Management Firm and Asset Class:

|  | Number | Average Placement ($ Mil) |
|---|---|---|
| Very Small (<$1 bil) | 1 | 1.4 |
| Small ($1-5 bil) | 1 | 31.4 |
| Medium ($5-20 bil) | 1 | 18.7 |
| Large (>$20 bil) | 6 | 32.5 |
| Unclassified (Assets N/A) | 2 | 56.6 |
| Equity placement(s) | 5 | 27.4 |
| Fixed Income placement(s) | 1 | 105.0 |

# Arizona Public Service Co.

400 North Fifth Street
STA 8104
Phoenix, AZ 85004

Phone: (602) 250-1000
Fax: (602) 250-3813
URL: www.apsc.com

**Total Assets:** $1,538.4 Mil.
**Sponsor Type:** Corporate/ERISA
**Primary Business:** Electric Services

**Key Investment Executives:**
Armando Flores........................ *VP/Human Resources*
                           ...*Defined Contribution Contact*

**Key Corporate Executives:**
William J. Post....................... *Chief Executive Officer*
Jack Davis........................................................ *President*
Michael V. Palmeri................... *Chief Financial Officer*

**Funds Sponsored:**
Arizona Pub. Serv. Co. &
  Affiliated Co's. Employees
  Retirement Plan *(Defined Benefit)*....$    691.8 Mil
Savings Plan for Employees of
  Arizona Pub. Serv.Affiliated
  Companies *(Defined Contribution,*
  *Employee Directed, 401(k))*..............456.1
Welfare Benefit *(Welfare Benefit)*..................224.8
Nuclear Decommissioning Trust
  *(Other Fund/Trust)*............................................165.7

**Investment Style:**
Risk-taking posture ..................*Medium risk tolerance*
Performance benchmark(s) utilized..........................
                                    ...*Market indices*
                                    ...*Absolute goals*
                  ...*Other portfolios with similar objectives*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
Maximum - minimum constraints:
 • Minimum quality bond: *Inv Gr.*
 • Minimum quality commercial paper: *A1/P1*

**Summary of International Mandates:**
World ex-US/EAFE ...............$    46 Mil

## Arizona Public Service Co. *(continued)*

**Summary of International Mandates:** *(continued)*
Categories of Current Investment Interest:
 ○ *Equity-Growth Stocks*
 ○ *Equity-Small Cap*
 ○ *Equity-Passive/Indexed*
 ○ *Balanced Accounts*
 ○ *Fixed Income-Intermediate Term*
 ○ *Fixed Income-Passive/Indexed*
 ○ *International-EAFE Equity*
 ○ *International-International Equity*
 ○ *International-Fixed Income*
 ○ *Real Estate Equity*

**Representative List of Consulting Firms Used:**
Strategic Investment Solutions (San Francisco, CA)..................... *Asset Allocation/Strategic Planning*
Towers Perrin (New York, NY).................................
                              ...*Full Retainer Consulting Actuary*

**Representative List of D.C. Service Provider(s):**
Towers Perrin (Philadelphia, PA)...............................
                                        ...*GIC Consultant - 401(k)*

**Trustee(s) & Custodian(s):**
Bank One Arizona, N.A. (Phoenix, AZ)...................
                                       ...*Master Trustee - DB*
State Street Global Advisors (Boston, MA).............
                                       ...*Master Trustee - DC*
The Bank of New York (New York, NY).................
                                       ...*Global Custodian*
Bank One Arizona, N.A. (Phoenix, AZ)...................
                                       ...*Custodian - DB*
State Street Global Advisors (Boston, MA).............
                                       ...*Custodian - DC*

**Representative List of Investment Managers Used:**
AllianceBernstein Inst'l Inv. Mgmt
  (Hired: 1996) *Equities - Large-cap*
  *Growth*..........................................$   47.6 Mil
AllianceBernstein Inst'l Inv. Mgmt
  (Hired: 1998) *Equities - Small-cap*
  *Growth*..........................................    34.2
AllianceBernstein Inst'l Inv. Mgmt
  (Hired: 1994) *Balanced Accounts*
  *(VEBA)*.........................................    112.8
The Bank of New York/Scarsdale
  (Hired: 1996) *Balanced Index Fund*
  *(VEBA)*.........................................    80.6
Barclays Global Investors (Hired:
  1997) *Fixed Income - Indexed*..........    60.1
Delta Asset Mgmt (Hired: 1991)
  *Equities - Growth*...........................    87.4
Deutsche Asset Management (Hired:
  1990) *Equities - International*............    45.8

