# Denver (CO) Board of Water Commissioners

1600 West Twelfth Avenue
Denver, CO 80204-3412

Phone: (303) 628-6410
Fax:    (303) 628-6479
URL: www.water.denver.co.gov

Total Assets: $197.8 Mil.
Sponsor Type: Public Fund

Key Investment Executives:
  Kathryn Kempke
    E-mail: kathryn.kempke@denverwater.org
                ...Manager/Treasury Operations
                ...Head/In-House Inv. Mgmt.
                ...Head/External Inv. Mgmt.
                ...Defined Benefit Contact
                ...Defined Contribution Contact
  Joe Shoemaker..........................Board Member

Investment Manager Contacts:
  Kathryn Kempke
    E-mail: kathryn.kempke@denverwater.org
                ...Investment Manager Contact

Funds Sponsored:
  Retirement Plan Trust Fund
    (Defined Benefit).........................$   164.8 Mil
  Denver Water Deferred
    Compensation Plan - 457 (Defined
    Contribution)....................................22.8
  Denver Water Supplemental
    Retirement Savings Plan (Defined
    Contribution).....................................9.5

Investment Style:
  Risk-taking posture ................Medium risk tolerance
  Performance benchmark(s) utilized...........................
                                            ...Market indices
                                            ...Absolute goals
          ...Other portfolios with similar objectives
  Portfolio reallocation .....................As needed
  Hire/fire decisions made by ............Board/committee
                                ...Autonomous Individual
                                ...Pension fund consultant
                                ...Fiduciary pension fund consultant
  Frequency of hire/fire decisions ...............As needed

## Denver (CO) Board of Water Commissioners (continued)

Investment Guidelines - Restrictions:
  *The fund has established/maintains written investment policy objectives/guidelines.*
  Maximum - minimum constraints:
    • Minimum quality bond: *Baa*

Summary of International Mandates:
  World ex-US/EAFE ................$   37 Mil

Categories of Current Investment Interest:
  ○ *Equity-Growth Stocks*
  ○ *Equity-Small Cap*
  ○ *Fixed Income-Core*
  ○ *International-EAFE Equity*
  ○ *International-International Equity*
  ○ *Real Estate Equity*

Representative List of Consulting Firms Used:
  InnoVest Portfolio Solutions, Inc. (Englewood, CO)..........................*Full Retainer Consulting*

Representative List of D.C. Service Provider(s):
  Valic (Houston, TX)......................................
                ...Bundled Svcs (including inv. mgt.)

Trustee(s) & Custodian(s):
  Northern Trust Co. (Chicago, IL) ............*Custodian*

Representative List of Investment Managers Used:
  Aeltus Investment Management
    *Equities - Large-cap*........................$   36.7 Mil
  Cadence Capital Management (Hired:
    1993) *Equities - Large-cap Growth*...........  18.9
  Denver Investment Advisors (Hired:
    1991) *Fixed Income - Core*....................  48.6
  Deutsche Asset Management (Hired:
    1993) *Equities - World ex-US/EAFE*.......  26.0
  Heitman (Hired: 1989) *Real Estate*..........   3.8
  Kayne Anderson Rudnick Investment
    *International*..................................  11.4
  Legg Mason Capital Mgmt *Equities -
    Small-cap*........................................  15.2
  Putnam Investments *International*........  12.3
  Richmond Capital Management *Fixed
    Income - Lehman Agg*.........................  10.3
  UBS Realty Investors LLC (Hired:
    1998) *Real Estate*............................   5.5

# Detroit (MI) Police & Firemen Retirement System

2 Woodward Avenue Room 908
Detroit, MI 48226

Phone: (313) 224-3362
Fax:   (313) 224-9194
URL: www.rscd.org

**Total Assets:** $4,511.4 Mil.
**Sponsor Type:** Public Fund
**Primary Business:** Tax-Exempt Organizations

**Key Investment Executives:**
Nicholas Degel
 E-mail: nhdegel@rscd.org
  ...Executive Secretary
  ...Defined Benefit Contact
Richard Huddleston..........Head/In-House Inv. Mgmt.
Roger Short..............................................Board Member
Michael Nevin.........................................Board Member
Shafter Terry III......................................Board Member
George Orzech........................................Vice Chairman
  ...Board Member
Derrick Royal..........................................Board Member
John A. Clark..........................................Board Member
Benny Napoleon.....................................Board Member
Gil Hill.......................................................Board Member
L. Edward Hannan.........................................Secretary
  ...Corporate Secretary
Walter Stampor
 E-mail: wstampor@rscd.org
  ...Assistant Administrative Supervisor
  ...Defined Contribution Contact

**Investment Manager Contacts:**
Richard Huddleston......................US Equity Contact
  ...US Fixed Inc. Contact
  ...Cash Management Contact

**Funds Sponsored:**
Retirement System *(Defined Benefit)*..............................................$ 4,511.4 Mil
Defined Contribution Plan *(Defined Contribution)*

**Investment Style:**
Risk-taking posture ...................Medium risk tolerance
Performance benchmark(s) utilized .....Market index
Portfolio reallocation ......................................As required

## Detroit (MI) Police & Firemen Retirement System *(continued)*

**Investment Style:** *(continued)*
Hire/fire decisions made by ............Board/committee
Frequency of hire/fire decisions ..............As required

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

*Fund cannot purchase securities of any company listed on the I.R.R.C. Section I list. Equities cannot exceed 60 percent of assets of fund. Venture capital not exceeding five percent of assets.*

**Summary of International Mandates:**
Global Mandates .......................$ 378 Mil
World ex-US/EAFE ................  506

**Categories of Current Investment Interest:**
- *Equity-Core/Diversified*
- *Equity-Growth Stocks*
- *Equity-Small Cap*
- *Equity-Special Equity*
- *Equity-Value: Low P/E*
- *Equity-Passive/Indexed*
- *Fixed Income-Core*
- *Fixed Income-High Yield*
- *Fixed Income-Mortgage-Backed*
- *Fixed Income-Intermediate Term*
- *International-EAFE Equity*
- *Global Equity*
- *International-International Equity*
- *International-Fixed Income*
- *Real Estate Equity*
- *Real Estate Debt (mortgages)*
- *Convertible Bonds*
- *Futures/Options*
- *Venture Capital*

