# City of Jacksonville (FL) Retirement System

117 West Duval Street
City Hall, Suite 302
Jacksonville, FL 32202-3486

Phone: (904) 630-1640
Fax:    (904) 630-3615
URL: www.coj.net

Total Assets: $1,722.5 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Lex A. Hester..................................................Chairman
...Board Chairman
Lynn Ammons......................................................Trustee
...Board Member
Albert Toole III..........................................Board Member
Cal Ray..............................................................Trustee
...Board Member
Michael P. Gainey.......................................Board Member
Bonnie Harvey............ Trustee & Chairman Advisory Committee
...Board Member
Shari Shuman
    E-mail: sshuman@coj.net
...City Treasurer
...Defined Benefit Contact
...Defined Contribution Contact

**Key Public Fund Executives:**
Cal Ray...................................... Chief Financial Officer
Shari Shuman
    E-mail: sshuman@coj.net
...Treasurer

**Funds Sponsored:**
Defined Benefit Plan(s) (Defined Benefit)....................$   1,578.1 Mil
Deferred Compensation Plan (457) (Defined Contribution).....................144.4

**Investment Style:**
Risk-taking posture ................. Medium risk tolerance
Performance benchmark(s) utilized...........................
...Other portfolios with similar objectives

**Investment Guidelines - Restrictions:**
The fund has established/maintains written investment policy objectives/guidelines.
< 50% equity on a cost basis.

## City of Jacksonville (FL) Retirement System (continued)

**Investment Guidelines - Restrictions:** (continued)
Maximum - minimum constraints:
• Minimum quality bond: >A
• Minimum quality commercial paper: A1/P1

**Summary of International Mandates:**
World ex-US/EAFE .................$    140  Mil

**Categories of Current Investment Interest:**
○ Equity-Growth Stocks
○ Equity-Small Cap
○ Equity-Value: Low P/E
○ Fixed Income-Core
○ Fixed Income-Intermediate Term
○ International-EAFE Equity
○ International-Int'l Equity

**Representative List of Consulting Firms Used:**
Merrill Lynch Consulting Services (Jersey City, NJ)
...Full Retainer Consulting

**Representative List of D.C. Service Provider(s):**
Variable Annuity Life Insurance Co. (Houston, TX).......................................Plan Administration

**Trustee(s) & Custodian(s):**
Northern Trust Co. (Chicago, IL)............................
...Master Custodian

**Representative List of Investment Managers Used:**
| Manager | Amount |
|---|---|
| Ariel Capital Management (Hired: 2001) Equities - Small-cap | $ 83.9 Mil |
| Fayez Sarofim & Company (Hired: 1999) Equities - Large-cap Growth | 25.0 |
| Montag & Caldwell, Inc. (Hired: 1997) Equities - Growth | 100.0 |
| Oppenheimer Capital (Hired: 1991) Equities - Value | 92.1 |
| Putnam Investments (Hired: 1996) Equities - World ex-US | 140.0 |
| Richmond Capital Management (Hired: 1985) Fixed Income | 208.2 |
| Strategic Capital Advisers Fixed Income | |
| Taplin Canida & Habacht (Hired: 1994) Fixed Income - Intermediate-term | 155.0 |

# Kansas City (MO) Public School Retirement System

324 East 11St
Suite 100
Kansas City, MO 64106-2417

Phone: (816) 472-5800
Fax:   (816) 472-5909
URL: www.kcpsrs.org

**Total Assets:** $800.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
James C. Baker...............................Executive Director
...Defined Benefit Contact

**Funds Sponsored:**
Kansas City (MO) Public School
 Retirement Plan *(Defined Benefit)*....$     800.0 Mil

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Summary of International Mandates:**
Global Mandates .......................$    30  Mil
World ex-US/EAFE ................      34

**Categories of Current Investment Interest:**
- *Equity-Core/Diversified*
- *Equity-Growth Stocks*
- *Equity-Small Cap*
- *Equity-Passive/Indexed*
- *Fixed Income-Core*
- *International-Emerging Market Equity*
- *Global Equity*
- *International-International Equity*
- *International-Fixed Income*
- *Real Estate Equity*

**Representative List of Consulting Firms Used:**
Asset Consulting Group, Inc. (St. Louis, MO)........
...*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
Deutsche Bank (New York, NY) .......................*Trustee*
Boatmen's Trust Company (St. Louis, MO)............
...*Custodian*
NationsBank (Charlotte, NC) .......................*Custodian*

## Kansas City (MO) Public School Retirement System *(continued)*

**Representative List of Investment Managers Used:**

| Manager | Amount |
|---|---|
| Aetna Life Insurance Company *Insurance Annuity* | $ 1.0 Mil |
| Asset Management Group (Hired: 1993) *Equities - Large Growth & Value* | 60.7 |
| Atlantic Asset Management L.L.C. (Hired: 1992) *Fixed Income - Active Duration* | 107.4 |
| Brown Capital Management (Hired: 1993) *Equities - Small-cap Growth* | |
| Brown Capital Management (Hired: 1993) *Equities - Diversified* | 75.4 |
| Capital Guardian Trust Company | |
| Capital International Inc. *Equities - Emerging Markets* | |
| Delaware International Advisers (Hired: 1998) *Fixed Income - International* | 34.1 |
| Denver Investment Advisors (Hired: 1996) *Fixed Income - Core* | 68.9 |
| Deutsche Asset Management *Equities - Indexed (Russell 2500)* | 57.6 |
| Kennedy Assoc. Real Est. Coun. Inc. *Real Estate* | 10.0 |
| Paradigm Asset Management (Hired: 1999) *Equities - Small-cap Value* | 40.6 |
| Putnam Investments (Hired: 1993) *Equities - Small-cap Value* | 28.0 |
| Search in progress *Equities - Global (Commingled)* | 30.0 |

