# Middlesex County (MA) Retirement System

40 Thorndike Street
New Superior Courthouse
Cambridge, MA 02141

Phone: (617) 494-4175
Fax:    (617) 225-7832
**Total Assets:** $570.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
James E. Fahey Jr..........................................*Chairman*
...............................................................*. . Board Member*
..............................................*. . Defined Benefit Contact*
Nancy O'Neil...........................*Investment Coordinator*
Brian P. Curtin............................*Secretary & Treasurer*
..................................................*. . Corporate Secretary*

**Key Public Fund Executives:**
James E. Fahey Jr.....................*Chief Executive Officer*
Brian P. Curtin..................................................*Treasurer*

**Funds Sponsored:**
Middlesex Retirement System
    *(Defined Benefit)*......................................$    570.0 Mil

**Investment Style:**
Risk-taking posture ...................*Medium risk tolerance*
Performance benchmark(s) utilized .....*Market index*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment
policy objectives/guidelines.*

**Summary of International Mandates:**
World ex-US/EAFE ................$    88  Mil
Emerging Mkts Mandates ....        8
Currency Overlay ...................       19

**Categories of Current Investment Interest:**
○ *Equity-Core/Diversified*
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Fixed Income-Core*
○ *Fixed Income-High Yield*
○ *Fixed Income-Intermediate Term*
○ *Fixed Income-Short-Term*
○ *International-EAFE Equity*
○ *International-Emerging Market Equity*
○ *International-International Equity*

## Middlesex County (MA) Retirement System *(continued)*

**Categories of Current Investment Interest:** *(continued)*
○ *International-Fixed Income*
○ *Real Estate Equity*
○ *Timber & Farmland*
○ *Currency/Foreign Exchange*
○ *Venture Capital*

**Representative List of Consulting Firms Used:**
Wainwright Investment Counsel LLC (Boston,
MA)..........................................*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
Mellon Trust Company (Pittsburgh, PA) ......*Trustee*
Mellon Trust Company (Pittsburgh, PA)................
.................................................................*...Custodian*

**Representative List of Investment Managers Used:**
Aberdeen Asset Management, Inc.
    *Fixed Income - World ex-US/EAFE*
Aberdeen Asset Management, Inc.
    *Fixed Income - World ex-US/EAFE*
AllianceBernstein Inst'l Inv. Mgmt
    *Equities - Large-cap Growth*......................$    19.6 Mil
American Express Asset Management
    *Fixed Income - World ex-US*.....................    16.1
Bachow & Associates (Hired: 1991)
    *Venture Capital*.............................................    2.6
Bank of Ireland Asset Mgmt (US) Ltd
    (Hired: 1990) *SA Free International
    Equities*.........................................................    9.9
A.G. Bisset & Co., Inc. (Hired: 1999)
    *Currency Overlay*..........................................    19.0
Charles River Ventures *Venture
    Capital*...........................................................    3.0
Corcoran/Jennison Cos. (Hired: 1994)
    *Real Estate*...................................................    4.0
Cutler & Company, LLC (Hired: 1995)
    *Equities - Large-cap Value*...........................    19.5
Deutsche Asset Management (Hired:
    2001) *Equities - EAFE*................................    17.5
Diversified Investment Advisors
    (Hired: 2000) *Fixed Income - Short-
    term*...............................................................    20.0
Evergreen Investment Management
    Co. *Equities - Core/diversified*..................    14.9
Financial Management Advisors LLC
    (Hired: 2001) *Fixed Income - High
    Yield*..............................................................    5.3
Fisher Investments (Hired: 1999)
    *Equities - Small-cap Value*
Fisher Investments (Hired: 2001)
    *Equities - Mid-cap Value*
Freedom Capital Management (Hired:
    1995) *Equities - Large-cap Value*..............    19.1

# Milwaukee (WI) Employees' Retirement System

200 East Wells Street
Suite 603
Milwaukee, WI 53202-3515

Phone: (414) 286-3557
Fax:    (414) 286-0880
Total Assets: $4,283.9 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Alvin Madison.......................................... *Trustee*
. . *Board Member*
. . *Board Chairman*
Martin Platt............................................ *Board Member*
Anne Bahr............................................*Executive Director*
. . *Board Member*
. . *Corporate Secretary*
Gary Brazsel........................................*Board Member*
W. Martin Morics.....................................*Controller*
. . *Board Member*
William Carey.....................................*Board Member*
Jennifer Shannon
*Direct Phone: 414 286-0880* . . .*Chief Investment Officer*
. . .*Defined Benefit Contact*

**Key Public Fund Executives:**
W. Martin Morics.....................................*Controller*

**Investment Manager Contacts:**
Brent Woods...................................*US Equity Contact*
Lawrence R. Spieth.......................*US Equity Contact*
Yvonne Ceresa...............................*US Equity Contact*
. . *US Fixed Inc. Contact*
Edward Brown..............................*US Equity Contact*
Gary Pilgrim.................................*US Equity Contact*
Daniel J. Fuss............................*US Fixed Inc.  Contact*
Mark Egan.................................*US Fixed Inc.  Contact*
Glenn Hill...............................*Non-US Equity Contact*

**In-house Investment Professionals:**
John D. Phillips....................*Equity Portfolio Manager*
Curtis L. Spears.................*Equity Portfolio Manager*

**Funds Sponsored:**
Defined Benefit *(Defined Benefit)*........$   3,905.5 Mil

## Milwaukee (WI) Employees' Retirement System *(continued)*

**Funds Sponsored:** *(continued)*
Deferred Compensation Plan (457)
*(Defined Contribution)*......................................378.4

**Investment Style:**
Risk-taking posture ...................*Medium risk tolerance*
Performance benchmark(s) utilized .....*Market index*
Portfolio reallocation .......................................*Annually*
Hire/fire decisions made by ...........*Board/committee*
. . . *Pension fund consultant*
Frequency of hire/fire decisions .....*When warranted*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
*The fund may not make any international investments. Maximum 40% in stock market.*

