# Oakland County (MI) Retirement System

1200 N Telegraph Road
Pontiac, MI 48341-0479

Phone: (248) 858-0623
**Total Assets:** $1,144.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
C. Hugh Dohany
*Direct Phone: 248 858-0625* ...Treasurer
Shane Murphy......................................... Board Member
John P. McCulloch.................................. Board Member
Brooks L. Patterson................................ Board Member
Jack Smith............................................... Board Member
Margaret V. Birch................................... Vice Chairman
...Board Member
Sue Ann Douglas..................................... Board Member
Judy D. Fandale
*Direct Phone: 248 858-8515*
*E-mail: fandalej@co.oakland.mi.us*
...Assistant Secretary
Douglas J. Williams
*Direct Phone: 248 858-0497*
*E-mail: williamsd@co.oakland.mi.us*
...Secretary/Retirement System
...Corporate Secretary
...Defined Benefit Contact
...Defined Contribution Contact

**Key Public Fund Executives:**
Patrick Dohany
*Direct Phone: 248 858-0624* ...Treasurer
C. Hugh Dohany
*Direct Phone: 248 858-0625* ...Treasurer

**Funds Sponsored:**
Retirement Plan (Frozen) *(Defined Benefit)*..............$ 720.0 Mil
Retirement Hospitalization *(Defined Benefit)*..................163.0
Defined Contribution - 401(A) *(Defined Contribution)*.............133.0
Deferred Compensation - 457 Plan *(Defined Contribution)*.............128.0

**Investment Style:**
Risk-taking posture .............. *Very low risk tolerance*
Performance benchmark(s) utilized ..... *Market index*
Hire/fire decisions made by ............ *Board/committee*

## Oakland County (MI) Retirement System *(continued)*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
*The fund may not engage in short selling, tactical asset allocation, risk arbitrage, and sector-specific portfolio strategies.*
Maximum - minimum constraints:
• Minimum quality bond: *A*
• Minimum quality commercial paper: *A1/P1*

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Value: Low P/E*
○ *Balanced Accounts*
○ *Fixed Income-Core*
○ *Fixed Income-Intermediate Term*
○ *Real Estate Equity*

**Representative List of D.C. Service Provider(s):**
Fidelity Investments (Boston, MA)..........................
...Bundled Svcs (including inv. mgt.)
ICMA Retirement Corp (Washington, DC)..............
...Bundled Svcs (excluding inv. mgt.)

**Trustee(s) & Custodian(s):**
Comerica Inc. (Detroit, MI) ........................ Custodian

**Representative List of Investment Managers Used:**
Aeltus Investment Management
(Hired: 2000) *Equities - Growth*..............$ 48.0 Mil
Citigroup Asset Management (Hired:
1991) *Equities - Large-cap Value*.............. 83.2
Heitman *Real Estate*
Income Research & Management
(Hired: 1978) *Fixed Income - Intermediate-term*......................................... 130.2
INVESCO (Hired: 2000) *Equities - Large-cap Growth*......................................... 38.3
INVESCO (Hired: 2000) *Equities - Growth*................................................. 32.9
L&B Realty Advisors Inc. (Hired:
1989) *Real Estate - Equity*
Loomis Sayles & Company, L.P. *Fixed Income*
MIG Realty Advisors Inc (Hired: 1980)
*Real Estate - Equity*..................................... 10.4
Putnam Investments (Hired: 1978)
*Fixed Income & Equities*............................. 220.0
Search in progress *Equities - Large-cap Growth*................................................. 60.0
Todd Investment Advisor, Inc. (Hired:
2000) *Equities - Large-cap Value*.............. 49.9

## Ohio Public Employees Deferred Compensation

250 Civic Center Drive
Suite 350
Columbus, OH 43215-5450

Phone: (614) 466-7245
Fax:   (614) 728-2601
URL: www.ohio457.org

Total Assets: $4,265.0 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Virginia Shimrock
    E-mail: gschimrock@opedc.net
                    ...Executive Director
James Petro..............................Board Member
Betty D. Montgomery................Board Member
William G. Wilcox......................Board Member
Sandra A. Drabik......................Board Member
Steven Hawk..............................Board Member
Jerry W. Kurpinski....................Board Member
Merie Grale Kearns..................Board Member

**Funds Sponsored:**
Deferred Compensation Plan (457)
    (Defined Contribution)................$   4,265.0 Mil

**Investment Style:**
Risk-taking posture ..................Medium risk tolerance
Performance benchmark(s) utilized .....Market index
Portfolio reallocation .....................Participant directed
Hire/fire decisions made by ............Board/committee
Frequency of hire/fire decisions ..................Annually

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
Maximum - minimum constraints:
• Minimum quality bond: *BBB*

**Categories of Current Investment Interest:**
○ *Equity-Small Cap*

**Representative List of Consulting Firms Used:**
Ennis Knupp & Associates (Chicago, IL)..................
                                ...Investment Review
Mercer Investment Consulting (New York, NY).....
                                ...Special Research Studies

**Ohio Public Employees Deferred Compensation** *(continued)*

Trustee(s) & Custodian(s):
  Deutsche Bank (New York, NY) ................ *Custodian*
  State Street Bank & Trust (Boston, MA) .....................
    *Custodian*

Representative List of Investment Managers Used:
  First Pacific Advisors (Hired: 2003)
    *Equities - Small-cap*

Representative List of Investment Managers Used (DC):
  AIM Investments (Hired: 2001) .............$   77.7 Mil
  Bank One (Hired: 1997) *Money Market*..........................................................   13.4
  Barclays Global Investors (Hired: 2002) ..................................................    3.7
  Deutsche Asset Management (Hired: 1994) *GICs/BICs*.................................  931.4
  Deutsche Asset Management (Hired: 1994) .......................................... 1,315.3
  Dodge & Cox (Hired: 1997) ......................  184.0
  Fidelity Investments (Hired: 1990) ........  794.1
  Franklin/FTI Institutional (Hired: 2001) ....................................................   29.0
  Janus Capital Corp. (Hired: 2001) .........  234.8
  Lazard Asset Management (Hired: 1997) ....................................................   39.3
  MFS Institutional Advisors (Hired: 2000) ....................................................   14.2
  Nationwide Life Insurance Co. (Hired: 1994) *Fixed Income*........................  870.9
  Nationwide Life Insurance Co. (Hired: 1980) *GICs/BICs*.............................  167.7
  Nicholas-Applegate Capital Mgmt. (Hired: 2000) ..................................................    1.6
  PIMCO Equity Advisors LLC (Hired: 2002) ....................................................   28.4
  Putnam Investments (Hired: 2001) .......   47.2
  State Street Global Advisors (Hired: 1995) ....................................................  310.3
  Vanguard Group (Hired: 1997) *Mutual Funds*..........................................................  108.2

