# Springfield (MA) Retirement System

36 Court Street
Springfield, MA 01103-1699

Phone: (413) 787-6091
Fax:     (413) 787-6046
**Total Assets:** $297.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Colleen Trahan..........Plan Administrator & Secretary
  ...Corporate Secretary
  ...Defined Benefit Contact
Donna Williams.............................................. Chairman
  ...Board Chairman
  ...Board Member
Jeffrey Poindexter..................................Board Member
Joseph Nowak......................................... Board Member
James Harrigan.........................................Board Member
Anthony Basile............City Auditor & Board Member
  ...Board Member

**Key Public Fund Executives:**
Donna Williams........................ Chief Financial Officer

**Funds Sponsored:**
Retirement Fund *(Defined Benefit)*......$       297.0 Mil

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Summary of International Mandates:**
Emerging Mkts Mandates ....$       2 Mil

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *Fixed Income-Intermediate Term*
○ *International-EAFE Equity*
○ *International-Emerging Market Equity*
○ *International-Int'l Equity*
○ *Real Estate Equity*
○ *Venture Capital*

## Springfield (MA) Retirement System *(continued)*

**Representative List of Consulting Firms Used:**
CRA RogersCasey (Darien, CT)................................
  ...*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
State Street Bank & Trust (Boston, MA) ........ *Trustee*
State Street Bank & Trust (Boston, MA) .....................
*Custodian*

**Representative List of Investment Managers Used:**

| | |
|---|---|
| Merrill Lynch Investment Managers (Hired: 2000) *Equities - S&P 500 Index*..........................................................$ | 25.0 Mil |
| Putnam Investments (Hired: 1999) *Equities - EAFE* | |
| Search under consideration *Fixed Income*........................................... | 14.0 |
| Search under consideration *Equities - Large-cap Growth*........................... | 11.0 |
| Search under consideration *Equities - Large-cap Value*............................. | 11.0 |
| Search under consideration *Equities - Small-cap Growth*........................... | 2.0 |
| Search under consideration *Equities - Emerging Markets*............................ | 2.0 |
| Seneca Capital Management (Hired: 2001) *Fixed Income - Intermediate-term*............................................. | 46.0 |
| Simms Capital Management Inc. (Hired: 2000) *Equities - Large-cap Growth*.......................................... | 22.5 |
| Wellington Management Company, LLP (Hired: 2000) *Equities - Large-cap Value*........................................... | 10.0 |

**Asset Placement by Size of Management Firm and Asset Class:**

| | Number | Average Placement ($ Mil) |
|---|---|---|
| Very Small (<$1 bil) | 1 | 22.5 |
| Medium ($5-20 bil) | 1 | 46.0 |
| Large (>$20 bil) | 3 | 17.5 |
| Equity placement(s) | 4 | 19.2 |
| Fixed Income placement(s) | 1 | 46.0 |

# City of Stamford (CT) Classified E.R. Fund

888 Washington Blvd.
Stamford, CT 06901

Phone: (203) 977-4070
Fax:    (203) 977-4075

**Total Assets:** $178.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
  Barry Kaplan
  *Direct Phone: 203 977-4096*      ...*Benefits Manager*
                           ...*Defined Benefit Contact*

**Funds Sponsored:**
  Classified Employees' Retirement
    Fund *(Defined Benefit)*..........................$    178.0 Mil

**Investment Style:**
  Risk-taking posture ..................*Medium risk tolerance*
  Performance benchmark(s) utilized .....*Market index*
  Portfolio reallocation .................................*Quarterly*
  Hire/fire decisions made by ............*Board/committee*
  Frequency of hire/fire decisions ..................*As needed*

**Investment Guidelines - Restrictions:**
  *The fund has established/maintains written investment policy objectives/guidelines.*

**Summary of International Mandates:**
  World ex-US/EAFE ................$    25  Mil

**Categories of Current Investment Interest:**
  o *Equity-Small Cap*
  o *Fixed Income-Core*
  o *International-EAFE Equity*
  o *International-International Equity*

**Representative List of Consulting Firms Used:**
           UBS/PaineWebber PRIME Asset Consult
    (Weehawken, NJ).................*Full Retainer Consulting*

**Representative List of Investment Managers Used:**
  Amerindo Investment Advisors Inc.
    (Hired: 1995) *Equities - Small-cap
    Growth*............................................$    4.9 Mil
  Boston Co. Asset Management, LLC
    (Hired: 1998) *Equities - Small-cap
    Value*..........................................    8.8
  Hartford Investment Management Co.
    *Fixed Income - Core*.....................    23.0

## City of Stamford (CT) Classified E.R. Fund (continued)

**Representative List of Investment Managers Used:** *(continued)*
  Putnam Investments (Hired: 2001)
    *Equities - International*.............................$    12.3 Mil
  Search in progress *Fixed Income*............    35.0
  Standish Mellon Asset Mgt. Co. LLC
    (Hired: 1995) *Fixed Income - Core*...........    30.0
  Templeton/FTI Inst'l (Hired: 1995)
    *Equities - International*..............................    13.1
  Westport Asset Management (Hired:
    2000) *Equities - Small-cap Value*..............    6.0

**Asset Placement by Size of Management Firm and Asset Class:**

|  | Number | Average Placement ($ Mil) |
|---|---|---|
| Small ($1-5 bil) | 2 | 5.5 |
| Large (>$20 bil) | 5 | 17.4 |
| Equity placement(s) | 5 | 9.0 |
| Fixed Income placement(s) | 2 | 26.5 |

