UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| John J. Vaughn, Gerald A. Kalbfleisch, and Michael and Myrtle Hathaway, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Number 04-CV-10988 (GAO) |
| Putnam Investment Management, LLC and Putnam Retail Management, LLP, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel of record for Third Party Witnesses the Putnam Funds and the Independent Trustees of the Putnam Funds in the above-captioned litigation.

Respectfully Submitted,

Dated: December 19, 2006           /s/ Kim B. Nemirow
Boston, Massachusetts              Kim B. Nemirow (BBO# 663258)
                                   ROPES & GRAY LLP
                                   One International Place
                                   Boston, MA 02110
                                   (617) 951-7000

                                   Counsel to the Putnam Funds and to the
                                   Independent Trustees of the Putnam Funds

10302533_1