UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| John J. Vaughn, Gerald A. Kalbfleisch, and Michael and Myrtle Hathaway, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Number 04-CV-10988 (GAO) |
| Putnam Investment Management, LLC and Putnam Retail Management, LLP, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel of record for Third Party Witnesses the Putnam Funds and the Independent Trustees of the Putnam Funds in the above-captioned litigation.

Respectfully Submitted,

Dated: December 19, 2006  /s/ Peter L. Welsh
Boston, Massachusetts    Peter L. Welsh (BBO# 643261)
                         ROPES & GRAY LLP
                         One International Place
                         Boston, MA  02110
                         (617) 951-7000

                         Counsel to the Putnam Funds and to the
                         Independent Trustees of the Putnam Funds

10301121_1