UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LIMITED PARTNERSHIP,<br><br>Defendants. | Civil Action No. 04-10988-GAO |

**PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PUTNAM TRUSTEES TO RESPOND TO SUBPOENAS**

Plaintiffs respectfully move the Court, pursuant to Local Rule 7.1(B)(3), for leave to file a reply memorandum in further support of their motion for an order compelling the Putnam Trustees to respond to subpoenas. As grounds for this motion, Plaintiffs state as follows:

1. On January 4, 2006 and October 6, 2006, Plaintiffs served subpoenas on the Putnam Trustees.

2. Plaintiffs filed their Motion to Compel the Putnam Trustees to Respond to Subpoenas on December 1, 2006.

3. On December 15, 2006, the Putnam Trustees filed their Opposition thereto.

4. Plaintiffs' proposed Reply Memorandum is needed to address concisely the arguments and authorities the Putnam Trustees raise in their Opposition.

5. Neither the Defendants nor the Putnam Trustees oppose the relief sought by this motion.

BN1 35036421.1

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

The undersigned hereby certifies that Plaintiffs' counsel has conferred with counsel for Defendants and counsel for the Putnam Trustees, who do not oppose the relief sought by this motion.

Dated: December 21, 2006

        Respectfully submitted,

/s/ Meghan E. Walt
David E. Marder (BBO #552485)
Marc N. Henschke (BBO #636146)
Lisa A. Furnald (BBO #631059)
Jonathan D. Mutch (BBO #634543)
Meghan E. Walt (BBO #658971)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: MEWalt@rkmc.com
(617) 267-2300

## CERTIFICATE OF SERVICE

I, Meghan E. Walt, hereby certify that this document filed through the ECF system on December 21, 2006, will be served electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to counsel for the Putnam Trustees and those non-registered participants.

/s/ Meghan E. Walt
Meghan E. Walt
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: MEWalt@rkmc.com
(617) 267-2300