UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>            Plaintiffs,<br><br>   v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP,<br><br>            Defendants. | Civil Action No. 04-10988-GAO |

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' ASSENTED TO MOTION TO IMPOUND IN CONNECTION WITH PLAINTIFFS' FORTHCOMING MOTION TO ENLARGE DEPOSITION LIMIT

Plaintiffs hereby withdraw their Assented to Motion to Impound in Connection with Plaintiff's Forthcoming Motion to Enlarge Deposition Limit (Docket No. 104). Counsel for the Plaintiffs and counsel for the Defendants conferred on January 12, 2007 and agree that Plaintiff's Motion to Enlarge Deposition Limit does not need to be filed under seal in accordance with the Protective Order in this case.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

/s/ Lisa A. Furnald
David E. Marder (BBO# 552485)
Lisa A. Furnald (BBO# 631059)
Meghan E. Walt (BBO# 658971)
800 Boylston St., 25th Floor
Boston, MA 02199
(617) 267-2300
Attorneys for Plaintiffs
John J. Vaughn, Gerald A. Kalbfleisch, and

DATED: January 12, 2007                                     Michael and Myrtle Hathaway

## CERTIFICATE OF SERVICE

I, Lisa A. Furnald, hereby certify that on January 12, 2007, a true copy of Plaintiffs' Notice of Withdrawal of Plaintiffs' Assented to Motion to Impound in Connection with Plaintiffs' Forthcoming Motion to Enlarge Deposition Limit was served electronically through the ECF System and by first class mail, postage prepaid, to those counsel of record indicated as non-registered ECF participants.

     /s/ Lisa A. Furnald
Lisa A. Furnald
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: LAFurnaldr@rkmc.com
(617) 267-2300