UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>  Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP,<br><br>  Defendants. | Civil Action No.  04-10988 (GAO) |

## PLAINTIFFS' MOTION TO ENLARGE DEPOSITION LIMIT

Plaintiffs respectfully move the Court for an order enlarging Plaintiffs' deposition limit, which is currently 20, to allow Plaintiffs to take up to an additional 7 depositions.  The grounds for this Motion are set forth in the accompanying Memorandum.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Plaintiffs respectfully request a hearing on the within motion.

Respectfully submitted,

Dated: January 12, 2007

/s/ Lisa A. Furnald
David E. Marder (BBO #552485)
Lisa A. Furnald (BBO #631059)
Jonathan D. Mutch (BBO #634543)
Meghan E. Walt (BBO #658971)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: LAFurnald@rkmc.com
(617) 267-2300

Thomas R. Grady (admitted *pro hac vice*)
Ackerman, Link, & Sartory, P.A.

222 Lakeview Avenue, Suite 1250, Esperante
West Palm Beach, FL 33401

## CERTIFICATION UNDER LOCAL RULES 7.1(a)(2)

I hereby certify that Plaintiffs' counsel has conferred with counsel for Defendants and have attempted in good faith to resolve or narrow the issues raised by the within motion.

| | |
|---|---|
| Dated: January 12, 2007 | /s/ Lisa A. Furnald |
| | Lisa A. Furnald |
| | Robins, Kaplan, Miller & Ciresi LLP |
| | 800 Boylston Street, 25th Floor |
| | Boston, MA 02199 |
| | E-mail: LAFurnaldr@rkmc.com |
| | (617) 267-2300 |

## CERTIFICATE OF SERVICE

I hereby certify that on the January 12, 2007, a true copy of this document was served electronically through the ECF System and by first class mail, postage prepaid, to those counsel of record indicated as non-registered ECF participants.

/s/ Lisa A. Furnald
Lisa A. Furnald
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: LAFurnaldr@rkmc.com
(617) 267-2300