UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, <br> GERALD A. KALBFLEISCH, and <br> MICHAEL AND MYRTLE HATHAWAY, <br><br> Plaintiffs, <br><br> v. <br><br> PUTNAM INVESTMENT <br> MANAGEMENT, LLC and <br><br> PUTNAM RETAIL <br> MANAGEMENT, LLP, <br><br> Defendants. | No: 1:04-CV-10988 |

**CERTIFICATION OF RICHARD J. BRENER IN SUPPORT OF
MOTION TO APPEAR PRO HAC VICE**

I, Richard J. Brener, hereby state:

1.  I am admitted to practice and I am a member in good standing with the California Bar (admitted 12/7/88) and Florida Bar (admitted 10/2/92) and I am admitted to practice before California's and Florida's highest courts. I am also admitted in the United States District Courts for the Southern (admitted 2/17/93) and Middle (admitted 2/23/06) Districts of Florida; the United States District Courts for the Central (admitted 1/27/89), Eastern (admitted 1989), Northern (admitted 1989) and Southern (admitted 1989) Districts of California; and the United States Courts of Appeal, Ninth (admitted 1989) and Eleventh (admitted 1/29/93 and re-admitted 4/25/02) Circuits. There are no disciplinary proceedings pending against me in any jurisdiction.

2.  I have been an associate with the law firm of Ackerman, Link & Sartory, P.A., 222 Lakeview Avenue, Suite 1250, West Palm Beach, Florida, 33401, since January 13, 2005. Before that, I worked for the law firms of White & Case (Miami), Kirkpatrick & Lockhart (Miami) and Gibson, Dunn & Crutcher (Los Angeles). I received my Bachelor's in Business Administration in 1983 from the University of Miami, *magna cum laude,* and I received my Juris Doctorate from Boalt Hall School of Law, University of California, Berkeley, in 1988.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to abide by those rules.

WHEREFORE, I respectfully request that this Court grant the Motion for my admission *pro hac vice* enabling me to sign pleadings, attend court hearings and depositions, and serve as trial counsel in this action.

Richard J. Brener

STATE OF FLORIDA        )
                        ) ss.
PALM BEACH COUNTY       )

On this 9th day of January, 2007, before me, the undersigned notary public, personally appeared Richard J. Brener, proved to me through satisfactory evidence of identification, which were _____, to be the person whose name is signed on the preceding document and acknowledged to me that he signed it voluntarily for its stated purpose.



Notary Public
My Commission Expires:

TINA L. CAMPBELL
MY COMMISSION # DD 336762
EXPIRES: August 6, 2008
Bonded Thru Budget Notary Services

A84207.WPD