UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>    Plaintiffs,<br><br>  v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LIMITED PARTNERSHIP,<br><br>    Defendants. | Civil Action No. 04-10988-GAO |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), I hereby move for the admission *pro hac vice* of Scott J. Link of West Palm Beach, Florida, to represent Plaintiffs as co-counsel in this matter.

I am an attorney admitted to practice before this Court, and have entered a notice of appearance in this case on behalf of Plaintiffs.

Mr. Link is a member of the bar of the United States District Courts of Florida as well as a member of the highest state court of Florida. Mr. Link has prepared the Certification required by Local Rule 83.5.3(b), which has been filed together with this Motion.

Plaintiffs desire that Mr. Link, together with the undersigned firm, represent them in this matter. Accordingly, the Court should exercise its discretion and allow the admission *pro hac vice* of Scott J. Link. A Proposed Order is included.

        Respectfully submitted,
        ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

        /s/ Meghan E. Walt
        David E. Marder (BBO# 552485)
        Meghan E. Walt (BBO# 658971)
        800 Boylston St., 25th Floor
        Boston, MA 02199
        (617) 267-2300
        Attorneys for Plaintiffs
        John J. Vaughn, Gerald A. Kalbfleisch, and
        Michael and Myrtle Hathaway

DATED: January 12, 2007

## **STATEMENT REGARDING LOCAL RULE 7.1(A)(2)**

    Counsel for Defendants and Plaintiffs Met and Conferred on January 12, 2007, and Defendants assent to this Motion.

        /s/ Meghan E. Walt

DATED: January 12, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>          Plaintiffs,<br><br>  v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LIMITED PARTNERSHIP,<br><br>          Defendants. | Civil Action No. 04-10988-GAO |

## **ORDER**

Pursuant to Local Rule 83.5.3(b), and in reliance upon the Motion of Meghan E. Walt dated January 12, 2007 and Certification of Scott J. Link dated January 9, 2007, Mr. Link is hereby admitted *pro hac vice* to practice before the Court in connection with this matter.

Dated: January ____, 2007

                                                                                                                  _____
                                                                                                                  Judge George A. O'Toole
                                                                                                                    United States District Court