UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN,  )<br>GERALD A. KALBFLEISCH, and  )<br>MICHAEL AND MYRTLE HATHAWAY, )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>PUTNAM INVESTMENT  )<br>MANAGEMENT, LLC and  )<br>)<br>PUTNAM RETAIL  )<br>MANAGEMENT, LLP,  )<br>)<br>Defendants.  )<br>) | No: 1:04-CV-10988 |

**CERTIFICATION OF SCOTT J. LINK IN SUPPORT OF
MOTION TO APPEAR PRO HAC VICE**

I, Scott J. Link, hereby state:

1. I am admitted to practice and I am a member in good standing with the Florida Bar (admitted 10/17/86) and I am admitted to practice before Florida's highest court. I am also admitted in the United States District Courts for the Southern (admitted 9/87), Middle (admitted 10/15/87) and Northern (admitted 4/96) Districts of Florida, and the United States Court of Appeals, Eleventh Circuit (admitted 7/87). There are no disciplinary proceedings pending against me in any jurisdiction.

2. I am a shareholder of the law firm of Ackerman, Link & Sartory, P.A., 222 Lakeview Avenue, Suite 1250, West Palm Beach, Florida, 33401, which I formed with my partners in 1996. Before that, I was an equity partner with the law firm of Gunster, Yoakley & Stewart, P.A., where

I worked for ten years. I graduated with honors in 1983 from Eastern Illinois University and I received my juris doctorate *magna cum laude* from Northern Illinois University in 1986.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to abide by those rules.

WHEREFORE, I respectfully request that this Court grant the Motion for my admission *pro hac vice* enabling me to sign pleadings, attend court hearings and depositions, and serve as trial counsel in this action.

_____
Scott J. Link

STATE OF FLORIDA        )
                        ) ss.
PALM BEACH COUNTY       )

On this 9th day of January, 2007, before me, the undersigned notary public, personally appeared Scott J. Link, proved to me through satisfactory evidence of identification, which were _____, to be the person whose name is signed on the preceding document and acknowledged to me that he signed it voluntarily for its stated purpose.

TINA L. CAMPBELL
MY COMMISSION # DD 336762
EXPIRES: August 6, 2008
Bonded Thru Budget Notary Services

_____
Notary Public
My Commission Expires:

A83972.WPD