UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP<br><br>Defendants. | Civil Action No. 04-10988 (GAO) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Compel Production of Documents Concerning Putnam's Institutional Clients; and

2. Exhibits A-F to Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Compel Production of Documents Concerning Putnam's Institutional Clients.

The original documents are maintained in the case file in the Clerk's Office.

Dated: January 12, 2007                    Respectfully submitted,

/s/Lisa A. Furnald _____
David E. Marder (BBO #552485)
Marc N. Henschke (BBO #636146)
Lisa A. Furnald (BBO #631059)
Meghan E. Walt (BBO #658971)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: LAFurnald@rkmc.com
(617) 267-2300

BN1 35036904.1

                         Thomas R. Grady (admitted *pro hac vice*)
                         Ackerman, Link, & Sartory, P.A.
                         222 Lakeview Avenue,
                         Suite 1250, Esperante
                         West Palm Beach, FL  33401

## **CERTIFICATE OF SERVICE**

I, Lisa A. Furnald, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                         /s/ Lisa A. Furnald
                         Lisa A. Furnald
                         Robins, Kaplan, Miller & Ciresi LLP
                         800 Boylston Street, 25th Floor
                         Boston, MA 02199
                         E-mail: LAFurnaldr@rkmc.com
                         (617) 267-2300

Dated: January 12, 2007

BN1 35036904.1