UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LIMITED PARTNERSHIP,<br><br>Defendants. | Civil Action No.  04-10988 (GAO) |

## REQUEST FOR STATUS CONFERENCE

The Plaintiffs respectfully request that the Court schedule a status conference to address a schedule for the orderly disposition of pending motions in this action.  There are currently several motions to compel pending before the Court, and additional motions are expected.  A motion for leave to take additional depositions is also pending before the Court.  The discovery deadline is currently set for the end of February, 2007.  The plaintiffs respectfully request the conference to discuss a schedule for the disposition of these motions, as they may dramatically affect the parties' discovery efforts during the final weeks of discovery.

BN1 35037148.1

January 25, 2007

Respectfully submitted,
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

/s/ David E. Marder
David E. Marder (BBO# 552485)
Meghan E. Walt (BBO# 658971)
800 Boylston St., 25th Floor
Boston, MA 02199
(617) 267-2300

Thomas R. Grady (admitted pro hac vice)
ACKERMAN, LINK & SARTORY, P.A.
222 Lakeview Avenue, Suite 1250, Esperante
West Palm Beach, FL 33401

Attorneys for Plaintiffs
John J. Vaughn, Gerald A. Kalbfleisch, and
Michael and Myrtle Hathaway

## CERTIFICATE OF SERVICE

I, David E. Marder, hereby certify that on January 25, 2007, a true copy of Plaintiffs Request for Status Conference was served electronically through the ECF System.

 /s/ David E. Marder
David E. Marder
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail:demarderr@rkmc.com
(617) 267-2300