# EXHIBIT 2

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

DIRECT DIAL
617-573-4889
EMAIL ADDRESS
DCLANCY@SKADDEN.COM

ONE BEACON STREET
BOSTON, MASSACHUSETTS 02108-3194
———
TEL: (617) 573-4800
FAX: (617) 573-4822
www.skadden.com

FIRM/AFFILIATE OFFICES
———
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

September 28, 2006

BY E-MAIL AND FIRST CLASS MAIL

Lisa A. Furnald, Esq.
Robins Kaplan Miller & Ciresi LLP
800 Boylston Street,
25th Floor
Boston, MA 02199

      RE:    <u>Vaughn v. Putnam (No. 04-10988-GAO)</u>

Dear Lisa:

      I propose that the "black book" 30(b)(6) deposition take place on October 16, 2006, at 10:00 a.m. (I assume you will want it at your office, and that is fine with us.) As to topics, my assumption unless I promptly hear otherwise from you is that they will be:

      <u>Topic 1:</u>  The meaning of and assumptions underlying the Putnam-created documents in the black books and associated materials for 2002-2006, and for 1995-2006 as to information therein addressing (i) economies of scale and (ii) black book Tab 18 and its prior-year equivalents.[1]

      <u>Topic 2:</u>  The process by which the black books and associated materials were prepared in 2002-2006.

      <u>Topic 3:</u>  The sources of the information contained in the black books and associated materials for 2002-2006, and for 1995-2006 as to (i) information therein addressing economies of scale and (ii) black book Tab 18/its prior year equivalents.

      <u>Topic 4:</u>  The identity of the person who prepared the black books and associated materials for 2002-2006, and the persons most knowledgeable as to the various parts of those materials.

---

[1]  For the 1999 black book, Tab 17; for the 1995-1998 black books, Tab 2.

Lisa A. Furnald, Esq.
September 28, 2006
Page 2

<u>Topic 5:</u>  The process of determining the content of the black books and associated materials in 2002-2006, and in 1995-2006 as to (i) information therein addressing economies of scale and (ii) black book Tab 18/its prior-year equivalents.

Very truly yours,

David S. Clancy

cc:  J. Carroll
     S. Lashway