**EXHIBIT 1**

```
 1           MR. GRADY:  I guess you got right
 2    through huh.
 3           THE WITNESS:  Got right through the
 4    first time.
 5        Q.   (BY MR. SIMSHAUSER)  Have you ever
 6    telephoned Mr. Grady?
 7        A.   No, I don't, I can't say that I
 8    have.  Not that I can remember.
 9        Q.   Have you ever spoken with Jennifer
10    Adler about anything other than logistical
11    arrangements for today's deposition.  Don't tell
12    me what it was just asking if you ever spoke with
13    her about anything other than logistical
14    arrangements?
15        A.   Nothing.
16        Q.   Have you ever spoken with any other
17    attorneys at the Robins Kaplan firm?
18        A.   No one that I can remember.
19             Exhibit 14 was marked for
20    identification by the reporter.)
21        Q.   (BY MR. SIMSHAUSER)  Showing you
22    exhibit 14, that's a document and it's filed in
23    this litigation entitled certification pursuant
24    to local rule 26.2(B) do you see that, sir do you
25    see exhibit 14?
```

```
 1          A.    Oh, okay.
 2          Q.    Is that your signature on the
 3   bottom of the page there?
 4          A.    It is.
 5          Q.    When did you sign exhibit 14?
 6          A.    I don't know when I signed it.
 7          Q.    What's your best recollection of
 8   when you signed it?
 9          A.    I don't know it would be strictly a
10   guess if I told you.
11          Q.    What's your best recollection of
12   the year in which you signed exhibit 14?
13          A.    I would say 205.
14          Q.    2005?
15          A.    Correct.
16          Q.    Now, in the first sentence of
17   exhibit 14, you say that you have discussed the
18   scope of discovery in this action.  What, what is
19   discovery, do you know?
20          A.    Those are items which have been
21   researched and brought forth pertaining to Putnam
22   company, Putnam funds.
23          Q.    And in the next sentence where you
24   say you consent to any effort to seek discovery
25   events, what, what are discovery events as you
```

```
 1    use the term there?
 2         A.    I don't know.
 3         Q.    I, I take it that the language in
 4    exhibit 14 is something that the lawyers wrote
 5    and gave you to sign; is that correct sir?
 6         A.    I would say yes.
 7         Q.    Did you understand what you were
 8    signing at the time that you signed it, when ever
 9    that was?
10         A.    I understand the first sentence
11    probably.
12         Q.    How about the second sentence do
13    you understand that?
14         A.    No.
15         Q.    Do you know how many depositions
16    have been taken in this case?
17         A.    Pardon me.
18         Q.    Do you know how many depositions
19    your attorneys have taken in this case?
20         A.    No, I don't.
21         Q.    Do you know how many they want to
22    take?
23         A.    I have no idea.
24         Q.    Do you know of any individuals or
25    companies that they have served subpoenas on?
```

1    A.    I don't know that.

2    Q.    Do you know what an institutional

3    client is as that term relates to Putnam?

4    A.    I have no idea.

5    Q.    Do you know what businesses Putnam

6    is in this addition to providing management

7    services for Putnam mutual funds?

8    A.    Not really I don't know, no.

9    Q.    You ever heard of a company called

10    the Putnam advisory company?

11    A.    Not really.

12    Q.    Do you know whether your attorneys

13    have retained any expert witnesses?

14    A.    I don't know.

15    Q.    Have you received any invoices for

16    fees in connection with this case?

17    A.    No.

18    Q.    Do you know who's paying your

19    attorneys for the work they're doing?

20    A.    No not really.

21    Q.    Do you have any understanding as to

22    whether you're ever going to have to pay your

23    attorneys for any of the work they've done in

24    connection with this case?

25    A.    No.

```
 1         Q.    Do you think you're ever going to
 2   have to pay your attorneys anything?
 3         A.    I hope not.
 4         Q.    Do you know whether your attorneys
 5   are going to go to court in Boston next week and
 6   argue to the judge based on this certification
 7   that's marked as exhibit 14 that they need more
 8   discovery and that you know about that?  Let me
 9   let me withdraw that question.
10               Do you know whether or not your
11   lawyers have filed a motion with the judge in
12   Boston seeking permission to conduct additional
13   discovery in this case?
14         A.    I don't know that at all, no.
15         Q.    Do you know who the judge is in
16   this case?
17         A.    I don't know who the judge is.
18         Q.    Do you know whether the case is in
19   state or Federal court?
20         A.    No, I don't know that really.
21         Q.    Have ask you spoken with David
22   Marder do you know him?
23         A.    David Marder?
24         Q.    Yes, sir.
25         A.    Is his name on here?
```

```
 1          Q.    No, sir.
 2          A.    I don't know that name.
 3          Q.    How about Scott link do you know
 4    that name?
 5          A.    Marder link.
 6          Q.    Scott link do you know the name
 7    Scott link?
 8          A.    It doesn't ring a bell.  I don't.
 9          Q.    By how much do you contend that
10    Putnam's management fees were or are excessive?
11          A.    Putnam in general?
12          Q.    The management fees for the voyager
13    and growth opportunities funds.  How much
14    excessive were they?
15          A.    In dollars?
16          Q.    Whatever measure you want to use
17    sir, dollars, percentages.  Were they ten dollars
18    too high were they 10  percent too high?
19          A.    I understand from what I know that
20    they're as high as they can be.
21          Q.    And how high is that?
22          A.    Close to 6 percent.
23          Q.    6 percent what?  6 percent a year?
24          A.    I don't know that much about the
25    fees, how often they're assessed or, I, I would
```