**EXHIBIT 4**

```
15:02:50          Q.     Other than that?
15:02:53          A.     He'd probably be all right.
15:03:02          Q.     Okay.  Now, showing you Exhibit 8,
       4    this is a document entitled certification
       5    pursuant to local rule 26.2 B and is that your
       6    signature at the bottom of the page there, ma'am?
15:03:16          A.     Yes, sir.
15:03:19          Q.     When did you sign this?
15:03:22          A.     I'm not sure when it was.
15:03:25          Q.     To your best recollection, when did
      11    you sign this?
15:03:33          A.     I don't know.
15:03:35          Q.     Was it in the last week or two or
      14    could it have been a year or two ago?
15:03:41          A.     It's been longer than that.
15:03:46          Q.     Okay.  Do you know whether it was
      17    sometime this year, 2007?
15:04:00          A.     It wasn't this year.
15:04:04          Q.     Was it in -- was it in 2006?
15:04:07          A.     I don't remember when it was done.
15:04:10          Q.     Could it have been 2005 or 2004?
15:04:11          A.     Possibly.
15:04:18          Q.     And you, you say there that you
      24    have discussed the scope of discovery in this
      25    action with your counsel.  Do you see that?
```

```
            1      First sentence?
15:04:26           A.    Uh-huh.
15:04:28           Q.    You have to use words.
15:04:29           A.    Yes.
15:04:30           Q.    Thank you.
15:04:36                 And do you know what discovery is?
15:04:48           A.    I don't know how to put that into
            8      words, but I'm sure I do know what that means.
15:04:55           Q.    What to you is discovery in the
           10      context of a lawsuit like this?
15:05:11           A.    That they have found things that
           12      were wrong.
15:05:22           Q.    Does it mean anything else?
15:05:28           A.    I don't know.
15:05:32           Q.    And then in the, in the next
           16      sentence, you say that you consent to any effort
           17      to seek discovery events that exceed the
           18      presumptive limits set forth in the Federal and
           19      local rules of the United States district court
           20      for the district of Massachusetts.  Do you see
           21      that?
15:05:54           A.    Yes.
15:05:59           Q.    And what, what does that mean, what
           24      are discovery events?
15:06:03           A.    I'm not sure.
```

```
15:06:08              Q.    Well, is it your custom and
      2      practice to sign things when you don't know what
      3      they mean?
15:06:14              A.    Well I know why I signed those.
15:06:18              Q.    Why did you sign them?
15:06:28              A.    Because we were not earning as much
      7      as some of the others were on their stock.
15:06:45              Q.    Any other reason?
15:06:45              A.    It was wrong.
15:06:48              Q.    So you signed this document,
     11      Exhibit 8, for the same reason that you brought
     12      the lawsuit; is that right?
15:06:58              A.    For the same reason that we brought
     14      the lawsuit?
15:07:00              Q.    Isn't the reason that you brought
     16      the lawsuit that you say people were getting a
     17      better deal from Putnam than you were?
15:07:07              A.    That's right.
15:07:09              Q.    And isn't that why you just told me
     20      you signed this document, Exhibit 8?
15:07:11              A.    Yes.
15:07:18              Q.    Can you identify any depositions
     23      that your attorneys have taken in this case?
15:07:23              A.    No.
15:07:24              Q.    Do you know how many depositions
```

```
             1      they've taken?
15:07:27            A.     No.
15:07:28            Q.     Do you know how many they want to
             4      take?
15:07:29            A.     No.
15:07:30            Q.     Do you know why they're asking
             7      permission to take additional depositions if they
             8      are, in fact, asking that?
15:07:36            A.     No.
15:07:36            Q.     Do you know whether they are asking
            11      for permission to take additional depositions?
15:07:40            A.     No.
15:07:42            Q.     Do you know when fact discovery
            14      closes in this case?
15:07:43            A.     No.
15:07:45            Q.     Do you know when expert discovery
            17      begins in this case?
15:07:46            A.     No.
15:07:48            Q.     Do you know when expert discovery
            20      closes in this case?
15:07:49            A.     No.
15:07:51            Q.     Do you know of any experts that
            23      your attorney haves retained for you in this
            24      case?
15:07:56            A.     No.
```

```
15:07:58            Q.    Do you know whether your attorneys
         2     have retained any experts in this case?
15:08:15            A.    What do.
15:08:16            Q.    Do you know if your?
15:08:17            A.    I don't know.  I don't know.
15:08:20            Q.    Okay.  If, if the case goes to
         7     trial, who who's going to testify for your side?
15:08:30            A.    I don't know.
15:08:30            Q.    Do you know of anybody who's going
        10     to testify for your side?
15:08:33            A.    I don't know.
15:08:34            Q.    Do you know if you're going to
        13     testify for your side?
15:08:36            A.    I don't know.
15:08:37            Q.    Do you know if your husband's going
        16     to testify for your side?
15:08:42            A.    Don't know.
15:08:46            Q.    Have you read the complaint that's
        19     been filed for you in Federal district court of
        20     Massachusetts?
15:08:57            A.    .
15:08:59            Q.    I'm not asking with reference to a
        23     particular document.  I'm asking if you've read
        24     the complaint that's been filed for you in
        25     Federal district court of Massachusetts?
```

63

| | | | |
|---|---|---|---|
| 15:09:09 | | A. | I don't remember. |
| 15:09:10 | | Q. | Do you know who filed the complaint |
| | 3 | for you in Federal district court in | |
| | 4 | Massachusetts? | |
| 15:09:19 | | A. | I don't remember. |
| 15:09:21 | | Q. | Do you know if a complaint had been |
| | 7 | filed for you in the Federal district court of | |
| | 8 | Massachusetts? | |
| 15:09:24 | | A. | I don't know. |
| 15:09:25 | | | Has been. |
| 15:09:26 | | | . |
| 15:09:28 | | Q. | Do you know what judge is presiding |
| | 13 | over the case that brings us here for you to give | |
| | 14 | testimony today? | |
| 15:09:33 | | A. | No. |
| 15:09:39 | | Q. | Have you ever heard of the Vanguard |
| | 17 | funds? | |
| 15:09:40 | | A. | Yes. |
| 15:09:42 | | Q. | Do you know who a no load mutual |
| | 20 | fund is? | |
| 15:09:44 | | A. | A what? |
| 15:09:45 | | Q. | A no load mutual fund? |
| 15:09:46 | | A. | No. |
| 15:09:48 | | Q. | Do you know what a load style |
| | 25 | mutual fund is? | |

64