# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN J. VAUGHN, GERALD A.
KALBFLEISCH, MICHAEL HATHAWAY  :
and MYRTLE HATHAWAY
                                    :

    Plaintiffs,

                                    :     Civil Action
   v.                                    No. 04-10988-GAO
                                    :
PUTNAM INVESTMENT MANAGEMENT,
LLC and PUTNAM RETAIL              :
MANAGEMENT LIMITED PARTNERSHIP
                                    :

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [PROPOSED] ORDER ON MOTION FOR A PROTECTIVE ORDER

Upon consideration of the Motion For A Protective Order As To The Deposition Of Putnam President And CEO Charles Haldeman, and all other papers and proceedings herein, IT IS HEREBY ORDERED THAT:

1. In a written submission to the Court, to be submitted by _____, 2007, Plaintiffs shall specifically identify the information they seek to obtain through a deposition of Mr. Haldeman, and, for each matter identified, they shall state why, in their view, there is no alternate method of obtaining that information. This Court will thereafter evaluate Plaintiffs' written submission in light of the movants' request that any deposition of Mr. Haldeman be limited to subject areas that Plaintiffs' counsel has demonstrated to be warranted, and to a time period that is appropriate in light of that showing.

SO ORDERED:

Dated: March __, 2007

_____
George A. O'Toole, Jr.
United States District Court Judge