# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, and MICHAEL AND MYRTLE HATHAWAY,<br><br>Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP,<br><br>Defendants. | Civil Action No. 1:04-CV-10988 (GAO) |

## NOTICE OF TAKING DEPOSITION OF CHARLES HALDEMAN

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 26 and 30, Vaughn, Kalbleisch, and Hathaway ("Plaintiffs") by and through their attorneys, Robins, Kaplan, Miller & Ciresi L.L.P. and Ackerman, Link, Sartory, will take the deposition upon oral examination of the defendants, by and through Charles Haldeman. The deposition will be held at the office of Robins, Kaplan, Miller & Ciresi, 800 Boylston Street, 25th Floor, Boston, MA on February 28, 2007, and will commence at 9:00 a.m. before a Notary Public or any other person authorized to administer oaths. The deposition shall continue from day to day, Saturdays, Sundays, and legal holidays excepted, until completed. The deposition will be recorded by stenographic means and/or videotape.

BNI 35037646.1

Respectfully submitted,

VAUGHN, KALBLEISCH, and HATHAWAY

By their attorneys,

David E. Marder (BBO #552485)
Marc N. Henschke (BBO #636146)
Lisa A. Furnald (BBO #631059)
Jonathan D. Mutch (BBO #634543)
Meghan E. Walt (BBO #658971)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

Of Counsel:

Thomas R. Grady (admitted *pro hac vice*)
Scott J. Link (admitted *pro hac vice*)
Ackerman, Link, & Saratory, P.A.
720 Fifth Avenue, Suite 200
Naples, FL 34102

Dated: February 15, 2007

## CERTIFICATE OF SERVICE

I, Scott Link, certify that I served a copy of the foregoing Notice of Deposition, via first-class mail and e-mail, on February 15, 2007 upon Defendants' counsel, David S. Clancy of Skadden, Arps, Slate, Meagher & Flom LLP, One Beacon St., Boston, MA 02108.

Scott Link

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| JOHN J. VAUGHN,<br>GERALD A. KALBFLEISCH, and<br>MICHAEL AND MYRTLE HATHAWAY,<br><br>            Plaintiffs,<br>v.<br><br>PUTNAM INVESTMENT<br>MANAGEMENT, LLC and<br>PUTNAM RETAIL MANAGEMENT<br>LIMITED PARTNERSHIP,<br><br>            Defendants. | Civil Action No. 1:04-CV-10988 (GAO) |

### REVISED NOTICE OF TAKING DEPOSITION OF CHARLES HALDEMAN

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 26 and 30, Vaughn, Kalbleisch, and Hathaway ("Plaintiffs") by and through their attorneys, Robins, Kaplan, Miller & Ciresi L.L.P. and Ackerman, Link, Sartory, will take the deposition upon oral examination of the defendants, by and through Charles Haldeman. The deposition will be held at the office of Robins, Kaplan, Miller & Ciresi, 800 Boylston Street, 25th Floor, Boston, MA on April 10, 2007, and will commence at 9:00 a.m. before a Notary Public or any other person authorized to administer oaths. The deposition shall continue from day to day, Saturdays, Sundays, and legal holidays excepted, until completed. The deposition will be recorded by stenographic means and/or videotape.

BN1 35038231.1

Respectfully submitted,

VAUGHN, KALBLEISCH, and HATHAWAY

By their attorneys,

_____
David E. Marder (BBO #552485)
Marc N. Henschke (BBO #636146)
Lisa A. Furnald (BBO #631059)
Jonathan D. Mutch (BBO #634543)
Meghan E. Walt (BBO #658971)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel. (617) 267-2300

Of Counsel:

Thomas R. Grady (admitted *pro hac vice*)
Scott J. Link (admitted *pro hac vice*)
Ackerman, Link, & Saratory, P.A.
222 Lakeview Avenue
Suite 1250 - Esperante
West Palm Beach, FL 33401
Tel. (561) 838-4100

Dated: March 15, 2007

## CERTIFICATE OF SERVICE

I, David Marder, certify that I served a copy of the foregoing Notice of Deposition, via first-class mail and e-mail, on March 15, 2007 upon Defendants' counsel, David S. Clancy of Skadden, Arps, Slate, Meagher & Flom LLP, One Beacon St., Boston, MA 02108.

_____
David E. Marder

- 2 -

BN1 35038231.1