# EXHIBIT J

Page 1

1           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHSETTS
2
3   JOHN J. VAUGHN, GERALD A.      )
    KALBFLEISCH, and MICHAEL and   )
4   MYRTLE HATHAWAY,               )
                                   )
5        Plaintiffs,               )
                                   )
6   vs.                            )   Civil Action
                                   )   No.  04-10988-GAO
7   PUTNAM INVESTMENT MANAGEMENT,  )
    LLC, and PUTNAM RETAIL         )
8   MANAGEMENT LIMITED PARTNERSHIP,)
                                   )
9        Defendants.               )
10       DEPOSITION OF MICHAEL HATHAWAY, produced,
11  sworn, and examined on FEBRUARY 12, 2007, between
12  the hours of eight o'clock in the forenoon and
13  six o'clock in the afternoon of that day, at the
14  offices of Bryan Cave, LLP, One Metropolitan
15  Square, 211 North Broadway, Suite 3600, St.
16  Louis, Missouri 63102 before Tammie A. Heet, a
17  Registered Professional Reporter, Certified
18  Shorthand Reporter and Notary Public within and
19  for the states of Illinois and Missouri, in a
20  certain cause now pending in the United States
21  District Court, District of Massachusetts, in re:
22  JOHN J. VAUGHN, et al. vs. PUTNAM INVESTMENT
23  MANAGEMENT, LLC, et al.; on behalf of the
24  Defendant Putnam.
25

## Page 98

1    MR. SIMSHAUSER: Okay. And,
2 Ms. Adler, your firm joins in that instruction;
3 is that correct?
4    MS. ADLER: I'm sorry?
5    MR. SIMSHAUSER: Your firm joins in
6 that instruction; is that correct?
7    MS. ADLER: Yes.
8    Q.  (BY MR. SIMSHAUSER) Now, back in
9 January 2000, when you bought the Putnam mutual
10 funds, did you try get any understanding of what
11 its track record was in terms of how it had
12 performed in the earlier years?
13    MR. GRADY: You hear with all the
14 jackhammer noise in the background?
15    THE WITNESS: Yes, I heard that.
16 I never -- I never, no.
17    Q.  (BY MR. SIMSHAUSER) Okay. You --
18 you were just relying on Mr. Rogers; is that
19 right?
20    A.  That's exactly right.
21    Q.  And is it fair to say that if after
22 you had bought the Putnam mutual funds, their
23 investment performance had been better, you would
24 not have brought this lawsuit?
25    MR. GRADY: Objection. Calls for

## Page 99

1 speculation.
2    Q.  (BY MR. SIMSHAUSER) Please answer.
3    MR. GRADY: You can answer.
4    THE WITNESS: Yes.
5    Q.  (BY MR. SIMSHAUSER) My statement
6 was correct?
7    A.  Yes. I would -- we probably
8 wouldn't have brought no lawsuit if --
9    Q.  When was the last time you were
10 outside of either of the states of Illinois or
11 Missouri?
12    A.  Last summer.
13    Q.  And where did you go?
14    A.  Pennsylvania.
15    Q.  And what -- what took you there?
16    A.  Myrtle's got a brother that lives
17 there.
18    Q.  Whereabouts?
19    A.  Allentown.
20    Q.  How long were you there?
21    A.  Four or five days.
22    Q.  How did you get there?
23    A.  Drove.
24    Q.  Have you ever flown outside of the
25 states of Illinois or Missouri?

## Page 100

1    A.  I've flown to Washington, the state
2 of Washington.
3    Q.  How recently was that?
4    A.  One time.
5    Q.  How recently was that?
6    A.  About six, seven years ago.
7    Q.  Now --
8    A.  Might have been longer. It might
9 have been a little longer.
10    Q.  -- your wife is with us and she
11 seems to think it was something other than what
12 you said, and I'm not sure which way. It doesn't
13 matter.
14    But between last summer, when you
15 went to Pennsylvania, and today, has your health
16 status changed in any way? Have you had any
17 health setbacks in the last six months or a year?
18    A.  ███████████████
19    Q.  Okay. Anything else?
20    A.  ███████████████████████████
21 ███
22    Q.  Okay.
23    A.  ███████████████████████████
24 ███
25    Q.  Now, could you go back for a second

## Page 101

1 to the -- the December 2005 statement, Exhibit 3.
2    A.  Which one is that?
3    MR. GRADY: No. 3.
4    MR. SIMSHAUSER: This one.
5    THE WITNESS: Oh, No. 3.
6    Q.  (BY MR. SIMSHAUSER) And if you --
7 if you look on there, it shows some ownership of
8 Canadian National Railway Company?
9    A.  Yes, sir.
10    Q.  How did you get involved with that?
11    A.  It was give to us.
12    Q.  It was a gift?
13    A.  Yes.
14    Q.  From?
15    A.  Myrtle's brother.
16    Q.  Now, aside from the Putnam mutual
17 funds, have you or your wife owned any other
18 mutual funds?
19    A.  No, I don't guess.
20    Q.  Okay. Do you know whether the
21 Nuveen investment is a mutual fund?
22    A.  No, I don't.
23    Q.  Do you know how the fees compare
24 between the Putnam funds and the Nuveen fund, if
25 at all?

26 (Pages 98 to 101)

Esquire Deposition Services
1-866-619-3925