# EXHIBIT K

Page 1

1          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
2

3   JOHN J. VAUGHN, GERALD A.        )
    KALBFLEISCH, and MICHAEL and     )
4   MYRTLE HATHAWAY,                 )
                                     )
5        Plaintiffs,                 )
                                     )
6   vs.                              )   Civil Action
                                     )   No.   04-10988-GAO
7   PUTNAM INVESTMENT MANAGEMENT,    )
    LLC, and PUTNAM RETAIL           )
8   MANAGEMENT LIMITED PARTNERSHIP,  )
                                     )
9        Defendants.                 )
10       DEPOSITION OF MYRTLE HATHAWAY, produced,
11  sworn, and examined on FEBRUARY 12, 2007, between
12  the hours of eight o'clock in the forenoon and
13  six o'clock in the afternoon of that day, at the
14  offices of Bryan Cave, LLP, One Metropolitan
15  Square, 211 North Broadway, Suite 3600, St.
16  Louis, Missouri 63102 before Tammie A. Heet, a
17  Registered Professional Reporter, Certified
18  Shorthand Reporter and Notary Public within and
19  for the states of Illinois and Missouri, in a
20  certain cause now pending in the United States
21  District Court, District of Massachusetts, in re:
22  JOHN J. VAUGHN, et al. vs. PUTNAM INVESTMENT
23  MANAGEMENT, LLC, et al.; on behalf of the
24  Defendant Putnam.
25

Page 50

1    Q.   (BY MR. SIMSHAUSER) Do you need a
2  break, ma'am?
3    A.   Yeah, I'll take a break.
4    MR. SIMSHAUSER: Okay. Why don't
5  we take a break.
6    (A short break was taken.)
7    Q.   (BY MR. SIMSHAUSER) Now, if the --
8  if the trial of this case was in Boston,
9  Massachusetts, is there any medical or other
10 reason why you couldn't go there for the trial?
11   A.   Probably.
12   Q.   And what is that?
13   A.   ███████████████████████████
14   Q.   ███████████████████████████
15   A.   █████
16   Q.   And did you have that problem this
17 past summer when you drove to Pennsylvania?
18   A.   Uh-huh. Yes, I did.
19   Q.   Okay. And how long did it take to
20 drive from here to Allentown, Pennsylvania? Was
21 that about two days of driving?
22   A.   Two -- two and a half, one --
23 around two and a half days.
24   Q.   Two and a half days of driving?
25   A.   Yes.

Page 51

1    Q.   And then you were there for a
2  while, four or five days?
3    A.   Yes.
4    Q.   And then you drove back?
5    A.   Yes.
6    Q.   Okay. Did you have to get
7  clearance from a doctor to go to Pennsylvania?
8    A.   No. ████████████████████
9  ████████████████████████████
10   Q.   And did that seem to work for you?
11   A.   It helped.
12   Q.   Oh, good.
13        Now, I want to go back to this
14 issue of Putnam supposedly charging you some
15 different fee than it charges to other people and
16 I want to understand what your understanding is
17 of who the other people are that get a different
18 or better deal than you get.
19   A.   I don't know if it's ones that has
20 a lot more invested, I don't know.
21   Q.   All right. And -- and are you
22 talking about individual people or couples
23 with -- with greater assets; is that what you're
24 talking about?
25   A.   I'm not sure. All I know is we

Page 52

1  have heard that Pennsylvania, they only pay 15,
2  we pay 40.
3    Q.   Have you -- have you heard that
4  about anybody else, Missouri or Rhode Island or
5  Utah or Idaho or any other states?
6    A.   Well, we've heard of others, but I
7  don't remember them.
8    Q.   And when you say Pennsylvania, do
9  you mean that if you lived in Pennsylvania, the
10 fee you pay would be lower or do you mean
11 something else or --
12   A.   That's what we understand.
13   Q.   You understand that if you -- if
14 you lived in Pennsylvania and you owned exactly
15 the same thing that you own with Putnam now, the
16 fee would be less; is that right?
17   A.   Right.
18   Q.   And -- and the fee would be 15
19 something instead of 40 something; is that right?
20   A.   I suppose. Somewhere around there.
21   Q.   Okay. And -- and that's something
22 that you heard somewhere?
23   A.   Yes.
24   Q.   And did you hear that specific
25 thing about Pennsylvania on TV or in the

Page 53

1  newspaper, or you don't know where you heard it?
2    A.   I don't know.
3    Q.   Okay. And do you know whether you
4  heard that about any other specific state that
5  you can identify as you sit here today?
6    A.   No.
7    Q.   Pennsylvania's the one that stands
8  out in your mind?
9    A.   Yes.
10   Q.   Have you discussed that
11 Pennsylvania issue with anybody besides your
12 attorneys?
13   A.   No.
14   Q.   Okay. All right. Now, what is it
15 that you want from this lawsuit?
16   A.   Well, it would be nice to get the
17 same as everybody else is getting.
18   Q.   Okay. Is there anything else?
19   A.   We probably should be reimbursed
20 for what they've taken out of us and haven't
21 taken out of some of the others.
22   Q.   Okay. Is there anything else?
23   A.   Not that I can think of right now.
24   Q.   Do you think you should get any
25 special treatment for having your name as one of

14 (Pages 50 to 53)