UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, and MICHAEL HATHAWAY and MYRTLE HATHAWAY,<br>　　　Plaintiffs,<br><br>　　v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT LIMITED PARTNERSHIP,<br>　　　Defendants. | Civil Action No: 04-CV-10988-GAO |

**PLAINTIFFS' ASSENTED-TO MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Plaintiffs file this motion for an order allowing Plaintiffs to file an Opposition to Defendants' Motion for Protective Order as to the Deposition of Putnam President and CEO Charles Haldeman ("Motion for Protective Order"; Docket No. 122) on April 20, 2007.

Defendants filed their Motion for Protective Order on March 27, 2007. Under Local Rule 7.1(B)(2), Plaintiffs' Opposition must be filed on or before April 10, 2007. Plaintiffs require this ten day extension of time to respond to the variety of issues and arguments raised by Defendants' Motion for Protective Order. Putnam assents to the relief requested by this Motion.

WHEREFORE Plaintiffs respectfully request the Court to enter an Order allowing Plaintiffs to file their Opposition to Defendants' Motion for Protective Order on April 20, 2007.

BN1 35038533.1

JOHN J. VAUGHN, GERALD A. KALBFLEISCH, and MICHAEL HATHAWAY and MYRTLE HATHAWAY,

/s/ Meghan E. Walt
David E. Marder (BBO #552485)
Lisa A. Furnald (BBO #631059)
Jonathan D. Mutch (BBO #634543)
Meghan E. Walt (BBO #658971)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA  02199
(617) 267-2300

Thomas R. Grady (admitted *pro hac vice*)
Grady & Associates
720 Fifth Avenue South
Suite 200
Naples, FL  34102

Dana Foster (admitted *pro hac vice*)
Ackerman, Link, & Sartory, P.A.
222 Lakeview Avenue, Suite 1250, Esperante
West Palm Beach, FL  33401

Dated: April 2, 2007

- 2 -

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

      I, Meghan E. Walt, hereby certify that I have conferred with opposing counsel in a good faith effort to resolve or narrow the issues presented by this motion. Defendants assent to the relief requested by this motion.

                              /s/ Meghan E. Walt

## CERTIFICATE OF SERVICE

      I, Meghan E. Walt, hereby certify that this document filed through the ECF system on April 2, 2007 will be served electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those non-registered participants.

                              /s/ Meghan E. Walt
Meghan E. Walt
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
E-mail: MEWalt@rkmc.com
(617) 267-2300

BN1 35038533.1