**EXHIBIT D**

Page 1

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHSETTS
 2

 3  JOHN J. VAUGHN, GERALD A.      )
    KALBFLEISCH, and MICHAEL and   )
 4  MYRTLE HATHAWAY,               )
                                   )
 5       Plaintiffs,               )
                                   )
 6  vs.                            )    Civil Action
                                   )    No.   04-10988-GAO
 7  PUTNAM INVESTMENT MANAGEMENT,  )
    LLC, and PUTNAM RETAIL         )
 8  MANAGEMENT LIMITED PARTNERSHIP,)
                                   )
 9       Defendants.               )
10       DEPOSITION OF MICHAEL HATHAWAY, produced,
11  sworn, and examined on FEBRUARY 12, 2007, between
12  the hours of eight o'clock in the forenoon and
13  six o'clock in the afternoon of that day, at the
14  offices of Bryan Cave, LLP, One Metropolitan
15  Square, 211 North Broadway, Suite 3600, St.
16  Louis, Missouri 63102 before Tammie A. Heet, a
17  Registered Professional Reporter, Certified
18  Shorthand Reporter and Notary Public within and
19  for the states of Illinois and Missouri, in a
20  certain cause now pending in the United States
21  District Court, District of Massachusetts, in re:
22  JOHN J. VAUGHN, et al. vs. PUTNAM INVESTMENT
23  MANAGEMENT, LLC, et al.; on behalf of the
24  Defendant Putnam.
25
```

Page 2

```
 1            APPEARANCES
 2
 3  For the Plaintiffs:
 4     Ms. Jennifer A. Adler, Esq.
        Robins, Kaplan, Miller & Ciresi, LLP
 5     2600 One Atlanta Plaza
        950 East Paces Ferry Road, N.E.
 6     Atlanta, Georgia 30326
        404/233-1114
 7     jaadler@rkmc.com
 8
        Mr. Thomas R. Grady, Esq.
 9     Ackerman, Link, Sartory
        222 Lakeview Avenue
10     Suite 1250 - Esperante
        West Palm Beach, Florida 33401
11     561/838-4100
        trgrady@gradylaw.com
12
13  For the Defendant Putnam:
14     Mr. Peter Simshauser, Esq.
        Skadden, Arps, Slate, Meagher & Flom, LLP
15     One Beacon Street
        Boston, Massachusetts 02108
16     617/573-4800
        psimshau@skadden.com
17
18  Also Present:
19     Ms. Jasmin Bramble
        Skadden, Arps, Slate, Meagher & Flom, LLP
20
        Mrs. Myrtle Hathaway, Plaintiff
21
22  Reported By:
23     Tammie A. Heet, RPR, CSR (IL), CCR (MO)
        MIDWEST LITIGATION SERVICES
24     711 North 11th Street
        St. Louis, Missouri 63101
25     314/644-2191
```

Page 3

