**EXHIBIT D**

1                UNITED STATES DISTRICT COURT

                 DISTRICT OF MASSACHSETTS

2

3  JOHN J. VAUGHN, GERALD A.        )

   KALBFLEISCH, and MICHAEL and    )

4  MYRTLE HATHAWAY,                  )

                                     )

5       Plaintiffs,                 )

                                     )

6  vs.                              )      Civil Action

                                     )     No.   04-10988-GAO

7  PUTNAM INVESTMENT MANAGEMENT,   )

   LLC, and PUTNAM RETAIL           )

8  MANAGEMENT LIMITED PARTNERSHIP, )

                                     )

9       Defendants.                 )

10      DEPOSITION OF MICHAEL HATHAWAY, produced,

11  sworn, and examined on FEBRUARY 12, 2007, between

12  the hours of eight o'clock in the forenoon and

13  six o'clock in the afternoon of that day, at the

14  offices of Bryan Cave, LLP, One Metropolitan

15  Square, 211 North Broadway, Suite 3600, St.

16  Louis, Missouri 63102 before Tammie A. Heet, a

17  Registered Professional Reporter, Certified

18  Shorthand Reporter and Notary Public within and

19  for the states of Illinois and Missouri, in a

20  certain cause now pending in the United States

21  District Court, District of Massachusetts, in re:

22  JOHN J. VAUGHN, et al. vs. PUTNAM INVESTMENT

23  MANAGEMENT, LLC, et al.; on behalf of the

24  Defendant Putnam.

25

## Page 2

```
            APPEARANCES
2
3 For the Plaintiffs:
4   Ms. Jennifer A. Adler, Esq.
    Robins, Kaplan, Miller & Ciresi, LLP
5   2600 One Atlanta Plaza
    950 East Paces Ferry Road, N.E.
6   Atlanta, Georgia 30326
    404/233-1114
7   jaadler@rkmc.com
8
    Mr. Thomas R. Grady, Esq.
9   Ackerman, Link, Sartory
    222 Lakeview Avenue
10  Suite 1250 - Esperante
    West Palm Beach, Florida 33401
11  561/838-4100
    trgrady@gradylaw.com
12
13 For the Defendant Putnam:
14  Mr. Peter Simshauser, Esq.
    Skadden, Arps, Slate, Meagher & Flom, LLP
15  One Beacon Street
    Boston, Massachusetts 02108
16  617/573-4800
    psimshau@skadden.com
17
18 Also Present:
19  Ms. Jasmin Bramble
    Skadden, Arps, Slate, Meagher & Flom, LLP
20
    Mrs. Myrtle Hathaway, Plaintiff
21
22 Reported By:
23  Tammie A. Heet, RPR, CSR (IL), CCR (MO)
    MIDWEST LITIGATION SERVICES
24  711 North 11th Street
    St. Louis, Missouri 63101
25  314/644-2191
```

## Page 3

```
1          I N D E X
2          WITNESSES
3 All Witnesses:              Page
4 MICHAEL HATHAWAY
   Examination by Mr. Simshauser     4
5
          EXHIBITS
6
1   January 2000 account
7   statement                       25
8 2   Document, Bates Number HAT
    003 and 004                     43
9
3   Statement of account with
10  Mr. Rogers' firm as of
    December 31, 2005               57
11
4   Signed document                72
12
5   Prospectus for Putnam Fund
13  for Growth and Income          84
14 6  Complaint and action filed
    in Circuit Court of Madison
15  County, Illinois, Case No.
    04-L-321                       91
16
7   Document                       95
17
18
19
20
21
22
23
24
25
```

## Page 4

```
2 IT IS HEREBY STIPULATED AND AGREED
2 by and between counsel for the Plaintiffs and
3 counsel for the Defendants that this deposition
4 may be taken in shorthand by Tammie A. Heet, RPR,
5 CSR and Notary Public, and afterwards transcribed
6 into printing, and signature by the witness
7 expressly reserved.
8           * * * * *
9           MICHAEL HATHAWAY,
10 of lawful age, produced, sworn, and examined on
11 behalf of Defendant Putnam, deposes and says:
12          EXAMINATION
13 QUESTIONS BY MR. SIMSHAUSER:
14   Q.  Mr. Hathaway, good morning.  I'm
15 Peter Simshauser.  I'm an attorney for Putnam and
16 I introduced myself to you out in the hallway.
17 We'll be taking your deposition.
18       Before -- I understand you have not
19 given a deposition before; is that correct, sir?
20   A.  No.
21   Q.  Do you understand that the
22 testimony you're giving here today has the same
23 force and effect as if you were testifying in
24 court?
25   A.  Yes.
```

