UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, ) <br> GERALD A. KALBFLEISCH, and ) <br> MICHAEL AND MYRTLE HATHAWAY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PUTNAM INVESTMENT ) <br> MANAGEMENT, LLC and PUTNAM ) <br> RETAIL MANAGEMENT LIMITED ) <br> PARTNERSHIP, ) <br> ) <br> Defendants. ) <br> ) | No: 1:04-CV-10988 |

**PLAINTIFFS' ASSENTED - TO MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER AS TO THE DEPOSITION OF FUND TRUSTEE CHARLES HALDEMAN**

Pursuant to Local Rule 7.1 (B)(3), Plaintiffs John J. Vaughn, Gerald A. Kalbfleisch, Michael Hathaway, and Myrtle Hathaway respectfully request leave of Court to file a surreply in opposition to the Motion for Protective Order as to the Deposition of Fund Trustee Charles Haldeman. The Surreply briefly provides clarification of arguments made in Defendants' and Haldeman's Reply that Plaintiffs believe will assist the Court in its consideration of the Motion for Protective Order. The proposed Surreply is attached as Exhibit 1.

WHEREFORE, Plaintiffs respectfully request that this Court grant leave to submit the Surreply attached as Exhibit 1.

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

As noted in Defendants' and Haldeman's Motion for Leave to File a Reply (D.E. #126), counsel for the parties have conferred and counsel for Defendants and Haldeman assent to the relief requested by Plaintiffs.

Dated: May 21, 2007.

Respectfully Submitted,

JOHN J. VAUGHN, GERALD A. KALBFLEISCH, and MICHAEL HATHAWAY and MYRTLE HATHAWAY,

/s/ David E, Marder_____
David E. Marder (BBO #552485)
Lisa A. Furnald (BBO #631059)
Jonathan D. Mutch (BBO #634543)
Meghan E. Walt (BBO #658971)
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA  02199
(617) 267-2300
demarder@rkmc.com

Thomas R. Grady (admitted *pro hac vice*)
Grady & Associates
720 Fifth Avenue South
Suite 200
Naples, FL  34102

Dana Foster (admitted *pro hac vice*)
Ackerman, Link, & Sartory, P.A.
222 Lakeview Avenue, Suite 1250, Esperante
West Palm Beach, FL  33401

## CERTIFICATE OF SERVICE

- 2 -

- 3 -

    I, David E. Marder, hereby certify that this document filed through the ECF system on May 21, 2007 will be served electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those non-registered participants.

                                  /s/ David E. Marder
                                  David E. Marder
                                  Robins, Kaplan, Miller & Ciresi LLP
                                  800 Boylston Street, 25th Floor
                                  Boston, MA 02199
                                  E-mail: demarder@rkmc.com
                                  (617) 267-2300

BN1 35039366.1