UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN J. VAUGHN, GERALD A. KALBFLEISCH, MICHAEL HATHAWAY, and MYRTLE HATHAWAY,<br><br>        Plaintiffs,<br><br>v.<br><br>PUTNAM INVESTMENT MANAGEMENT, LLC and PUTNAM RETAIL MANAGEMENT, LIMITED PARTNERSHIP,<br><br>        Defendants. | Civil Action No. 04-10988 (GAO)<br>Consolidated With<br>Civil Action No. 06-11438 (GAO) |

## REQUEST FOR STATUS CONFERENCE

The Plaintiffs respectfully request that the Court schedule a status conference to set a schedule for the remainder of discovery, summary judgment motions, and trial. The discovery deadline was previously set for the end of February, 2007. On February 21, 2007, the Court held a hearing on a variety of pending discovery motions. At that hearing, the Court placed the case schedule in abeyance while it resolved a motion relating to the production of documents concerning institutional clients. On June 11, 2007, the Court issued an order (Dkt. No. 131) resolving that motion. Accordingly, the Plaintiffs respectfully request that the Court schedule a status conference to set a new schedule for discovery, summary judgment motions, and trial.

BN1 35039760.1

June 14, 2007

Respectfully submitted,
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

/s/ Meghan E. Walt
David E. Marder (BBO# 552485)
Lisa A. Furnald (BBO# 631059)
Meghan E. Walt (BBO# 658971)
800 Boylston St., 25th Floor
Boston, MA 02199
(617) 267-2300

Thomas R. Grady (admitted pro hac vice)
ACKERMAN, LINK & SARTORY, P.A.
222 Lakeview Avenue, Suite 1250, Esperante
West Palm Beach, FL 33401

Attorneys for Plaintiffs
John J. Vaughn, Gerald A. Kalbfleisch, and
Michael and Myrtle Hathaway

## CERTIFICATE OF SERVICE

  I, Meghan E. Walt, hereby certify that on June 14, 2007, a true copy of Plaintiffs Request for Status Conference was served electronically through the ECF System.

                /s/ Meghan E. Walt
                Meghan E. Walt
                Robins, Kaplan, Miller & Ciresi LLP
                800 Boylston Street, 25th Floor
                Boston, MA 02199
                E-mail: mewalt@rkmc.com
                (617) 267-2300