UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------x
JOHN J. VAUGHN, GERALD A.
KALBFLEISCH, MICHAEL HATHAWAY   :
and MYRTLE HATHAWAY,
                                :
    Plaintiffs,                 Civil Action
                                :   No. 04-10988-GAO
v.
                                :   Civil Action
PUTNAM INVESTMENT MANAGEMENT,       No. 07-12397-GAO
LLC and PUTNAM RETAIL           :
MANAGEMENT LIMITED PARTNERSHIP,
                                :
    Defendants.
---------------------------------------x

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation of Dismissal With Prejudice, the above-captioned cases (Civil Action No. 04-10988-GAO and Civil Action No. 07-12397-GAO) are dismissed with prejudice and with all rights of appeal waived.

IT IS SO ORDERED

Dated: March 31, 2008

_____
George A. O'Toole
United States District Judge