# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE BEACON STREET
BOSTON, MASSACHUSETTS 02108-3194
———
TEL: (617) 573-4800
FAX: (617) 573-4822
www.skadden.com

FIRM/AFFILIATE OFFICES
———
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

July 16, 2008

**VIA ELECTRONIC FILING**

Mr. Paul Lyness
Courtroom Clerk to the Honorable George A. O'Toole, Jr.
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

RE:  Vaughn, et al. v. Putnam Investment Management, LLC, et al.
     (Civ. No. 04-10988-GAO)

Dear Mr. Lyness:

Thanks you for your call today. This will confirm that document No. 100, and all other materials filed under seal by defendants in this matter, may be destroyed.

If you have any questions or concerns regarding this matter, please contact me at (617) 573-4801. Thank you.

Very truly yours,

*James R. Carroll*
James R. Carroll
Counsel for Defendants

cc:  Counsel for Plaintiffs (by ECF)