**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

800 BOYLSTON STREET
25TH FLOOR
BOSTON, MA 02199-7080
TEL: 617-267-2300 FAX: 617-267-8288
www.rkmc.com

ATTORNEYS AT LAW

DAVID E. MARDER
617-859-2750

July 16, 2008

**ELECTRONICALLY FILED**

Paul Lyness, Courtroom Clerk to
The Honorable George A. O'Toole, Jr.
United States District Court for the
 District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:   *John J. Vaughn et al. v. Putnam Investment Management, LLC et al.*
          USDC Eastern District of Massachusetts C.A. No. 1:04-CV-10988 (GAO)

Dear Mr. Lyness:

    This letter hereby confirms our conversation of today in which you requested, and we stated that we have no objection to, your discarding the hard copy version of Document Numbers 92 and 93 on the docket in the above-referenced matter.

                          Sincerely,

                          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                          David E. Marder

DEM/lhd