# City of Baltimore Fire & Police E.R.S.

Room 640, City Hall
100 Holliday Street
Baltimore, MD 21202

Phone: (410) 396-4740
Fax:    (410) 396-4842
Total Assets: $1,783.3 Mil.
Sponsor Type: Public Fund

Key Investment Executives:
  Thomas P. Taneyhill
    E-mail: thomas.taneyhill@bcers.org
                              ...Executive Director
                              ...Defined Benefit Contact
  Stephen Fugate
  Direct Phone: 410 396-1112    ...Chairman/Fire &
                              Police Trustee Board
                              ...Board Chairman
                              ...Board Member
  Robert W. Schaefer............................Trustee
                              ...Board Member
  Joan J. Huber...................................Trustee
                              ...Board Member
  Joseph McDowell..................Police Officer
                              ...Board Member
  Carl MacDonald......Assistant Chief/ Fire Department
                              ...Board Member
  Elbert F. Shirey Jr...........Police Deputy Commissioner
                              ...Board Member
  Edward C. Heckrotte...............Senior Vice Chairman
                              ...Board Member

Investment Manager Contacts:
  Thomas P. Taneyhill
    E-mail: thomas.taneyhill@bcers.org
                              ...Investment Manager Contact

Funds Sponsored:
  Fire & Police Employees Retirement System (Defined Benefit).............................$  1,783.3 Mil

Investment Style:
  Risk-taking posture ............High risk tolerance
  Performance benchmark(s) utilized..........................
                                ...Market indices
                                ...Absolute goals
                  ...Other portfolios with similar objectives
  Portfolio reallocation ..........................Annually

# City of Baltimore Fire & Police E.R.S. (continued)

Investment Style: *(continued)*
  Hire/fire decisions made by ............Board/committee
  Frequency of hire/fire decisions ..............As required

Investment Guidelines - Restrictions:
  *The fund has established/maintains written investment policy objectives/guidelines.*
  Fund has restrictions against:
    • "Sin" investments (Tobacco, etc.)
    • Northern Ireland investments
  Maximum - minimum constraints:
    • Minimum quality bond: *Baa/BBB*
    • Minimum quality commercial paper: *A1-P1*

Categories of Current Investment Interest:
  O *Equity-Growth Stocks*
  O *Equity-Small Cap*
  O *Equity-Value: Low P/E*
  O *Fixed Income-Core*
  O *Fixed Income-Short-Term*
  O *Fixed Income-Passive/Indexed*
  O *International-EAFE Equity*
  O *International-Equity*
  O *Real Estate Equity*

Representative List of Consulting Firms Used:
  Summit Strategies Group (St. Louis, MO)...............
                              ...Full Retainer Consulting

Trustee(s) & Custodian(s):
  Mellon Bank (Pittsburgh, PA) .........Global Custodian

Representative List of Investment Managers Used:
  AllianceBernstein Inst'l Inv. Mgmt
    (Hired: 2000) *Alliance Large - Capitalization*..............................$  66.3 Mil
  Bank of Ireland Asset Mgmt (US) Ltd
    *Equities - International*
  Bank of Ireland Asset Mgmt (US) Ltd
    *Equities - World ex-US/EAFE*
  Boston Co. Asset Management, LLC
    (Hired: 2000) *Equities - Large-cap Value*......................................  87.8
  Heitman (Hired: 1998) *Real Estate - REITs*.........................................  .4
  INVESCO (Hired: 1998) *Equities - International EAFE*..........................  66.3
  LaSalle Investment Management, Inc.
    (Hired: 2000) *Income & Growth Fund II*........................................  10.2
  Lend Lease Real Estate Investments
    (Hired: 1998) *Real Estate - Equity*...........  16.3

# Baltimore (MD) Retirement Systems

Room 640, City Hall
100 Holliday Street
Baltimore, MD 21202

Phone: (410) 396-4740
Fax:     (410) 396-4842

**Total Assets:** $1,200.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Joan M. Pratt
  *Direct Phone: 410 396-1112* ...*Chairman of the Board*
                                 ...*Board Chairman*
                                 ...*Board Member*
James Bush
  *Direct Phone: 410 396-1112* ...*Chairman/Employees'*
                                 *Retirement System*
                                 ...*Board Member*
Ilene Lewandowski............................................... *Trustee*
                                 ...*Board Member*
Aaron U. Raskas.....................................................*Trustee*
                                 ...*Board Member*
Ernest J. Glinka......................................*Board Member*
Deborah F. Moore................................................*Trustee*
                                 ...*Board Member*
Edward C. Heckrotte Sr...........*Vice Chairman/Fire &*
                                 *Police Trustee Board*
                                 ...*Board Member*
Roselyn H. Spencer
  *Direct Phone: 410 396-4741*
    *E-mail: roselyn.spencer@bcers.org*
                                 ...*Acting Executive Director*
                                 ...*Defined Contribution Contact*
                                 ...*Defined Benefit Contact*