**Representative List of Consulting Firms Used:**
Gray & Company (Atlanta, GA)..............................
  ...Full Retainer Consulting
Salomon Smith Barney Consulting Grp (Wilmington, DE)............ Performance Measurement
Townsend Group (Cleveland, OH)............................
  ...Real Estate Consulting

**Trustee(s) & Custodian(s):**
State Street Bank & Trust (Boston, MA) .......................
Custodian

# Duluth Teachers' Retirement Fund Association

625 East Central Entrance
Duluth, MN 55811

Phone: (218) 722-2894
Fax:    (218) 722-8208
URL: www.dtrfa.org

**Total Assets:** $288.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 3%

**Key Investment Executives:**
J. Michael Stoffel
    E-mail: jstoffel@uslink.net
        ...Executive Secretary
        ...Corporate Secretary
        ...Defined Benefit Contact
        ...Defined Contribution Contact
Jon Vomachka..............................Board Member
Mavis Whiteman..........................Board Member
Richard Pearson..........................Trustee
        ...Board Member
Mike Zwak....................................Board Member
Mary Glass...................................Board Member
Mary Meierotto............................Trustee
        ...Board Member
Klenow Novitzki...........................Trustee
        ...Board Member
John Moriarity.............................Board Member

**Key Public Fund Executives:**
Jon Vomachka..............................President

**Investment Manager Contacts:**
J. Michael Stoffel
    E-mail: jstoffel@uslink.net
        ...Investment Manager Contact

**Funds Sponsored:**
Retirement Fund *(Defined Benefit)*......$   254.0 Mil
403(b) Plan *(Defined Contribution, 403(b))*..........................34.0

**Investment Style:**
Risk-taking posture ..................*High risk tolerance*
Performance benchmark(s) utilized...........
        ...*Market indices*

## Duluth Teachers' Retirement Fund Association *(continued)*

**Investment Style:** *(continued)*
        ...*Absolute goals*
        ...*Other portfolios with similar objectives*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

*No investments in non-U.S. real estate and oil & gas, and in non-investment grade securities. The fund may also not engage in short selling, margin purchases or commodities.*

Maximum - minimum constraints:
 • Minimum quality bond: *BBB*
 • Minimum quality commercial paper: *A1/P1*

**Summary of International Mandates:**
World ex-US/EAFE ................$   69  Mil

**Categories of Current Investment Interest:**
○ *Equity-Small Cap*
○ *Equity-Passive/Indexed*
○ *Balanced Accounts*
○ *Fixed Income-Core*
○ *Fixed Income-Short-Term*
○ *International-EAFE Equity*
○ *Real Estate Equity*
○ *Real Estate Debt (mortgages)*

**Representative List of Consulting Firms Used:**
Jeffrey Slocum & Associates (Minneapolis, MN).....
        ...*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
Wells Fargo Bank/Minneapolis/MN
(Minneapolis, MN)......................Custodian

**Assets Managed Internally:**
Real Estate - Mortgages...........................$   2.0 Mil
Equities - Private Placements...................   1.5

**Representative List of Investment Managers Used:**
Deutsche Asset Management (Hired: 1993) *International Equity*..................$   35.0 Mil
Disciplined Growth Investors, Inc. (Hired: 1997) *Equities - Small-cap Growth*..................................................   35.3
Merrill Lynch Investment Managers *Cash/Cash Equivalents*..............................   11.0
Metropolitan West Asset Management (Hired: 1998) *Fixed Income - Short-term*..................................................   76.5

# East Bay (CA) Municipal Utility Retirement

375 Eleventh Street
P.O. Box 24055
Oakland, CA 94623-1055

Phone: (510) 287-0205
Fax:    (510) 287-0293
URL: www.ebmud.com

Total Assets: $627.4 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Gary M. Breaux
Direct Phone: 510 287-0310
    E-mail: gbreaux@ebmud.com
                    ...Director of Finance
                    ...Defined Benefit Contact
Lloyd J. Sawchuk
Direct Phone: 510 287-0205
    E-mail: sawchuk@edmud.com
                    ...Treasury Manager
                    ...Head/In-House Inv. Mgmt.
Frank Mellon..........................Board Member
Danny Wan.............................Board Member
Richard Rago..........................Board Member
J. Marcell Hall
Direct Phone: 510 287-1105
    E-mail: mhall@ebmud.com
                    ...Engineer & Board Member
                    ...Board Member
Daniel Hungerford.................Non-Voting Retiree Representative
                    ...Board Member
Wanda Hendrix-Talley
Direct Phone: 510 287-0231
    E-mail: wtalley@ebmud.com
                    ...Principal Management Analyst
Gwen McDonald
Direct Phone: 510 287-0383
    E-mail: gmcdonal@ebmud.com
                    ...Secretary & Human Resources Manager
                    ...Corporate Secretary
                    ...Defined Contribution Contact

**Key Public Fund Executives:**
Gary M. Breaux
Direct Phone: 510 287-0310
    E-mail: gbreaux@ebmud.com
                    ...Chief Financial Officer
Lloyd J. Sawchuk
Direct Phone: 510 287-0205

# East Bay (CA) Municipal Utility Retirement (continued)

**Key Public Fund Executives:** (continued)
    E-mail: sawchuk@edmud.com
                    ...Treasurer
Jennifer Luk
Direct Phone: 510 287-0266
    E-mail: jennifer@ebmud.com
                    ...Controller

**Investment Manager Contacts:**
Lloyd J. Sawchuk
Direct Phone: 510 287-0205
    E-mail: sawchuk@edmud.com
                    ...US Equity Contact
                    ...US Fixed Inc. Contact
                    ...Real Estate Contact
                    ...Cash Management Contact
                    ...Non-US Equity Contact

**Funds Sponsored:**
Employees' Retirement Plan
  (Defined Benefit)..........................$    540.4 Mil
401(k) (Defined Contribution)...................52.0
457 (Defined Contribution).....................30.0
401(a) (Defined Contribution)...................5.0

**Investment Style:**
Risk-taking posture ...................Medium risk tolerance
Performance benchmark(s) utilized......................
                    ...Market indices
                    ...Absolute goals
                    ...Other portfolios with similar objectives
Portfolio reallocation .......................As needed
Hire/fire decisions made by ............Board/committee
Frequency of hire/fire decisions .................As needed

**Investment Guidelines - Restrictions:**
The fund has established/maintains written investment policy objectives/guidelines.