**Asset Placement by Size of Management Firm and Asset Class:**

|  | Number | Average Placement ($ Mil) |
|---|---|---|
| Very Small (<$1 bil) | 2 | 50.7 |
| Small ($1-5 bil) | 3 | 42.7 |
| Medium ($5-20 bil) | 3 | 70.1 |
| Large (>$20 bil) | 4 | 42.8 |
| Unclassified (Assets N/A) | 1 | 1.0 |
| Equity placement(s) | 7 | 52.5 |
| Fixed Income placement(s) | 4 | 52.9 |
| Real Estate placement(s) | 1 | 10.0 |
| Other placement(s) | 1 | N/A |

**Asset Allocation:**

# Knox County (TN) Retirement System

400 Main Street
Room 371
Knoxville, TN 37902

Phone: (865) 215-2323
Fax: (865) 215-2421
Total Assets: $291.0 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Frank Leuthold............................County Commisioner
...Board Chairman
Kathy Hamilton..................................Director/Finance
Kim Bennet....................................Executive Director
...Defined Contribution Contact
...Defined Benefit Contact

**Funds Sponsored:**
Defined Benefit Plan *(Defined Benefit)*..........................$    100.0 Mil
City Plan A For Teachers *(Defined Benefit)*.......................71.0
401(a) Defined Contribution Plan *(Defined Contribution)*..........120.0

**Categories of Current Investment Interest:**
○ *Equity-Small Cap*

**Representative List of Consulting Firms Used:**
Wilshire Associates (Santa Monica, CA)...................
...*Full Retainer Consulting*

**Representative List of Investment Managers Used:**
Lend Lease Real Estate Investments (Hired: 2002) *Real Estate - REITs*.........$    7.0 Mil
T. Rowe Price (Hired: 2002) *Equities - Small-cap*.........................12.0
Putnam Investments (Hired: 2001)
State Street Global Advisors (Hired: 2001)

**Asset Placement by Size of Management Firm and Asset Class:**

|  | Number | Average Placement ($ Mil) |
|---|---|---|
| Large (>$20 bil) | 4 | 9.5 |
| Equity placement(s) | 1 | 12.0 |
| Real Estate placement(s) | 1 | 7.0 |
| Other placement(s) | 2 | N/A |

# Knox County (TN) Retirement System *(continued)*

**Asset Allocation:**



▨ **Equities: $ 102.6 mil**..........................**60.00%**
  *$102.6 mil Domestic equities*...................... 60.0%

■ **Fixed Income: $ 68.4 mil**.....................**40.00%**
  *$68.4 mil Bonds (U.S.)*............................ 40.0%

**Defined Contribution Asset Allocation:**



▨ **Aggressive $ 44.0 mil**..........................**36.70%**
  *$44.0 mil Growth-oriented*......................... 36.7%

▨ **Moderate $ 1.9 mil**..............................**1.58%**
  *$1.9 mil Growth & Income*.......................... 1.6%

☐ **Conservative $ 74.0 mil**........................**61.72%**
  *$12.0 mil GIC/Stable Asset*........................ 10.0%
  *$62.0 mil Income-oriented*......................... 51.7%

# City of Lansing (MI) Retirement Systems

124 West Michigan Ave.
City Hall, 8th Floor
Lansing, MI 48933-1605

Phone: (517) 483-4505
Fax:    (517) 483-4524
URL: www.ci.lansing.mi.us

**Total Assets:** $464.2 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Robert W. Swanson..................Director of Finance
                             ...Defined Benefit Contact
                         ...Defined Contribution Contact

**Key Public Fund Executives:**
Robert W. Swanson...............Chief Financial Officer

**Investment Manager Contacts:**
George Tarlass.............Investment Manager Contact

**Funds Sponsored:**
Police and Firemen's Retirement
  Fund *(Defined Benefit)*..........................$   259.0 Mil
City Employee's Retirement Fund
  *(Defined Benefit)*.....................................171.5
457 Plan *(Defined Contribution)*.........................29.0
Defined Contribution Plan
  *(Defined Contribution)*...........................4.7

**Investment Style:**
Risk-taking posture ...................Medium risk tolerance
Performance benchmark(s) utilized..........................
                                               ...Market indices
                                               ...Absolute goals
           ...Other portfolios with similar objectives
Portfolio reallocation .........................Annually
Hire/fire decisions made by ............Board/committee
                                    ...Pension fund consultant

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
*P.A. 55 of Michigan.*

**Summary of International Mandates:**
World ex-US/EAFE ..............$    20  Mil

## City of Lansing (MI) Retirement Systems *(continued)*

**Summary of International Mandates:** *(continued)*
Categories of Current Investment Interest:
  ○ *Equity-Growth Stocks*
  ○ *Equity-Value: Low P/E*
  ○ *Equity-Passive/Indexed*
  ○ *Fixed Income-Core*
  ○ *International-EAFE Equity*
  ○ *International-Int'l Equity*
  ○ *Real Estate Equity*

**Representative List of Consulting Firms Used:**
Asset Consulting Group, Inc. (St. Louis, MO).......
                                    ...Full Retainer Consulting

**Trustee(s) & Custodian(s):**
Northern Trust Co. (Chicago, IL) ....................Trustee
Comerica Inc. (Detroit, MI) ...............Custodian - DC

**Representative List of Investment Managers Used:**
Ariel Capital Management (Hired:
  2000) *Equities - Mid-cap Value*.................$  28.5 Mil
Clarion Partners (Hired: 2002) *Real
  Estate - Equity*............................................10.0
Forstmann-Leff Associates LLC
  (Hired: 2001) *Equities - Mid-cap
  Growth*.....................................................16.3
Harbor Capital Management (Hired:
  1984) *Equities - Large-cap*......................87.4
Harding, Loevner Management
  (Hired: 1998) *Equities - Interantional*.....9.5
INVESCO (Hired: 2001) *Equities -
  EAFE*..........................................................5.3
Lazard Asset Management (Hired:
  1987) *Equities - Large-cap Value*............63.7
Loomis Sayles & Company, L.P. *Fixed
  Income*
Northern Trust Global Investments
  (Hired: 1991) *Equities - Indexed*.............19.1
Putnam Investments (Hired: 2001)
  *Equities - International*...............................5.4
M.D. Sass (Hired: 1984) *Fixed Income*.....93.8
UBS Realty Investors LLC (Hired:
  2002) *Real Estate - Equity*.......................10.0