**Summary of International Mandates:**
World ex-US/EAFE ...............$    254  Mil

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *Fixed Income-Passive/Indexed*
○ *International-EAFE Equity*
○ *International-International Active*
○ *Real Estate Equity*

**Representative List of Consulting Firms Used:**
Buck Consultants (New York, NY)...........................
...*Actuarial Services*
Mercer Investment Consulting (New York, NY).....
...*Full Retainer Consulting*
Townsend Group (Cleveland, OH)...........................
...*Real Estate Consulting*

**Representative List of D.C. Service Provider(s):**
National Deferred Compensation (Columbus, OH).......................*Bundled Svcs (excluding inv. mgt.)*

**Trustee(s) & Custodian(s):**
FirstStar Bank (Cedar Rapids, IA) ....*Custodian - DC*
Northern Trust Co. (Chicago, IL).............................
...*Global Custodian*

# Mississippi Public Employees Retirement System

429 Mississippi Street
Jackson, MS 39201-1005

Phone: (601) 359-3589
Fax:    (601) 359-2285
URL: www.pers.state.ms.us

**Total Assets:** $15,011.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 1%

**Key Investment Executives:**
Lorrie Tingle
*Direct Phone: 601 359-2255* . . .*Chief Investment Officer*
. . .*Defined Benefit Contact*
. . .*Defined Contribution Contact*
Frank Ready......................................*Executive Director*
Jeanne R. Walker.................................*Board Member*
Sam W. Valentine Jr............................*Board Member*
Ruby Graves........................................*Board Member*
Mary G. Hawkins................................*Board Member*
Lester C. Herrington...........................*Board Member*
Richard C. Miller................................*Board Member*

**In-house Investment Professionals:**
Gary Morgan.......................*In-house Investment Prof.*

**Funds Sponsored:**
Retirement System (Public, Highway Safety Patrol & Municipal Employees) *(Defined Benefit)*....................................$  14,400.0 Mil
Deferred Compensation Plan *(Defined Contribution)*....................................611.0

**Investment Style:**
Risk-taking posture ...................*Medium risk tolerance*
Performance benchmark(s) utilized...........................
...*Market indices*
. . .*Absolute goals*
. . .*Other portfolios with similar objectives*
Portfolio reallocation .........................................*Annually*
Hire/fire decisions made by ...........*Board/committee*
Frequency of hire/fire decisions .................*Annually*

**Mississippi Public Employees Retirement System**
*(continued)*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

*$50 million marketcap threshold below which it will not invest. The fund is prohibited from investing in high yield bonds, GICs, private placements, non-U.S. real estate, venture capital, futures & options, oil & gas, and LBOs.*

Maximum - minimum constraints:
• Minimum quality bond:  *BBB*
• Minimum market cap stocks:  *$50.00Mil*
• Minimum quality commercial paper:  *A2/P2*

**Summary of International Mandates:**
World ex-US/EAFE ...............$   610  Mil
Pacific/Asian Mandates ........    600
Emerging Mkts Mandates ....    150

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *Fixed Income-Short-Term*
○ *International-EAFE Equity*
○ *International-Emerging Market Equity*
○ *International-Pacific Rim Equity*
○ *International-International Equity*
○ *Real Estate Equity*

**Representative List of Consulting Firms Used:**
Callan Associates Inc. (San Francisco, CA)..............
...*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
State Street Bank & Trust (Boston, MA)..................
...*Global Custodian*

**Assets Managed Internally:**
*Cash*.............................................................$   100.0 Mil

**Representative List of Investment Managers Used:**
Boston Co. Asset Management, LLC (Hired: 2001) *Equities - Mid-cap Value*.....................................................$   250.0 Mil
Conseco Capital Management, Inc. (Hired: 2000) *Fixed Income - Core*..........   118.6
Delaware Investment Advisers (Hired: 2002) *Equities - Small-cap Growth*................................................   150.0

# Missouri State Deferred Compensation Plan

3551 Amazonas Dr.
Jefferson City, MO 65109

Phone: (573) 761-5445
Fax:    (573) 636-9739
URL: www.pebscomo.com

**Total Assets: $869.0 Mil.**
**Sponsor Type: Public Fund**

## Key Investment Executives:

William L. Clay Jr...............................................Senator
. . .Board Chairman
James O'Toole.......................................Commissioner
. . .Board Member
Gerald P. Greiman..................................Commissioner
. . .Board Member
John Scott..............................................Commissioner
. . .Board Member
Richard A. Hanson..................................Commissioner
. . .Board Member

Jack Dothage
*Direct Phone: 573 751-3289*
*E-mail: jdothage@mail.state.mo.us*
. . .Assistant Director
. . .Defined Contribution Contact

## In-house Investment Professionals:

Curt Morrow
*Direct Phone: 614 854-8995*
*E-mail: morrowc2@nationwide.com*
. . .Equity Analyst
. . .Bond Analyst

## Funds Sponsored:

State Deferred Compensation Plan
(457 Plan) *(Defined Contribution,*
*Employee Directed)*...............................$    790.0 Mil
State Employees' Deferred
Compensation Incentive Plan
*(Defined Contribution, Employee*
*Directed)*.............................................................79.0

## Investment Style:

Risk-taking posture ...................*Medium risk tolerance*
Performance benchmark(s) utilized .....*Market index*
Portfolio reallocation ..........................*Asset rebalancing*
Hire/fire decisions made by ...........*Board/committee*
Frequency of hire/fire decisions .................*Annually*

## Missouri State Deferred Compensation Plan (continued)

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Categories of Current Investment Interest:**
○ *Balanced Accounts*
○ *Fixed Income-Core*
○ *Fixed Income-GICs*

**Representative List of D.C. Service Provider(s):**
PEBSCO (Columbus, OH)...........................................
...*Bundled Svcs (including inv. mgt.)*

**Trustee(s) & Custodian(s):**
Bank One Arizona, N.A. (Phoenix, AZ) .........*Trustee*
Bank One Arizona, N.A. (Phoenix, AZ) .....................
*Custodian*