**Defined Contribution Asset Allocation:**



▪ Aggressive $ 1228.3 mil...................28.80%
   $1010.8 mil Growth-oriented............. 23.7%

# Oregon Public Employees Retirement Fund

c/o Oregon State Treasury
350 Winter Street, NE., Suite 100
Salem, OR 97301-3896

Phone: (503) 378-4111
Fax:   (503) 378-6772
URL: www.ost.state.or.us

**Total Assets:** $37,035.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 11%

**Key Investment Executives:**
Michael G. Mueller
    E-mail: mike.g.mueller@state.or.us
            ...Assistant Director/Investments
            ...Defined Benefit Contact
Randall Edwards
Direct Phone: 503 378-4329       ...State Treasurer
                                 ...Board Member
Fred McDonnal.................................................Trustee
                                 ...Board Member
Peter A. Ozanne...............................................Trustee
                                 ...Board Member
Warren J. Rosenfeld..........................................Trustee
                                 ...Board Member

**Investment Manager Contacts:**
Fred McDonnal..............Investment Manager Contact
Jay B. Fewel Jr.
    E-mail: jay.b.fewel@state.or.us
                    ...US Equity Contact
                    ...Non-US Equity Contact
                    ...Balanced Acct. Contact
                    ...Alternative Inv. Contact
Perrin Lim
    E-mail: perrin.lim@state.or.us
                    ...US Fixed Inc. Contact
                    ...Cash Management Contact
Steve Gruber
    E-mail: steve.gruber@state.or.us
                    ...Real Estate Contact
Ellen Hanby...................Cash Management Contact

**Funds Sponsored:**
Public Employees Retirement
    Fund *(Defined Benefit)*..................$ 36,500.0 Mil
Defined Contribution *(Defined
    Contribution)*................................................535.0

## Oregon Public Employees Retirement Fund *(continued)*

**Investment Style:**
Risk-taking posture ..................Medium risk tolerance
Performance benchmark(s) utilized...........................
                                        ...Market indices
                                        ...Absolute goals
            ...Other portfolios with similar objectives
Portfolio reallocation .........................................As needed
Hire/fire decisions made by ............Board/committee
Frequency of hire/fire decisions ............As necessary

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Summary of International Mandates:**
Global Mandates ......................$   391   Mil
World ex-US/EAFE ................   5,770
Emerging Mkts Mandates ....      311

**Categories of Current Investment Interest:**
O *Equity-Core/Diversified*
O *Equity-Growth Stocks*
O *Equity-Small Cap*
O *Equity-Value: Low P/E*
O *Equity-Passive/Indexed*
O *Fixed Income-Core*
O *Fixed Income-GICs*
O *Fixed Income-Intermediate Term*
O *Fixed Income-Passive/Indexed*
O *International-EAFE Equity*
O *International-Emerging Market Equity*
O *Global Equity*
O *International-International Equity*
O *International-Balanced Accounts*
O *Real Estate Equity*
O *Convertible Bonds*
O *Venture Capital*

**Representative List of Consulting Firms Used:**
Pacific Corporate Group LLC (La Jolla, CA)............
            ...Alternative Investment Consulting
Pension Consulting Alliance (Encino, CA)...............
            ...Real Estate Advisory
Pension Consulting Alliance (Encino, CA)...............
            ...Real Estate
Frank Russell Company (Tacoma, WA)....................
            ...Full Retainer Consulting
Frank Russell Company (Tacoma, WA)....................
            ...Manager Search
Frank Russell Company (Tacoma, WA)....................
            ...Asset Allocation

# Pennsylvania Public School Employees' Retirement

5 North Fifth Street
P.O. Box 125
Harrisburg, PA 17108-0125

Phone: (717) 787-8540
Fax:   (717) 787-9527
URL: www.psers.state.pa.us

**Total Assets:** $42,310.6 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 31%

**Key Investment Executives:**
  Alan Van Noord.................... Chief Investment Officer
    ...Head/In-House Inv. Mgmt.
  James H. Grossman Jr...... Director of External Public Markets, Risk & Compliance
    ...Defined Benefit Contact
    ...Head/External Inv. Mgmt.
  Gerry Smith................................... Director of Equities
    ...Head/Equity Investments
  Mark Heppenstall................. Director of Fixed Income
    ...Head/Bond Investments
  Charlie Spiller...... Director of Alternative Investments
    ...Head/Real Estate Investments
  Hon. Barbara Hafer....................................... Chairman
    ...Board Member
  Gerry Peters.................................. Director of Trading

**Key Public Fund Executives:**
  Arthur J. Granito...................... Chief Financial Officer

**Investment Manager Contacts:**
  Alan Van Noord............................ US Equity Contact
    ...US Fixed Inc. Contact
    ...Non-US Equity Contact
    ...Non-US Fixed Inc. Contact
    ...Balanced Acct. Contact
    ...Real Estate Contact
    ...Alternative Inv. Contact
  James H. Grossman Jr................... US Equity Contact
    ...US Fixed Inc. Contact
    ...Non-US Equity Contact
    ...Non-US Fixed Inc. Contact
    ...Balanced Acct. Contact
  Charlie Spiller............................... Real Estate Contact
    ...Alternative Inv. Contact
    ...Cash Management Contact

**Pennsylvania Public School Employees' Retirement** *(continued)*

**In-house Investment Professionals:**
  Gerry Smith.......................... Equity Portfolio Manager
  Mark Heppenstall.................. Bond Portfolio Manager
  Gerry Peters............................................... Equity Trader

**Funds Sponsored:**
  PA Public School Employees' Retirement System *(Defined Benefit)*.....................................................$ 42,310.6 Mil

**Investment Style:**
  Risk-taking posture ......................... High risk tolerance
  Performance benchmark(s) utilized ..... Market index
  Portfolio reallocation ......................................... Annually
  Hire/fire decisions made by ............ Board/committee
    ... Autonomous Individual
    ... Pension fund consultant
  Frequency of hire/fire decisions ................... Annually

**Investment Guidelines - Restrictions:**
The fund has established/maintains written investment policy objectives/guidelines.