**Asset Allocation:**



▨ **Equities: $ 97.9 mil**................................55.00%
    $71.2 mil Domestic equities............................ 40.0%
    $26.7 mil International equities..................... 15.0%

■ **Fixed Income: $ 80.1 mil**................................45.00%
    $80.1 mil Bonds (U.S.)................................... 45.0%

# Stanislaus County (CA) Employees Retirement

1010 10th St., Suite 5800
P.O. Box 3150
Modesto, CA 95353-0859

Phone: (209) 525-6393
Fax:  (209) 525-4334
URL: www.stancera.org

**Total Assets:** $950.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 2%

**Key Investment Executives:**
Robert Harmon
    E-mail: harmonr@mail.co.stanislaus.ca.us
        ...Administrator
        ...Head/In-House Inv. Mgmt.
        ...Head/External Inv. Mgmt.
        ...Defined Benefit Contact
Wes Hall.................................................Chairman
        ...Board Chairman
Virgil Thompson
    E-mail: thompson@mail.co.stanislaus.ca.us
        ...Board Member
Linda Stotts
    E-mail: stotts@mail.co.stanislaus.ca.us
        ...Board Member
Steve Yauch
    E-mail: yauch@mail.co.stanislaus.ca.us
        ...Board Member
Al Sarina...........................................Board Member
Nick Blom
    E-mail: blom@mail.co.stanislaus.ca.us
        ...Board Member
Joash Paul
    E-mail: paul@mail.co.stanislaus.ca.us
        ...Board Member

**Investment Manager Contacts:**
Robert Harmon
    E-mail: harmonr@mail.co.stanislaus.ca.us
        ...US Equity Contact
        ...US Fixed Inc. Contact
        ...Non-US Equity Contact
        ...Balanced Acct. Contact
        ...Cash Management Contact

**Stanislaus County (CA) Employees Retirement** *(continued)*

**In-house Investment Professionals:**
Robert Harmon
    E-mail: harmonr@mail.co.stanislaus.ca.us
        ...Operations/Administration

**Funds Sponsored:**
Stanislaus County Employees' Retirement Association *(Defined Benefit)*.....................................$   950.0 Mil

**Investment Style:**
Risk-taking posture ................. *Medium risk tolerance*
Performance benchmark(s) utilized............................
        ...*Market indices*
        ...*Absolute goals*
        ...*Other portfolios with similar objectives*
Portfolio reallocation ......................................*Quarterly*
Hire/fire decisions made by ............ *Board/committee*
Frequency of hire/fire decisions ................*As needed*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Summary of International Mandates:**
World ex-US/EAFE .................$   63 Mil

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Fixed Income-Intermediate Term*
○ *International-EAFE Equity*
○ *International-International Equity*

**Representative List of Consulting Firms Used:**
    Strategic Investment Solutions (San Francisco, CA)............................*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
The Bank of New York (New York, NY)...................
        ...*Custodian*

**Assets Managed Internally:**
Cash/Cash Equivalents

**Representative List of Investment Managers Used:**
Dodge & Cox (Hired: 1977) *Fixed Income - Intermediate-term*.......................$   373.0 Mil
Dodge & Cox (Hired: 1968) *Equities - Large-cap Value*............................   336.0

# Suffolk County Public Employees Deferred Comp.

100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

Phone: (631) 853-5039
Fax:    (631) 853-5057

**Total Assets:** $330.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Alan Schneider
Direct Phone: 631 853-5793
    E-mail: alan.schnieder@co.suffolk.ny.us
        ...Chairman of the Committee
        ...Board Chairman

Regina Hilbert
Direct Phone: 631 853-5725
    E-mail: regina.hilbert@co.suffolk.ny.us
        ...Plan Administrator
        ...Defined Contribution Contact
        ...Board Member

**Key Public Fund Executives:**
John C. Cochrane............................................ Treasurer
Joseph R. Caputo........................................... Controller

**Funds Sponsored:**
Suffolk County Public Employees
    Deferred Compensation Plan
    457(b) *(Defined Contribution,
    Employee Directed)*..........................$     330.0 Mil

**Investment Style:**
Performance benchmark(s) utilized ..... *Market index*
Hire/fire decisions made by ............ *Board/committee*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

*Minimum employee contribution = $260 per year. 90 day equity wash.*

**Representative List of D.C. Service Provider(s):**
Mutual of America (New York, NY).......................
        ...*Bundled Svcs (including inv. mgt.)*
T. Rowe Price Associates (Baltimore, MD)..............
        ...*Bundled Svcs (including inv. mgt.)*

**Suffolk County Public Employees Deferred Comp.** *(continued)*

**Trustee(s) & Custodian(s):**
T. Rowe Price Associates (Baltimore, MD).... *Trustee*

**Representative List of Investment Managers Used (DC):**
AIM Investments
Deutsche Asset Management *International*
Deutsche Asset Management
Franklin Advisory Services *Active Equities*
INVESCO *Active Equities*
INVESCO *Equities - Energy*
Janus Capital Corp. *International*
Janus Capital Corp. *Active Equities*
Janus Capital Corp. *Active Equities*
Janus Capital Corp.
Janus Capital Corp.
MFS Institutional Advisors
T. Rowe Price (Hired: 1992) *Mutual Funds*..............................................$   302.0 Mil
Putnam Investments *International*
Vanguard Group *Fixed Income*
Vanguard Group *Fixed Income*