```
 1              INDEX
 2          WITNESSES
 3  All Witnesses:                    Page
 4  MICHAEL HATHAWAY
      Examination by Mr. Simshauser     4
 5
            EXHIBITS
 6
    1   January 2000 account
 7      statement                      25
 8  2   Document, Bates Number HAT
        003 and 004                    43
 9
    3   Statement of account with
10      Mr. Rogers' firm as of
        December 31, 2005              57
11
    4   Signed document                72
12
    5   Prospectus for Putnam Fund
13      for Growth and Income          84
14  6   Complaint and action filed
        in Circuit Court of Madison
15      County, Illinois, Case No.
        04-L-321                       91
16
    7   Document                       95
17
18
19
20
21
22
23
24
25
```

Page 4

 1       IT IS HEREBY STIPULATED AND AGREED
 2  by and between counsel for the Plaintiffs and
 3  counsel for the Defendants that this deposition
 4  may be taken in shorthand by Tammie A. Heet, RPR,
 5  CSR and Notary Public, and afterwards transcribed
 6  into printing, and signature by the witness
 7  expressly reserved.
 8            * * * * *
 9           MICHAEL HATHAWAY,
10  of lawful age, produced, sworn, and examined on
11  behalf of Defendant Putnam, deposes and says:
12           EXAMINATION
13  QUESTIONS BY MR. SIMSHAUSER:
14    Q.  Mr. Hathaway, good morning. I'm
15  Peter Simshauser. I'm an attorney for Putnam and
16  I introduced myself to you out in the hallway.
17  We'll be taking your deposition.
18       Before -- I understand you have not
19  given a deposition before; is that correct, sir?
20    A.  No.
21    Q.  Do you understand that the
22  testimony you're giving here today has the same
23  force and effect as if you were testifying in
24  court?
25    A.  Yes.

Page 5

 1    Q.  Is there any reason you're not
 2  prepared to give your best testimony today?
 3    A.  No, there's no reason.
 4    Q.  Are you taking any medication or do
 5  you have any medical condition that would impact
 6  your memory in any way?
 7    A.  No.
 8    Q.  Okay.
 9    A.  I don't think. Old age.
10    Q.  How old are you, sir?
11    A.  76 -- 78 -- I'm 68.
12    Q.  Okay. You're 68?
13    A.  Yeah.
14    Q.  Okay. Now, how did you get
15  involved in this lawsuit?
16    A.  How did I get involved in it?
17    Q.  Yes, sir.
18    A.  We bought stock from Putnam.
19    Q.  Okay. And how did you get involved
20  in the lawsuit?
21    A.  Well, I'd seen that -- that it
22  wasn't -- how did I get involved in the lawsuit?
23    Q.  Yes, sir.
24    A.  Well, I called, we called a -- a
25  lawyer about one thing and -- and he give us that

Page 6

1 there were unfair practices going on in that --
2 in Putnam. And we checked into it a little more
3 and that's whenever we decided that.
4  Q.  Who -- who was the lawyer?
5  A.  I don't remember who he was.
6  Q.  Was he a lawyer in -- here in
7 St. Louis?
8  A.  No.
9  Q.  Where was he?
10  A.  In Boston, I think.
11  Q.  And how did you get that lawyer's
12 name?
13  A.  I don't remember that either, how I
14 got it.
15  Q.  Did somebody give it to you?
16  A.  Apparently they did because I don't
17 remember where it -- how we come up with that
18 name.
19  Q.  Now, you said you called the lawyer
20 about one thing. Was that thing related to
21 Putnam?
22  A.  It was -- it was something
23 different.
24  Q.  Something not related to Putnam?
25  A.  Yes.

Page 7

1  Q.  And then what happened?
2  A.  He --
3   MR. GRADY: Don't tell him about
4 the conversations that you actually had with that
5 lawyer because that's privileged. But you can
6 certainly tell him, if you remember, who it was
7 and some of the other questions he's asking,
8 that's fine.
9   THE WITNESS: I really don't
10 remember that lawyer's name.
11   MR. GRADY: Okay.
12  Q.  (BY MR. SIMSHAUSER) Now, you're
13 sitting next to Mr. Grady, correct?
14  A.  Uh-huh.
15  Q.  You have to use words, sir.
16  A.  Huh?
17  Q.  You have to answer my questions
18 with words.
19   MR. GRADY: She can't take down
20 shaking of the head or uh-huh.
21   THE WITNESS: Yes. I say yes.
22  Q.  (BY MR. SIMSHAUSER) You're sitting
23 next to Mr. Grady, correct?
24  A.  Yes.
25  Q.  Have you met with him before?

Page 8

1  A.  Yes.
2  Q.  When did you first meet Mr. Grady?
3  A.  Yesterday.
4  Q.  And there's another lawyer here in
5 the room, Ms. Adler. Do you see her?
6  A.  Yesterday. Met her yesterday.
7  Q.  Okay. She's with a law firm called
8 Robins, Kaplan. Have you heard of that law firm?
9  A.  No.
10  Q.  And Mr. -- Mr. Grady is with the
11 law firm called Link, Sartory. Have you heard of
12 that law firm?
13  A.  No. Link, no.
14  Q.  And the first time you ever met
15 Mr. Grady was yesterday?
16  A.  Yes.
17  Q.  When did you first sue Putnam?
18  A.  Oh, I think probably about four
19 years ago or five. I'm not sure.
20  Q.  And where -- where was that
21 lawsuit?
22  A.  Nothing became of it. This is it,
23 I guess.
24  Q.  Did you ever sue Putnam in Madison
25 County, Illinois?

Page 9

1  A.  No.
2  Q.  To your knowledge, the only time
3 you ever sued Putnam is in Boston; is that
4 correct?
5  A.  As far as I know.
6  Q.  Okay. And when -- when you spoke
7 to the lawyer whose name you don't remember
8 and -- and he -- he told you something, without
9 going into the substance about it, about Putnam,
10 correct?
11  A.  Uh-huh.
12  Q.  You have to use words, please.
13  A.  Yes. Yeah.
14  Q.  And at that time, is it true, sir,
15 that you had not thought about suing Putnam? Is
16 that true?
17  A.  I'd thought about it because we
18 was -- seen it in the paper where they was
19 charging us more than what they was the other
20 people for the work they'd done.
21  Q.  And when you say they were charging
22 you more, what do you mean?
23  A.  Percentage wise, I guess.
24  Q.  And percentage wise of what?
25  A.  Of your shares, return on your