## Page 5

```
1   Q.  Is there any reason you're not
2 prepared to give your best testimony today?
3   A.  No, there's no reason.
4   Q.  Are you taking any medication or do
5 you have any medical condition that would impact
6 your memory in any way?
7   A.  No.
8   Q.  Okay.
9   A.  I don't think.  Old age.
10  Q.  How old are you, sir?
11  A.  76 -- 78 -- I'm 68.
12  Q.  Okay.  You're 68?
13  A.  Yeah.
14  Q.  Okay.  Now, how did you get
15 involved in this lawsuit?
16  A.  How did I get involved in it?
17  Q.  Yes, sir.
18  A.  We bought stock from Putnam.
19  Q.  Okay.  And how did you get involved
20 in the lawsuit?
21  A.  Well, I'd seen that -- that it
22 wasn't -- how did I get involved in the lawsuit?
23  Q.  Yes, sir.
24  A.  Well, I called, we called a -- a
25 lawyer about one thing and -- and he give us that
```

2 (Pages 2 to 5)

Page 6

1  there were unfair practices going on in that --
2  in Putnam.  And we checked into it a little more
3  and that's whenever we decided that.
4       Q.   Who -- who was the lawyer?
5       A.   I don't remember who he was.
6       Q.   Was he a lawyer in -- here in
7  St. Louis?
8       A.   No.
9       Q.   Where was he?
10      A.   In Boston, I think.
11      Q.   And how did you get that lawyer's
12  name?
13      A.   I don't remember that either, how I
14  got it.
15      Q.   Did somebody give it to you?
16      A.   Apparently they did because I don't
17  remember where it -- how we come up with that
18  name.
19      Q.   Now, you said you called the lawyer
20  about one thing.  Was that thing related to
21  Putnam?
22      A.   It was -- it was something
23  different.
24      Q.   Something not related to Putnam?
25      A.   Yes.

Page 7

1       Q.   And then what happened?
2       A.   He --
3            MR. GRADY:  Don't tell him about
4  the conversations that you actually had with that
5  lawyer because that's privileged.  But you can
6  certainly tell him, if you remember, who it was
7  and some of the other questions he's asking,
8  that's fine.
9            THE WITNESS:  I really don't
10  remember that lawyer's name.
11           MR. GRADY:  Okay.
12      Q.   (BY MR. SIMSHAUSER)  Now, you're
13  sitting next to Mr. Grady, correct?
14      A.   Uh-huh.
15      Q.   You have to use words, sir.
16      A.   Huh?
17      Q.   You have to answer my questions
18  with words.
19           MR. GRADY:  She can't take down
20  shaking of the head or uh-huh.
21           THE WITNESS:  Yes.  I say yes.
22      Q.   (BY MR. SIMSHAUSER)  You're sitting
23  next to Mr. Grady, correct?
24      A.   Yes.
25      Q.   Have you met with him before?

Page 8

1       A.   Yes.
2       Q.   When did you first meet Mr. Grady?
3       A.   Yesterday.
4       Q.   And there's another lawyer here in
5  the room, Ms. Adler.  Do you see her?
6       A.   Yesterday.  Met her yesterday.
7       Q.   Okay.  She's with a law firm called
8  Robins, Kaplan.  Have you heard of that law firm?
9       A.   No.
10      Q.   And Mr. -- Mr. Grady is with the
11  law firm called Link, Sartory.  Have you heard of
12  that law firm?
13      A.   No.  Link, no.
14      Q.   And the first time you ever met
15  Mr. Grady was yesterday?
16      A.   Yes.
17      Q.   When did you first sue Putnam?
18      A.   Oh, I think probably about four
19  years ago or five.  I'm not sure.
20      Q.   And where -- where was that
21  lawsuit?
22      A.   Nothing became of it.  This is it,
23  I guess.
24      Q.   Did you ever sue Putnam in Madison
25  County, Illinois?

Page 9

1       A.   No.
2       Q.   To your knowledge, the only time
3  you ever sued Putnam is in Boston; is that
4  correct?
5       A.   As far as I know.
6       Q.   Okay.  And when -- when you spoke
7  to the lawyer whose name you don't remember
8  and -- and he -- he told you something, without
9  going into the substance about it, about Putnam,
10  correct?
11      A.   Uh-huh.
12      Q.   You have to use words, please.
13      A.   Yes.  Yeah.
14      Q.   And at that time, is it true, sir,
15  that you had not thought about suing Putnam?  Is
16  that true?
17      A.   I'd thought about it because we
18  was -- seen it in the paper where they was
19  charging us more than what they was the other
20  people for the work they'd done.
21      Q.   And when you say they were charging
22  you more, what do you mean?
23      A.   Percentage wise, I guess.
24      Q.   And percentage wise of what?
25      A.   Of your shares, return on your

3 (Pages 6 to 9)