**Key Public Fund Executives:**
Joan M. Pratt
  *Direct Phone: 410 396-1112*                  ...*Controller*

**Funds Sponsored:**
Employees' Retirement System
  (Defined Benefit)...................$   1,200.0 Mil

**Investment Style:**
Risk-taking posture ................*Medium risk tolerance*
Performance benchmark(s) utilized .....*Market index*
Portfolio reallocation .........................................*Annually*
Hire/fire decisions made by ............*Board/committee*
Frequency of hire/fire decisions ..............*As required*

## Baltimore (MD) Retirement Systems (continued)

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
Fund has restrictions against:
  • "Sin" investments (Tobacco, etc.)
  • Northern Ireland investments
Maximum - minimum constraints:
  • Minimum quality bond: *Baa/BBB*
  • Minimum quality commercial paper: *A1-P1*

**Summary of International Mandates:**
World ex-US/EAFE ................$   101  Mil
Emerging Mkts Mandates ....    121

**Categories of Current Investment Interest:**
  O *Equity-Growth Stocks*
  O *Equity-Small Cap*
  O *Equity-Value: Low P/E*
  O *Fixed Income-Core*
  O *Fixed Income-GICs*
  O *Fixed Income-Passive/Indexed*
  O *International-EAFE Equity*
  O *International-International Equity*
  O *International-Fixed Income*
  O *Real Estate Equity*
  O *Venture Capital*

**Representative List of Consulting Firms Used:**
Callan Associates Inc. (San Francisco, CA)..............
                                 ...*General Retainer*

**Trustee(s) & Custodian(s):**
Mellon Bank (Pittsburgh, PA) .........*Global Custodian*

**Representative List of Investment Managers Used:**
Abbott Capital Mgmt. (Hired: 2001)
  *Equities - Private Placements*...................$   40.0 Mil
Abbott Capital Mgmt. *Venture Capital*
American Realty Advisors (Hired:
  2002) *Real Estate - Core*............................   80.0
Bank of Ireland Asset Mgmt (US) Ltd
  *Equities - International*
Boston Co. Asset Management, LLC
  (Hired: 2000) *Equities - Large-cap
  Value*....................................................................   25.0
Davis Hamilton Jackson & Associates
  *Equities - Large-cap Growth*......................   51.0
FIS Associates (Hired: 2000) *Equities -
  Small-cap*...........................................................   38.1
Heitman (Hired: 2000) *Real Estate -
  REITs*

# Barnstable County (MA) Retirement System

99 Willow Street
Yarmouth Port, MA 02675-1742

Phone: (508) 362-4526
Fax:    (508) 362-5199

**Total Assets:** $304.4 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 3%

Key Investment Executives:
  Deborah Revoir............................Executive Director
  Walfred E. Lundstrom........................Trustee
  ...Board Member
  Robert F. Rolanti................................Trustee
  ...Board Member
  Mary J. LeClair....................................Trustee
  ...Board Member
  C. Randall Sherman...........................Trustee
  ...Board Member
  Sheryl A. McMahon..............Elected Board Member
  ...Board Member
  E. Mark Zielinski
  *Direct Phone: 508 375-6643* ...Chairman & Treasurer
  ...Defined Benefit Contact

Key Public Fund Executives:
  E. Mark Zielinski
  *Direct Phone: 508 375-6643*            ...Treasurer

Funds Sponsored:
  Retirement System (Defined
    Benefit)................................................$   304.4 Mil

Investment Style:
  Risk-taking posture ..............Very low risk tolerance
  Performance benchmark(s) utilized..........................
  ...Market indices
  ...Absolute goals
  ...Other portfolios with similar objectives

Investment Guidelines - Restrictions:
*The fund has established/maintains written investment policy objectives/guidelines.*
*Chapter 32 Massachusetts General Laws.*
Fund has restrictions against:
  • Northern Ireland investments

## Barnstable County (MA) Retirement System *(continued)*

**Investment Guidelines - Restrictions:** *(continued)*
Categories of Current Investment Interest:
  ○ *Equity-Value: Low P/E*
  ○ *Fixed Income-Core*
  ○ *Fixed Income-High Yield*
  ○ *International-Equity*
  ○ *Real Estate Equity*

Representative List of Consulting Firms Used:
  Segal Advisors (New York, NY)...........................
  ...*Full Retainer Consulting*