**Summary of International Mandates:**
World ex-US/EAFE ................$    71 Mil

**Categories of Current Investment Interest:**
○ Equity-Growth Stocks
○ Equity-Small Cap
○ Equity-Value: Low P/E
○ Equity-Passive/Indexed
○ Fixed Income-Core
○ International-EAFE Equity
○ International-Int'l Equity
○ Real Estate Equity

# East Providence (RI) Police & Fire Retirement

145 Taunton Avenue
East Providence, RI 02914-4530

Phone: (401) 435-7550
Fax:    (401) 438-1719

Total Assets: $84.0 Mil.
Sponsor Type: Public Fund

Key Investment Executives:
  James F. McDonald..................................Secretary &
                       Adminstrator/Retirement System
                       ...Head/In-House Inv. Mgmt.
                       ...Defined Benefit Contact
                       ...Corporate Secretary
  John Neale.....................Finance Committee Chairman
                       ...Board Chairman
  Elise Yan..................................................Trustee
                       ...Board Member
  Herb Paquette........................................Trustte
                       ...Board Member
  William C. Andre....................................Trustee
                       ...Board Member
  Joseph Larisa.........................................Trustee
                       ...Board Member

Funds Sponsored:
  Pension Plan *(Defined Benefit)*..............$       84.0 Mil

Summary of International Mandates:
  World ex-US/EAFE ................$     6 Mil

Categories of Current Investment Interest:
  ○ *Equity-Growth Stocks*
  ○ *Equity-Value: Low P/E*
  ○ *Fixed Income-Core*
  ○ *International-EAFE Equity*
  ○ *International-International Equity*

Representative List of Consulting Firms Used:
  Evaluation Associates (Norwalk, CT)

Trustee(s) & Custodian(s):
  Fleet Bank (Springfield, MA) ............................*Trustee*
  Fleet Bank (Springfield, MA) ........................*Custodian*

Representative List of Investment Managers Used:
  Income Research & Management
     (Hired: 1991) *Fixed Income - Core*..........$    19.8 Mil
  LSV Asset Management (Hired: 2003)
     *Equities - Large-cap Value*........................    10.0

## East Providence (RI) Police & Fire Retirement *(continued)*

Representative List of Investment Managers Used: *(continued)*
  Putnam Investments (Hired: 1994)
     *Equities - World ex-US*..............................$     5.9 Mil
  Putnam Investments (Hired: 1997)
     *Equities - Large-cap Growth*......................    15.6

Asset Allocation:



■ Equities: $ 46.7 mil................................................55.60%
     *$39.9 mil Domestic equities*...........................  47.5%
     *$6.8 mil International equities*......................   8.1%

■ Fixed Income: $ 37.3 mil...............................44.40%
     *$37.3 mil Bonds (U.S.)*....................................  44.4%

# Fairfax County Educational Employees R.S.

8001 Forbes Place
Suite 300
Springfield, VA 22151

Phone: (703) 426-3920
Fax: (703) 426-3983

**Total Assets:** $1,489.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Alan Belstock.................................... *Executive Director*
Leonard Bumbaca........ *Chairperson/Board of Trustees*
                             ...*Board Chairman*
                             ...*Board Member*
Charles Woodruff......................... *Trustee & Treasurer*
                             ...*Board Member*
Kathryn Davis...... *Vice Chairperson/Board of Trustees*
                             ...*Board Member*
Walter J. Mika................................... *Vice Chairperson*
                             ...*Board Member*
Jane B. Schitmidekampt.. *Treasurer/Board of Trustees*
                             ...*Board Member*
Robert DeConcini................................... *Trustee*
                             ...*Board Member*
Joseph P. Romeo................................... *Trustee*
                             ...*Board Member*

**Key Public Fund Executives:**
Charles Woodruff............................................... *Treasurer*

**Funds Sponsored:**
Defined Benefit *(Defined Benefit)*........$   1,489.0 Mil

**Investment Style:**
Risk-taking posture ................... *Medium risk tolerance*
Performance benchmark(s) utilized..........................
                             ...*Market indices*
                             ...*Absolute goals*
                             ...*Other portfolios with similar objectives*
Portfolio reallocation .......................................*As needed*
Hire/fire decisions made by ............ *Board/committee*
                             ...*Pension fund consultant*
Frequency of hire/fire decisions ................. *As needed*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
*Corporate Bonds:AA-Aa3 Assets Backed Securities:A CD's & Bankers Accept: Thompson Bankwatch B or better.*

## Fairfax County Educational Employees R.S. *(continued)*

**Investment Guidelines - Restrictions:** *(continued)*
 Maximum - minimum constraints:
 • In-state investments: *10.00%*
 • Minimum quality bond: *Baa/BBB*
 • Minimum market cap stocks: *$20.00Mil*
 • Minimum quality commercial paper: *A1/P1*

**Summary of International Mandates:**
 World ex-US/EAFE ................$      96  Mil

**Categories of Current Investment Interest:**
 ○ *Equity-Growth Stocks*
 ○ *Equity-Small Cap*
 ○ *Equity-Value: Low P/E*
 ○ *International-EAFE Equity*
 ○ *International-Int'l Equity*
 ○ *International-Fixed Income*
 ○ *Real Estate Equity*
 ○ *Convertible Bonds*

**Representative List of Consulting Firms Used:**
 Gabriel, Roeder, Smith & Co. (Southfield, MI)........
                             ...*Actuarial Services*
 Mercer Investment Consulting (New York, NY).....
                             ...*Full Retainer Consultant*

**Trustee(s) & Custodian(s):**
 Mellon Trust Company (Pittsburgh, PA)..................
                             ...*Custodian*