**Asset Placement by Size of Management Firm and Asset Class:**

|                      | Number | Average Placement ($ Mil) |
|----------------------|--------|---------------------------|
| Small ($1-5 bil)     | 2      | 12.9                      |
| Medium ($5-20 bil)   | 5      | 45.9                      |
| Large (>$20 bil)     | 5      | 23.4                      |
| Equity placement(s)  | 8      | 29.4                      |
| Fixed Income placement(s) | 2 | 93.8                      |

# Los Angeles County Deferred Income Plans

500 W. Temple St./Room 437
Los Angeles, CA 90012-2713

Phone: (213) 974-2335
Fax:     (213) 625-2249

Total Assets: $3,306.0 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Mark J. Saladino................. Treasurer & Tax Collector
David Jansen....................Chief Administrative Officer
                                           ...Board Chairman
Pat Libby..............................Local 660 Representative
                                            ...Board Member
J. Tyler McCauley.......Director, Auditor & Controller
                                            ...Board Member
Floyd F. Henke......................Coalition Representative
                                            ...Board Member
Gary Cramer..........................Local 660 Representative
                                            ...Board Member
Richard S. Tatley.....................Coalition Representative
                                            ...Board Member
Bud Treece................................................Vice President
                                            ...Board Member
Alan Sasaki...................................Auditor & Controller
                                            ...Board Member
Michael Henry............................Director of Personnel
                                            ...Board Member
Lloyd W. Pellman...............................County Counsel
                                            ...Board Member
Larry Uyeda
    E-mail: luyeda@co.la.ca.us
                                    ...Senior Financial Analyst
                                  ...Defined Contribution Contact

**Key Public Fund Executives:**
Mark J. Saladino.............................................. Treasurer
J. Tyler McCauley......................................... Controller

**Investment Manager Contacts:**
Bill Yeun
Direct Phone: 213 974-6801    ...Investment Manager
                                                            Contact

## Los Angeles County Deferred Income Plans (continued)

**Investment Manager Contacts:** (continued)
Larry Uyeda
    E-mail: luyeda@co.la.ca.us
                                     ...Investment Manager Contact
                                                 ...US Equity Contact
                                           ...US Fixed Inc. Contact
                                           ...Non-US Equity Contact
                                        ...Non-US Fixed Inc. Contact
                                            ...Balanced Acct. Contact
                                       ...Cash Management Contact
                                             ...GICs/Insurance Contact

**Funds Sponsored:**
Defined Contribution Plan(s) and
457 Plan *(Defined Contribution,
401(k))*......................................................$   3,306.0 Mil

**Investment Style:**
Risk-taking posture ...................*Medium risk tolerance*
Performance benchmark(s) utilized...........................
                                                       ...*Market indices*
                                                    ...*Absolute goals*
             ...*Other portfolios with similar objectives*
Portfolio reallocation ......................*Participant directed*
Hire/fire decisions made by ............ *Board/committee*
Frequency of hire/fire decisions ............*As necessary*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Categories of Current Investment Interest:**
○ *Equity-Small Cap*
○ *Fixed Income-GICs*

**Representative List of Consulting Firms Used:**
William Mercer Consulting (Princeton, NJ)............
                                     ...*Investment Manager Search*
Watson Wyatt Worldwide (Chicago, IL).................
                                     ...*Investment Manager Search*

**Representative List of D.C. Service Provider(s):**
Great-West Life & Annuity Insurance (Englewood,
CO)......................... *Bundled Svcs (excluding inv. mgt.)*
        Management Applied Programming (Los
Angeles, CA)...........................................*Recordkeeping*

**Trustee(s) & Custodian(s):**
BNY Western Trust Company (Los Angeles, CA)...
                                                                        ...*Trustee*
Mellon Trust Company (Pittsburgh, PA).................
                                                                    ...*Custodian*

# Los Angeles County Deferred Income Plans

500 W. Temple St./Room 437
Los Angeles, CA 90012-2713

Phone: (213) 974-2335
Fax:   (213) 625-2249

**Total Assets:** $3,306.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Mark J. Saladino................. Treasurer & Tax Collector
David Jansen.................... Chief Administrative Officer
                                   ...Board Chairman
Pat Libby............................... Local 660 Representative
                                   ...Board Member
J. Tyler McCauley....... Director, Auditor & Controller
                                   ...Board Member
Floyd F. Henke...................... Coalition Representative
                                   ...Board Member
Gary Cramer......................... Local 660 Representative
                                   ...Board Member
Richard S. Tatley.................... Coalition Representative
                                   ...Board Member
Bud Treece............................... Vice President
                                   ...Board Member
Alan Sasaki................................. Auditor & Controller
                                   ...Board Member
Michael Henry......................... Director of Personnel
                                   ...Board Member
Lloyd W. Pellman............................ County Counsel
                                   ...Board Member
Larry Uyeda
    E-mail: luyeda@co.la.ca.us
                                   ...Senior Financial Analyst
                                   ...Defined Contribution Contact

**Key Public Fund Executives:**
Mark J. Saladino............................................. Treasurer
J. Tyler McCauley........................................... Controller

**Investment Manager Contacts:**
Bill Yeun
    Direct Phone: 213 974-6801   ...Investment Manager Contact

## Los Angeles County Deferred Income Plans (continued)

**Investment Manager Contacts:** (continued)
Larry Uyeda
    E-mail: luyeda@co.la.ca.us
                                   ...Investment Manager Contact
                                   ...US Equity Contact
                                   ...US Fixed Inc. Contact
                                   ...Non-US Equity Contact
                                   ...Non-US Fixed Inc. Contact
                                   ...Balanced Acct. Contact
                                   ...Cash Management Contact
                                   ...GICs/Insurance Contact

**Funds Sponsored:**
Defined Contribution Plan(s) and
   457 Plan *(Defined Contribution, 401(k))*......................................$   3,306.0 Mil