**Representative List of Investment Managers Used:**

| | |
|---|---|
| American Century Investment Mgmt ..................................................$ | 100.0 Mil |
| American Fund Advisers ........................... | 6.1 |
| Brown Capital Management ...................... | .5 |
| Commonwealth National Bank *Balanced Accounts* | |
| Dreyfus Investment Advisors ................ | 6.5 |
| Fidelity Management Trust Company ................................................... | 100.0 |
| INVESCO ............................................... | 10.1 |
| Janus Capital Corp. .............................. | 10.0 |
| MFS Institutional Advisors | |
| Nationwide Life Insurance Co. .............. | 325.0 |
| T. Rowe Price ...................................... | 8.0 |
| Prudential Investment Management *Fixed Income*.... | 100.9 |
| Putnam Investments .............................. | 21.2 |
| Search under consideration *Fixed Income*.............................................. | 100.0 |
| SEI Investments ..................................... | 33.5 |
| Templeton Management, Ltd. ................ | 1.8 |

**Asset Placement by Size of Management Firm and Asset Class:**

| | Number | Average Placement ($ Mil) |
|---|---|---|
| Very Small (<$1 bil) | 2 | 165.6 |
| Small ($1-5 bil) | 1 | 0.5 |
| Medium ($5-20 bil) | 1 | 6.5 |
| Large (>$20 bil) | 9 | 48.0 |
| Unclassified (Assets N/A) | 2 | 1.8 |
| Equity placement(s) | 1 | 100.0 |
| Fixed Income placement(s) | 2 | 213.0 |

# City of Mobile (AL) Police & Firefighter's Ret.

205 Government Street, Suite 424
P.O. Box 1827
Mobile, AL 36633-1827

Phone: (251) 208-7360
Fax:    (251) 208-7366
**Total Assets:** $74.3 Mil.
**Sponsor Type:** Public Fund

## Key Investment Executives:
Barbara Malkove...............................*Finance Director*
...........................................*. . .Board Member*
Fred  Harris..............................................*Board  Member*
Michael Druhan....................................*Board  Member*
Phillip  Garrett.............................................*Captain*
.............................................*. . .Board Member*
Samuel M. Cochran..............................................*Chief*
................................................*. . .Board Member*
Richard F. Brannon...........................................*Trustee*
.............................................*. . .Board Member*
David  Wilhelm..............................................*Captain*
.............................................*. . .Board Member*
Joe  Lyons................................................*Captain*
.............................................*. . .Board Member*
Tommy  Calhoun...............................................*Major*
.............................................*. . .Board Member*
Mary Stubbs....................................*Corporate Secretary*
James  H.  Barber..........................................*Chairman*
.............................*. . .Defined Benefit Contact*

## Key Public Fund Executives:
Barbara Malkove......................*Chief Financial Officer*

## Funds Sponsored:
Retirement Plan *(Defined Benefit)*.......$    74.0 Mil

## Investment Style:
Risk-taking posture ..................*Medium risk tolerance*

## Investment Guidelines - Restrictions:
*The fund has established/maintains written investment policy objectives/guidelines.*

*Board may invest the capital and income of the Plan in such kinds of investments and in accordance with such conditions as shall from time to time, be authorized by law for the investment of the Alabama Heritage Trust Fund and the Alabama Trust Fund or any Employees Retirement Systems of Alabama.*

*Fund has restrictions against:*

## City of Mobile (AL) Police & Firefighter's Ret. *(continued)*

**Investment Guidelines - Restrictions:** *(continued)*
 • Northern Ireland investments

## Summary of International Mandates:
World ex-US/EAFE ...............$    14 Mil

## Categories of Current Investment Interest:
○ *Equity-Small Cap*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *International-EAFE Equity*
○ *International-International Equity*
○ *Real Estate Equity*

## Representative List of Consulting Firms Used:
Holbein  Associates,  Inc.  (Dallas, TX)........................
..........................*...Full Retainer Consulting*

## Trustee(s) & Custodian(s):
The Bank of New York (New York, NY)..................
...........................*...Custodian*

## Representative List of Investment Managers Used:
Hicks, Muse, Tate & Furst (Hired: 1998) *Real Estate Equity*...........................$    1.7 Mil
Lazard Asset Management (Hired: 1997) *Equities - Small-cap*........................    9.4
Peregrine Capital Management (Hired: 2000) *Fixed Income - Core*
Putnam Investments (Hired: 1995) *Equities - International*...............................    13.7
Shaker Investments (Hired: 2001) *Equities - Small-cap Growth*.....................    36.0
State Street Global Advisors (Hired: 1996) *Equities - Indexed*............................    28.8
Westbrook Partners, L.L.C (Hired: 1998) *Real Estate*.........................................    1.2

## Asset Allocation:



▨ **Equities: $ 44.6 mil**...............................**60.03%**
   *$33.4 mil Domestic equities*...........................    *45.0%*
   *$11.2 mil International equities*....................    *15.0%*

■ **Fixed Income: $ 22.3 mil**...............................**30.01%**
   *$22.3 mil Bonds (U.S.)*.................................    *30.0%*

# Mount Lebanon Township (PA)

710 Washington Rd.
Pittsburgh, PA 15228-2018

Phone: (412) 343-3400
Fax:    (412) 343-3753
URL: www.mtlebanon.org

**Total Assets: $68.0 Mil.**
**Sponsor Type: Public Fund**

**Key Investment Executives:**
Marcia L. Taylor...............................*Assistant Manager*
Wilmer K. Baldwin......*Municipal Township Manager*
. . .*Corporate Secretary*

**Funds Sponsored:**
Defined Benefit Plans *(Defined*
  *Benefit)*.....................................................$    40.0 Mil
General Employee Police Officer
  Plan *(Defined Benefit)*..............................15.5
General Employee Fireman Plan
  *(Defined Benefit)*.................................................12.5

**Categories of Current Investment Interest:**
○ *Balanced Accounts*
○ *Fixed Income-Core*

**Trustee(s) & Custodian(s):**
Fleet Bank (Springfield, MA) ............................*Trustee*
Fleet Bank (Springfield, MA) ......................*Custodian*