**Summary of International Mandates:**
  Global Mandates ......................$ 6,140 Mil
  World ex-US/EAFE ................. 1,207
  Emerging Mkts Mandates ....    414

**Categories of Current Investment Interest:**
  ○ *Equity-Small Cap*
  ○ *Equity-Passive/Indexed*
  ○ *Fixed Income-Core*
  ○ *Fixed Income-High Yield*
  ○ *Fixed Income-Mortgage-Backed*
  ○ *Fixed Income-Intermediate Term*
  ○ *International-EAFE Equity*
  ○ *International-Emerging Market Equity*
  ○ *Global Equity*
  ○ *International-International Equity*
  ○ *International-Fixed Income*
  ○ *Real Estate Equity*
  ○ *Timber & Farmland*
  ○ *Futures/Options*
  ○ *Tactical Asset Allocation*
  ○ *Venture Capital*

**Representative List of Consulting Firms Used:**
  Financial Control Systems (Chadds Ford, PA).........
    ...Portfolio Accounting
  Institutional Shareholder Services (Rockville, MD)
    ...Proxy Voting Services
  Portfolio Advisors (Darien, CT)

# Philadelphia (PA) Board of Pensions & Retirement

Two Penn Center
20th Floor
Philadelphia, PA 19102

Phone: (215) 496-7400
Fax:   (215) 496-7460
**Total Assets:** $5,385.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Anthony K. Johnson
  *Direct Phone: 215 496-7464*
    *E-mail: tjohnson@phillybpr.com*
      ...Acting Chief Investment Officer
      ...Defined Benefit Contact
      ...Defined Contribution Contact
Janice D. Davis
  *Direct Phone: 215 686-6140* ...Chairman & Director of Finance
    ...Board Chairman

**Investment Manager Contacts:**
Erin O. Davis
  *Direct Phone: 215 496-7463*
    *E-mail: edavis@phillybpr.com*
      ...US Equity Contact
      ...Non-US Equity Contact

**Funds Sponsored:**
Public Employees Retirement
  *(Defined Benefit)*..........................$   5,000.0 Mil
457 Deferred Compensation Plan
  *(Defined Contribution)*..........................385.0

**Investment Style:**
Risk-taking posture ............... Medium risk tolerance
Performance benchmark(s) utilized............
      ...Market indices
      ...Absolute goals
      ...Other portfolios with similar objectives
Portfolio reallocation ........................As needed
Hire/fire decisions made by ............Board/committee
Frequency of hire/fire decisions ................Quarterly

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
Fund has restrictions against:
  • "Sin" investments (Tobacco, etc.)
  • Northern Ireland investments

## Philadelphia (PA) Board of Pensions & Retirement *(continued)*

**Summary of International Mandates:**
Global Mandates .....................$   731 Mil
World ex-US/EAFE ................   592

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Balanced Accounts*
○ *International-EAFE Equity*
○ *International-International Equity*
○ *International-Fixed Income*
○ *Real Estate Equity*
○ *Venture Capital*

**Representative List of Consulting Firms Used:**
Franklin Park Associates (Conshohocken, PA)
Hamilton Lane Advisors, Inc. (Bala Cynwyd, PA)..
      ...*Full Retainer Consulting*
Mercer Investment Consulting (New York, NY).....
      ...*Full Retainer Consulting*
Pension Consulting Alliance (Encino, CA)...............
      ...*Real Estate Advisory*

**Representative List of D.C. Service Provider(s):**
Great-West Life & Annuity Insurance (Englewood, CO).......................................*Recordkeeping*
Great-West Life & Annuity Insurance (Englewood, CO).......................*Employee Education/Ret. Planning*
Great-West Life & Annuity Insurance (Englewood, CO).......................*Employee Communications*

**Trustee(s) & Custodian(s):**
State Street Bank & Trust (Boston, MA)..................
      ...*Master Custodian*

**Representative List of Investment Managers Used:**
AEW Capital Management *Real Estate - Equity*...................................................$   2.1 Mil
Aronson + Johnson + Ortiz, LP (Hired: 2001) *Equities - Large-cap Value*..............   100.0
Bankers Trust (Hired: 1989) *Equities - Indexed*........................................   1,450.0
Consistent Asset Management (Hired: 2002) *Equities - Large-cap Value*
Delaware International Advisers (Hired: 1992) *Equities - International*....   247.9
Deutsche Asset Management (Hired: 1999) *Fixed Income - Global*........................   235.0
Deutsche Asset Management *Equities - Indexed*........................................................   60.0

# Plymouth (MA) County Retirement System

South Russell Street
Plymouth, MA 02360

Phone: (508) 830-9120
Fax:    (508) 830-9135

**Total Assets:** $379.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 1%

**Key Investment Executives:**
John F. McLellan......................Chairman & Treasurer
...Board Chairman
...Head/In-House Inv. Mgmt.
...Head/Equity Investments
...Head/Bond Investments
...Head/International Investments
...Head/Real Estate Investments
...Defined Benefit Contact
John F. Sciara........................................................Trustee
...Board Member
Joesph F. McDonough..........................................Trustee
...Board Member

**Key Public Fund Executives:**
John F. McLellan...............................................Treasurer

**Investment Manager Contacts:**
John F. McLellan.............Investment Manager Contact

**In-house Investment Professionals:**
John F. McLellan.................In-house Investment Prof.

**Funds Sponsored:**
Retirement System *(Defined
  Benefit)*........................................$    379.0 Mil

**Investment Style:**
Risk-taking posture ....................Medium risk tolerance
Performance benchmark(s) utilized............................
...Market indices
...Absolute goals
...Other portfolios with similar objectives
Portfolio reallocation ................................As appropriate
Hire/fire decisions made by .............Board/committee
Frequency of hire/fire decisions .........As appropriate

## Plymouth (MA) County Retirement System *(continued)*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
Fund has restrictions against:
• "Sin" investments (Tobacco, etc.)
• Northern Ireland investments
Maximum - minimum constraints:
• Minimum quality bond:  *A*
• Minimum market cap stocks:  *$100.00Mil*
• Minimum quality commercial paper:  *A1/P1*

**Summary of International Mandates:**
Global Mandates ......................$     45   Mil
World ex-US/EAFE .................        28
Emerging Mkts Mandates ....        16