**Defined Contribution Asset Allocation:**



■ **Aggressive $ 204.9 mil**................................62.09%
    $65.0 mil Growth-oriented............................ 19.7%
    $113.5 mil Aggressive Growth....................... 34.4%
    $26.4 mil International Equity...................... 8.0%

■ **Moderate $ 39.6 mil**....................................12.00%
    $33.0 mil Growth & Income.......................... 10.0%
    $6.6 mil Int'l Fixed Income.......................... 2.0%

☐ **Conservative $ 74.9 mil**............................... 22.70%
    $52.5 mil GIC/Stable Asset........................... 15.9%
    $15.2 mil Income-oriented............................ 4.6%
    $7.3 mil Cash/Money Market...................... 2.2%

■ **Other Asset Classes $ 10.6 mil**.......................3.21%
    $3.3 mil Real Estate..................................... 1.0%
    $7.3 mil Multi-Class..................................... 2.2%

# Tennessee Consolidated Retirement System

Andrew Jackson State Office Building
10 th Floor
Nashville, TN 37243-0230

Phone: (615) 741-1971
Fax:     (615) 734-6441

Total Assets: $23,850.4 Mil.
Sponsor Type: Public Fund
Managed in-house: 90%

**Key Investment Executives:**
Stephen D. Adams................................State Treasurer
                                        ...Board Chairman
Thomas G. Milne.................Chief Investment Officer
                                    ...Head/In-House Inv. Mgmt.
                                    ...Defined Benefit Contact
Peter Katseff...........................Director of Real Estate
                                    ...Head/Real Estate Investments
Mike Keeler.....................................Director of Equity

**In-house Investment Professionals:**
David Head........................In-house Investment Prof.
Mike Moulder....................In-house Investment Prof.
Leighton Shantz.................In-house Investment Prof.
Jim Robinson
Direct Phone: 615 532-1177    ...In-house Investment Prof.
Jeremy Conlin....................Equity Portfolio Manager
Roy O. Wellington III...........................Equity Analyst
                                        ...Alternative Investments
Mike Keeler.............................................Equity Analyst
Jenny King..................................................Bond Trader
Diane Willocks............................................Bond Trader

**Funds Sponsored:**
Consolidated Retirement System
  (Defined Benefit)......................$  23,736.0 Mil
Deferred Compensation Plan
  (Defined Contribution)....................................60.0
Profit Sharing Plan (Defined
  Contribution, 401(k))........................................54.4

**Investment Style:**
Risk-taking posture ................. Very low risk tolerance
Performance benchmark(s) utilized...........................
                                        ...Market indices
                                        ...Absolute goals
                                        ...Other portfolios with similar objectives

## Tennessee Consolidated Retirement System (continued)

**Investment Style:** (continued)
  Hire/fire decisions made by ............ Board/committee
                                        ...Fiduciary pension fund consultant

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

*The fund may not invest in LBOs, venture capital, high yield bonds, oil & gas, options, and gold along with any outside managers. The fund may not engage in short selling or risk arbitrage. The fund may hedge its currency exposure.*

Maximum - minimum constraints:
• Minimum quality bond: *A*
• Minimum market cap stocks: *$150.00Mil*
• Minimum quality commercial paper: *A1/P1*

**Summary of International Mandates:**
World ex-US/EAFE ................$  672 Mil
Pacific/Asian Mandates ........   185
European Mandates ...............  1,225
Emerging Mkts Mandates ....   310

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Fixed Income-Core*
○ *International-Emerging Market Equity*
○ *International-European Equity*
○ *International-Pacific Rim Equity*
○ *International-International Equity*
○ *International-Fixed Income*
○ *Real Estate Equity*

**Representative List of Consulting Firms Used:**
BNY Asset Solutions LLc (Irving, TX).....................
                                    ...Performance Measurement
BNY Asset Solutions LLc (Irving, TX).....................
                                    ...Compliance Reporting
Callan Associates Inc. (San Francisco, CA)............
                                    ...General Retainer
Townsend Group (Cleveland, OH).........................
                                    ...Real Estate Advisory

**Trustee(s) & Custodian(s):**
The Bank of New York (New York, NY).................
                                    ...Global Custodian

**Assets Managed Internally:**
Fixed Income..............................$  13,000.0 Mil
Equities..........................................  6,520.0

# Tennessee Valley Authority Retirement System

400 West Summit Hill Dr.
Knoxville, TN 37902-1415

Phone: (865) 632-4052
Fax:    (865) 632-8591
Total Assets: $9,376.0 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Patrick Brackett
Direct Phone: 865 632-8578 ...Investment Officer
William Oden...................................................... Trustee
.. .Board Member
Mark Medford.....................................................Trustee
.. .Board Member
Gretchen Thal.....................................................Trustee
.. .Board Member
Butch Cash.........................................................Trustee
.. .Board Member
Floyd Johnson....................................................Trustee
.. .Board Member
Randy A. Snyder..........................Executive Secretary
...Defined Benefit Contact
...Defined Contribution Contact

**Funds Sponsored:**
Defined Benefit (Defined Benefit).........$   7,783.0 Mil
Savings & Deferral Retirement
  Plan (Defined Contribution,
  401(k))..............................................................892.0
Variable Annuity Fund (Defined
  Contribution)......................................................478.0
Nuclear Decommissioning Trust
  (Other Fund/Trust)...............................................223.0

**Investment Style:**
Risk-taking posture ....................Medium risk tolerance
Performance benchmark(s) utilized .....Market index

**Investment Guidelines - Restrictions:**
The fund has established/maintains written investment policy objectives/guidelines.