Trustee(s) & Custodian(s):
  State Street Bank & Trust (Boston, MA) .............
  *Custodian*

Assets Managed Internally:
  Cash........................................................$   7.5 Mil

Representative List of Investment Managers Used:
  JPMorgan Fleming Mgmt. (Hired:
    1999) *Equities - Large-cap Value*
  Putnam Investments (Hired: 1993)
    *Fixed Income*.......................................$  34.5 Mil
  Putnam Investments (Hired: 1994)
    *Cash*...........................................................   .1
  Putnam Investments *Fixed Income -*
    *High Yield*.................................................  12.0
  UBS Global Asset Management
    (Hired: 2000) *Real Estate - REITs*.............  14.1
  UBS Realty Investors LLC *Real Estate*...    3.3
  US Trust Co/Boston (Hired: 1992)
    *Equities*...................................................  50.5
  US Trust Co/Boston *Fixed Income*..........  23.8
  US Trust Co/Boston (Hired: 1992)
    *Cash*............................................................  1.1

Asset Placement by Size of Management Firm and Asset Class:

|  | Number | Average Placement ($ Mil) |
|---|---|---|
| Small ($1-5 bil) | 3 | 25.1 |
| Medium ($5-20 bil) | 1 | 3.3 |
| Large (>$20 bil) | 5 | 15.2 |
| Equity placement(s) | 2 | 50.5 |
| Fixed Income placement(s) | 3 | 23.4 |
| Real Estate placement(s) | 2 | 8.7 |
| Other placement(s) | 2 | 0.6 |

# Brookline (MA) Retirement System

333 Washington Street
Brookline, MA 02146-6899

Phone: (617) 730-2028
Fax: (617) 730-2298
**Total Assets:** $160.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Stephen Cirillo..*Director of Finance & Board Member*
...*Board Member*
James Riley..............................................*Board Member*
Joseph P. Duffy......................................*Board Member*
Judith Haupin..............*Comptroller & Board Member*
...*Board Member*
Fred A. Taub..................................................*Chairman*
...*Board Member*
Margaret M. Cossette
E-mail: peggy_cossette@town.brookline.ma.us
...*Deputy Director/Finance*
...*Defined Benefit Contact*

**Key Public Fund Executives:**
Judith Haupin........................................*Controller*

**Funds Sponsored:**
Retirement System *(Defined Benefit)*............................................$  147.1 Mil

**Investment Style:**
Risk-taking posture ...............*Medium risk tolerance*
Performance benchmark(s) utilized.......................
...*Market indices*
...*Absolute goals*
...*Other portfolios with similar objectives*
Portfolio reallocation .........................................*Annually*
Hire/fire decisions made by ............*Board/committee*
Frequency of hire/fire decisions ...........*When needed*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
*Cannot exceed 60% in equities.*
Fund has restrictions against:
 • "Sin" investments (Tobacco, etc.)
 • Northern Ireland investments
Maximum - minimum constraints:
 • Minimum quality bond: *BAA*

## Brookline (MA) Retirement System *(continued)*

**Summary of International Mandates:**
World ex-US/EAFE ................$  17 Mil

**Categories of Current Investment Interest:**
 ○ *Equity-Small Cap*
 ○ *Equity-Passive/Indexed*
 ○ *Fixed Income-Core*
 ○ *International-EAFE Equity*
 ○ *International-Int'l Equity-Active*
 ○ *Real Estate Equity*
 ○ *Venture Capital*

**Representative List of Consulting Firms Used:**
Meketa Investment Group (Braintree, MA)............
...*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
State Street Global Advisors (Boston, MA).............
...*Master Custodian*

**Representative List of Investment Managers Used:**

| | |
|---|---|
| Bailard Biehl & Kaiser (Hired: 2003) Real Estate - REITs.................................$ | 5.0 Mil |
| Fidelity Management Trust Company (Hired: 2001) *Equities - International*.... | 8.6 |
| INVESCO (Hired: 2002) *Pooled Alternative Investments*............................ | .5 |
| T. Rowe Price (Hired: 1998) *Equities - Small-cap Value*........................................ | 19.0 |
| Putnam Investments (Hired: 2001) *Equities - International*............................. | 8.3 |
| State Street Global Advisors (Hired: 1998) *Equities - Indexed*........................... | 50.0 |
| State Street Research & Mgmt (Hired: 1986) *Fixed Income - Core*....................... | 54.6 |