**Representative List of Investment Managers Used:**

| Manager | Amount |
|---|---|
| AllianceBernstein Inst'l Inv. Mgmt (Hired: 2000) | $ 27.7 Mil |
| Fidelity Management Trust Company (Hired: 1998) | 123.9 |
| Lazard Asset Management (Hired: 2000) *Equities - Small-cap Value* | 112.6 |
| Montag & Caldwell, Inc. (Hired: 2000) *Equities - Large-cap Growth* | 39.1 |
| Morgan Stanley Investment Mgmt Inc. (Hired: 1996) | 120.9 |
| Oppenheimer Capital (Hired: 1975) *Equities - Value* | 110.6 |
| T. Rowe Price | 75.2 |
| Putnam Investments (Hired: 2000) *Equities - Large-cap Growth* | 84.9 |
| Search in progress *Real Estate* | |
| Templeton/FTI Inst'l (Hired: 1995) *Equities - International* | 95.8 |

# Florida State Board of Administration

1801 Hermitage Blvd.
P.O. Box 13300
Tallahassee, FL 32317-3300

Phone: (850) 488-4406
Fax:     (850) 413-1016
URL: www.fsba.state.fl.us

**Total Assets:** $95,248.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 44%

Key Investment Executives:
  Coleman Stipanovich......................Executive Director
  Jeb Bush................................................Governor/Florida
                                                ...Board Member
                                                ...Board Chairman
  William F. James............CIO/Alternative Investments
                                                ...Board Member
                                                ...Head/In-House Inv. Mgmt.
  Susan Schueren.....Chief Investment Officer/Domestic Equity
                                                ...Head/Equity Investments
  Barbara Jarriel
  Direct Phone: 850 488-3061      ...CIO/Fixed Income
                                                ...Head/Bond Investments
  Scott Seery
  Direct Phone: 850 413-1039      ...CIO/International Equities
                                                ...Head/International Investments
  Douglas W. Bennett...........................CIO/Real Estate
                                                ...Head/Real Estate Investments
  Gerald Lewis............................................Board Member
  Anthony J. Gentile..................................Board Member
  Tom Gallagher........................................State Treasurer
                                                ...Board Member
  William Miller Jr......................................Board Member
  Robert F. Milligan............................State Comptroller
                                                ...Board Member
  John B. Mowell.......................................Board Member
  Randi Grant......................Advisory Council Members
                                                ...Board Member
  William H. McBride..........Advisory Council Member
                                                ...Board Member
  Lee Baldwin...........................Defined Benefit Contact

In-house Investment Professionals:
  Rob Smith..........................In-house Investment Prof.
  Ben Latham.......................In-house Investment Prof.

## Florida State Board of Administration (continued)

In-house Investment Professionals: (continued)
  Trent Webster.......................Equity Portfolio Manager
  Karen Matthews..................Equity Portfolio Manager
  Sheila Smith............................Bond Portfolio Manager
  Lynn Thompson.....................Bond Portfolio Manager
  Janice Yecco..............................R.E. Portfolio Manager
  Martha Hurdle......................................Equity Trader
  Frank Fernandez....................Alternative Investments

Funds Sponsored:
  Florida Retirement System Trust
    Fund *(Defined Benefit)*........................$ 95,248.0 Mil
  Public Employees Optional Retirement
    Program *(Defined Contribution)*

Investment Style:
  Risk-taking posture .......................High risk tolerance
  Performance benchmark(s) utilized..........................
                                                ...Market indices
                                                ...Absolute goals
                                ...Other portfolios with similar objectives
  Portfolio reallocation .........When exceeds target range
  Hire/fire decisions made by ..........................................
                                                ... Autonomous Individual
  Frequency of hire/fire decisions .................As needed

Investment Guidelines - Restrictions:
The fund has established/maintains written investment policy objectives/guidelines.

A maximum of 80% can be invested in equities. A maximum of 80% can be invested in Corporate Bonds. A maximum of 20% can be invested in Foreign Securities. A maximum of 10% can be invested in Real Estate. 5% Basket Clause.

NOTE: These are statutory limits. The Investment Plan may impose additional restrictions but these are subject to review amendment by staff/board as needed.

Fund has restrictions against:
  • "Sin" investments (Tobacco, etc.)

Summary of International Mandates:
World ex-US/EAFE ................$ 9,597 Mil
Emerging Mkts Mandates ....     733

Categories of Current Investment Interest:
  ○ *Equity-Growth Stocks*
  ○ *Equity-Small Cap*
  ○ *Equity-Value: Low P/E*
  ○ *Equity-Passive/Indexed*
  ○ *Fixed Income-Core*

# Fort Worth (TX) Employees' Retirement Fund

2001 Beach Street
Suite 610
Fort Worth, TX 76103-2314

Phone: (817) 536-6790
Fax:     (817) 536-0363
URL: ci.fort-worth.tx.us/retirement

Total Assets: $1,361.6 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Larry Stoval.....................................Executive Director
                                    ...Defined Benefit Contact
Wanda D. Valentine
    E-mail: valenw@ci.fort-worth.tx.us
                                            ...Assistant Director
                                    ...Head/In-House Inv. Mgmt.

**Funds Sponsored:**
Retirement Fund *(Defined Benefit)*.....$    1,361.6 Mil

**Investment Style:**
Risk-taking posture ......................... High risk tolerance
Performance benchmark(s) utilized...........................
                                            ...*Market indices*
                                            ...*Absolute goals*
                        ...*Other portfolios with similar objectives*
Portfolio reallocation ...........................................As needed
Hire/fire decisions made by ............ Board/committee
Frequency of hire/fire decisions ..................As needed

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Summary of International Mandates:**
World ex-US/EAFE ................$    329   Mil

**Categories of Current Investment Interest:**
O *Equity-Growth Stocks*
O *Equity-High Income/Yield*
O *Equity-Small Cap*
O *Equity-Passive/Indexed*
O *Fixed Income-High Yield*
O *International-EAFE Equity*
O *International-Emerging Market Equity*
O *International-International Equity*
O *International-Fixed Income*
O *Real Estate Equity*

**Fort Worth (TX) Employees' Retirement Fund** *(continued)*

**Representative List of Consulting Firms Used:**
Callan Associates Inc. (San Francisco, CA)..............
                                                ...*General Retainer*

**Trustee(s) & Custodian(s):**
Mellon Trust Company (Pittsburgh, PA).................
                                                ...*Master Trustee*