**Investment Style:**
Risk-taking posture ................... Medium risk tolerance
Performance benchmark(s) utilized...........................
                                   ...Market indices
                                   ...Absolute goals
                                   ...Other portfolios with similar objectives
Portfolio reallocation ..................... Participant directed
Hire/fire decisions made by ............ Board/committee
Frequency of hire/fire decisions ............ As necessary

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Categories of Current Investment Interest:**
O *Equity-Small Cap*
O *Fixed Income-GICs*

**Representative List of Consulting Firms Used:**
William Mercer Consulting (Princeton, NJ)............
                                   ...Investment Manager Search
Watson Wyatt Worldwide (Chicago, IL)..................
                                   ...Investment Manager Search

**Representative List of D.C. Service Provider(s):**
Great-West Life & Annuity Insurance (Englewood, CO)........................ Bundled Svcs (excluding inv. mgt.)
Management Applied Programming (Los Angeles, CA)........................................... Recordkeeping

**Trustee(s) & Custodian(s):**
BNY Western Trust Company (Los Angeles, CA)...
                                   ...Trustee
Mellon Trust Company (Pittsburgh, PA).................
                                   ...Custodian

# Los Angeles (CA) County Employees' Retirement

300 North Lake Avenue
Suite 850
Pasadena, CA 91101-4106

Phone: (626) 564-6000
Fax:    (626) 564-6130
URL: www.lacera.com

**Total Assets:** $24,084.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Kenneth L. Schaffer.............Chief Investment Officer
         ...Head/External Inv. Mgmt.
         ...Defined Benefit Contact
Sandra Anderson..Chairman of LACERA Investment Board
         ...Board Chairman
Lisa Mazzocco..Principal Investment Officer/Equities
         ...Head/Equity Investments
Juan Almaquer......Principal Investment Officer/Fixed Income
         ...Head/Bond Investments
Gloria Gil.........Senior Investment Officer/Real Estate
         ...Head/Real Estate Investments
Alex Soteras.................................Board Member
Michael Schneider..........................Board Member
Simon Russin.......................................Trustee
         ...Board Member
Norman Johnson.............................Board Member
Vincent Harris.......................................Trustee
         ...Board Member
Michael L. Falabrino.......................Board Member
Mark J. Saladino............................Board Member
Chris Wagner...Senior Investment Officer/Alternative Assets

**Key Public Fund Executives:**
Marsha Richter.....................Chief Executive Officer

**Investment Manager Contacts:**
Lisa Mazzocco................................US Equity Contact
         ...Non-US Equity Contact
Juan Almaquer......................US Fixed Inc. Contact
         ...Non-US Fixed Inc. Contact
Gloria Gil.....................................Real Estate Contact
Chris Wagner....................Alternative Inv. Contact

## Los Angeles (CA) County Employees' Retirement (continued)

**Funds Sponsored:**
Los Angeles County Employees Retirement Association (Defined Benefit)..............$ 24,084.0 Mil

**Investment Style:**
Risk-taking posture ...............Medium risk tolerance
Performance benchmark(s) utilized..........................
         ...Market indices
         ...Absolute goals
         ...Other portfolios with similar objectives
Hire/fire decisions made by ............Board/committee
Frequency of hire/fire decisions ................As needed

**Investment Guidelines - Restrictions:**
The fund has established/maintains written investment policy objectives/guidelines.
Maximum - minimum constraints:
• Minimum quality bond: B
• Minimum quality commercial paper: A1,P1

**Summary of International Mandates:**
World ex-US/EAFE ..............$    677 Mil
Pacific/Asian Mandates ........    507
European Mandates ..............    512
Emerging Mkts Mandates ....    451

**Categories of Current Investment Interest:**
○ Equity-Core/Diversified
○ Equity-Growth Stocks
○ Equity-Small Cap
○ Equity-Value: Low P/E
○ Equity-Passive/Indexed
○ Fixed Income-Core
○ Fixed Income-High Yield
○ Fixed Income-Intermediate Term
○ International-EAFE Equity
○ International-Emerging Market Equity
○ International-European Equity
○ International-Pacific Rim Equity
○ International-International Equity
○ Real Estate Equity
○ Venture Capital

**Representative List of Consulting Firms Used:**
Financial Control Systems (Chadds Ford, PA).........
         ...Portfolio Accounting
IRRC (Washington, DC) ...................Proxy Consulting
Pathway Capital Management (Irvine, CA)............
         ...Alternative Investment Consulting
Frank Russell Company (Tacoma, WA)...................
         ...Full Retainer Consulting

# Louisiana Firefighters' Retirement System

3100 Brentwood Drive
P.O. Box 94095, Capital Station
Baton Rouge, LA 70804-9095

Phone: (225) 925-4060
Fax:     (225) 925-4062
**Total Assets:** $610.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
  Michael Hemphill............................................Chairman
    ...Board Chairman
    ...Board Member
  Donald Nugent.................................................Trustee
    ...Board Member
  Margene McCoy...............................................Trustee
    ...Board Member
  R. Brady Broussard..........................................Trustee
    ...Board Member
  Gordon King.......................................Board Member
  Johanna Jacob...........................................Administrator
    ...Defined Benefit Contact

**Funds Sponsored:**
  Firefighters' Retirement System
    (Defined Benefit).............................$      610.0 Mil

**Investment Style:**
  Risk-taking posture ................... *Very low risk tolerance*
  Performance benchmark(s) utilized..........................
    ...*Market indices*
    ...*Absolute goals*
    ...*Other portfolios with similar objectives*

**Investment Guidelines - Restrictions:**
  *The fund has established/maintains written investment policy objectives/guidelines.*
  Fund has restrictions against:
    • Northern Ireland investments

**Summary of International Mandates:**
  World ex-US/EAFE ................$     20  Mil

**Categories of Current Investment Interest:**
  ○ *Equity-Passive/Indexed*
  ○ *Balanced Accounts*
  ○ *Fixed Income-Core*
  ○ *International-EAFE Equity*