**Representative List of Investment Managers Used:**
Putnam Investments (Hired: 1982)
  *Equities*
Putnam Investments (Hired: 1982)
  *Bonds*........................................................$    16.5 Mil
Putnam Investments (Hired: 1998)
  *Balanced Accounts*

**Asset Allocation:**



■ Equities: $ 44.2 mil.........................................65.00%
    *$44.2 mil Domestic equities...........................    65.0%*

## Mount Lebanon Township (PA) (continued)

**Asset Allocation:** *(continued)*
■ **Fixed Income: $ 23.8 mil**................................35.00%
    *$23.8 mil Bonds (U.S.)..................................    35.0%*

# Nevada Deferred Compensation Fund

400 West King Street
Room 300
Carson City, NV 89710

Phone: (775) 687-5727
Fax:    (775) 888-7116

**Total Assets:** $260.0 Mil.
**Sponsor Type:** Public Fund

Key Investment Executives:
  Robert Easton..................... *Head of Fund Investments*
                                    *. . .Board Member*
                        *. . .Defined Contribution Contact*
  John Crosley........................................*Board Chairman*
  Steve Watson.........................................*Board Member*

Funds Sponsored:
  457 Deferred Compensation Plan
    *(Defined Contribution)*..........................$    260.0 Mil

Representative List of Consulting Firms Used:
  Segal Advisors (New York, NY)................................
                          ...*Full Retainer Consulting*

Representative List of D.C. Service Provider(s):
  Hartford Life Insurance Co. (Simsbury, CT)............
                  ...*Bundled Svcs (excluding inv. mgt.)*
  ICMA Retirement Corp (Washington, DC).............
                  ...*Bundled Svcs (excluding inv. mgt.)*

Representative List of Investment Managers Used (DC):
  Janus Capital Corp.
  JPMorgan Fleming Mgmt.
  Putnam Investments
  Templeton/FTI Inst'l

# Public Employees' Retirement System of Nevada

693 West Nye Lane
Carson City, NV 89703-1527

Phone: (775) 687-4200
Fax:     (775) 687-5131
URL: www.nvpers.org

**Total Assets:** $13,955.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Laura Wallace.........................*Chief Investment Officer*
. . .*Defined Benefit Contact*

Ken Lambert
E-mail: klambert@nvpers.org
. . .*Assistant Investment Officer*
. . .*Head/External Inv. Mgmt.*

**Investment Manager Contacts:**
Laura Wallace.................*Investment Manager Contact*

**Funds Sponsored:**
Public Employees Ret. System of
Nevada *(Defined Benefit)*....................$  13,939.0 Mil
Judicial Retirement System
*(Defined Benefit)*.................................................12.0
Legislators Retirement System
*(Defined Benefit)*...................................................4.0

**Investment Style:**
Risk-taking posture .................. *Very low risk tolerance*
Performance benchmark(s) utilized............................
...*Market indices*
. . *Absolute goals*
. . .*Other portfolios with similar objectives*
Portfolio reallocation ....................................*As needed*
Hire/fire decisions made by .............*Board/committee*
Frequency of hire/fire decisions .................*As needed*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

*"Prudent Man" rule established by statute.*

Maximum - minimum constraints:
- Minimum quality bond: *BAA*
- Minimum market cap stocks:  *$200.00Mil*
- Minimum quality commercial paper: *A1*

## Public Employees' Retirement System of Nevada *(continued)*

**Summary of International Mandates:**
World ex-US/EAFE ...............$  2,537  Mil

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *International-EAFE Equity*
○ *International-International Equity*
○ *International-Fixed Income*
○ *Real Estate Equity*
○ *Venture Capital*

**Representative List of Consulting Firms Used:**
Callan Associates Inc. (San Francisco, CA).............
...*Full Retainer Consulting*
Pathway Capital Management (Irvine, CA).............
...*Alternative Investment Manager*

**Trustee(s) & Custodian(s):**
The Bank of New York (New York, NY).................
...*Custodian*

**Representative List of Investment Managers Used:**
AllianceBernstein Inst'l Inv. Mgmt.
(Hired: 1986) *Equity Index Fund - S&P
500*..................................................$ 1,318.0 Mil
AllianceBernstein Inst'l Inv. Mgmt
(Hired: 1998) *Equities - Growth*............     578.0
AllianceBernstein Inst'l Inv. Mgmt
(Hired: 2000) *Equities - Value*................     451.0
Atlanta Capital Management (Hired:
1998) *Equities - Growth*............................     575.0
Julius Baer Investment Management
(Hired: 2000) *Fixed Income - World ex-
US/EAFE*..........................................................     448.0
Banc One Investment Advisors Corp.
(Hired: 2002) *Active Core Bonds*............     598.0
Barclays Global Investors (Hired:
1986) *Equities - Indexed*........................  1,332.0
BNY Asset Management (Hired: 1987)
*Equities - World ex-US/EAFE*..................     759.0
Dodge & Cox (Hired: 2003) *Active Core
Bonds*
GE Asset Management Incorporated
(Hired: 2001) *International Core
Equity*..............................................................     333.0
INVESCO (Hired: 1992) *Core Real
Estate*...............................................................     707.0
INVESCO (Hired: 1991) *Real Estate*........     518.5
L&B Realty Advisors Inc. (Hired:
1996) *Separate Account*.............................     265.0

# New Mexico State Investment Council

2055 S. Pacheco Street
Suite 100
Santa Fe, NM 87505-5473

Phone: (505) 424-2512
Fax:    (505) 424-2577
URL: www.state.nm.us/nmsic

**Total Assets:** $10,960.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 85%

**Key Investment Executives:**
Gary B. Bland....................*Head of Fund Investments*
Gary Johnson................*Investment Council Chairman*
. . .*Board Chairman*
Duane Johnson..........*Fixed Income Portfolio Manager*
. . .*Head/Bond Investments*
Ray B. Powell..........................*Board Member*
Michael A. Montoya............................*Board Member*
Barbara J. Christian..........................*Board Member*
Mark Deves....................................*Board Member*
David W. Harris...................................*Board Member*
Roger Lord......................................*Board Member*