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Balanced Accounts*
○ *Fixed Income-Core*
○ *Fixed Income-High Yield*
○ *International-EAFE Equity*
○ *International-Emerging Market Equity*
○ *International-International Equity*
○ *International-Fixed Income*
○ *Real Estate Equity*
○ *Venture Capital*

**Representative List of Consulting Firms Used:**
   Wainwright Investment Counsel LLC (Boston, MA)..........................................*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
State Street Bank & Trust (Boston, MA) ......................
*Custodian*

**Assets Managed Internally:**
Equities.........................................$     96.7 Mil
Cash/Cash Equivalents...............        1.5

**Representative List of Investment Managers Used:**
Aberdeen Asset Management, Inc.
   (Hired: 1999) *International Fixed
   Income*.........................................$    13.5 Mil
Aeltus Investment Management
   (Hired: 1999) *Equities - Large-cap
   Growth*.......................................         12.0
Aeltus Investment Management
   (Hired: 1999) *Equities - Small-cap*..........    9.6

# City of Pontiac (MI) General Employees Ret.

47450 Woodward Ave.
Pontiac, MI 48342-2271

Phone: (248) 758-3276
Fax:   (248) 758-3188
URL: www.pontiac.mi.us

**Total Assets:** $381.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Ellen Zimmermann
   E-mail: ezimmer@pontiac.mi.us
      ...Retirement Administrator
      ...Defined Benefit Contact
Eugene White............................Board Chairman
Willie Payne.....................................Trustee
   ...Board Member
Charlie Harrison................................Trustee
   ...Board Member
Edward Hannan................................Trustee
   ...Board Member
Bruce Crossman.................................Trustee
   ...Board Member
Jan Gaffney........................................Trustee
   ...Board Member
Javier Sauceda..................................Trustee
   ...Board Member
Alvin O. Love....................................Trustee
   ...Board Member

**Funds Sponsored:**
General Employees Retirement
   System *(Defined Benefit)*..............$    381.0 Mil

**Investment Style:**
Risk-taking posture ...............*Medium risk tolerance*
Performance benchmark(s) utilized..........................
   ...*Market indices*
   ...*Absolute goals*
   ...*Other portfolios with similar objectives*
Portfolio reallocation .......................*Semi-annually*
Hire/fire decisions made by ............*Board/committee*
Frequency of hire/fire decisions ........................*Other*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
*Michigan P.A. 314 of 1965 as amended.*
Maximum - minimum constraints:

## City of Pontiac (MI) General Employees Ret. *(continued)*

**Investment Guidelines - Restrictions:** *(continued)*
• Minimum quality bond: *A*

**Summary of International Mandates:**
Global Mandates ....................$   88 Mil

**Categories of Current Investment Interest:**
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Fixed Income-Core*
○ *Fixed Income-High Yield*
○ *Fixed Income-Intermediate Term*
○ *Global Equity*
○ *International-Equity*
○ *International-Fixed Income*
○ *Real Estate Equity*

**Representative List of Consulting Firms Used:**
   New England Pension Consultants (Cambridge, MA)........................*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
   Mellon Trust Company (Pittsburgh, PA)..................
      ...Custodian

**Representative List of Investment Managers Used:**

| Manager | Amount |
|---|---|
| Capital Guardian Trust Company (Hired: 2002) *Fixed Income - Global* | $ 15.3 Mil |
| Capital Guardian Trust Company (Hired: 2002) *Fixed Income - Global Bond Fund* | 34.3 |
| Caproc LLC (Hired: 1998) *Real Estate* | 15.4 |
| Deutsche Asset Management (Hired: 1993) *Fixed Income* | 20.2 |
| GE Asset Management Incorporated (Hired: 2003) *Equities - Large-cap* | 24.8 |
| Kennedy Capital Management (Hired: 1993) *Equities - Small-cap Value* | 19.0 |
| Loomis Sayles & Company, L.P. *Equities - Small-cap Value* | |
| Loomis Sayles & Company, L.P. (Hired: 1997) *Equities - Small-cap Value* | 22.9 |
| Munder Capital Management (Hired: 1996) *Fixed Income - Core* | 60.8 |
| Munder Capital Management (Hired: 1987) *Fixed Income* | 60.8 |
| Oppenheimer Capital (Hired: 1996) *Fixed Income - Intermediate-term* | 59.1 |
| Oppenheimer Capital (Hired: 1987) *Equities - Large-cap Value* | 50.8 |
| Putnam Investments (Hired: 2002) *Equities - Global* | 38.7 |

# Regional Water Authority

90 Sargent Drive
New Haven, CT 06511-5960

Phone: (203) 624-6671
Fax:    (203) 624-6129
URL: www.rwater.com

**Total Assets:** $55.6 Mil.
**Sponsor Type:** Public Fund

**Key Public Fund Executives:**
John Crawford..........................Chief Executive Officer
                                          ...President
James S. Jerrell..........................Chief Financial Officer
Lucy Moran.......................................Controller

**Funds Sponsored:**
So. Central Salaried Employees
  Ret. Plan *(Defined Benefit)*..................$    24.8 Mil
So. Central Ct. Regional Water
  Ret. Plan *(Defined Benefit)*..............................14.3
So. Central Ct. Regional Water
  401k Plan *(Defined Contribution,
  401(k))*................................................................15.2
Other Pension Plan(s) *(Other
  Pension)*.................................................................1.5

**Investment Style:**
Risk-taking posture ...................*Medium risk tolerance*
Performance benchmark(s) utilized............................
                                              ...*Market indices*
                                              ...*Absolute goals*
                ...*Other portfolios with similar objectives*
Portfolio reallocation .........................................*Annually*
Hire/fire decisions made by ............*Board/committee*
Frequency of hire/fire decisions ..................*As needed*

**Summary of International Mandates:**
Global Mandates ......................$    1 Mil

**Categories of Current Investment Interest:**
○ *Balanced Accounts*
○ *Fixed Income-GICs*
○ *Global Equity*
○ *International-Equity*
○ *International-Balanced Accounts*

**Representative List of D.C. Service Provider(s):**
Aetna Retirement Services (Hartford, CT)...............
                                                    ...*Recordkeeping*
Aetna Retirement Services (Hartford, CT)...............
                               ...*Investment Management via Alliances*