**Summary of International Mandates:**
World ex-US/EAFE .................$   125  Mil

**Categories of Current Investment Interest:**
○ Equity-Core/Diversified
○ Equity-Growth Stocks
○ Equity-Small Cap

# Tennessee Valley Authority Retirement System (continued)

**Categories of Current Investment Interest:** (continued)
○ Equity-Value: Low P/E
○ Fixed Income-Core
○ Fixed Income-Mortgage-Backed
○ Fixed Income-Intermediate Term
○ Fixed Income-Short-Term
○ International-EAFE Equity

**Representative List of Consulting Firms Used:**
Wilshire Associates (Santa Monica, CA)..................
...Full Retainer Consulting

**Trustee(s) & Custodian(s):**
Mellon Trust Company (Pittsburgh, PA).................
...Master Trustee
Mellon Trust Company (Pittsburgh, PA).................
...Custodian

**Representative List of Investment Managers Used:**
Bradford & Marzec (Hired: 1995) Fixed
  Income - Intermediate-term
Brown Capital Management (Hired:
  1998) Equities - Diversified.....................$   10.0 Mil
Capital Guardian Trust Company
Fidelity Investments (Hired: 1993)
  Equities..................................................... 127.0
Geewax, Terker & Co. (Hired: 1988)
  Equities - Growth....................................... 220.0
David J. Greene & Company, LLC
  (Hired: 2001) Equities - Small-cap
  Value...........................................................  94.8
Mellon Bond Associates, LLP (Hired:
  1992) Fixed Income - Short-term............... 223.0
Mellon Capital Mgmt.
JPMorgan Fleming Mgmt. (Hired:
  1991) Equities - Large-cap Value............... 179.0
Putnam Investments (Hired: 1993)
  Fixed Income - Mortgage-backed............... 145.0
State Street Global Advisors (Hired:
  1997) Equities - EAFE................................ 125.0
Taplin Canida & Habacht (Hired:
  1997) Fixed Income - Intermediate-
  term............................................................ 238.0
M.A. Weatherbie & Co., Inc. (Hired:
  2002) Equities - Small-cap Growth
M.A. Weatherbie & Co., Inc. (Hired:
  2002) Equities - Small-cap Growth
Western Asset Management (Hired:
  1995) Fixed Income - Core......................... 351.0

# Employees' Retirement System of Texas

1801 Brazos Street
P.O. Box 13207
Austin, TX 78701

Phone: (512) 476-6431
Fax:    (512) 867-7438
URL: www.ers.state.tx.us

**Total Assets:** $18,839.0 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 76%

**Key Investment Executives:**
Court Huber........... Chairman of Investment Advisory Committee
                       ...Board Chairman
Pamela A. Carley........................................ Chairperson
                       ...Board Member
                       ...Board Chairman
Kathy-Ann Reissmann.........Director of Investments
                       ...Head/In-House Inv. Mgmt.
Bill Barton............................................................... Trustee
                       ...Board Member
Joe Golson
Direct Phone: 512 867-7117
    E-mail: jgolson@ers.state.tx.us
                       ...Director of Benefit Contracts
                       ...Defined Benefit Contact
Della Williamson
Direct Phone: 512 867-7219
    E-mail: dwilliamson@ers.state.tx.us
                       ...Deferred Compensation Program Administrator
                       ...Defined Contribution Contact

**In-house Investment Professionals:**
Robert Sessa..........................Equity Portfolio Manager
Mark Fielder..........................Equity Portfolio Manager
Robert Wood..........................Equity Portfolio Manager
Brent Clukey..........................Equity Portfolio Manager
Chris Tocci............................ Equity Portfolio Manager
Jean-Paul Ngambi...............Equity Portfolio Manager
Jay Fisher...............................Equity Portfolio Manager
Darrell Jackson......................Equity Portfolio Manager
Kathy-Ann Reissmann........Equity Portfolio Manager
Vince Smith...........................Equity Portfolio Manager
Jim Sherwin...........................Equity Portfolio Manager
John Strew.............................Equity Portfolio Manager
Holly Macki............................Bond Portfolio Manager

## Employees' Retirement System of Texas (continued)

**In-house Investment Professionals:** (continued)
Neil Henze................................................Equity Analyst
                                                        ...Equity Trader
Jian Zhang...............................................Bond Analyst
Jason Russell...........................................Equity Trader
Demetrius Pope.......................................Equity Trader
Wendy Lorrings................. Operations/Administration
Yo Vonda Galloway........... Operations/Administration
Kathryn Gervert.................Operations/Administration
Richard Kennedy...............Operations/Administration
Michael Clements..............Operations/Administration

**Funds Sponsored:**
Supplemental Peace Officer
  Pension (Defined Benefit).....................$ 17,915.0 Mil
Employee Retirement Officer Pension (Defined Benefit)
Judicial Retirement Systems 1 (Defined Benefit)
Judicial Retirement Systems 2 (Defined Benefit)
Texaaver 401 (k) (Defined
  Contribution, 401(k))...........................685.0
Frozer 457 (Defined Contribution)...................140.0
Texasaver 457 (Defined
  Contribution)........................................99.0