**Asset Placement by Size of Management Firm and Asset Class:**

| | Number | Average Placement ($ Mil) |
|---|---|---|
| Small ($1-5 bil) | 1 | 5.0 |
| Large (>$20 bil) | 6 | 23.5 |
| Equity placement(s) | 4 | 21.5 |
| Fixed Income placement(s) | 1 | 54.6 |
| Real Estate placement(s) | 1 | 5.0 |
| Other placement(s) | 1 | 0.5 |

# California Public Employees Retirement System

400 P Street, Room 3492
P.O. Box 2749
Sacramento, CA 95812-2749

Phone: (916) 326-3400
Fax:   (916) 326-3248
URL: www.calpers.ca.gov

**Total Assets:** $149,589.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 60%

**Key Investment Executives:**
Mark J. Anson.........................Chief Investment Officer
Michael McCook.........Senior Investment Officer/Real Estate
   ...Head/Real Estate Investments
Michael Flaherman............Trustee & Chairman of the Investment Committee
   ...Board Member
Daniel M. Szente...................Chief Investment Officer
   ...Defined Benefit Contact
Dave Mullins
Direct Phone: 916 326-3018    ...Chief/Supplemental Savings Program
   ...Defined Contribution Contact

**Key Public Fund Executives:**
James Burton
Direct Phone: 916 326-3825 ...Chief Executive Officer
William Crist...................................................President
Phil Angeledes.....................................................Treasurer

**Investment Manager Contacts:**
Curtis Ishii II............................US Fixed Inc. Contact

**In-house Investment Professionals:**
Carl Guidi.........................................Equity Trader
Richard J. Hayes....................Alternative Investments

**Funds Sponsored:**
California P.E.R.S. *(Defined Benefit)*....$ 148,500.0 Mil
Deferred Compensation (457) Plan
   *(Defined Contribution)*......................918.0
Defined Contribution Plan
   *(Defined Contribution)*......................171.6

## California Public Employees Retirement System *(continued)*

**Investment Style:**
Risk-taking posture ..................Medium risk tolerance
Performance benchmark(s) utilized..........................
   ...Market indices
   ...Absolute goals
   ...Other portfolios with similar objectives

**Summary of International Mandates:**
World ex-US/EAFE ................$ 26,473 Mil
Pacific/Asian Mandates ........    590
European Mandates ..............    671
Emerging Mkts Mandates ....    539
Currency Overlay ...................  4,113

**Categories of Current Investment Interest:**
○ *Equity-Core/Diversified*
○ *Equity-Growth Stocks*
○ *Equity-Hedge Funds*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *Fixed Income-High Yield*
○ *Fixed Income-Intermediate Term*
○ *International-EAFE Equity*
○ *International-Emerging Market Equity*
○ *International-European Equity*
○ *International-Pacific Rim Equity*
○ *International-Equity*
○ *International-Fixed Income*
○ *Real Estate Equity*
○ *Real Estate Debt (mortgages)*
○ *Timber & Farmland*
○ *Convertible Bonds*
○ *Currency/Foreign Exchange*
○ *LBOs*
○ *Venture Capital*

**Representative List of Consulting Firms Used:**
E & Y Kenneth Leventhal Real Estate (Los Angeles, CA)..............................*Real Estate Advisory*
Hamilton Lane Advisors, Inc. (Bala Cynwyd, PA)
Institutional Shareholder Services (Rockville, MD)
   ...*Proxy Voting Services*
IRRC (Washington, DC) ..........*Proxy Voting Services*
R.V. Kuhns & Associates (Portland, OR).................
   ...*Full Retainer Consulting*
Pacific Corporate Group LLC (La Jolla, CA)............
   ...*Alternative Investment Consulting*
Pension Consulting Alliance (Encino, CA)...............
   ...*Alternative Investment Consulting*
Pension Consulting Alliance (Encino, CA)...............
   ...*Real Estate Advisory*

# California State Teachers Retirement System

7667 Folsom Boulevard, Suite 250
P.O. Box 163749
Sacramento, CA 95816-3749

Phone: (916) 229-3739
Fax:    (916) 229-0502
URL: www.calstrs.ca.gov

Total Assets: $106,164.2 Mil.
Sponsor Type: Public Fund
Managed in-house: 41%

Key Investment Executives:
  Christopher J. Ailman.......... Chief Investment Officer
                              ...Defined Benefit Contact
                              ...Defined Contribution Contact
  Emma Zink.... Chairman of the Investment Committee
                              ...Board Chairman
  Mike DiRe
   Direct Phone: 916 229-3722 ...Director of Real Estate
                              ...Head/Real Estate Investments
  Philip Angelides.... Investment Committee Member &
                              State Treasurer
                              ...Board Member