**Representative List of Investment Managers Used:**

| Manager | Amount |
|---|---|
| AllianceBernstein Inst'l Inv. Mgmt. (Hired: 1996) *Equities - Large-cap Growth*.......................................................$ | 123.7 Mil |
| Artisan Partners L.P. (Hired: 1999) *Equities - Small-cap Value* | |
| Barclays Global Investors (Hired: 1991) *Equities - Indexed*........................... | 123.5 |
| Capital Guardian Trust Company | |
| Capital International Inc. *Equities - Emerging Markets* | |
| Columbia Partners (Hired: 1998) *Equities - Small-cap*....................................... | 53.5 |
| Deutsche Asset Management (Hired: 1991) *Equities - Large-cap*............................ | 133.8 |
| Deutsche Asset Management (Hired: 1988) *Equities - International*.................... | 98.6 |
| Fidelity Management Trust Company (Hired: 2001) *Real Estate*............................ | 10.0 |
| Harbor Capital Management (Hired: 1997) *Equities - Large-cap Growth*........... | 48.0 |
| Heitman *Real Estate - Equity* | |
| INVESCO | |
| Lend Lease Real Estate Investments (Hired: 1984) *Real Estate - Equity*........... | 15.6 |
| MacKay Shields LLC (Hired: 1997) *Fixed Income - High Yield*....................... | 33.8 |
| Mellon Capital Mgmt. | |
| New Boston Fund Inc. (Hired: 2001) *Real Estate - Equity*.................................... | 5.0 |
| NFJ Investment Group (Hired: 1993) *Equities - High Income/Yield*..................... | 37.6 |
| Olympic Realty Advisors *Real Estate*.... | 7.4 |
| Putnam Investments (Hired: 2000) *Equities - International*.............................. | 130.0 |
| Search in progress *Equities - International*............................................ | 100.0 |
| Search under consideration *Real Estate* | |
| Security Capital Research & Mgmt. (Hired: 1998) *Real Estate*.......................... | 20.0 |
| TCW Group | |

# Gainesville (FL) City Gen. Employees' Pen. Fund

200 E. University Avenue
Gainesville, FL 32601

Phone: (352) 334-5044
Fax:    (352) 334-2271
URL: www.state.fl.us/gvl

Total Assets: $926.3 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Sam Holloway..........................................Board Member
Ed Jennings............................................Board Member
Pegeen Hanrahan....................................Board Member
Gene Prince............ Trustee/Consolidated Police & Fire Pension Board
...Board Member
George Ling............Trustee/Consolidated Police & Fire Pension Board
...Board Member
Glenda T. Currie
Direct Phone: 352 334-5013 ...Trustee/Consolidated Police & Fire Pension Board
...Board Member
Jeffrey Bram..............................................Vice Chairman
...Board Member
Sandy Caulkins........................................Board Member
Will Frazer...............................................Board Member
Paula Delaney..........................................Board Member

**Key Public Fund Executives:**
Alicia Sheppard........................................Treasurer

**Funds Sponsored:**
Consolidated Police Officers & Firefighters Pension Plan *(Defined Benefit)*..........$  762.0 Mil
General Employees Pension Plan *(Defined Benefit)*..................164.3
Defined Contribution Plan(s) 401(a) *(Defined Contribution)*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Summary of International Mandates:**
World ex-US/EAFE ................$   7 Mil

# Gainesville (FL) City Gen. Employees' Pen. Fund *(continued)*

**Summary of International Mandates:** *(continued)*
Categories of Current Investment Interest:
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Fixed Income-Core*
○ *International-EAFE Equity*

Representative List of Consulting Firms Used:
 Summit Strategies Group (St. Louis, MO)..............
...*Full Retainer Consulting*
 Watson Wyatt Worldwide (Chicago, IL)..................
...*Full Retainer Consulting*

Representative List of D.C. Service Provider(s):
 ICMA Retirement Corp (Washington, DC)............
...*Bundled Svcs (including inv. mgt.)*

Trustee(s) & Custodian(s):
 State Street Bank & Trust (Boston, MA) ........ *Trustee*
 State Street Bank & Trust (Boston, MA) ....................
 *Custodian*

Representative List of Investment Managers Used:
 Barrow Hanley Mewhinney & Strauss
  (Hired: 1999) *Equities - Large-cap Value*
 Boston Co. Asset Management, LLC
  (Hired: 1995) *Equities*..............................$   20.4 Mil
 Disciplined Growth Investors, Inc.
  (Hired: 1997) *Equities - Small-cap Growth*.........................................   17.2
 Disciplined Growth Strategies
  *Equities*.......................................................   36.0
 LSV Asset Management (Hired: 2001)
  *Equities - Small-cap Value*.......................   10.0
 LSV Asset Management (Hired: 2003)
  *Equities - Large-cap Value*.......................   19.0
 Putnam Investments (Hired: 2000)
  *Equities - International*.............................   7.0
 Pzena Investment Management
  (Hired: 2001) *Equities - Small-cap Value*..........................................................   17.0
 Richmond Capital Management
  (Hired: 1986) *Fixed Income*......................   21.3
 Search under consideration
  *Alternatives*................................................   24.5
 U.S. Bancorp Asset Management, Inc.
  (Hired: 1993) *Fixed Income*......................   15.0

# State of Hawaii Deferred Compensation Fund

c/o Hawaii Benefits, Inc.
567 South King Street, Suite 186
Honolulu, HI 96813

Phone: (808) 523-9102
Fax:    (808) 523-9106
URL: www.state.hi.us

**Total Assets:** $950.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Michael Moss............................*Benefits Administrator*
Mike McMcatney..............................*Board Chairman*
George Yasumoto *Deferred Compensation Committee Member*
...*Board Member*
Neas Miyahira........................................*Board Member*
Ronald Hirano......*Deferred Compensation Committee Member*
...*Board Member*
Ralston H. Nagata*Deferred Compensation Committee Member*
...*Board Member*
Brian Sen.*Deferred Compensation Committee Member*
...*Board Member*
James M. Takushi................*Chairman of the Deferred Compensation Committee*
...*Defined Contribution Contact*