# Louisiana Firefighters' Retirement System *(continued)*

**Representative List of Consulting Firms Used:**
  Becker, Burke Associates (Chicago, IL)....................
    ...*Investment Manager Search*

**Trustee(s) & Custodian(s):**
  City National Bank/Louisiana (Baton Rouge, LA)..
    ...*Trustee*
  City National Bank/Louisiana (Baton Rouge, LA)..
    ...*Custodian*

**Representative List of Investment Managers Used:**

| Manager | $ Mil |
|---|---|
| AXA Rosenberg Investment Management (Hired: 2002) *Equities Small/Mid-cap* | $ 25.0 |
| City National Bank/Louisiana *Cash/Equivalents* | 5.7 |
| Du Pont Capital Management (Hired: 2002) *Equities - Mid-cap* | 22.0 |
| Du Pont Capital Management (Hired: 2002) *Equities - Mid-cap* | 25.0 |
| Freeman Associates Investment Mgmt. (Hired: 2000) *Equities - Large-cap Core* | 59.7 |
| Hibernia National Bank (Hired: 1988) *Fixed Income* | 61.2 |
| INVESCO (Hired: 1979) *Balanced Accounts* | 9.1 |
| INVESCO (Hired: 1990) *Fixed Income* | 2.4 |
| INVESCO (Hired: 2000) *Equities - Mid-cap* | 3.0 |
| Killian Asset Management (Hired: 1992) *Fixed Income* | 27.6 |
| Northern Trust Global Investments (Hired: 2002) *Equities - Indexed* | 21.0 |
| Orleans Capital Management (Hired: 1992) *Fixed Income - Core* | 78.1 |
| Putnam Investments (Hired: 2001) *Equities - International* | 20.0 |

**Asset Placement by Size of Management Firm and Asset Class:**

|  | Number | Average Placement ($ Mil) |
|---|---|---|
| Very Small (<$1 bil) | 2 | 16.7 |
| Small ($1-5 bil) | 3 | 66.4 |
| Large (>$20 bil) | 8 | 15.9 |
| Equity placement(s) | 7 | 25.1 |
| Fixed Income placement(s) | 4 | 42.3 |
| Balanced placement(s) | 1 | 9.1 |
| Other placement(s) | 1 | 5.7 |

# Luzerne County (PA) Employees Retirement System

200 N. River Street
Wilkes-Barre, PA 18711

Phone: (570) 830-5149
Fax:    (570) 825-5118
Total Assets: $150.0 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Glynis Koehler
  E-mail: glynis.koehler@luzernecounty.org
                              ...Deputy Controller
               ...Head/In-House Inv. Mgmt.
                        ...Defined Benefit Contact
Thomas A. Makowski
Direct Phone: 570 825-1632  ...Commissior & Trustee
                                 ...Board Chairman
                                   ...Board Member
Stephen Flood
Direct Phone: 570 825-1628    ...Controller Trustee
                                   ...Board Member
Stephen Urban
Direct Phone: 570 825-1634       ...Commissioner &
                                          Trustee
                                   ...Board Member
Joseph Jones..........................................Trustee
                                   ...Board Member
Thomas Pizano
Direct Phone: 570 825-1633    ...Chairman & Trustee
                                   ...Board Member
Michael Morreale
Direct Phone: 570 825-1786     ...Treasurer Trustee
                                   ...Board Member

**Key Public Fund Executives:**
Michael Morreale
Direct Phone: 570 825-1786              ...Treasurer
Stephen Flood
Direct Phone: 570 825-1628              ...Controller

**Investment Manager Contacts:**

**Luzerne County (PA) Employees Retirement System** *(continued)*

**Investment Manager Contacts:** *(continued)*
Gary Crisci
Direct Phone: 570 829-8030
  E-mail: gary.crisci@ml.com
                            ...US Equity Contact
                         ...US Fixed Inc. Contact
                        ...Non-US Equity Contact
                     ...Non-US Fixed Inc. Contact
                        ...Balanced Acct. Contact
                           ...Real Estate Contact
                       ...Alternative Inv. Contact
                      ...Cash Management Contact
                       ...GICs/Insurance Contact

**Funds Sponsored:**
Defined Benefit *(Defined Benefit)*........$    150.0 Mil

**Investment Style:**
Risk-taking posture ................. Very low risk tolerance
Performance benchmark(s) utilized .....Market index
Portfolio reallocation ................................As necessary
Hire/fire decisions made by ............ Board/committee
Frequency of hire/fire decisions ............As necessary

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

*Fund is attempting to be at 50/50 allocation on equities and fixed income. However due to prior investment decisions by previous board members, the fund has been unable to liquidate private REIT and hedge fund investments.*

**Summary of International Mandates:**
World ex-US/EAFE .................$    3 Mil

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Hedge Funds*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Fixed Income-Core*
○ *International-EAFE Equity*
○ *Venture Capital*

**Representative List of Consulting Firms Used:**
Merrill Lynch Consulting Services (Jersey City, NJ)
            ...Consult., Mgr Search & Performance

# Marin County (CA) Employees Retirement Assoc.

3501 Civic Center Drive
Civic Center - Room 408
San Rafael, CA 94903-4189

Phone: (415) 499-6147
Fax:    (415) 499-3612
URL: www.marin.org/mc/retire/index.htm

**Total Assets:** $957.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 1%

**Key Investment Executives:**
Norman Klein
    E-mail: nklein@marin.org
            ...Retirement Administrator
            ...Head/In-House Inv. Mgmt.
            ...Defined Benefit Contact
Joseph Coffrini............Chairman of the Investment Committee
            ...Board Chairman
            ...Board Member
Michael Smith........Chairman of the Retirement Board
            ...Board Member
            ...Board Chairman
Sean Webb..............................................Board Member
John Kress...............................................Board Member
Bruce Pflug.............................................Board Member

**Investment Manager Contacts:**
Norman Klein
    E-mail: nklein@marin.org
            ...Investment Manager Contact

**Funds Sponsored:**
Marin County Employees' Retirement Association *(Defined Benefit)*......................................$    957.0 Mil