**In-house Investment Professionals:**
Todd Frybarger....................*Equity Portfolio Manager*
H. Bart Stucky.....................*Equity Portfolio Manager*
Susan Enos...........................*Equity Portfolio Manager*
David Lee.............................*Equity Portfolio Manager*
Robin Manners.....................*Equity Portfolio Manager*
Paul Heine..............................................*Equity Trader*
Greg Kulka .......................*Alternative Investments*
Allen Roybal......................*Operations/Administration*
Monica Trujillo...................*Operations/Administration*

**Funds Sponsored:**
Endowment *(Endowment)*....................$  10,960.0 Mil

**Investment Style:**
Risk-taking posture ...................*Medium risk tolerance*
Performance benchmark(s) utilized.............................
...*Market indices*
. . .*Absolute goals*
. . .*Other portfolios with similar objectives*
Portfolio reallocation .......................................*Quarterly*
Hire/fire decisions made by ...........................................
... *Autonomous Individual*
Frequency of hire/fire decisions ............*As necessary*

# New Mexico State Investment Council *(continued)*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
*Equity investment cap of 65% based on Book Value.*
Maximum - minimum constraints:
• Minimum quality bond: *BBB*

**Summary of International Mandates:**
World ex-US/EAFE ................$    651   Mil

**Categories of Current Investment Interest:**
○ *Equity-Small Cap*
○ *Fixed Income-Core*
○ *Fixed Income-High Yield*
○ *International-EAFE Equity*
○ *International-Emerging Market Equity*
○ *International-Equity*
○ *Venture Capital*

**Representative List of Consulting Firms Used:**
Courtland Partners (Cleveland, OH)
New England Pension Consultants (Cambridge, MA)........................................*Full Retainer Consulting*
Pacific Corporate Group LLC (La Jolla, CA)............
...*Private Equity Advisory*

**Trustee(s) & Custodian(s):**
Deutsche Bank (New York, NY) ................. *Custodian*

**Assets Managed Internally:**
*Equities - Large-cap*..................................$    5,404.0 Mil
*Fixed Income*................................................    3,571.0
*Venture Capital*..............................................    268.0
*Cash/Cash Equivalents*..............................    126.0

**Representative List of Investment Managers Used:**
AllianceBernstein Inst'l Inv. Mgmt
(Hired: 1998) *Equities - International*....$   134.2 Mil
AllianceBernstein Inst'l Inv. Mgmt
(Hired: 2002) *Equities - Emerging Markets*
Artisan Partners L.P. (Hired: 2001)
*Equities - Small/Mid-cap*
Artisan Partners L.P. (Hired: 2002)
*Equities - EAFE*
Boston Co. Asset Management, LLC
(Hired: 2002) *Equities - Emerging Markets*
Capital Guardian Trust Company
(Hired: 1998) *Equities - International*....    125.2
Fidelity Investments (Hired: 1998)
*Equities - Mid-cap*.......................................    471.1

# Newport News (VA) Employees Retirement Plan

2400 Washington Avenue
Newport News, VA 23607-4305

Phone: (757) 926-3365
Fax:    (757) 926-8894

**Total Assets:** $640.0 Mil.
**Sponsor Type:** Public Fund

## Key Investment Executives:

LaVerne Lovett
*Direct Phone:* 757 926-8540
*E-mail:* llovett@nngov.com
..................................*. . .Director of Finance*
............................*. . .Defined Benefit Contact*
.......................*. . .Defined Contribution Contact*
Charles Spencer...............*Chairman of the Investment Committee*
.............................*. . .Board Chairman*
Edgar E. Maroney......*Investment Committee Member*
..............................*. . .Board Member*
Bill Higgins.......................*Chairman/Retirement Board*
..............................*. . .Board Member*

## Funds Sponsored:

Employees' Retirement Fund
*(Defined Benefit)*....................$    595.0 Mil
Newport News Post Retirement
Health/Welfare *(Defined Benefit)*.................10.0
Deferred Compensation Plan
*(Defined Contribution, Employee
Directed)*..................................................35.0

## Investment Style:

Risk-taking posture ...................*Medium risk tolerance*
Performance benchmark(s) utilized .....*Market index*
Hire/fire decisions made by ............*Board/committee*

## Investment Guidelines - Restrictions:

*The fund has established/maintains written investment
policy objectives/guidelines.*

## Summary of International Mandates:

World ex-US/EAFE .................$    85  Mil
Emerging Mkts Mandates ....    18

## Categories of Current Investment Interest:

○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Fixed Income-Core*
○ *Fixed Income-Intermediate Term*

**Newport News (VA) Employees Retirement Plan** *(continued)*

**Categories of Current Investment Interest:** *(continued)*
○ *Fixed Income-Passive/Indexed*
○ *International-EAFE Equity*
○ *International-Emerging Market Equity*
○ *International-International Equity*
○ *Real Estate Equity*

## Representative List of Consulting Firms Used:

Dahab Associates (Bay Shore, NY)...........................
...............................................*...Full Retainer Consulting*

## Representative List of D.C. Service Provider(s):

ICMA Retirement Corp (Washington, DC)..............
.........................*...Bundled Svcs (including inv. mgt.)*

## Trustee(s) & Custodian(s):

State Street Bank & Trust (Boston, MA) ........ *Trustee*
State Street Bank & Trust (Boston, MA)...................
.............................................*...Master Custodian*