# Regional Water Authority *(continued)*

**Representative List of D.C. Service Provider(s):**
*(continued)*
Aetna Retirement Services (Hartford, CT)...............
                                 ...*Employee Education/Ret. Planning*
CIGNA Retirement & Investment Svcs. (Hartford,
  CT)................................................................. *Recordkeeping*
CIGNA Retirement & Investment Svcs. (Hartford,
  CT)................... *Investment Management via Alliances*
CIGNA Retirement & Investment Svcs. (Hartford,
  CT).......................... *Employee Education/Ret. Planning*
The Putnam Companies (Boston, MA).....................
                                                    ...*Recordkeeping*
The Putnam Companies (Boston, MA).....................
                               ...*Investment Management via Alliances*
The Putnam Companies (Boston, MA).....................
                                 ...*Employee Education/Ret. Planning*

**Trustee(s) & Custodian(s):**
Fleet Bank (Springfield, MA) .............................*Trustee*
The Putnam Companies (Boston, MA) ..........*Trustee*
Fleet Bank (Springfield, MA) .......................*Custodian*
The Putnam Companies (Boston, MA) .....*Custodian*

**Representative List of Investment Managers Used:**
Aetna Life Insurance Company
  (Hired: 1980) *GICs/BICs*..........................$    10.6 Mil
Deutsche Asset Management (Hired:
  1994) *Equities - Global*.................................    1.1
Oppenheimer Investment Advisors
  *Equities*.........................................................    24.2

**Asset Allocation:**



▨ **Equities: $ 28.5 mil**................................69.34%
       $24.5 mil Domestic equities............................  59.7%
       $4.0 mil International equities.....................    9.6%

■ **Fixed Income: $ 10.7 mil**................................26.03%
       $10.7 mil Bonds (U.S.)..................................    26.0%

▨ **Balanced Accounts: $ 1.5 mil**..........................3.65%
       $1.5 mil International Balanced..................    3.7%

▨ **Specialized Investments: $ .4 mil**..................0.97%
       $.4 mil Cash/Short-term equivalents.........    1.0%

# Rhode Island Employees Retirement Systems

40 Fountain Street
8th Floor
Providence, RI 02903-1844

Phone: (401) 222-8588
Fax:   (401) 222-6141

Total Assets: $5,838.2 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Paul J. Tavares
  *Direct Phone: 401 222-2397*  ...*General Treasurer*
                              ...*Board Chairman*
                              ...*Head/In-House Inv. Mgmt.*
                              ...*Head/External Inv. Mgmt.*
                              ...*Head/Equity Investments*
                              ...*Head/Bond Investments*
                              ...*Head/International Investments*
                              ...*Head/Real Estate Investments*
                              ...*Board Member*
Joan M. Caine......................*Deputy General Treasurer*
                              ...*Board Member*
Frank Karpinski............*Executive Director/Retirement*
                              ...*Board Member*
James Thorsen......................*Deputy Treasurer/Finance*
                              ...*Board Member*
Corsino Delgado......................................*Cash Manager*
Steve Iafrate*Fiscal Manager & Administrative Officer*
                              ...*Defined Benefit Contact*

**Key Public Fund Executives:**
Joan M. Caine......................................................*Treasurer*

**Investment Manager Contacts:**
Paul J. Tavares
  *Direct Phone: 401 222-2397*  ...*Investment Manager Contact*
Steve Iafrate....................*US Equity Contact*
                              ...*US Fixed Inc. Contact*
                              ...*Non-US Fixed Inc. Contact*
                              ...*Balanced Acct. Contact*
                              ...*Real Estate Contact*
                              ...*Alternative Inv. Contact*
Corsino Delgado...............*Cash Management Contact*

**Funds Sponsored:**
Employee Retirement System of
  Rhode Island *(Defined Benefit)*..........$   5,838.2 Mil

**Rhode Island Employees Retirement Systems** *(continued)*

Investment Style:
  Risk-taking posture .................. *Very low risk tolerance*
  Performance benchmark(s) utilized .....*Market index*
  Portfolio reallocation ....................................*As required*
  Hire/fire decisions made by ............*Board/committee*
  Frequency of hire/fire decisions ..............*As required*

Investment Guidelines - Restrictions:
*The fund has established/maintains written investment policy objectives/guidelines.*

Summary of International Mandates:
  World ex-US/EAFE ................$  1,190  Mil

Categories of Current Investment Interest:
  ○ *Equity-Core/Diversified*
  ○ *Equity-Growth Stocks*
  ○ *Equity-High Income/Yield*
  ○ *Equity-Small Cap*
  ○ *Equity-Passive/Indexed*
  ○ *Fixed Income-Core*
  ○ *Fixed Income-High Yield*
  ○ *Fixed Income-Mortgage-Backed*
  ○ *International-EAFE Equity*
  ○ *International-International Equity*
  ○ *Real Estate Equity*
  ○ *LBOs*
  ○ *Oil & Gas*

Representative List of Consulting Firms Used:
  Pacific Corporate Group LLC (La Jolla, CA)............
                              ...*Alternative Investment Consulting*
  Wilshire Associates (Santa Monica, CA)..................
                              ...*Full Retainer Consulting*

Trustee(s) & Custodian(s):
  State Street Bank & Trust (Boston, MA) ........ *Trustee*
  State Street Bank & Trust (Boston, MA) ..................
  *Custodian*

Assets Managed Internally:
  Short-Term Investments..........................$         8.6 Mil

Representative List of Investment Managers Used:
  Apollo Real Estate Group (Hired:
    1997) *Real Estate - Equity*..........................$    15.2 Mil
  Aurora Capital Partners (Hired: 1998)
    *LBOs*.....................................................        11.2
  Bank of Ireland Asset Mgmt (US) Ltd
    (Hired: 2001) *Equities - International*....      595.8
  Blackstone Group (Hired: 1997)
    *LBOs*.....................................................        14.7

# Rockford (IL) Fire & Police Pension

425 East State Street
City Hall Building
Rockford, IL 61104-1014

Phone: (815) 987-5644
Fax:     (815) 961-3154

**Total Assets:** $235.6 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 5%

**Key Investment Executives:**
Ted Dutkiewicz.... *Head/Fund Investments & Defined Benefit Contact*
... *Defined Benefit Contact*
Robert Satterlee........................................*Board Member*
Bill Robertson........................................... *Board Member*
Barry Fitz.............*President/Firefighters Pension Fund*
... *Board Member*
Chet Epperson....................... *Secretary/Police Pension*
... *Board Member*
Dennis Olson...........................................*Board Member*
Eldon Raasch..........................................*Board Member*
Brad Donnelli...............*Secretary/Firefighter's Pension*
... *Corporate Secretary*