**Investment Style:**
Risk-taking posture ................. Very low risk tolerance
Performance benchmark(s) utilized.......................
                                                ...Market indices
                                                ...Absolute goals
                            ...Other portfolios with similar objectives
Portfolio reallocation ...................................... Quarterly
Hire/fire decisions made by ............ Board/committee
Frequency of hire/fire decisions .................Annually

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

*Limited to securities. Diversified guidelines: no more than 3 percent of the market value in the securities of any one corporation; no more than 1.5 percent of the market value in the stock of any one corporation; no more than 5 percent of the voting stock of any corporation; no more than 15% of high yield bond portfolio, based on MV shall be combined deferred interest, contingent interest, pix bonds. Quality restrictions: stocks must be screened against known bankruptcy proceedings, lawsuits, or breech of corporate ethics that might jeopardize the company's*

# City of Valdez (AK)

P.O. Box 307
Valdez, AK 99686

Phone: (907) 835-4313
Fax:    (907) 835-3403
URL: www.ci.valdez.ak.us

**Total Assets:** $11.0 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
 Christine A. Sasse
  E-mail: csasse@ci.valdez.ak.us
            ...Finance Director
            ...Defined Contribution Contact

**Key Public Fund Executives:**
 Christine A. Sasse
  E-mail: csasse@ci.valdez.ak.us
            ...Chief Financial Officer

**Funds Sponsored:**
 Defined Contribution Plan(s)
  (Defined Contribution, Employee Directed).................$    11.0 Mil

**Investment Guidelines - Restrictions:**
 The fund has established/maintains written investment policy objectives/guidelines.

**Representative List of D.C. Service Provider(s):**
 Hartford Life Insurance Co. (Simsbury, CT)............
            ...Bundled Svcs (excluding inv. mgt.)
 PEBSCO (Columbus, OH)........................................
            ...Bundled Svcs (excluding inv. mgt.)

**Representative List of Investment Managers Used:**
 Dreyfus Investment Advisors (Hired: 1999) *Dreyfus Small Cap Core*.................$    3.9 Mil
 Putnam Investments (Hired: 1998)
  *International Core Equity*

# Vermont State Retirement System

133 State Street
Montpelier, VT 05633-6200

Phone: (802) 828-2301
Fax:   (802) 828-2772
URL: www.state.vt.us/treasurer/contact.html

Total Assets: $2,857.0 Mil.
Sponsor Type: Public Fund

**Key Investment Executives:**
Joseph J. Mackey.... Trustee/State Teachers Retirement Board
...Board Member
W. John Mitchell............ Trustee/Municipal Employess Retirement Board
...Board Member
Dave Lewis. Trustee/Municipal Employees Retirement
...Board Member
Warren Whitney. Trustee/State Employees Retirement
...Board Member
James H. Douglas Jr........................... State Treasurer
...Board Member
Jay J. Kaplan. Trustee/State Teachers Retirement Board
...Board Member
Roger Dumas........... Trustee/State Teachers Employees
...Board Member
Marie H. Duquette.... Director of Investment Services
...Defined Benefit Contact
...Defined Contribution Contact

**Key Public Fund Executives:**
James H. Douglas Jr...................................... Treasurer

**Funds Sponsored:**
Defined Benefit *(Defined Benefit)*.........$ 2,500.0 Mil
Defined Contribution *(Defined Contribution)*..............................................328.0
Defined Contribution - 401(A) *(Defined Contribution)*........................................29.0

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Summary of International Mandates:**
Global Mandates ......................$ 147 Mil
World ex-US/EAFE ................ 171

## Vermont State Retirement System *(continued)*

Summary of International Mandates: *(continued)*
Categories of Current Investment Interest:
o Equity-Growth Stocks
o Equity-Small Cap
o Equity-Value: Low P/E
o Equity-Passive/Indexed
o Fixed Income-Core
o International-EAFE Equity
o Global Equity
o International-Fixed Income
o Real Estate Equity
o Venture Capital

**Representative List of Consulting Firms Used:**
New England Pension Consultants (Cambridge, MA)......................................... *Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
State Street Bank & Trust (Boston, MA) ..................... Custodian

**Representative List of Investment Managers Used:**
AllianceBernstein Inst'l Inv. Mgmt (Hired: 1990) *Equities*
AllianceBernstein Inst'l Inv. Mgmt *Equities - International*
AllianceBernstein Inst'l Inv. Mgmt (Hired: 1997) *Equities - Indexed*
Baring Asset Management *Equities - Global*......................................................$  58.6 Mil
Delaware Investment Advisers (Hired: 1977) *Equities - Large-cap Value*....................................................... 113.9
Delaware Investment Advisers (Hired: 1977) *Fixed Income*
Deutsche Asset Management (Hired: 1995) *Fixed Income - Global*...................... 88.2
Fidelity Management Trust Company (Hired: 1993) *Equities*
Fidelity Management Trust Company (Hired: 1997) *Equities - Large-cap Growth*
Henderson Global Investors, N.A. (Hired: 1995) *Real Estate - Equity*........... 38.0
HLM Management Company (Hired: 1998) *Equities - Small-cap Growth*........... 39.5
Lazard Asset Management (Hired: 1998) *Equities - EAFE*................................ 12.0
PSI Institutional Realty *Real Estate*
Putnam Investments (Hired: 2002) *Equities - International*.............................. 80.0
Rothschild Asset Management (Hired: 1998) *Equities - Small-cap Value*.............. 66.8