Key Public Fund Executives:
  Philip Angelides................................ Treasurer

In-house Investment Professionals:
  Carl Gowan.................... R.E. Portfolio Manager
  Real Desrochers................... Alternative Investments
  John Petzold
   Direct Phone: 916 229-3737
                              ...Operations/Administration

Funds Sponsored:
  Teachers' Retirement System
    Pension Plan (Defined Benefit)..........$ 106,138.7 Mil
  403(b) Program (Defined
    Contribution, 403(b))........................25.5

Investment Style:
  Risk-taking posture ................. Medium risk tolerance
  Performance benchmark(s) utilized...........................
                              ...Market indices
                              ...Absolute goals
                              ...Other portfolios with similar objectives

## California State Teachers Retirement System (continued)

Investment Guidelines - Restrictions:
  *The fund has established/maintains written investment policy objectives/guidelines.*

Summary of International Mandates:
  Global Mandates ......................$   950  Mil
  World ex-US/EAFE ................   8,975
  Pacific/Asian Mandates ........      410

Categories of Current Investment Interest:
  ○ *Equity-Growth Stocks*
  ○ *Equity-Small Cap*
  ○ *Equity-Value: Low P/E*
  ○ *Equity-Passive/Indexed*
  ○ *Fixed Income-Core*
  ○ *Fixed Income-High Yield*
  ○ *International-EAFE Equity*
  ○ *Global Equity*
  ○ *International-Pacific Rim Equity*
  ○ *International-International Equity*
  ○ *International-Fixed Income*
  ○ *Real Estate Equity*
  ○ *Real Estate Debt (mortgages)*
  ○ *LBOs*
  ○ *Venture Capital*

Representative List of Consulting Firms Used:
  Callan Associates Inc. (San Francisco, CA)..............
                              ...Project Work Only
  InterSec Research Corp (Stamford, CT)
  Pacific Corporate Group LLC (La Jolla, CA)............
                              ...Real Estate Advisory
  Pathway Capital Management (Irvine, CA)............
                              ...Alternative Investment Consulting
  Pension Consulting Alliance (Encino, CA)...............
                              ...Full Retainer Consulting

Trustee(s) & Custodian(s):
  State Street Global Advisors (Boston, MA)..............
                              ...Master Trustee
  State Street Global Advisors (Boston, MA)..............
                              ...Global Custodian

Assets Managed Internally:
  Fixed Income...............................$ 26,000.0 Mil
  Cash/Short Term............................   2,800.0
  Real Estate - Mortgages (Debt)................   2,000.0
  Equities - Indexed.......................   1,000.0

# Cambridge (MA) Retirement System

255 Bent St. 3rd Floor
Cambridge, MA 02141

Phone: (617) 868-3401
Fax:     (617) 868-3477
**Total Assets:** $500.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Anne C. LeDuc
  E-mail: camret@tian.net
                                    ...Executive Director
                              ...Defined Benefit Contact
Brad Tenney...................................................Chairman
                                           ...Board Chairman
Janet Boyle........................................................Trustee
                                            ...Board Member
Andrea Spears..................................................Trustee
                                            ...Board Member
James Lindstrom............................................Trustee
                                            ...Board Member
Sheila Tobin......................................................Trustee
                                            ...Board Member

**Investment Manager Contacts:**
Anne C. LeDuc
  E-mail: camret@tian.net
                            ...Investment Manager Contact

**In-house Investment Professionals:**
Anne C. LeDuc
  E-mail: camret@tian.net
                                    ...In-house Investment Prof.

**Funds Sponsored:**
Cambridge Retirement System
  (Defined Benefit)........................$    500.0 Mil

**Investment Style:**
Risk-taking posture ................Medium risk tolerance
Performance benchmark(s) utilized .....Market index
Portfolio reallocation ........................................Annually
Hire/fire decisions made by ............Board/committee
Frequency of hire/fire decisions ......................3 years

**Investment Guidelines - Restrictions:**
The fund has established/maintains written investment policy objectives/guidelines.
Fund has restrictions against:
  • "Sin" investments (Tobacco, etc.)