**Funds Sponsored:**
Deferred Compensation Plan
  (Defined Contribution)..........................$    950.0 Mil

**Investment Style:**
Performance benchmark(s) utilized..........................
    ...*Other portfolios with similar objectives*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Representative List of Consulting Firms Used:**
Mercer Investment Consulting (New York, NY).....
    ...*Full Retainer Consulting*

**Representative List of Investment Managers Used (DC):**
American Fund Advisers (Hired: 1997) *Stable Value*.................................$    22.7 Mil

## State of Hawaii Deferred Compensation Fund *(continued)*

**Representative List of Investment Managers Used (DC):** *(continued)*
Fidelity Investments Life Insurance
  (Hired: 1997) *Growth & Income*..............$   48.6 Mil
Prudential Insurance Co. of America
  (Hired: 1983) *GIC & Mutual Funds*.......   65.4
Prudential Insurance Co. of America
  *Total Return Bond*........................................   6.1
Prudential Insurance Co. of America
  ................................................................   131.4
Prudential Insurance Co. of America
  ................................................................   75.2
Prudential Insurance Co. of America
  ................................................................   358.4
Putnam Investments (Hired: 1997)
  *New Opportunities*.....................................   71.1
Vanguard Group (Hired: 1997)
  *Institutional Index*........................................   93.9
Vanguard Group ............................................   11.9

**Defined Contribution Asset Allocation:**



☐ **Aggressive $ 36.1 mil**...................................... 3.80%
    $23.8 mil Growth-oriented............................   2.5%
    $2.9 mil Aggressive Growth.........................   .3%
    $9.5 mil International Equity.......................   1.0%

☐ **Moderate $ 380.0 mil**...................................... 40.00%
    $380.0 mil Growth & Income.........................   40.0%

☐ **Conservative $ 513.0 mil**................................ 54.00%
    $503.5 mil GIC/Stable Asset..........................   53.0%
    $9.5 mil Income-oriented..............................   1.0%

☐ **Other Asset Classes $ 20.9 mil**........................ 2.20%
    $20.9 mil Balanced.......................................   2.2%

# State of Hawaii Employees' Retirement System

City Financial Tower
201 Merchant Street - Suite 1400
Honolulu, HI 96813-2929

Phone: (808) 586-1735
Fax:   (808) 586-1976

Total Assets: $8,439.5 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Kimo Blaisdell
  *Direct Phone: 808 586-1702*
    *E-mail: blaisdellk@hiers.org*
                    ...*Chief Investment Officer*
Edwin H. Shiroma.................................. *Board Member*
Darwin J. Hamamoto........................... *Board Member*
Koren Kubota........................................ *Board Member*
Tobias M.L. Martin.............................. *Board Member*

**Investment Manager Contacts:**
Kimo Blaisdell
  *Direct Phone: 808 586-1702*
    *E-mail: blaisdellk@hiers.org*
                    ...*Investment Manager Contact*

**Funds Sponsored:**
Employees' Retirement System
  (Defined Benefit).........................$   8,439.5 Mil

**Investment Style:**
Risk-taking posture ................. *Medium risk tolerance*
Performance benchmark(s) utilized..........................
                            ...*Market indices*
                       ...*Absolute goals*
          ...*Other portfolios with similar objectives*
Portfolio reallocation .......................... *As needed*
Hire/fire decisions made by ............ *Board/committee*
                  ... *Fiduciary pension fund consultant*
Frequency of hire/fire decisions ................. *As needed*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Summary of International Mandates:**
World ex-US/EAFE .................$  1,194  Mil
Emerging Mkts Mandates ....     189

# State of Hawaii Employees' Retirement System (continued)

**Categories of Current Investment Interest:**
- *Equity-Growth Stocks*
- *Equity-Small Cap*
- *Equity-Value: Low P/E*
- *Fixed Income-Core*
- *International-EAFE Equity*
- *International-Emerging Market Equity*
- *International-International Equity*
- *International-Fixed Income*
- *Real Estate Equity*
- *Real Estate Debt (mortgages)*

**Representative List of Consulting Firms Used:**
Callan Associates Inc. (San Francisco, CA)..............
                                ...*General Retainer*

**Trustee(s) & Custodian(s):**
State Street Bank & Trust (Boston, MA)..................
                                ...*Global Custodian*

**Assets Managed Internally:**
Real Estate - Mortgages (Debt)...............$       34.3 Mil

**Representative List of Investment Managers Used:**
Abbott Capital Mgmt. (Hired: 1997)
  Equities - Private Placements....................$   178.1 Mil
AllianceBernstein Inst'l Inv. Mgmt
  (Hired: 1985) *Equities - Large-cap Growth*......................................   305.9
Bank of Ireland Asset Mgmt (US) Ltd
  (Hired: 1994) *Equities - EAFE*...............   290.0
Barrow Hanley Mewhinney & Strauss
  (Hired: 1985) *Equities - Large-cap Value*
C.M. Bidwell & Associates (Hired: 1987) *Equities - Large-cap Value*..............     34.5
Bishop Street Capital Management
  (Hired: 2000) *Equities - Large-cap Growth*......................................     33.4
Bradford & Marzec (Hired: 1990) *Fixed Income - Core*...................................   627.9
Capital International Inc. (Hired: 1997)
  *Equities - Emerging Markets*......................   189.3
CB Richard Ellis Investors L.L.C.
  (Hired: 1990) *Real Estate*..........................      4.1
CIC/HCM Asset Management (Hired: 1992) *Fixed Income - Core*..........................   173.8
Clarion Partners (Hired: 1997) *Real Estate - Equity*.............................   217.2
Delaware Investment Advisers
  (Hired: 1978) *Equities - Large-cap Value*..............................................   454.8
Denver Investment Advisors (Hired: 1994) *Equities - Mid-cap Growth*..............     80.8

# Holyoke (MA) Retirement System

City Hall Annex
Room 207
Holyoke, MA 01040

Phone: (413) 534-2179
Fax: (413) 534-2285

**Total Assets:** $141.2 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Daniel R. Owens.............................*Executive Director*
                                         *...Board Member*
                                *...Defined Benefit Contact*
Joseph L. Whalen............................... *Board Chairman*
Brian G. Smith....................................... *Board Member*
Sal J. Canata III.................................................*Trustee*
                                                  *...Board Member*