**Investment Style:**
Risk-taking posture ............... Medium risk tolerance
Performance benchmark(s) utilized............................
            ...Market indices
            ...Absolute goals
            ...Other portfolios with similar objectives
Portfolio reallocation .....................................As required
Hire/fire decisions made by ............ Board/committee
Frequency of hire/fire decisions .............As required

**Marin County (CA) Employees Retirement Assoc.** *(continued)*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Summary of International Mandates:**
World ex-US/EAFE ................$    85 Mil

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *International-EAFE Equity*
○ *International-International Equity*
○ *Real Estate Equity*

**Representative List of Consulting Firms Used:**
Arnerich Massena & Associates, Inc. (Portland, OR)
Callan Associates Inc. (San Francisco, CA)..............
            ...Full Retainer Consulting
R.V. Kuhns & Associates (Portland, OR) ........Project

**Trustee(s) & Custodian(s):**
The Bank of New York (New York, NY) ....... Trustee

**Assets Managed Internally:**
Cash......................................................$    10.9 Mil

**Representative List of Investment Managers Used:**
Barclays Global Investors (Hired: 1996) *Equities - Indexed*.............................$   67.9 Mil
Barclays Global Investors (Hired: 1999) *Equities - Large-cap*.........................    67.3
Dimensional Fund Advisors (Hired: 2000) *Equities - Small-cap Value*..............    45.4
Dodge & Cox (Hired: 1996) *Equities - Large-cap Value*.........................................    98.4
Dresdner RCM Global Investors (Hired: 2001) *Equities - Large-cap Growth*.......................................................    95.7
Mazama Capital Management, Inc. (Hired: 2001) *Equities - Small-cap Growth*.......................................................    47.0
Morgan Stanley Investment Mgmt Inc. (Hired: 2001) *Equities - EAFE*.........    84.9
Morgan Stanley Investment Mgmt Inc. (Hired: 2001) *International*..............    64.0
Putnam Investments (Hired: 2002) *International*..................................................    64.0
Wellington Management Company, LLP (Hired: 2002) *US Core*....................    93.3

# Marlborough (MA) Retirement System

Main Street, City Hall
Marlborough, MA 01752

Phone: (508) 460-3775
**Total Assets:** $54.7 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
  Gregory P. Brewster.................................... *Chairman*
                                             . . .*Board Chairman*
                                      . . .*Defined Benefit Contact*
  Thomas Abel.............................................. *Trustee*
                                               . . .*Board Member*
  William Taylor............................................ *Trustee*
                                               . . .*Board Member*
  Diane Green........................................ *Board Member*
  Christopher M. Sandini.................................*Trustee*
                                               . . .*Board Member*
  Kim Bower........................... *Assistant Director*

**Funds Sponsored:**
  Marlboro Retirement Fund
    *(Defined Benefit)*.......................$      54.7 Mil

**Categories of Current Investment Interest:**
  ○ *Equity-Value: Low P/E*
  ○ *Equity-Passive/Indexed*
  ○ *Fixed Income-Core*
  ○ *International-EAFE Equity*
  ○ *International-Equity*
  ○ *Real Estate Equity*

**Representative List of Consulting Firms Used:**
  Meketa Investment Group (Braintree, MA).............
                                    ...*Full Retainer Consulting*
  Meketa Investment Group (Braintree, MA).............
                                    ...*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
  Investors Bank & Trust Company (Boston, MA)......
                                                        ...*Custodian*

**Representative List of Investment Managers Used:**
  Freedom Capital Management
    *Equities - Large-cap Value*....................$    12.4 Mil
  Putnam Investments (Hired: 1998)
    *Equities - International*
  RhumbLine Advisers (Hired: 1999)
    *S&P 500 Pooled Index Fund*.....................    8.0

## Marlborough (MA) Retirement System *(continued)*

**Representative List of Investment Managers Used:** *(continued)*
  Search in progress *Real Estate*.................$    5.0 Mil
  SSR Realty Advisors (Hired: 1995)
    *Real Estate*................................................    3.3
  State Street Global Advisors (Hired:
    2001) *Fixed Income*......................................   21.5

**Asset Allocation:**



▨ Equities: $ 26.2 mil............................................47.81%
    *$19.3 mil Domestic equities*............................  35.2%
    *$6.9 mil International equities*.......................  12.6%

■ Fixed Income: $ 21.2 mil................................38.69%
    *$21.2 mil Bonds (U.S.)*....................................  38.8%

■ Real Estate: $ 2.4 mil..........................................4.38%
    *$2.4 mil Real estate equity*............................   4.3%

▨ Specialized Investments: $ 5.0 mil..................9.12%
    *$5.0 mil Cash/Short-term equivalents*..........   9.1%

# Maryland Nat'l Capital Park & Plann. Commission

6611 Kenilworth Avenue
Suite 100
Riverdale, MD 20737

Phone: (301) 454-1415
Fax:    (301) 454-1420
**Total Assets:** $481.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Doris R. Ewing
*Direct Phone: 617 374-1300*
*E-mail: dewing@nepc.com*
...............................................*Vice President*
A. Edward Navarre
*E-mail: enavarre@mncppc.state.md.us*
...............................................*Administrator*
...............................................*Defined Benefit Contact*

**Investment Manager Contacts:**
Doris R. Ewing
*Direct Phone: 617 374-1300*
*E-mail: dewing@nepc.com*
...............................................*Investment Manager Contact*
A. Edward Navarre
*E-mail: enavarre@mncppc.state.md.us*
...............................................*Investment Manager Contact*

**Funds Sponsored:**
Employees' Retirement System
(Defined Benefit).........................$   481.0 Mil

**Investment Style:**
Risk-taking posture ................ *Very low risk tolerance*
Performance benchmark(s) utilized.........................
...............................................*Market indices*
...............................................*Absolute goals*
...............................................*Other portfolios with similar objectives*
Portfolio reallocation ...........................................*Annually*
Hire/fire decisions made by ............ *Board/committee*
Frequency of hire/fire decisions ...................*Annually*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Summary of International Mandates:**
World ex-US/EAFE ................$   96  Mil