## Representative List of Investment Managers Used:

| | |
|---|---|
| Brandes Investment Partners (Hired: 1997) *Equities - International*...................$ | 21.0 Mil |
| Heitman (Hired: 1988) *Real Estate - Equity* | |
| Legg Mason Trust, fsb (Hired: 1999) *Equities - Large-cap Growth*...................... | 34.8 |
| Mellon Capital Mgmt. *Equities - Indexed* | |
| Morgan Stanley Investment Mgmt Inc. (Hired: 1991) *Equities - EAFE*......... | 42.8 |
| Morgan Stanley Investment Mgmt Inc. (Hired: 1995) *Equities - Emerging Markets*........................................ | 9.5 |
| Prudential Real Estate Investors (Hired: 1988) *Real Estate - Equity*........... | 18.6 |
| Putnam Investments (Hired: 1977) *Equities - Large-cap Growth*...................... | 70.3 |
| Putnam Investments (Hired: 1991) *Equities - Small-cap Growth*.................... | 33.1 |
| Putnam Investments (Hired: 2000) *Equities - Large-cap Growth*...................... | 10.0 |
| Richmond Capital Management (Hired: 1984) *Fixed Income - Core*........... | 76.0 |
| Search under consideration *Equities - Large-cap* | |
| State Street Global Advisors (Hired: 1997) *Fixed Income - Indexed*.................. | 63.3 |
| StoneRidge Investment Partners, LLC (Hired: 2001) *Equities - Large-cap Growth*.......................................... | 23.7 |
| Templeton/FTI Inst'l (Hired: 1995) *Equities - International*.............................. | 20.9 |

# Newton (MA) Retirement System

1000 Commonwealth Avenue
City Hall
Newton, MA 02459

Phone: (617) 552-7093
Fax:    (617) 527-9518
Total Assets: $235.7 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Kelly  Byrne.................................*Director*
. . .*Corporate Secretary*
. . .*Defined Benefit Contact*
Robert  L.  Magni.................................*Chairman*
. . .*Board Chairman*
Nunzio  J.  Piselli.................................*Trustee*
. . .*Board Member*
Richard  Heidlage.................................*Trustee*
. . .*Board Member*
David  C.  Wilkinson.................................*Trustee*
. . .*Board Member*
Francis  Capello.................................*Trustee*
. . .*Board Member*

**Funds Sponsored:**
Newton Retirement Fund *(Defined Benefit)*.................................$    235.7 Mil

**Summary of International Mandates:**
Global Mandates .....................$    16  Mil
World ex-US/EAFE ................    12

**Categories of Current Investment Interest:**
○ *Equity-Value: Low P/E*
○ *Fixed Income-Core*
○ *International-EAFE Equity*
○ *International-Equity*
○ *International-Balanced Accounts*
○ *International-Fixed Income*
○ *Real Estate Equity*

**Representative List of Consulting Firms Used:**
Segal  Advisors  (New  York,  NY)...............
...*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
Mellon Trust Company (Pittsburgh, PA).................
...*Custodian*

## Newton (MA) Retirement System *(continued)*

**Representative List of Investment Managers Used:**
W.P. Carey & Co. (Hired: 1997) *Real Estate*.................................$    5.0 Mil
Fidelity Investments Life Insurance (Hired: 1997) ..............................    5.0
Freedom Capital Management (Hired: 1987) *Equities - Large-cap Value*..............    34.8
Freedom Capital Management (Hired: 1987) *Equities - Large-cap*......................    23.9
Mellon Capital Mgmt.
Putnam Investments *Equities - International*..............................    12.4
Putnam Investments *Cash*......................    9.0
Search in progress *Real Estate*................    8.0
Wellington Management Company, LLP (Hired: 1995) *Fixed Income*.............    11.0
Westport Resources Management (Hired: 1999) *Tactical Asset Allocation*..........................    15.7

**Asset Placement by Size of Management Firm and Asset Class:**

|  | Number | Average Placement ($ Mil) |
|---|---|---|
| Very Small (<$1 bil) | 1 | 15.7 |
| Small ($1-5 bil) | 3 | 21.3 |
| Large (>$20 bil) | 4 | 10.8 |
| Unclassified (Assets N/A) | 1 | 5.0 |
| Equity placement(s) | 3 | 23.7 |
| Fixed Income placement(s) | 1 | 11.0 |
| Balanced placement(s) | 1 | 15.7 |
| Real Estate placement(s) | 1 | 5.0 |
| Other placement(s) | 3 | 7.0 |

**Asset Allocation:**



▨ Equities: $ 134.3 mil........................56.98%
    *$110.8 mil Domestic equities*.....................    47.0%
    *$23.6 mil International equities*....................    10.0%

■ Fixed Income: $ 82.5 mil...............................35.00%
    *$56.6 mil Bonds (U.S.)*..........................    24.0%
    *$25.9 mil International bonds*......................    11.0%

▨ Specialized Investments: $ 18.9 mil.............8.02%
    *$18.9 mil Cash/Short-term equivalents*.........    8.0%

# Teachers' Retirement System of the City of N.Y.

55 Water Street
16th Floor
New York, NY 10041-0004

Phone: (212) 612-5497
Fax:    (212) 612-5570
URL: www.trs.nyc.ny.us

**Total Assets:** $35,350.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 1%

## Key Investment Executives:
Stanley Kessock
*Direct Phone: 212 612-5400    . . .Executive Director*
Horatio Sparkes
*Direct Phone: 212 669-2027    . . .Deputy*
*Comptroller/Pensions*
*. . .Head/In-House Inv. Mgmt.*
*. . .Board Member*
*. . .Defined Benefit Contact*

John Burns
*Direct Phone: 212 669-3196    . . .Chief/Division*
*Investments Strategy*
*. . .Head/External Inv. Mgmt.*
*. . .Board Member*

Irene Impellizzeri
*Direct Phone: 718 935-3303    . . .Trustee*
*. . .Board Member*

Melvyn Aaronson
*Direct Phone: 212 598-9243    . . .Trustee*
*. . .Board Member*

Sandra March
*Direct Phone: 212 598-9536    . . .Trustee*
*. . .Board Member*

Mona Romain
*Direct Phone: 212 598-9512    . . .Trustee*
*. . .Board Member*

Nifa Segarra..........................................................Trustee
*. . .Board Member*