**Key Public Fund Executives:**
Melvin Schallberg............................................ *President*
Andres Sammul.......................*Chief Financial Officer*

**Investment Manager Contacts:**
Ted Dutkiewicz.............................. *US Equity Contact*
... *US Fixed Inc. Contact*
... *Cash Management Contact*

**In-house Investment Professionals:**
Ted Dutkiewicz.......................*Bond Portfolio Manager*

**Funds Sponsored:**
Defined Benefit *(Defined Benefit)*........$    235.2 Mil

**Investment Style:**
Risk-taking posture .................. *Very low risk tolerance*
Performance benchmark(s) utilized...........................
...*Market indices*
...*Absolute goals*
...*Other portfolios with similar objectives*
Portfolio reallocation ........................................*Annually*

## Rockford (IL) Fire & Police Pension *(continued)*

**Investment Style:** *(continued)*
Hire/fire decisions made by ............ *Board/committee*
... *Fiduciary pension fund consultant*
Frequency of hire/fire decisions ..................*Annually*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
*We can only invest in direct obligations of the US Government or insured deposits for fixed income. We are limited to a 45% maximum equity allocation.*
Fund has restrictions against:
• "Sin" investments (Tobacco, etc.)
• Northern Ireland investments
• Environmentally unsound investments

**Summary of International Mandates:**
World ex-US/EAFE ................$    13 Mil

**Categories of Current Investment Interest:**
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *Fixed Income-Passive/Indexed*
○ *International-EAFE Equity*
○ *International-Equity*
○ *Real Estate Equity*
○ *Real Estate Debt (mortgages)*

**Representative List of Consulting Firms Used:**
Disabato Associates (Chicago, IL)..............................
...*Full Retainer Consulting*
Marquette Associates (Chicago, IL)...........................
...*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
Firstar Bank (Springfield, IL) ......................*Custodian*

**Assets Managed Internally:**
Cash..................................................$    0.7 Mil

**Representative List of Investment Managers Used:**
Fidelity Investments *Equities - International*................................................$    6.7 Mil
Forstmann-Leff Associates LLC (Hired: 2002) *Equities - Mid-cap Growth*.......................................................    6.6
Kayne Anderson Rudnick Investment *Equities - Small-cap Value*........................    5.8

# St. Louis (MO) Public School Retirement System

One U.S. Bank Plaza
Suite 3510
St. Louis, MO 63101-1657

Phone: (314) 241-7763
Fax:     (314) 241-1806

**Total Assets:** $897.8 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
  Gail Lakin
      E-mail: glakin@psrsstl.org
                                ...Executive Director
                                ...Defined Benefit Contact

**Funds Sponsored:**
  Benefit Fund *(Defined Benefit)*..............$       897.8 Mil

**Investment Style:**
  Risk-taking posture ...................*Medium risk tolerance*
  Performance benchmark(s) utilized..........................
                                          ...*Market indices*
                                          ...*Absolute goals*
                      ...*Other portfolios with similar objectives*
  Portfolio reallocation ........ *Ongoing rebalancing targt*
  Hire/fire decisions made by ............ *Board/committee*
  Frequency of hire/fire decisions .................*As needed*

**Investment Guidelines - Restrictions:**
  *The fund has established/maintains written investment policy objectives/guidelines.*
  *Prohibited: Restricted Stocks, Uncovered Short/Leveraged Positions, Margin Purchases. Most Asset Classes also have general guidelines regarding quality and diversification.*

**Summary of International Mandates:**
  Global Mandates ....................$     101  Mil

**Categories of Current Investment Interest:**
  o *Equity-Growth Stocks*
  o *Equity-Small Cap*
  o *Equity-Value: Low P/E*
  o *Balanced Accounts*
  o *Fixed Income-Core*
  o *Fixed Income-High Yield*
  o *International-Equity*
  o *International-Fixed Income*
  o *Real Estate Equity*
  o *LBOs*

**St. Louis (MO) Public School Retirement System** *(continued)*

**Categories of Current Investment Interest:** *(continued)*
  o *Venture Capital*

**Representative List of Consulting Firms Used:**
      New England Pension Consultants (Cambridge, MA)..........................*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
  U.S. Bancorp (Minneapolis, MN) .......*Master Trustee*
  U.S. Bancorp (Minneapolis, MN) ................*Custodian*

**Representative List of Investment Managers Used:**

| | |
|---|---:|
| Allsop Venture Partners (Hired: 1985) *Venture Capital*.............................$ | 1.0 Mil |
| Asia Pacific Investment Management (Hired: 2002) *Equities Alternative*.......... | 2.0 |
| Aurora Capital Partners (Hired: 2003) *Alternative Equity*........................ | 45.7 |
| Batterymarch Financial Mgmt., Inc. (Hired: 1999) *Fixed Income - Core*.......... | 25.6 |
| Buford, Dickson Harper & Sparrow (Hired: 1995) *Equities - Large-cap Growth*........................................................ | 14.6 |
| Canterbury Capital Partners (Hired: 2002) *Equity Alternative*.......................... | 7.6 |
| Canterbury Capital Partners (Hired: 2002) *Alternative Equity*......................... | 30.7 |
| Capital Resources (Hired: 1993) *Equities*................................................ | 6.0 |
| Castle Capital Management, LLC (Hired: 2002) *Equities Alternative*.......... | 68.7 |
| Castle Harlan (Hired: 2002) *Alternative Equity*.................................................... | 19.0 |
| Chicago Equity Partners (Hired: 2003) *Equities - Large-cap Value*......................... | 32.8 |
| Coller Capital (Hired: 2002) *Equities Alternative*.................................................. | 3.9 |
| Credit Suisse Asset Management, LLC (Hired: 2003) *Fixed Income - High Yield*.................................................................... | 54.4 |
| Delaware International Advisers (Hired: 2003) *Fixed Income - Global*........ | 100.8 |
| Dimensional Fund Advisors (Hired: 2003) *Equities - Micro Cap*....................... | 31.0 |
| Gateway Assoc. (Hired: 1987) *Venture Capital*............................................................. | 1.0 |
| John Hancock Financial Services, (Hired: 2003) *Fixed Income - Core*.......... | 87.4 |
| Harbour Group *Venture Capital*............... | 8.1 |
| INVESCO (Hired: 1998) *Balanced Accounts*............................................................. | 91.8 |
| The Edgar Lomax Company (Hired: 2003) *Equities - Large-cap Value*.............. | 15.4 |
| MDL Capital Management, Inc. (Hired: 2003) *Fixed Income - Core*.......... | 22.4 |