# Washington State Investment Board

2424 Heritage Court S.W.
P.O. Box 40916
Olympia, WA 98504-0916

Phone: (360) 664-8900
Fax:   (360) 586-8547
URL: www.sib.wa.gov

**Total Assets:** $54,879.6 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 55%

**Key Investment Executives:**
Nancy Calkins..........Senior Investment Officer/Public Equity
...Head/Equity Investments
Bill Kennett... Senior Investment Officer/Fixed Income
...Head/Bond Investments
Jeff Habersetzer.......... Senior Investment Officer/Real Estate
...Head/Real Estate Investments

**Investment Manager Contacts:**
Diana Will.......................Investment Manager Contact

**In-house Investment Professionals:**
Gary Gallinger......................R.E. Portfolio Manager
Steven M. Draper..................R.E. Portfolio Manager
Linda Lester...........................Equity Analyst
Maria Tosteson Rosen............................Bond Analyst
Kinda Esau.............................................Bond Analyst
Thomas E. Bosworth.............................. Bond Analyst
Donna May Ong..................................... Bond Analyst
Kim Rederson..........................Alternative Investments
Sam Green...............................Alternative Investments
Gary Holt.................................Alternative Investments
Isabelle Fowler........................Alternative Investments

**Funds Sponsored:**
Defined Benefit Commingled
  Trust Fund *(Defined Benefit)*..............$ 41,234.5 Mil
Teachers' Retirement System Plan
  3 - 401(a) *(Defined Contribution)*...............1,639.5
Deferred Compensation 457 Plan
  *(Defined Contribution)*.................................1,435.8
School Employees' Retirement
  System Plan 3 -401(a) *(Defined Contribution)*......................................477.2

# Washington State Investment Board *(continued)*

**Funds Sponsored:** *(continued)*
Judicial Retirement Account -
  401(a) *(Defined Contribution)*...........................9.4
Other Fund/Trust (Industrial
  Insurance,Permanent Funds,and
  other Trust *(Other Fund/Trust)*...............10,083.2

**Investment Style:**
Risk-taking posture ...................*Medium risk tolerance*
Performance benchmark(s) utilized .....*Market index*
Portfolio reallocation ......................*Once every 4-5 yrs.*
Hire/fire decisions made by ............ *Board/committee*
Frequency of hire/fire decisions............................
...*Length of mgr's contract*

**Investment Guidelines - Restrictions:**
The fund has established/maintains written investment policy objectives/guidelines.
Minimum Quality of fixed income security: BBB-S&P - Baa3-Moody's Minimum commercial paper quality: Must be in one of the two highest rating categories of an NRSRO.

**Summary of International Mandates:**
World ex-US/EAFE ..................$ 4,046 Mil
Emerging Mkts Mandates ....     527

**Categories of Current Investment Interest:**
○ *Equity-Small Cap*
○ *Equity-Passive/Indexed*
○ *Balanced Accounts*
○ *Fixed Income-Core*
○ *International-EAFE Equity*
○ *International-Emerging Market Equity*
○ *Global Equity*
○ *International-International Equity*
○ *Real Estate Equity*
○ *Real Estate Debt (mortgages)*
○ *Venture Capital*

**Representative List of Consulting Firms Used:**
Callan Associates Inc. (San Francisco, CA)..............
...*Project Work*
Courtland Partners (Cleveland, OH).........................
...*Real Estate Advisory*
Financial Control Systems (Chadds Ford, PA).........
...*Full Retainer Consulting*
R.V. Kuhns & Associates (Portland, OR).................
...*Investment Manager Search*
Pacific Corporate Group LLC (La Jolla, CA)............
...*Private Equity Advisory*

# Watertown Contributory Retirement System

149 Main Street
Administration Building
Watertown, MA 02472-4410

Phone: (617) 972-6456
Fax:    (617) 923-3531
**Total Assets:** $56.3 Mil.
**Sponsor Type:** Public Fund
**Managed in-house:** 1%

**Key Investment Executives:**
Barbara Sheehan........................Executive Secretary
................................................Corporate Secretary
Martin J. Walsh...............................................Trustee
................................................Board Member
Thomas V. Thibaut Jr....................................Trustee
................................................Board Member
James Bean......................................................Trustee
................................................Board Member
Robert E. Ford..............................................Chairman
................................................Board Member
................................................Defined Benefit Contact
Thomas J. Tracy...............Town Auditor & Secretary
................................................Corporate Secretary
................................................Board Member
Wayne MacDonald.........................................Trustee
................................................Board Member

**Key Public Fund Executives:**
Michael J. Driscoll........................................Treasurer

**Funds Sponsored:**
Retirement System (Defined
   Benefit).........................................$    56.3 Mil

**Investment Style:**
Risk-taking posture ....................Medium risk tolerance
Performance benchmark(s) utilized.............................
................................................Market indices
................................................Absolute goals
................................................Other portfolios with similar objectives

**Summary of International Mandates:**
World ex-US/EAFE .................$    7 Mil

**Categories of Current Investment Interest:**
o *Equity-Small Cap*
o *Fixed Income-Core*
o *Fixed Income-High Yield*

## Watertown Contributory Retirement System *(continued)*

**Categories of Current Investment Interest:** *(continued)*
o *International-EAFE Equity*
o *International-International Equity*
o *International-Fixed Income*
o *Real Estate Equity*
o *Venture Capital*