## Cambridge (MA) Retirement System (continued)

**Investment Guidelines - Restrictions:** (continued)
Categories of Current Investment Interest:
  ○ Equity-Growth Stocks
  ○ Equity-Small Cap
  ○ Equity-Value: Low P/E
  ○ Equity-Passive/Indexed
  ○ Fixed Income-Core
  ○ Fixed Income-Gov't Agencies
  ○ Fixed Income-High Yield
  ○ Fixed Income-Short-Term
  ○ International-International Equity
  ○ Real Estate Equity
  ○ Timber & Farmland
  ○ Venture Capital

**Representative List of Consulting Firms Used:**
Segal Advisors (New York, NY)..............................
                                      ...Full Retainer Consulting

**Trustee(s) & Custodian(s):**
State Bank & Trust Company (Defiance, OH)..........
                                                              ...Custodian

**Representative List of Investment Managers Used:**

| Manager | $ Mil |
|---|---|
| Ascent/Meredith Asset Management (Hired: 1995) | $ 4.5 Mil |
| W.P. Carey & Co. (Hired: 1997) *Real Estate* | 5.1 |
| Charles River Ventures (Hired: 1995) *Venture Capital* | 14.9 |
| Constitution Capital Management (Hired: 2001) *Equities - Small-cap Growth* | 20.0 |
| Freedom Capital Management (Hired: 1990) *Fixed Income - Gov't/Agencies* | 37.8 |
| Freedom Capital Management (Hired: 1990) *Equities - Large-cap* | 40.5 |
| Gabelli Asset Management Co. (Hired: 2001) *Equities - Mid-cap Value* | 12.5 |
| Hancock Timber Resource Group (Hired: 1997) *Timberland* | 5.0 |
| Income Research & Management (Hired: 1995) *Fixed Income - Core* | 61.1 |
| MacKay Shields LLC (Hired: 1998) *Fixed Income - High Yield* | 26.8 |
| MFS Institutional Advisors (Hired: 2001) *Equities - Large-cap Value* | 45.0 |
| Putnam Investments (Hired: 1996) *Equities - Growth* | 56.1 |
| State Street Global Advisors (Hired: 1998) *Fixed Income - Short-term* | 3.5 |
| State Street Global Advisors (Hired: 1996) *Equities - Indexed* | 15.3 |

Nelson's Directory of Plan Sponsors - 2004
Source: Nelson's Plan Sponsor Database; © 2003/2004 Nelson Information, New York, N.Y. 10007
1

# Fire & Police Pension Association of Colorado

5290 DTC Parkway
Greenwood Village, CO 80111-2721

Phone: (303) 770-3772
Fax:     (303) 771-7622
URL: www.fppaco.org

**Total Assets:** $2,112.3 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Willim Morris......................Chief Investment Officer
                        ...Head/External Inv. Mgmt.
Ed Lujan.......................................................Trustee
                        ...Board Chairman
                        ...Board Member
Ray Mitchell.....................Executive Board Member
                        ...Board Member

**Key Public Fund Executives:**
Ruth Ryerson
    E-mail: rryerson@fppaco.org
                        ...Chief Executive Officer
                        ...President

**Funds Sponsored:**
Defined Benefit (Statewide & Local
  Plans) *(Defined Benefit)*.........................$  1,899.7 Mil
457 Plan *(Defined Contribution)*......................15.0
Local Money Purchase Plans (2)
  *(Defined Contribution)*..............................10.8
Statewide Money Purchase
  *(Defined Contribution)*..............................3.5
Statewide Death & Disability Plan
  (1) *(Welfare Benefit)*...............................183.3

**Investment Style:**
Risk-taking posture ..................Medium risk tolerance
Performance benchmark(s) utilized.........................
                        ...Market indices
                        ...Absolute goals
            ...Other portfolios with similar objectives
Portfolio reallocation ........................As needed
Hire/fire decisions made by ............Board/committee
Frequency of hire/fire decisions ................As needed

**Investment Guidelines - Restrictions:**
The fund has established/maintains written investment policy objectives/guidelines.

**Fire & Police Pension Association of Colorado** *(continued)*

**Investment Guidelines - Restrictions:** *(continued)*
Uniform prudent investment let serves as investment guidelines.

**Summary of International Mandates:**
World ex-US/EAFE ................$   314  Mil
Emerging Mkts Mandates ....    180

**Categories of Current Investment Interest:**
- *Equity-Growth Stocks*
- *Equity-Small Cap*
- *Equity-Value: Low P/E*
- *Equity-Passive/Indexed*
- *Fixed Income-Core*
- *Fixed Income-High Yield*
- *International-EAFE Equity*
- *International-Emerging Market Equity*
- *International-International Equity*
- *Real Estate Equity*
- *LBOs*
- *Venture Capital*

**Representative List of Consulting Firms Used:**
Pacific Corporate Group LLC (La Jolla, CA)............
                        ...*Full Retainer Consulting*
Pension Consulting Alliance (Encino, CA).............
                        ...*Full Retainer Consulting*