**Key Public Fund Executives:**
David Donohue................................................ *Treasurer*

**Funds Sponsored:**
Pension Plan *(Defined Benefit)*...............$   141.2 Mil

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Value: Low P/E*
○ *Fixed Income-Core*
○ *Fixed Income-High Yield*
○ *International-International Equity*
○ *Real Estate Equity*

**Representative List of Consulting Firms Used:**
Segal Advisors (New York, NY).................................
                              *...Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
Retirement System Group (New York, NY).............
                                                    *...Trustee*
BankBoston (Boston, MA) ............................ *Custodian*

**Representative List of Investment Managers Used:**
Fidelity Management Trust Company
    *Money Market*...............................................$   3.9 Mil
Fidelity Management Trust Company
    (Hired: 2001) *Real Estate*
Fidelity Management Trust Company
    (Hired: 2001) *Real Estate*.........................   5.0
Freedom Capital Management (Hired:
    1987) *Equities - Large-cap Value*..............   15.0

## Holyoke (MA) Retirement System *(continued)*

**Representative List of Investment Managers Used:** *(continued)*
Freedom Capital Management (Hired:
    1987) *Equities - Large-cap Growth*...........$   14.5 Mil
Freedom Capital Management (Hired:
    1987) *Equities - Large-cap*........................   18.4
Freedom Capital Management (Hired:
    1987) *Fixed Income - Core*........................   49.4
Intercontinental Real Estate Corp.
    (Hired: 2001) *Real Estate*..........................   2.0
Putnam Investments (Hired: 1999)
    *Fixed Income - High Yield*........................   8.3
Putnam Investments *Real Estate
    Equity*........................................................   3.9

**Asset Placement by Size of Management Firm and Asset Class:**

|  | Number | Average Placement ($ Mil) |
|---|---|---|
| Very Small (<$1 bil) | 1 | 2.0 |
| Small ($1-5 bil) | 4 | 24.3 |
| Large (>$20 bil) | 5 | 5.3 |
| Equity placement(s) | 4 | 13.0 |
| Fixed Income placement(s) | 3 | 20.6 |
| Real Estate placement(s) | 3 | 3.5 |

**Asset Allocation:**



■ **Equities: $ 76.2 mil**..........................................**54.00%**
   $72.0 mil Domestic equities............................ *51.0%*
   $4.2 mil International equities...................... *3.0%*

■ **Fixed Income: $ 60.7 mil**...............................**43.02%**
   $60.7 mil Bonds (U.S.).................................... *43.0%*

■ **Real Estate: $ 4.2 mil**.........................................**2.98%**
   $4.2 mil Real estate equity............................ *3.0%*

# Houston (TX) Municipal Employees' Pension System

1111 Bagby Street
Suite 1450
Houston, TX 77002-2543

Phone: (713) 759-9275
Fax:   (713) 650-1961
URL: www.hmeps.org

Total Assets: $1,358.4 Mil.
Sponsor Type: Public Fund

Key Investment Executives:
 David L. Long................................Executive Director
  ...Defined Benefit Contact
 Fred Holmes......................................................Chairman
  ...Board Chairman
  ...Board Member
 Neal L. Wallach....................Chief Investment Officer
  ...Head/In-House Inv. Mgmt.
 Lonnie G. Vara................................................Trustee
  ...Board Member
 Sherry Mose......................................................Trustee
  ...Board Member
 Al Luna...............................................................Trustee
  ...Board Member
 Ignacio Pujol Jr................................................Trustee
  ...Board Member
 James E. Bashaw..............................................Trustee
  ...Board Member
 Ray Kennedy......................................Vice Chairman
  ...Board Member
 Roderick J. Newman........................................Trustee
  ...Board Member
 Lee Pipes..........................................................Trustee
  ...Board Member
 Robert Hu........................................................Trustee
  ...Board Member
 Albertino Mays................................................Trustee
  ...Board Member
 Barbara Chelette............................................Secretary
  ...Corporate Secretary
  ...Board Member

Key Public Fund Executives:
 Albertino Mays..............................................Treasurer

Investment Manager Contacts:
 David L. Long................Investment Manager Contact

### Houston (TX) Municipal Employees' Pension System (continued)

Investment Manager Contacts: (continued)
 Neal L. Wallach............................US Equity Contact
  ...US Fixed Inc. Contact
  ...Non-US Equity Contact
  ...Non-US Fixed Inc. Contact
  ...Balanced Acct. Contact
  ...Real Estate Contact
  ...Alternative Inv. Contact
  ...Cash Management Contact
  ...GICs/Insurance Contact

In-house Investment Professionals:
 Gregory Brunt.....................In-house Investment Prof.
 Douglas Wynkwood...........In-house Investment Prof.

Funds Sponsored:
 Municipal Employees Pension
  (Defined Benefit).....................................$  1,358.4 Mil

Investment Style:
 Risk-taking posture ...................Medium risk tolerance
 Performance benchmark(s) utilized...........................
  ...Market indices
  ...Absolute goals
  ...Other portfolios with similar objectives
 Portfolio reallocation ...............................................Ad hoc
 Hire/fire decisions made by ............Board/committee
 Frequency of hire/fire decisions .......................Ad hoc

Investment Guidelines - Restrictions:
 *The fund has established/maintains written investment policy objectives/guidelines.*

Summary of International Mandates:
 Global Mandates ......................$  79 Mil
 World ex-US/EAFE ................   162

Categories of Current Investment Interest:
 ○ *Equity-Core/Diversified*
 ○ *Equity-Small Cap*
 ○ *Equity-Value: Low P/E*
 ○ *Equity-Passive/Indexed*
 ○ *Fixed Income-Core*
 ○ *Fixed Income-Short-Term*
 ○ *International-EAFE Equity*
 ○ *Global Equity*
 ○ *International-International Equity*
 ○ *International-Fixed Income*
 ○ *Real Estate Equity*