**Maryland Nat'l Capital Park & Plann. Commission** *(continued)*

**Summary of International Mandates:** *(continued)*
Categories of Current Investment Interest:
○ *Equity-Growth Stocks*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *International-EAFE Equity*
○ *International-International Equity*

**Representative List of Consulting Firms Used:**
Northern Trust Co. (Chicago, IL)..............................
...............................................*Performance Measurement*
Wilshire Associates (Santa Monica, CA)..................
...............................................*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
Northern Trust Co. (Chicago, IL) ............... *Custodian*

**Representative List of Investment Managers Used:**
EARNEST Partners (Hired: 2001) *Fixed Income - Core*................................................$   21.0 Mil
Goldman Sachs Asset Management (Hired: 1992) *Equities - Indexed*
Goldman Sachs Asset Management (Hired: 1996) *Fixed Income - Core*
MDL Capital Management, Inc. (Hired: 2001) *Fixed Income - Core*...........   20.0
Northern Trust Global Investments (Hired: 1984) *Cash Management*
T. Rowe Price (Hired: 1994) *Equities - International*..............................................   36.0
T. Rowe Price (Hired: 2002) *Equities - Large-cap Growth*.........................................   40.0
Putnam Investments (Hired: 1998) *Equities - International*..............................   39.0
Putnam Investments *Equities - Mid-cap*..................................................................   70.0
Putnam Investments (Hired: 2002) *Equities - International*..............................   21.0
Search in progress *Equities - Large-cap Growth*.................................................   40.0
Western Asset Management (Hired: 1996) *Fixed Income - Core*..........................   126.0

**Asset Placement by Size of Management Firm and Asset Class:**

|  | Number | Average Placement ($ Mil) |
|---|---|---|
| Medium ($5-20 bil) | 1 | 21.0 |
| Large (>$20 bil) | 9 | 55.3 |
| Unclassified (Assets N/A) | 1 | 20.0 |
| Equity placement(s) | 6 | 41.2 |
| Fixed Income placement(s) | 4 | 55.7 |
| Other placement(s) | 1 | N/A |

# MA Pensions Reserve Investment Management Board

84 State Street
Suite 250
Boston, MA 02109

Phone: (617) 946-8401
Fax:    (617) 946-8472
URL: www.mapension.com

**Total Assets:** $28,630.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Shannon O'Brien
*Direct Phone: 617 367-6900* . . .*State Treasurer*
. . .*Board Chairman*
Stanley Mavromates.................*Senior Investment Officer/Public Securities*
. . .*Head/Equity Investments*
. . .*Head/Bond Investments*
George Wilson. *Senior Investment Officer/Real Estate*
. . .*Head/Real Estate Investments*
Glenn Johnson..................................*Board Member*
George McSherry............................*Board Member*
Daniel O'Neil..................................*Board Member*
Ralph W. White...............................*Board Member*
Vikki Pryor.....................................*Board Member*
Jennifer Banks....................*Client Services Analyst*

**Key Public Fund Executives:**
Shannon O'Brien
*Direct Phone: 617 367-6900* . . .*Treasurer*

**Funds Sponsored:**
Pension Reserves Investment Trust
  Fund *(Defined Benefit)*.................$ 28,630.0 Mil

**Investment Style:**
Risk-taking posture ............*High risk tolerance*
Performance benchmark(s) utilized............
...*Market indices*
. . .*Absolute goals*
. . .*Other portfolios with similar objectives*
Portfolio reallocation ..................*When needed*
Hire/fire decisions made by ........... *Board/committee*
. . . *Autonomous Individual*
. . . *Pension fund consultant*
Frequency of hire/fire decisions ..........*When needed*

**MA Pensions Reserve Investment Management Board**
*(continued)*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
*No 144A without registration rights. No options, swaps, margin, private placements, sell sheets. No leveraging of portfolio.*
Fund has restrictions against:
• "Sin" investments (Tobacco, etc.)
• Northern Ireland investments
Maximum - minimum constraints:
• Minimum quality bond: *Ba/BBB-*
• Minimum quality commercial paper: *A*

**Summary of International Mandates:**
World ex-US/EAFE .................$ 3,358 Mil
Emerging Mkts Mandates .....   1,308
Currency Overlay ....................   1,131

**Categories of Current Investment Interest:**
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E.*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *Fixed Income-High Yield*
○ *Fixed Income-Passive/Indexed*
○ *International-EAFE Equity*
○ *International-Emerging Market Equity*
○ *International-International Equity*
○ *Real Estate Equity*
○ *Timber & Farmland*
○ *Currency/Foreign Exchange*
○ *LBOs*
○ *Venture Capital*

**Representative List of Consulting Firms Used:**
Morris & Morse Co., Inc. (Boston, MA).................
...*Full Retainer Consulting*
Pathway Capital Management (Irvine, CA)............
...*Alternative Investment Consulting*
Townsend Group (Cleveland, OH)...........................
...*Real Estate Advisory*
Wilshire Associates (Santa Monica, CA)................
...*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
Mellon Bank (Pittsburgh, PA) .....................*Custodian*

**Representative List of Investment Managers Used:**
AEW Capital Management *Real Estate*
  *- Equity (Partners I)*....................$  1.0 Mil
AEW Capital Management *Real Estate*
  *- Equity (SSVI)*..........................    .2

# Massachusetts Bay Transportation Authority

99 Summer Street
Room 1700
Boston, MA 02110-1200

Phone: (617) 222-5266
Fax:    (617) 439-0374

**Total Assets:** $2,105.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 4%

**Key Investment Executives:**
John J. Gallahue Jr.......................... Executive Director
  ...Defined Benefit Contact
Edward Sheckleton............................Board Chairman
  ...Board Member

**Investment Manager Contacts:**
John J. Gallahue Jr.......... Investment Manager Contact

**Funds Sponsored:**
MBTA Retirement Fund *(Defined Benefit)*......................................$   2,105.0 Mil

**Investment Style:**
Risk-taking posture ....................Medium risk tolerance
Performance benchmark(s) utilized...........................
  ...Market indices
  ...Absolute goals
  ...Other portfolios with similar objectives
Hire/fire decisions made by ............ Board/committee