Diane R.S. Sisenwein
*Direct Phone: 212 612-5097 . . .Director of Investment*
*Administration*
*. . .Defined Contribution Contact*

## Key Public Fund Executives:
William Thompson Jr....................................Controller

---

**Teachers' Retirement System of the City of N.Y.**
*(continued)*

**Investment Manager Contacts:**
Robin S. Pellish
*Direct Phone: 203 621-1700    . . .US Equity Contact*
*. . .US Fixed Inc. Contact*
*. . .Non-US Equity Contact*
*. . .Non-US Fixed Inc. Contact*
*. . .Alternative Inv. Contact*
*. . .GICs/Insurance Contact*

**In-house Investment Professionals:**
John Burns
*Direct Phone: 212 669-3196    . . .Equity Portfolio*
*Manager*

David Jeter
*Direct Phone:  212 669-3575*
*. . .Operations/Administration*

Diane R.S. Sisenwein
*Direct Phone:  212 612-5097*
*. . .Operations/Administration*

## Funds Sponsored:
Defined Benefit/Pension-Fixed
*(Defined Benefit)...................................*$ 20,556.0 Mil
Defined Benefit/Variable A
*(Defined Benefit)...........................................*5,782.0
Defined Benefit/Variable B
*(Defined Benefit)..............................................*338.0
Defined Contribution/Variable A
*(Defined Contribution, Employee*
*Directed, 403(b))..........................................*6,186.0
Defined Contribution/Pension-
Fixed *(Defined Contribution,*
*403(b)).............................................................*2,231.0
Defined Contribution/Variable B
*(Defined Contribution, Employee*
*Directed, 403(b))............................................*257.0

## Investment Style:
Risk-taking posture ............... *Very low risk tolerance*
Performance benchmark(s) utilized .....*Market index*
Portfolio reallocation ......................................*As needed*
Hire/fire decisions made by ...........*Board/committee*
Frequency of hire/fire decisions ................*As needed*

## Investment Guidelines - Restrictions:
*The fund has established/maintains written investment*
*policy objectives/guidelines.*

*No held company's equity can represent more than 5%*
*of assets in Variable A. Variable A cannot hold more*
*than 2% of any company's outstanding shares.*
Maximum - minimum constraints:

# New York City Retirement Systems

Muncipal Building
1 Centre St. Room 736
New York, NY 10007

Phone: (212) 669-2989
Fax:    (212) 669-2132
URL: www.comptroller.nyc.gov

**Total Assets:** $94,223.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 1%

## Key Investment Executives:
Jane Levine
*Direct Phone: 212 669-2020*
  *E-mail: jlevine@comptroller.nyc.gov*
      *. . .Deputy Comptroller/Pensions*
              *. . .Board Member*

Mary Agnes Chien
  *E-mail: mchien@comptroller.nyc.gov*
          *. . .Analyst/Investment*

Edward Hopchick
*Direct Phone: 212 669-3116*
  *E-mail: ehopchi@comptroller.nyc.gov*
      *. . .Chief/Cash Management Division*

## In-house Investment Professionals:
Edward Hopchick
*Direct Phone: 212 669-3116*
  *E-mail: ehopchi@comptroller.nyc.gov*
          *. . .In-house Investment Prof.*
Kenneth B. Sylvester.......... *In-house Investment Prof.*

## Funds Sponsored:
New York City Employees
  Retirement *(Defined Benefit)*.............$  40,075.0 Mil
New York City Teachers'
  Retirement *(Defined Benefit)*...................26,091.0
New York City Police Pension
  *(Defined Benefit)*.........................................16,932.0
New York City Fire Pension
  *(Defined Benefit)*...........................................6,019.0
Police & Fire Variable Funds
  *(Defined Benefit)*...........................................3,363.0
New York City Board of Education
  Retirement *(Defined Benefit)*....................1,743.0

# New York City Retirement Systems *(continued)*

## Investment Style:
Risk-taking posture ................. *Very low risk tolerance*
Performance benchmark(s) utilized .....*Market index*
Portfolio reallocation ................................*As necessary*
Hire/fire decisions made by ............ *Board/committee*
Frequency of hire/fire decisions ................*As needed*

## Investment Guidelines - Restrictions:
*The fund has established/maintains written investment policy objectives/guidelines.*

*Equity investment only in stocks meeting the State Retirement and Social Security Law qualifications. Fixed Income investment in U.S. Government securities.*

Maximum - minimum constraints:
• Minimum quality bond:  *BBB*

## Summary of International Mandates:
World ex-US/EAFE ................$ 14,750  Mil
Emerging Mkts Mandates ....        209

## Categories of Current Investment Interest:
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Balanced Accounts*
○ *Fixed Income-Core*
○ *Fixed Income-GICs*
○ *Fixed Income-Gov't Agencies*
○ *Fixed Income-High Yield*
○ *Fixed Income-Mortgage-Backed*
○ *Fixed Income-Intermediate Term*
○ *International-EAFE Equity*
○ *International-Emerging Market Equity*
○ *International-International Equity*
○ *International-Fixed Income*
○ *Real Estate Debt (mortgages)*

## Representative List of Consulting Firms Used:
Buck Consultants (New York, NY)............................
                          ...*Investment Manager Search*
Callan Associates Inc. (San Francisco, CA).............
                                        ...*General Retainer*
CRA RogersCasey (Darien, CT)...............................
                          ...*Investment Manager Search*
Evaluation Associates (Norwalk, CT).......................
                          ...*Investment Manager Search*
Mercer Investment Consulting (New York, NY).....
                              ...*Full Retainer Consulting*
Pacific Corporate Group LLC (La Jolla, CA)............
                          ...*Alternative Investment Consulting*