# St. Louis (MO) Police Retirement System

1 South Memorial Drive
Suite 600
St. Louis, MO 63102

Phone: (314) 241-0800
Fax:     (314) 241-4009
URL: www.stlouisprs.org

**Total Assets:** $660.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
John T. Gaffigan
    E-mail: jackipa@aol.com
                                            ...Board Chairman
                                            ...Board Member
Joseph E. Ponder............................Board Chairman
Thomas J. Bozzo..........................Deputy Comptroller
                                            ...Board Member
Thomas G. Neske...Chairman of the Board of Trustees
                                            ...Board Member
James H. Long.............................................Trustee
                                            ...Board Member
David Dolan..................................Board Member
James Riordan..............................Board Member
Anne-Marie Clarke........................Board Member
Sheryl Johnson.............................Board Member
Edmund J. Moran..........................................Trustee
                                            ...Board Member
Gayle Malone...............................Board Member
Stephen Olish
    E-mail: steve@planetstl.com
                                            ...Administration Director

**Funds Sponsored:**
St. Louis Police Retirement Plan
    (Defined Benefit).........................$    660.0 Mil

**Investment Style:**
Risk-taking posture ............... Very low risk tolerance
Performance benchmark(s) utilized............................
                                            ...Market indices
                                            ...Absolute goals
                ...Other portfolios with similar objectives
Portfolio reallocation .........................As needed
Hire/fire decisions made by ............. Board/committee
Frequency of hire/fire decisions ...................Annually

# St. Louis (MO) Police Retirement System (continued)

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
*Asset allocation of 35% fixed, 65% equity, including 10% small cap and 10% international equity.*
Maximum - minimum constraints:
  • Minimum quality bond: *BBB*
  • Minimum quality commercial paper: *A*

**Summary of International Mandates:**
World ex-US/EAFE ................$    63  Mil

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Fixed Income-Intermediate Term*
○ *Fixed Income-Short-Term*
○ *International-EAFE Equity*
○ *International-International Equity*

**Representative List of Consulting Firms Used:**
Mercer Investment Consulting (New York, NY).....
                                            ...Actuarial Services

**Trustee(s) & Custodian(s):**
Deutsche Bank (New York, NY) ................ Custodian

**Representative List of Investment Managers Used:**
Boston Co. Asset Management, LLC
    (Hired: 2001) *Equities - EAFE*.................$    32.3 Mil
Commerce Bank (Hired: 1987) *Fixed
    Income - Short-term*........................    60.0
Deutsche Asset Management (Hired:
    1997) *Fixed Income - Intermediate-
    term*...................................................    72.7
MFS Institutional Advisors (Hired:
    1999) *Equities - Large-cap Value*..............    102.2
NFJ Investment Group (Hired: 1998)
    *Equities - Small-cap Value*........................    28.5
Putnam Investments (Hired: 1998)
    *Equities - International*..............................    30.6
Putnam Investments (Hired: 1997)
    *Equities - Large-cap Growth*....................    91.1
Search under consideration *Equities -
    Large-cap Growth*........................................    90.0
Taplin Canida & Habacht (Hired:
    1992) *Fixed Income - Intermediate-
    term*..................................................    22.0
Wasatch Advisors (Hired: 2001)
    *Equities - Small-cap Growth*....................    37.4

# San Diego (CA) City Employees' Retirement System

401 B Street
Suite 400
San Diego, CA 92101-4298

Phone: (619) 525-3600
Fax:    (619) 239-3860
Total Assets: $2,637.4 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Doug McCalla
Direct Phone: 619 525-3636
    E-mail: dmccalla@sandiego.gov
                    ...Chief Investment Officer
                    ...Head/Equity Investments
                    ...Head/External Inv. Mgmt.
                    ...Head/Bond Investments
Mary Vattimo.... City of San Diego Treasurer & Board Member
                    ...Board Chairman
Dawne Clark
Direct Phone: 619 525-3615
    E-mail: dclark@sandiego.gov
                    ...Assistant Investment Officer
                    ...Head/Real Estate Investments
Terri Webster..............................Board Member
John Torres..................................Board Member
Diann Shipione............................Board Member
Cornelia Jamison.................................Trustee
                    ...Board Member
Sharon Wilkinson......................Board Member
Ann Parode.............................................Trustee
                    ...Board Member
Jack Katz................................................Trustee
                    ...Board Member
Bruce Herring............................Board Member
Ron Saathoff...............................Board Member
Frederick Pierce IV.............President of the Board
                    ...Board Member
Lawrence B. Grissom
Direct Phone: 619 525-3626
    E-mail: lgrissom@sandiego.gov
                    ...Retirement Administrator
                    ...Defined Benefit Contact

**Key Public Fund Executives:**
Patrick Lane
Direct Phone: 619 525-3630
    E-mail: plane@sandiego.gov

**San Diego (CA) City Employees' Retirement System** *(continued)*

**Key Public Fund Executives:** *(continued)*
                    ...Chief Financial Officer
Mary Vattimo.....................................Treasurer

**Investment Manager Contacts:**
Doug McCalla
Direct Phone: 619 525-3636
    E-mail: dmccalla@sandiego.gov
                    ...US Equity Contact
                    ...US Fixed Inc. Contact
                    ...Non-US Equity Contact
                    ...Non-US Fixed Inc. Contact
                    ...Alternative Inv. Contact
Dawne Clark
Direct Phone: 619 525-3615
    E-mail: dclark@sandiego.gov
                    ...Real Estate Contact

**Funds Sponsored:**
Retirement Fund *(Defined Benefit)*.....$  2,637.4 Mil

**Investment Style:**
Risk-taking posture ................Medium risk tolerance
Performance benchmark(s) utilized..........................
                    ...Market indices
                    ...Absolute goals
            ...Other portfolios with similar objectives
Portfolio reallocation ....................................As needed
Hire/fire decisions made by ...........Board/committee
Frequency of hire/fire decisions ..............As needed

**Investment Guidelines - Restrictions:**
The fund has established/maintains written investment policy objectives/guidelines.