**Trustee(s) & Custodian(s):**
BayBank (Boston, MA) ........................................Trustee
BayBank (Boston, MA) .....................................Custodian

**Assets Managed Internally:**
Cash...............................................$    0.4 Mil

**Representative List of Investment Managers Used:**
Columbia Partners (Hired: 2002) *Fixed
   Income - High Yield*....................$    2.6 Mil
Henderson Global Investors, N.A.
   (Hired: 1999) *Real Estate - Equity*..........    2.5
Hutchens Investment Management
   (Hired: 2000) *Equities - Large-cap*..........    3.6
Hutchens Investment Management
   (Hired: 1999) *Equities - Mid-cap*............    8.2
Income Research & Management
   (Hired: 2000) *Fixed Income - Core*.........    8.0
Keystone Venture Capital (Hired:
   2000) *Venture Capital*..............................    .3
L&B Realty Advisors Inc. (Hired:
   1989) *Real Estate*.....................................    .3
Putnam Investments (Hired: 1995)
   *Equities - World ex-US/EAFE*..................    7.4
Sentinel Real Estate Corp. (Hired:
   1997) *Real Estate*.....................................    1.6
Wellington Management Company,
   LLP (Hired: 1991) *Equities - Small-
   cap*............................................................    8.7

**Asset Allocation:**



▨ **Equities: $ 33.4 mil**............................59.33%
   $26.0 mil Domestic equities...........................    46.2%
   $7.4 mil International equities.......................    13.2%

■ **Fixed Income: $ 17.1 mil**.....................30.37%
   $13.7 mil Bonds (U.S.)...................................    24.4%
   $3.4 mil International bonds.........................    6.0%

Nelson's Directory of Plan Sponsors - 2004
Source: Nelson's Plan Sponsor Database; © 2003/2004 Nelson Information, New York, N.Y. 10007
1

# County of Westchester (NY)

148 Martine Avenue
Room 720 Michaelian Office Building
White Plains, NY 10601-3311

Phone: (914) 285-2756
Fax:     (914) 995-3289
Total Assets: $231.7 Mil.
Sponsor Type: Public Fund

Key Investment Executives:
 Philip Speziale
 Direct Phone: 914 995-4711 ...Manager/Payroll & Benefits
 ...Defined Contribution Contact
 George Latimer................................ Board Member
 Eric B. Langeloh.................................... Trustee
 ...Board Member
 Richard Venuti................................Payroll Supervisor

Funds Sponsored:
 Deferred Compensation Plan (457)
  Plan (Defined Contribution).............$   231.7 Mil

Investment Style:
 Risk-taking posture ..................Medium risk tolerance
 Performance benchmark(s) utilized .....Market index

Representative List of Consulting Firms Used:
 Prudential Securities (Newark, NJ)

Representative List of D.C. Service Provider(s):
 Diversified Investment Advisors (Purchase, NY)....
  ...Bundled Svcs (excluding inv. mgt.)
  Variable Annuity Life Insurance Co. (Houston, TX)..........................Bundled Svcs (excluding inv. mgt.)

Representative List of Investment Managers Used (DC):
INVESCO
Janus Capital Corp.
Putnam Investments
Vanguard Group

Defined Contribution Asset Allocation:



## County of Westchester (NY) *(continued)*

Defined Contribution Asset Allocation: *(continued)*

▓ **Aggressive $ 81.1 mil......................................34.99%**
  $46.1 mil Growth-oriented............................ *19.9%*
  $21.3 mil Aggressive Growth........................ *9.2%*
  $13.7 mil International Equity...................... *5.9%*

▓ **Moderate $ 53.1 mil..........................................22.91%**
  $53.1 mil Growth & Income.......................... *22.9%*

☐ **Conservative $ 81.8 mil..................................35.29%**
  $76.2 mil GIC/Stable Asset............................ *32.9%*
  $4.2 mil Income-oriented............................. *1.8%*
  $1.4 mil Cash/Money Market....................... *.6%*

▓ **Other Asset Classes $ 15.8 mil.....................6.82%**
  $15.8 mil Mngd Portfolios............................ *6.8%*

# Town of Windsor (CT)

275 Broad Street
Windsor, CT 06095

Phone: (860) 285-1852
Fax:    (860) 285-1966
URL: www.townofwindsorct.com

**Total Assets:** $42.8 Mil.
**Sponsor Type:** Public Fund

**Key Investment Executives:**
Gregg R. Pavitt
  Direct Phone: 860 285-1942    ...Director of Finance
                                ...Defined Benefit Contact
                                ...Defined Contribution Contact

**Funds Sponsored:**
Town of Windsor Flexible
  Compensation Plan *(Defined
  Benefit)*..................................$    35.5 Mil
Town of Windsor Defined
  Contribution 457 Plan *(Defined
  Contribution, Employee Directed)*......7.3

**Summary of International Mandates:**
World ex-US/EAFE ...............$    5 Mil

**Categories of Current Investment Interest:**
○ *Equity-Small Cap*
○ *Equity-Passive/Indexed*
○ *International-EAFE Equity*

**Representative List of Investment Managers Used:**
Barclays Global Investors (Hired:
  2001) *Equities - Indexed*............................$    10.0 Mil
Harris Associates *Equities - Small/Mid-
  cap Value*
Putnam Investments (Hired: 2001)
  *Equities - International*...............................    5.0