**Representative List of D.C. Service Provider(s):**
Fidelity Investments (Boston, MA) .... *Recordkeeping*
Fidelity Investments (Boston, MA)......................
                ...*Investment Management via Alliances*
Fidelity Investments (Boston, MA)......................
                ...*Employee Education/Ret. Planning*
Fidelity Investments (Boston, MA)......................
                        ...*Employee Communications*

**Trustee(s) & Custodian(s):**
Mellon Trust Company (Pittsburgh, PA)................
                        ...*Custodian*

**Representative List of Investment Managers Used:**
Apollo Real Estate Group (Hired:
  1998) *Real Estate*..........................$   9.6 Mil
Aurora Capital Partners (Hired: 1998)
  *Equities - Private Placements*...................   9.7
Baillie Gifford & Co. (Hired: 2002)
  *Equities - Emerging Markets*.....................  23.4
Blackstone Group (Hired: 1997)
  *Blackstone Capital*..............................   8.4
Blackstone Group (Hired: 1999)
  *Blackstone Real Estate*..........................   7.0

# State of Connecticut Trust Funds

55 Elm Street, 6th Floor
Pension Fund Management Division
Hartford, CT 06106-1773

Phone: (860) 702-3167
Fax:    (860) 702-3042
URL: www.state.ct.us/ott

Total Assets: $21,793.3 Mil.
Sponsor Type: Public Fund

Key Investment Executives:
 Gregory D. Franklin
 *Direct Phone: 860 702-3162*
  *E-mail: gregory.franklin@po.state.ct.us*
        ...Assistant Treasurer/Investments
          ...Head/External Inv. Mgmt.
              ...Defined Benefit Contact
 Steven W. Hart. *Chairman of the Investment Advisory Council*
                                ...Board Chairman
 Rosalyn Schoonmaker........................... Board Member
 Joel W. Schweidel................................Board Member
 Duan G. Roberts...................................Board Member
 Wilson Wilde.........................................Board Member
 Sherry L. Brown.....................................Board Member
 John W. Heilshorn..................................Board Member
 Robert Killian Jr....................................Board Member
 Jeffrey Mockler.....................................Board Member
 Sidney Lipshires....................................Board Member
 Michael W. Kozlowski..........................Board Member
 Steven Weinberger
 *Direct Phone: 860 702-3481*     ...Director of the Retirement Division
                            ...Defined Contribution Contact

Key Public Fund Executives:
 Denise L. Nappier............................................Treasurer

Investment Manager Contacts:
 Harold Johnson..................Cash Management Contact

Funds Sponsored:
 Consolidated Pension Funds
  *(Defined Benefit)*.....................$  21,055.3 Mil
 457 Plan *(Defined Contribution)*.......................738.0

# State of Connecticut Trust Funds *(continued)*

Investment Style:
 Risk-taking posture .................. *Very low risk tolerance*
 Performance benchmark(s) utilized .....*Market index*
 Portfolio reallocation .........................................*As needed*
 Hire/fire decisions made by ............ *Board/committee*
                        ... *Pension fund consultant*
 Frequency of hire/fire decisions .................*As needed*

Investment Guidelines - Restrictions:
*The fund has established/maintains written investment policy objectives/guidelines.*
Fund has restrictions against:
 • Northern Ireland investments
Maximum - minimum constraints:
 • Minimum quality bond: *Baa*

Summary of International Mandates:
 World ex-US/EAFE .................$ 2,259 Mil

Categories of Current Investment Interest:
 ○ *Equity-Small Cap*
 ○ *Equity-Passive/Indexed*
 ○ *Fixed Income-Core*
 ○ *Fixed Income-High Yield*
 ○ *International-EAFE Equity*
 ○ *International-International Equity*
 ○ *Real Estate Equity*
 ○ *Real Estate Debt (mortgages)*
 ○ *Timber & Farmland*
 ○ *LBOs*
 ○ *Venture Capital*

Representative List of Consulting Firms Used:
 CRA RogersCasey (Darien, CT)...............................
                    ...*Full Retainer Consulting*
 Pension Consulting Alliance (Encino, CA)...............
                    ...*Real Estate Advisory*

Trustee(s) & Custodian(s):
 State Street Bank & Trust (Boston, MA)..................
                    ...*Global Custodian*

Representative List of Investment Managers Used:
 AEW Capital Management (Hired:
  1987) *Real Estate*..........................$  158.7 Mil
 AEW Capital Management *Real Estate
  - Mortgages*...................................  260.6
 AIG Global Investment Group Inc.
  *Venture Capital*..............................  1,000.0
 Apollo Real Estate Group (Hired:
  1998) *Real Estate*..........................  85.8