# Indiana State Teachers Retirement Fund

150 West Market Street
Suite 300
Indianapolis, IN 46204-2809

Phone: (317) 232-3874
Fax:    (317) 232-3882
URL: www.state.in.us/trf

Total Assets: $6,090.8 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Robert D. Newland
Direct Phone: 317 232-3868
    E-mail: rnewland@trflan.state.in.us
            ...Chief Investment & Financial Officer
Matthew B. Murphy..........................President
                    ...Board Chairman
C. Philip Barnes
    E-mail: pbarnes@trf.state.in.us
            ...Assistant Chief Investment Officer
                ...Head/Bond Investments
                ...Defined Benefit Contact
Douglas M. Kinser..............................Trustee
                    ...Board Member
James M. Bennett................................Trustee
                    ...Board Member
Louise W. Elliott........................Vice President
                    ...Board Member
Garrett L. Harbron............................Secretary
                ...Corporate Secretary
                    ...Board Member

**Key Public Fund Executives:**
Matthew B. Murphy..........................President
Robert D. Newland
Direct Phone: 317 232-3868
    E-mail: rnewland@trflan.state.in.us
                ...Chief Financial Officer

**Investment Manager Contacts:**
Robert D. Newland
Direct Phone: 317 232-3868
    E-mail: rnewland@trflan.state.in.us
            ...Investment Manager Contact

**In-house Investment Professionals:**
Robert D. Newland
Direct Phone: 317 232-3868
    E-mail: rnewland@trflan.state.in.us
            ...In-house Investment Prof.

## Indiana State Teachers Retirement Fund (continued)

**Funds Sponsored:**
Defined Benefit Fund (Defined
    Benefit)..........................................$  6,090.8 Mil

**Investment Style:**
Risk-taking posture ................*Medium risk tolerance*
Performance benchmark(s) utilized..........................
                            ...*Market indices*
                            ...*Absolute goals*
            ...*Other portfolios with similar objectives*
Portfolio reallocation .....................................*As needed*
Hire/fire decisions made by ............*Board/committee*
Frequency of hire/fire decisions .....................*Seldom*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

*Plan consists of 2 parts: 1. A money purchase plan funded entirely by the employee; 2. A defined benefit funded by the state which is currently on a "pay-as-you-go" basis. Approximately 47% of all of the fund's assets are employee funds. Currently operate under a prudent person rule.*

**Summary of International Mandates:**
World ex-US/EAFE ................$   184  Mil

**Categories of Current Investment Interest:**
O *Equity-Growth Stocks*
O *Equity-Small Cap*
O *Equity-Value: Low P/E*
O *Equity-Passive/Indexed*
O *Fixed Income-Core*
O *International-EAFE Equity*
O *International-Equity*
O *Real Estate Equity*
O *Venture Capital*

**Representative List of Consulting Firms Used:**
Callan Associates Inc. (San Francisco, CA)..............
                        ...*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
Northern Trust Co. (Chicago, IL) ............... *Custodian*

**Representative List of Investment Managers Used:**
Aeltus Investment Management
    (Hired: 1998) *Equities - Small-cap
    Growth*..........................................$  107.3 Mil
Aeltus Investment Management
    (Hired: 1998) *Equities - Small-cap*

# Iowa Public Employees' Retirement System

7401 Register Drive
P.O. Box 9117
Des Moines, IA 50306-9117

Phone: (515) 281-0030
Fax:   (515) 281-0045
URL: www.ipers.org

Total Assets: $14,065.4 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Kathy S. Comito.................Chief Investment Officer
Bruce Kelley........................Board Chairman
Karl Koch..........................Senior Investment Officer
   ...Head/External Inv. Mgmt.
Jeff Beisner.......................Investment Officer
   ...Head/Equity Investments
Keith Scholten....................Investment Officer
   ...Head/Bond Investments
Patrick Reinhardt................Investment Officer
   ...Head/Real Estate Investments
John P. Kibbie...................Board Member
Donald E. Snyder................Board Member
Michael Logan....................Board Member
Mona Martin......................Board Member
Kim Reynolds.....................Board Member
Muriel Godbersen..............Investment Officer

**Investment Manager Contacts:**
Jeff Beisner......................US Equity Contact
   ...Non-US Equity Contact
Keith Scholten...................US Fixed Inc. Contact
   ...Non-US Fixed Inc. Contact
   ...Cash Management Contact
Patrick Reinhardt............Non-US Fixed Inc. Contact
   ...Balanced Acct. Contact
Karl Koch......................Alternative Inv. Contact

**Funds Sponsored:**
I.P.E.R.S. Trust Fund *(Defined Benefit)*..............$ 14,065.4 Mil

**Investment Style:**
Risk-taking posture .................. Very low risk tolerance
Performance benchmark(s) utilized...........................
   ...Market indices
   ...Absolute goals
   ...Other portfolios with similar objectives
Portfolio reallocation .....................................Annually

## Iowa Public Employees' Retirement System *(continued)*

**Investment Style:** *(continued)*
Hire/fire decisions made by ............ Board/committee
Frequency of hire/fire decisions ..................As needed

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
*Prudent person principle.*

**Summary of International Mandates:**
World ex-US/EAFE ...............$   387 Mil
Pacific/Asian Mandates ........    411
European Mandates ..............    929
Emerging Mkts Mandates ....    143
Canadian Mandates ................    111

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Value: Low P/E*
○ *Fixed Income-Core*
○ *Fixed Income-Short-Term*
○ *International-EAFE Equity*
○ *International-Emerging Market Equity*
○ *International-European Equity*
○ *International-Pacific Rim Equity*
○ *International-International Equity*
○ *Real Estate Equity*
○ *Real Estate Debt (mortgages)*
○ *Venture Capital*

**Representative List of Consulting Firms Used:**
Townsend Group (Cleveland, OH).......................
   ...Real Estate Consulting
Wilshire Associates (Santa Monica, CA)................
   ...Full Retainer Consulting

**Trustee(s) & Custodian(s):**
The Bank of New York (New York, NY).................
   ...Global Custodian

**Representative List of Investment Managers Used:**
AEW Capital Management (Hired:
   1988) *Real Estate - Equity*.........................$   6.7 Mil
AEW Capital Management (Hired:
   1988) *Real Estate - Equity*
Barclays Global Investors (Hired:
   2000) *Equities - Canadian*..........................   110.8
Barclays Global Investors (Hired:
   2000) *Equities - European*..........................   472.7
Barclays Global Investors (Hired:
   2000) *Equities - EAFE*...............................   387.3