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
Maximum - minimum constraints:
  • Minimum quality bond: *BB*

**Summary of International Mandates:**
World ex-US/EAFE ................$    119 Mil
Currency Overlay ....................     64

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *Fixed Income-Intermediate Term*

**Massachusetts Bay Transportation Authority** *(continued)*

**Categories of Current Investment Interest:** *(continued)*
○ *International-EAFE Equity*
○ *International-Equity*
○ *International-Fixed Income*
○ *Real Estate Equity*
○ *Currency/Foreign Exchange*
○ *Venture Capital*

**Representative List of Consulting Firms Used:**
Callan Associates Inc. (San Francisco, CA)..............
  ...*General Retainer*
CRA RogersCasey (Darien, CT)................................
  ...*Full Retainer Consulting*

**Representative List of D.C. Service Provider(s):**
Buck Consultants, Inc. (New York, NY).................
  ...*Bundled Svcs (including inv. mgt.)*

**Trustee(s) & Custodian(s):**
Boston Safe Deposit & Trust Co. (Boston, MA).......
  ...*Master Trustee*
Boston Safe Deposit & Trust Co. (Boston, MA).......
  ...*Global Custodian*

**Assets Managed Internally:**
Cash/Cash Equivalents............................$    30.0 Mil

**Representative List of Investment Managers Used:**

| Manager | Amount |
|---|---|
| AFL-CIO Housing Investment Trust (Hired: 1994) *Real Estate*..........................$ | 15.0 Mil |
| AllianceBernstein Inst'l Inv. Mgmt (Hired: 1991) *Equities - Small-cap Growth*..................................................... | 25.1 |
| AllianceBernstein Inst'l Inv. Mgmt (Hired: 2000) *Equities - Large-cap Growth*..................................................... | 40.0 |
| Ascent/Meredith Asset Management (Hired: 1994) ...................................... | 2.0 |
| Boston Co. Asset Management, LLC (Hired: 1989) *Fixed Income - Core*........... | 47.7 |
| Boston Co. Asset Management, LLC (Hired: 1997) *Equities - Small-cap*.......... | 50.2 |
| Boston Co. Asset Management, LLC *Equities - Mid-cap Value*............................. | 50.5 |
| Boston Co. Asset Management, LLC *Fixed Income*................................................ | 37.6 |
| Cambridge Financial Management (Hired: 1993) *Currency Overlay*.............. | 64.0 |
| Delaware Investment Advisers (Hired: 1999) *Equities - Small-cap Growth*........................................................ | 25.0 |
| Dominion Ventures (Hired: 1993) *Venture Capital*........................................ | 5.0 |

# State of Michigan

Office of Retirement Services
P.O. Box 30171
Lansing, MI 48901

Phone: (517) 322-5685
Fax:   (517) 322-5222
URL: www.michigan.gov

**Total Assets:** $50,876.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 87%

**Key Investment Executives:**
Elaine Lewter
  E-mail: lewtere@michigan.gov
    ...Adminstrator/401(k) Section
Walter M. Wisnewski
  Direct Phone: 517 373-3142
  E-mail: wwisniewski@investment.treas.state.mi.us
    ...Deputy Director of Investment Bureau
    ...Head/External Inv. Mgmt.
    ...Defined Contribution Contact
Roy Pentilla.........................Defined Benefit Contact

**In-house Investment Professionals:**
Walter M. Wisnewski
  Direct Phone: 517 373-3142
  E-mail: wwisniewski@investment.treas.state.mi.us
    ...Operations/Administration

**Funds Sponsored:**
Public School Employees Retirement System (Defined Benefit)..........$ 35,952.0 Mil
State Employees Retirement System (Defined Benefit)............ 9,914.0
Michigan State Police Employees Retirement Sytem (Defined Benefit)............ 1,066.0
Judges Retirement System (Defined Benefit)............283.0
Deferred Compensation - Plan 457 (Defined Contribution, Employee Directed, 401(k))............ 2,088.0
Deferred Compensation - Plan 401(k) (Defined Contribution, Employee Directed, 401(k))............ 1,149.0
Defined Contribution - Plan 401(k) (Defined Contribution, Employee Directed, 401(k))............424.0

# State of Michigan *(continued)*

**Investment Style:**
Risk-taking posture ............... *Very low risk tolerance*
Performance benchmark(s) utilized..........................
  ...*Market indices*
  ...*Absolute goals*
  ...*Other portfolios with similar objectives*
Portfolio reallocation .........................*Annually*
Hire/fire decisions made by ...........................................
  ... *Autonomous Individual*
Frequency of hire/fire decisions .................*As needed*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

*Fixed investments must be eligible for Book-value Accounting. Maximum investment with one issuer is limited to 5% of the total portfolio and exposure to any one issuer (insurance company) shall be limited based on their respective capital & surplus.*

Maximum - minimum constraints:
• Minimum quality bond: *B3/Baa*
• Minimum quality commercial paper: *P2/A2*

**Categories of Current Investment Interest:**
○ *Equity-Small Cap*
○ *Balanced Accounts*
○ *Fixed Income-Core*
○ *Fixed Income-Long Term*
○ *Fixed Income-Short-Term*
○ *International-Equity*
○ *Real Estate Equity*
○ *Venture Capital*

**Representative List of D.C. Service Provider(s):**
CitiStreet (East Brunswick, NJ).................................
  ...*Bundled Svcs (including inv. mgt.)*

**Trustee(s) & Custodian(s):**
State Street Bank & Trust (Boston, MA) ........ *Trustee*
State Street Bank & Trust (Boston, MA) .....................
*Custodian*

**Assets Managed Internally:**
Equities - Domestic....................$ 21,446.0 Mil
Fixed Income - Long-term.......................... 9,470.0
Real Estate................................................. 3,665.0
Equities - International.............................. 3,480.0
Fixed Income - Short-term........................ 2,576.0
Alternative................................................. 622.0
Various Investments................................... 622.0