# New York State Teachers Retirement System

10 Corporate Woods Drive
Albany, NY 12211-2395

Phone: (518) 447-2910
Fax:    (518) 447-2875
URL: www.nystrs.org

**Total Assets:** $72,392.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 86%

## Key Investment Executives:

George M. Philip.............. *Executive Director & Chief Investment Officer*
Joseph N. Vet................. *Securities Investment Officer*
. . .*Head/Equity Investments*
. . .*Head/Bond Investments*
. . .*Head/International Investments*
. . .*Head/In-House Inv. Mgmt.*
. . .*Head/External Inv. Mgmt.*
James D. Campbell..... *Real Estate Investment Officer*
. . .*Head/Real Estate Investments*
Joseph P. McLaughlin........................... *Board Member*
Iris Wolfson.......................................... *Board Member*
Sheila J. Salenger.................................. *Board Member*
Glen R. Sergeon.................................... *Board Member*
Frederick D. Volp................................. *Board Member*

## Investment Manager Contacts:

Joseph N. Vet................................ *US Equity Contact*
. . .*US Fixed Inc. Contact*
. . .*Non-US Equity Contact*
. . .*Alternative Inv. Contact*
. . .*Cash Management Contact*
James D. Campbell....................... *Real Estate Contact*

## Funds Sponsored:

New York State Teachers'
Retirement System *(Defined Benefit)*.....................................$ 72,392.0 Mil

## Investment Style:

Risk-taking posture .................. *Medium risk tolerance*
Performance benchmark(s) utilized .....*Market index*
Portfolio reallocation .................................... *As needed*
Hire/fire decisions made by ........... *Board/committee*
Frequency of hire/fire decisions ................ *As needed*

## New York State Teachers Retirement System *(continued)*

### Investment Guidelines - Restrictions:
*The fund has established/maintains written investment policy objectives/guidelines.*

*The System is concerned that management act responsibly in each of these areas - as well as consider shareholder value. Proxy issues involving these subjects are voted on a case by case basis.*

Maximum - minimum constraints:
• Minimum quality bond:  *BBB*
• Minimum quality commercial paper:  *P1*

### Summary of International Mandates:
World ex-US/EAFE ................$  5,218  Mil
European Mandates ..............      80
Emerging Mkts Mandates ....     361

### Categories of Current Investment Interest:
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *International-EAFE Equity*
○ *International-Emerging Market Equity*
○ *International-European Equity*
○ *International-International Equity*
○ *Real Estate Equity*
○ *Real Estate Debt (mortgages)*
○ *Timber & Farmland*
○ *Venture Capital*

### Representative List of Consulting Firms Used:
Callan Associates Inc. (San Francisco, CA)..............
...*Full Retainer Consulting*

### Trustee(s) & Custodian(s):
State Street Bank & Trust (Boston, MA) .....................
*Custodian*

### Assets Managed Internally:
Equities - Passive/Indexed......................$  38,712.0 Mil
Fixed Income.................................................   13,766.0
Real Estate - Mortgages............................    4,249.0
Real Estate - Equity.....................................    2,759.0
Private Equity.................................................    1,048.0
Cash/Short Term...........................................      966.0

### Representative List of Investment Managers Used:
AllianceBernstein Inst'l Inv. Mgmt
(Hired: 1992) *Equities - Large-cap Growth*.................................................................$   662.0 Mil

# Norfolk (VA) Employees Retirement System

810 Union Street, City Hall, Room 309
P.O. Box 1531
Norfolk, VA 23501-1531

Phone: (757) 664-4738
**Total Assets:** $755.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Theodore Wilder........*Executive Secretary/Retirement Plans*
. . .*Corporate Secretary*
. . .*Defined Benefit Contact*

**In-house Investment Professionals:**
Theodore Wilder...............*Operations/Administration*

**Funds Sponsored:**
Employees Retirement System of
the City of Norfolk *(Defined Benefit)*....................................$     755.0 Mil

**Investment Style:**
Risk-taking posture .................. *Very low risk tolerance*
Performance  benchmark(s) utilized..........................
...*Market indices*
. . .*Absolute goals*
. . .*Other portfolios with similar objectives*

**Summary of International Mandates:**
World ex-US/EAFE ................$    28  Mil

**Categories of Current Investment Interest:**
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *Fixed Income-Short-Term*
○ *International-EAFE Equity*

**Representative List of Consulting Firms Used:**
UBS/PaineWebber Investment Cons.
(Weehawken, NJ)................*Full Retainer Consulting*
UBS/PaineWebber PRIME Asset Consult
(Weehawken, NJ)

**Trustee(s) & Custodian(s):**
State Street Bank & Trust (Boston, MA) ........ *Trustee*
State Street Global Advisors (Boston, MA)..............
...*Custodian*

## Norfolk (VA) Employees Retirement System *(continued)*

**Representative List of Investment Managers Used:**

| | |
|---|---|
| INVESCO (Hired: 1990) *Fixed Income - Core*..................................................$ | 55.0 Mil |
| Lazard Asset Management (Hired: 1992) *Equities - Int'l Commingled Fund*.......... | 17.7 |
| MFS Institutional Advisors (Hired: 1999) *Fixed Income - Short-term*.............. | 27.0 |
| MFS Institutional Advisors (Hired: 1999) *Equities - International*.................. | 10.0 |
| Oppenheimer Capital (Hired: 1980) *Equities - Value*.......................................... | 38.9 |
| Putnam Investments (Hired: 1990) *Equities - Small-cap Growth*..................... | 32.9 |
| Search in progress *Equities - Small-cap Value*................................................ | 25.0 |
| Search in progress *Equities - Small to Mid-cap*............................................... | 100.0 |
| State Street Global Advisors (Hired: 1988) *Equities - Indexed*............................. | 74.5 |

**Asset Placement by Size of Management Firm and Asset Class:**

| | Number | Average Placement ($ Mil) |
|---|---|---|
| Large (>$20 bil) | 7 | 36.6 |
| | | |
| Equity placement(s) | 5 | 34.8 |
| Fixed Income placement(s) | 2 | 41.0 |

**Asset Allocation:**



▨ **Equities: $ 377.5 mil**............................................**50.00%**
*$377.5 mil Domestic equities*............................    *50.0%*

■ **Fixed Income: $ 377.5 mil**...............................**50.00%**
*$377.5 mil Bonds (U.S.)*..................................    *50.0%*