Maximum of 70% of Non Real Estate Assets can be invested in Domestic and International Equities; Max of 40% of above can be in International Equities; No International Real Estate Investments. Presently, no alternative investment allocation.

**Summary of International Mandates:**
World ex-US/EAFE ................$   499 Mil

**Categories of Current Investment Interest:**
○ Equity-Growth Stocks
○ Equity-Hedge Funds
○ Equity-Small Cap
○ Equity-Value: Low P/E
○ Fixed Income-Long Term
○ International-EAFE Equity
○ International-Small-cap Int'l
○ International-Fixed Income

# Santa Clara (CA) County Transit District

3331 North First Street
San Jose, CA 95134-1906

Phone: (408) 321-5555
Fax: (408) 955-0894
URL: www.vta.org

**Total Assets:** $247.5 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Gerald Rosenquist
Direct Phone: 408 321-5626 ...Deputy Director & Chairman
Ed Dolores............................................Trustee
...Board Member
William McClean.................................Trustee
...Board Member
Shelly Albright....................................Trustee
...Board Member
Sandra Weymouth.................Board Secretary
...Corporate Secretary
Scott Buhrer
Direct Phone: 408 321-5683 ...Chief Financial Officer
...Defined Benefit Contact
...Defined Contribution Contact

**Key Public Fund Executives:**
Scott Buhrer
Direct Phone: 408 321-5683 ...Chief Financial Officer
Gerald Rosenquist
Direct Phone: 408 321-5626      ...Treasurer

**Funds Sponsored:**
Amalgamated Transit Union
Pension Plan *(Defined Benefit)*..........$   207.5 Mil
Deferred Compensation Pension
Plan *(Defined Contribution)*..............40.0

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*
*Investment policies governed by California statutes.*

**Summary of International Mandates:**
World ex-US/EAFE ................$   18   Mil

## Santa Clara (CA) County Transit District *(continued)*

**Categories of Current Investment Interest:**
○ *Equity-Small Cap*
○ *Fixed Income-Intermediate Term*
○ *International-EAFE Equity*

**Representative List of Consulting Firms Used:**
Mercer Investment Consulting (New York, NY).....
...*Asset Allocation*
Mercer Investment Consulting (New York, NY).....
...*Investment Manager Search*

**Trustee(s) & Custodian(s):**
Bank of The West-San Jose (San Jose, CA)...............
...*Master Trustee*

**Representative List of Investment Managers Used:**
Boston Partners Asset Mgmt, L.P.
(Hired: 1998) ...............................................$   34.9 Mil
Brandywine Asset Management
(Hired: 1998) *Equities*
Dodge & Cox
Payden & Rygel (Hired: 1998) *Fixed Income - Intermediate-term*
Putnam Investments (Hired: 2000)
*Equities - International*...............................   18.0

**Asset Placement by Size of Management Firm and Asset Class:**

|  | Number | Average Placement ($ Mil) |
|---|---|---|
| Medium ($5-20 bil) | 2 | 34.9 |
| Large (>$20 bil) | 3 | 18.0 |
| Equity placement(s) | 2 | 18.0 |
| Fixed Income placement(s) | 1 | N/A |
| Other placement(s) | 2 | 34.9 |

**Asset Allocation:**



▨ Equities: $ 68.5 mil............................................33.00%
   $68.5 mil Domestic equities.............................   33.0%

■ Fixed Income: $ 128.7 mil.................................61.99%
   $128.7 mil Bonds (U.S.)....................................   62.0%

# Town of Shrewsbury (MA)

Town Hall
100 Maple Avenue
Shrewsbury, MA 01545

Phone: (508) 841-8510
Fax:   (508) 842-0587
URL: www.ci.shrewsbury.ma.us

**Total Assets:** $42.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
 Gail Sokolowski
  *Direct Phone: 508 841-8507* ...*Director/Retirement*
 Caryn Shea............................................................*Trustee*
  ...*Board Member*
 Jay Montgomery................................................*Trustee*
  ...*Board Member*
 Mary Thompson.................................................*Trustee*
  ...*Board Member*
 Kevin M. McNeil...............................*Board Member*
 Ann M. Dagle
  *Direct Phone: 508 841-8507* ...*Trustee*
  ...*Board Member*

**Key Public Fund Executives:**
 Carolyn Marcotte
  *Direct Phone: 508 841-8509* ...*Treasurer*

**Funds Sponsored:**
 Shrewsbury Retirement Systems
  (Defined Benefit).................................$   42.0 Mil

**Summary of International Mandates:**
 World ex-US/EAFE .................$    4  Mil

**Categories of Current Investment Interest:**
 ○ *Equity-Growth Stocks*
 ○ *Equity-Small Cap*
 ○ *Equity-Value: Low P/E*
 ○ *Equity-Passive/Indexed*
 ○ *Fixed Income-Intermediate Term*
 ○ *International-EAFE Equity*
 ○ *International-Equity*
 ○ *International-Fixed Income*

**Representative List of Consulting Firms Used:**
 Dahab Associates (Bay Shore, NY)..........................
  ...*Full Retainer Consulting*

## Town of Shrewsbury (MA) (continued)

**Trustee(s) & Custodian(s):**
 Investors Bank & Trust Company (Boston, MA).....
  ...*Custodian*

**Representative List of Investment Managers Used:**
 Atlanta Capital Management (Hired:
  2001) *Equities - Small-cap Value*...............$     5.0 Mil
 Julius Baer Investment Management
  (Hired: 1994) *Fixed Income -*
  *International*..............................................   1.2
 Income Research & Management
  (Hired: 1993) *Fixed Income -*
  *Intermediate-term*.......................................   14.9
 Phoenix Investment Counsel (Hired:
  2001) *Equities - Large-cap Value*...............   5.0
 Putnam Investments (Hired: 1993)
  *Equities - Large-cap Growth*......................   5.0
 Putnam Investments (Hired: 1993)
  *Equities - International*..............................   3.0
 RhumbLine Advisers *Equities -*
  *Indexed*..........................................................   7.5

**Asset Allocation:**



■ **Equities: $ 25.6 mil**..................................**60.95%**
  *$21.6 mil Domestic equities*........................ 51.3%
  *$4.1 mil International equities*.................... 9.7%

■ **Fixed Income: $ 16.4 mil**................................**39.05%**
  *$13.7 mil Bonds (U.S.)*................................. 32.6%
  *$2.7 mil International bonds*....................... 6.4%