# Wyoming Retirement System

Herschler Building
1st Floor East
Cheyenne, WY 82002-0001

Phone: (307) 777-7693
Fax:    (307) 777-5995
Total Assets: $4,167.8 Mil.
Sponsor Type: Public Fund
Managed in-house: 1%

**Key Investment Executives:**
Matt Potter..............................................Board Chairman
                                                           ...Board Member
Thomas Mann
Direct Phone: 307 777-7691
    E-mail: tmann@state.wy.us
                                                                    ...Director
                                     ...Head/External Inv. Mgmt.
Cynthia Lummis................................... State Treasurer
                                                           ...Board Member
Tracy Swanson............................................... Trustee
                                                           ...Board Member
Harry Wales
Direct Phone: 307 777-6109
    E-mail: hwales@state.wy.us
                                                           ...Deputy Director
                                             ...Defined Benefit Contact

**Key Public Fund Executives:**
Harry Wales
Direct Phone: 307 777-6109
    E-mail: hwales@state.wy.us
                                             ...Chief Financial Officer
Cynthia Lummis...............................................Treasurer

**Funds Sponsored:**
Public Employees Pension Plan
    *(Defined Benefit)*.......................$   3,629.0 Mil
Paid Firemen's Pension Plan A
    *(Defined Benefit)*..................................155.5
Wyoming Law Enforcement Plan
    *(Defined Benefit)*....................................72.2
Warden & Patrol, DCI Fund
    *(Defined Benefit)*....................................64.5
Volunteer Firemen's Fund *(Defined
    Benefit)*................................................37.5
Paid Firemen's Pension Plan B
    *(Defined Benefit)*....................................31.2

# Wyoming Retirement System *(continued)*

**Funds Sponsored:** *(continued)*
Wyoming Judicial Plan *(Defined
    Benefit)*..................................................2.7
WRS 457 Plan *(Defined
    Contribution, ESOP)*..........................175.2

**Investment Style:**
Risk-taking posture ................. *Very low risk tolerance*
Performance benchmark(s) utilized ..... *Market index*
Portfolio reallocation ............................................ *Other*
Hire/fire decisions made by ............ *Board/committee*
Frequency of hire/fire decisions ............ *As necessary*

**Investment Guidelines - Restrictions:**
*The fund has established/maintains written investment policy objectives/guidelines.*

**Summary of International Mandates:**
World ex-US/EAFE.................$    451  Mil

**Categories of Current Investment Interest:**
○ *Equity-Growth Stocks*
○ *Equity-Small Cap*
○ *Equity-Value: Low P/E*
○ *Equity-Passive/Indexed*
○ *Fixed Income-Core*
○ *Fixed Income-High Yield*
○ *Fixed Income-Mortgage-Backed*
○ *International-EAFE Equity*
○ *International-Int'l Equities*
○ *Real Estate Equity*

**Representative List of Consulting Firms Used:**
Buck Consultants (New York, NY)...........................
                                       ...*Investment Manager Search*
The JP Morgan Consulting Group (Brooklyn, NY).
                                       ...*Full Retainer Consulting*

**Trustee(s) & Custodian(s):**
JP Morgan Chase & Co (New York, NY).................
                                                                   ...*Custodian*

**Assets Managed Internally:**
SBA Loans & GNMA II Bonds..............$      5.1 Mil

**Representative List of Investment Managers Used:**
AllianceBernstein Inst'l Inv. Mgmt
    (Hired: 1970) *Equities - Large-cap
    Growth*..................................................$   517.2 Mil
AllianceBernstein Inst'l Inv. Mgmt
    (Hired: 1970) *Fixed Income - US*...........    953.2

# York College of Pennsylvania

Country Club Road
York, PA 17405-7199

Phone: (717) 846-7788
Fax:   (717) 849-1607
URL: www.ycp.edu

Total Assets: $45.0 Mil.
Sponsor Type: Endowment

Key Endowment Executives:
  George W. Waldner .................................... President
  John P. Ort .............................. Chief Financial Officer
  Dee Meckley ......................................... Controller

Funds Sponsored:
  Endowment *(Endowment)* ................... $   45.0 Mil

Categories of Current Investment Interest:
  o *Equity-Growth Stocks*
  o *Equity-Small Cap*
  o *Balanced Accounts*
  o *International-EAFE Equity*
  o *International-Equity*

Representative List of Consulting Firms Used:
  CRA RogersCasey (Darien, CT) ........................
                          ...*Full Retainer Consulting*

Representative List of Investment Managers Used:
  Deutsche Asset Management (Hired:
   1995) *Growth & Income*
  Putnam Investments (Hired: 1995)
   *Equities - Large-cap Growth*
  J & W Seligman & Co., Inc. (Hired:
   1995) *Equities - Small-cap Growth* ......... $   5.7 Mil
  Templeton Management, Ltd. (Hired:
   1995) *International*

Asset Allocation:



■ Equities: $ 31.5 mil .............................. 70.00%
       $27.0 mil Domestic equities ................. 60.0%
       $4.5 mil International equities ............. 10.0%

## York College of Pennsylvania *(continued)*

**Asset Allocation:** *(continued)*
■ Fixed Income: $ 13.5 mil .............................. 30.00%
       $13.5 mil Bonds (U.S.) ........................... 30.0%